LAW OFFICES OF
## LEE HAMEL & ASSOCIATES
SUITE 2900
1200 SMITH
HOUSTON, TEXAS 77002
TELEPHONE: (713) 659-2000
FAX: (713) 659-3809

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 2 0 2000 **EC**

Michael N. Milby, Clerk of Court

**B-02-040**

March 20, 2000

Mr. Michael Milby                                                    *Via Hand Delivery*
U.S. District Clerk's Office
515 Rusk Street
Houston, Texas 77002

Re:     Cause No. H-00-0943; *Quality Chekd Dairies, Inc. v. Cohyco, Inc., "F" Street Investments d/b/a/ Southwest Ice Cream Specialties (f/k/a Hygeia Dairy Company), and H. Lee Richards*; In the United States District Court for the Southern District of Texas, Houston Division

Dear Mr. Milby:

Enclosed is an original of the following for filing in the above-referenced matter:

1.     AFFIDAVIT OF MEL W. RAPP

Please note that on Friday, March 17, 2000, Plaintiff filed its original complaint along with a fax copy of this affidavit.  Please replace your fax copy of the affidavit with this original.

Thank you for your assistance.

Sincerely,

Lee Hamel

LH:ser (Encl.)

3

STATE OF ILLINOIS                    §

                                     §

COUNTY OF COOK                       §

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 2 0 2000   **EC**

Michael N. Milby, Clerk of Court

## AFFIDAVIT OF MEL W. RAPP

BEFORE ME, the undersigned authority personally appeared Mel W. Rapp, who, first being duly sworn, did depose and swear on oath:

I am employed by Quality Chekd Dairies, Inc. as its Managing Director and am authorized to make this affidavit. I have read the foregoing Complaint and the facts set out therein are within my personal knowledge and they are true and correct to the best of my knowledge and belief; and, with respect to the account of Hygeia Dairy Company, such facts are true and correct:

1.   I have the care, custody and control of the records of the account of Hygeia Dairy Company.

2.   These records show the total principal balance payable by Hygeia Dairy Company to Quality Chekd Dairies, Inc. which, with interest, is $1,602,045.45 as of March 14, 2000.

3.   Hygeia Dairy Company's account, marked Exhibit "D" and attached to the Complaint, is within my personal knowledge just and true. The true amount of the account is due Quality Chekd Dairies, Inc. from Hygeia Dairy Company and all just and lawful offsets, payments and credits have been allowed.

4.   Demand for payment of the just amount owing by Hygeia Dairy Company to Quality Chekd Dairies, Inc. has been made more than thirty days prior hereto and payment for the just amount owing has not been tendered.

Further, Affiant sayeth naught.

_____

MEL W. RAPP

SIGNED AND SWORN TO before me on  *MARCH 14*_____, 2000.

Raymond Bikulcius
Notary Public, State of Illinois
No. 364920
Commission Expires Sept. 10, 2001

Notary Public for the State of Illinois