AO 440 (Rev. 10/93) Summons in a Civil Action

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAR 27 2000
Michael N. Milby, Clerk of Court

# United States District Court

Southern _____ DISTRICT OF _____ Texas

Quality Chekd Dairies, Inc.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: B-02-040

Cohyco, Inc.
"F" Street Investments d/b/a Southwest
Ice Cream Specialties (f/k/a Hygeia Dairy
Company), and H. Lee Richards

H 00 0943

TO: (Name and address of defendant)

Cohyco, Inc.
c/o H. Lee Richards, Registered Agent
700 S. "F" Street
Harlingen, Texas 78550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lee Hamel
Law Office of Lee Hamel & Associates
1200 Smith, Suite 2900
Houston, Texas 77002
(713) 659-2000
(713) 659-3809 (fax)

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY                                          MAR 1 7 2000

CLERK                                                     DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 3-21-00 |
| NAME OF SERVER (PRINT) CLAUDE H. HILDRETH | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 5300 PAPAYA CIRCLE HARLINGEN, TX 78552

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-21-00
Date

Signature of Server: Claude H Hildreth

Address of Server: Rt. 2 Box 159 McAllen Tx 78504

(1) As to who may serve a Summons see Rule 4 of the Federal Rules of Civil Procedure.