40 (Rev 10.93) Summons in a Civil Action

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 27 2000

Michael N. Milby, Clerk of Court

# United States District Court

Southern ———————— DISTRICT OF ———— Texas

Quality Chekd Dairies, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Cohyco, Inc.
"F" Street Investments d/b/a Southwest
Ice Cream Specialties (f/k/a Hygeia Dairy
Company), and H. Lee Richards

CASE NUMBER: B-02-_040

H 00 0943

TO: (Name and address of defendant)

H. Lee Richards
700 S. "F" Street
Harlingen, Texas  78550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lee Hamel
Law Office of Lee Hamel
1200 Smith Street, Suite 2900
Houston, Texas 77002
713 659-2000
713 659-3809 fax

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**MICHAEL N. MILBY**

CLERK

(BY) DEPUTY CLERK

DATE    MAR 1 7 2000

AO 440 (Rev. 10/93) Summons in a Civil Actic    'everse)

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | 3-21-00 |
| NAME OF SERVER (PRINT)  CLAUDE H. HILDRETH | TITLE | INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served: 5300  PAPAYA CIRCLE
HARLINGEN TX    78552

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3-21-00___      Claude H. Hildreth
                 Date                        Signature of Server

                                             Rt. 2 Box 159
                                             Address of Server
                                             McAllen Tx 78504

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure