THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC.<br>Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | B-02-040 |
| COHYCO, INC., "F" STREET<br>INVESTMENTS, d/b/a SOUTHWEST<br>ICE CREAM SPECIALTIES (f/k/a<br>HYGEIA DAIRY COMPANY), and<br>H. LEE RICHARDS,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-00-0943<br><br>**JURY DEMANDED** |

FILED MAR 30 PM 7:57 MAR 3 0 2000 BC
U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS MICHAEL P. ??? CLERK OF COURT

## CERTIFICATE OF INTERESTED PARTIES

Quality Chekd Dairies, Inc., ("Plaintiff") certifies that based on its best information and belief the following are the persons, firms and corporations who are or may be parties interested in this civil action:

1. The corporate and individual Defendants named in this Civil Action, to wit, Cohyco, Inc., "F" Street Investments and H. Lee Richards; in addition, the officers, directors and shareholders of the Defendants' corporate entities and possibly some of the key employees, whose interests and identities are presently unknown to the Plaintiff, have or may have some interest in the outcome of this litigation.

2. The Plaintiff understands that the assets of "F" Street Investments have been purchased by Southern Foods, Inc and that Southern Foods, Inc. is now owned by Suiza Foods Corp. Southern Foods, Inc. operates a dairy business either doing business as Hygeia Dairy Company or, under that name, through some form of corporate affiliation. Under the terms of the asset sale, which are not now known to the Plaintiff, the last named entities may have some interest in this



litigation. Further, the Plaintiff understands that the Defendants, "F" Street Investments and Cohyco, Inc., have creditors, who are unknown to the Plaintiff at this time, and who may be impacted by the outcome of this litigation.

3. The Plaintiff is a corporate, cooperative organization, certain of whose members proportionally own the company during their respective memberships and participate in the profits and losses of the Plaintiff. Since such owner-members directly share in the profits or losses of the Plaintiff, they have an interest in this litigation. A current list of the names of such owner-members is attached to this certificate as **Exhibit "A"**.

4. At the present time the Plaintiff does not know the identities of any other interested parties. If further information is developed during the course of discovery which reveals other interested parties, the Plaintiff will amend this certificate to include such parties.

Respectfully submitted,

_____
Lee Hamel
SBN: 08818000
1200 Smith, Suite 2900
Houston, Texas 77002
Tel: (713) 659-2000
Fax: (713) 659-3809
ATTORNEY FOR COMPLAINANT
QUALITY CHEKD DAIRIES, INC.

_____
OF COUNSEL:
William L. Bowers, Jr.
SBN: 02740000
1200 Smith, Suite 2900
Houston, Texas 77002
Tel: (713) 650-1004
Fax: (713) 659-3809

## Listing of Corporate Owner/Members
## Quality Chekd Dairies, Inc.

1. Cascade Glacier, LLC
   885 Grant Street
   Eugene, OR 97402

2. China Premium Food Corp.
   11300 U.S. Highway 1, Suite 202
   North Palm Beach, FL 33408

3. Curly's Dairy, Inc.
   2310 Mission Street, S.E.
   P.O. Box 12219
   Salem, OR 97309

4. Dairy Rich Ice Cream Co.
   6510 Broadway
   Merrillville, IN 46410

5. Dean Foods Co.
   3600 North River Road
   Franklin Park, IL 60131

6. Deluxe Ice Cream Co.
   1860 State Street
   P.O. Box 12459
   Salem, OR 97301

7. Eberhard's Dairy Products
   3rd & Evergreen
   P.O. Box 845
   Redmond, OR 97756

8. Echo Spring Dairy
   1750 West Eighth Street
   Eugene, OR 97402

9. Foremost Dairies
   2277 Kam Highway
   Honolulu, HI 96819

1

**EXHIBIT "A"**

10. Galliker Dairy Co.
    143 Donald Lane (15904)
    P.O. Box 159 (15907)
    Johnstown, PA

11. Gillette Dairy of the Black Hills
    1699 Sedivy Lane
    P.O. Box 2553
    Rapid City, SD 57701

12. Hiland Dairy Co.
    1133 East Kearney (65803)
    P.O. Box 2270 (65801)
    Springfield, MO

13. Hygeia Dairy Co.
    720 South "F" Street
    P.O. Box 751
    Harlingen, TX 78550

14. Las Puentes
    Iztaccihuatl No. 373 Las Puentes 2do Sector
    San Nicholás de los Garza, N.L. C.P. 66460 México

15. Manantiales de Tehuacán S.A. de C.V.
    Pasco de los Tamarindos 400B 12 Piso
    Edificio Arcos 1
    Bosques de las Lomas, México D.F.  05120

16. Roberts Dairy Co.
    2901 Cuming Street (68131)
    P.O. Box 1435 (68101)
    Omaha, NE

17. Hiland-Roberts Ice Cream Co.
    P.O. Box 19
    Norfolk, NE 68702-0019

18. Sinton Dairy Foods Co.
    3801 North Sinton Road (80907)
    P.O. Box 578 (80901)
    Colorado Springs, CO

19. Western Quality Foods

2

            997 North Airport Road
            Cedar City, UT 84720

20.    Smith Dairy Products Co.
        1381 Dairy Lane
        P.O. Box 87
        Orrville, OH 44667

21.    Country Fresh, Inc.
        4460 44th Street, S.E.
        Grand Rapids, MI 49512

22.    Sunshine Dairy, Inc.
        801 N.E. 21st Ave.
        Portland, OR 97232

23.    Super Store Industries
        2800 West March Lane - Suite 210
        Stockton, CA 95219

24.    Turner Holdings LLC
        653 Turner Lane
        Covington, TN 38019

25.    Umpqua Dairy Products Co.
        333 S.E. Sykes Ave.
        P.O. Box 1306
        Roseburg, OR 97470

26.    United Dairy, Inc.
        300 North Fifth Street
        Martins Ferry, OH 43935

27.    Vitamilk Dairy, Inc.
        427 N.E. 72nd Street
        Seattle, WA 98115

28.    Wendt's Dairy
        8450 Buffalo Avenue
        Niagara Falls, NY 14304

29. La Alqueria Dairy
    Carrera 44 No. 19-02
    Bogota, Colombia

30. Lochmead Dairy
    668 Greenwood Street
    Junction City, OR 97448

31. Oakhurst Dairy
    364 Forest Avenue
    Portland, ME 04101

32. Oberweis Dairy
    951 Ice Cream Drive
    Suite 1 North
    Aurora, IL 60542

33. Stewart's Processing Corp.
    Route 9 North, Outer Church Street
    P.O. Box 435
    Saratoga Springs, NY 12866

34. Yarnell's Ice Cream
    205 South Spring
    P.O. Box 78
    Searcy, Arkansas 72145

35. Parmalat Canada
    405 The West Mall
    10th Floor
    Toronto, Ontario M9C5J1