

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC., | § | |
| | § | |
| Plaintiff, | § | B-02-040 |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | |
| COHYCO, INC., "F" STREET | § | |
| INVESTMENTS, d/b/a SOUTHWEST | § | |
| ICE CREAM SPECIALTIES (f/k/a | § | |
| HYGEIA DAIRY COMPANY), and | § | |
| H. LEE RICHARDS, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT COHYCO, INC.'S
## ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Cohyco, Inc., and files this its Answer to the Plaintiff's Original Complaint, showing as follows:

### I.

Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph I of the Plaintiff's Original Complaint. Consequently, Defendant denies the allegations of Paragraph I.

### II.

Defendant admits that it is a corporation organized under the laws of the State of Texas, and that it maintains its principal offices in Harlingen, Texas. Defendant denies the remaining allegations contained in Paragraph II of the Plaintiff's Original Complaint.

47527:917615.1:041000

## III.

Defendant denies the allegations contained in Paragraph III of the Plaintiff's Original Complaint.

## IV.

Defendant admits that H. Lee Richards is a citizen and resident of the State of Texas who resides and maintains an office in Harlingen, Texas. This Defendant denies the remaining allegations contained in Paragraph IV of the Plaintiff's Original Complaint.

## V.

Defendant admits that this is an action within the Court's subject matter jurisdiction. This Defendant denies the remaining allegations contained in Paragraph V of the Plaintiff's Original Complaint.

## VI.

This Defendant denies the allegations contained in Paragraph VI of the Plaintiff's Original Complaint.

## VII.

This Defendant denies the allegations contained in Paragraph VII of the Plaintiff's Original Complaint.

## VIII.

This Defendant denies the allegations contained in Paragraph VIII of the Plaintiff's Original Complaint.

## IX.

This Defendant denies the allegations contained in Paragraph IX of the Plaintiff's Original Complaint.

## X.

This Defendant denies the allegations contained in Paragraph X of the Plaintiff's Original Complaint.

## XI.

This Defendant denies the allegations contained in Paragraph XI of the Plaintiff's Original Complaint.

## XII.

This Defendant denies the allegations contained in Paragraph XII of the Plaintiff's Original Complaint.

## XIII.

This Defendant denies the allegations contained in Paragraph XIII of the Plaintiff's Original Complaint.

## XIV.

This Defendant denies the allegations contained in Paragraph XIV of the Plaintiff's Original Complaint.

## XV.

This Defendant denies the allegations contained in Paragraph XV of the Plaintiff's Original Complaint.

## XVI.

This Defendant denies the allegations contained in Paragraph XVI of the Plaintiff's Original Complaint.

## XVII.

This Defendant denies the allegations contained in Paragraph XVII of the Plaintiff's Original Complaint.

## XVIII.

This Defendant denies the allegations contained in Paragraph XVIII of the Plaintiff's Original Complaint.

## XIX.

This Defendant denies the allegations contained in Paragraph XIX of the Plaintiff's Original Complaint.

## XX.

This Defendant denies the allegations contained in Paragraph XX of the Plaintiff's Original Complaint.

## XXI.

This Defendant denies the allegations contained in Paragraph XXI of the Plaintiff's Original Complaint.

## XXII.

This Defendant denies the allegations contained in Paragraph XXII of the Plaintiff's Original Complaint.

## XXIII.

This Defendant denies the allegations contained in Paragraph XXIII of the Plaintiff's Original Complaint.

## XXIV.

This Defendant denies the allegations contained in Paragraph XXIV of the Plaintiff's Original Complaint.

## XXV.

This Defendant denies the allegations contained in Paragraph XXV of the Plaintiff's Original Complaint.

## XXVI.

This Defendant denies the allegations contained in Paragraph XXVI of the Plaintiff's Original Complaint.

## XXVII.

This Defendant denies the allegations contained in Paragraph XXVII of the Plaintiff's Original Complaint.

## XXVIII.

This Defendant denies the allegations contained in Paragraph XXVIII of the Plaintiff's Original Complaint.

## XXIX.

This Defendant denies the allegations contained in Paragraph XXIX of the Plaintiff's Original Complaint.

## XXX.

This Defendant denies the allegations contained in Paragraph XXX of the Plaintiff's Original Complaint.

## XXXI.

This Defendant denies the allegations contained in Paragraph XXXI of the Plaintiff's Original Complaint.

## XXXII.

This Defendant denies the allegations contained in Paragraph XXXII of the Plaintiff's Original Complaint.

## XXXIII.

This Defendant denies the allegations contained in Paragraph XXXIII of the Plaintiff's Original Complaint.

## XXXIV.

This Defendant denies the allegations contained in Paragraph XXXIV of the Plaintiff's Original Complaint.

## XXXV.

This Defendant denies the allegations contained in Paragraph XXXV of the Plaintiff's Original Complaint.

## XXXVI.

This Defendant denies the allegations contained in Paragraph XXXVI of the Plaintiff's Original Complaint.

## XXXVII.

This Defendant denies the allegations contained in Paragraph XXXVII of the Plaintiff's Original Complaint.

## XXXVIII.

This Defendant denies the allegations contained in Paragraph XXXVIII of the Plaintiff's Original Complaint.

## XXXIX.

This Defendant denies the allegations contained in Paragraph XXXIX of the Plaintiff's Original Complaint.

## XXXX.

This Defendant denies the allegations contained in Paragraph XXXX of the Plaintiff's Original Complaint.

## XXXXI.

This Defendant denies the allegations contained in Paragraph XXXXI of the Plaintiff's Original Complaint.

## XXXXII.

This Defendant denies the allegations contained in Paragraph XXXXII of the Plaintiff's Original Complaint.

## XXXXIII.

This Defendant denies the allegations contained in Paragraph XXXXIII of the Plaintiff's Original Complaint.

## FIRST AFFIRMATIVE DEFENSE

Defendant contends that it is not a proper party.

## SECOND AFFIRMATIVE DEFENSE

Defendant contends that Co-Defendant "F" Street Investments has filed for protection under Chapter 11 of the Bankruptcy law, and therefore that this lawsuit is subject to the automatic stay of the Bankruptcy laws.

## THIRD AFFIRMATIVE DEFENSE

Defendant expressly denies that the "sworn account" referenced in Paragraphs XXVII through XXIX of the Plaintiff's Original Complaint is just, true, and due.

## FOURTH AFFIRMATIVE DEFENSE

Defendant contends that Plaintiff has failed to state a claim upon which relief can be granted against this Defendant. Further, the matters about which Plaintiff complains involve alleged acts, omissions, and breaches of obligations by "F" Street Investments. Defendant is not responsible for the alleged acts, omissions, and breaches of obligations by "F" Street Investments.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Plaintiff's Original Complaint be dismissed with costs taxed against the Plaintiff, and that Defendant receive all the relief to which it is entitled, at law or in equity.

Respectfully submitted,

_____
Christopher Lowrance
Attorney-in-Charge
State Bar No. 00784502

        1700 Wilson Plaza West
        606 North Carancahua
        Corpus Christi, Texas 78476
        (361) 884-8808
        (361) 884-7261 Facsimile

        C. Scott Kinzel
        State Bar No. 00785499
        2200 Chase Tower
        600 Travis Street
        Houston, Texas 77002-2913
        (713) 224-8380
        (713) 225-9945 Facsimile

        ATTORNEYS FOR DEFENDANTS COHYCO, INC.
        AND H. LEE RICHARDS

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the means indicated to counsel of record on this the 10th day of April, 2000.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Lee Hamel
Law Office of Lee Hamel & Associates
1200 Smith, Suite 2900
Houston, Texas 77002

        _____
        **Of Royston, Rayzor, Vickery & Williams, L.L.P.**

47527:917615.1:041000        -9-