IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 0 4 2000   AM

Michael N. Milby, Clerk

| | |
|---|---|
| QUALITY CHECKD DAIRIES, INC., § § | |
| Plaintiff § | |
| vs. § | CIVIL ACTION NO. H-00-0943 |
| § | |
| COHYCO, INC., F STREET INVESTMENTS, § d/b/a SOUTHWEST ICE CREAM § SPECIALTIES (f/k/a HYGEIA DAIRY § COMPANY), and H. LEE RICHARDS § Defendants § | B-02-040 |

**SUGGESTION OF BANKRUPTCY**
***and***
**NOTICE TO PARTIES OF
AUTOMATIC REFERENCE OF CIVIL ACTION TO
THE BANKRUPTCY COURT**
***and***
***EX PARTE*** **MOTION FOR ORDER CONFIRMING
AUTOMATIC REFERENCE TO BANKRUPTCY COURT**

TO THE HONORABLE DISTRICT JUDGE OF SAID COURT:

COMES NOW F Street Investment Company, Inc., f/k/a Hygeia Dairy Company ("Referring Defendant" or herein "F STREET") and files this Suggestion of Bankruptcy, Notice to Parties of Automatic Reference of Civil Action to the Bankruptcy Court, and *Ex Parte* Motion For Order Confirming Automatic Reference To Bankruptcy Court ("Notice"), pursuant to the Standing Order of Reference of Bankruptcy Cases and Proceedings *Nunc Pro Tunc*, dated August 9, 1984, for the Southern District of Texas, as follows:

1. Referring Defendant files this Notice pursuant to the Standing Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc, dated August 9, 1984, for the Southern District of Texas (herein the "Standing Order of Reference For The Southern District of Texas") (a copy of which is attached hereto as Exhibit "A"), and the applicable Bankruptcy Local Rules for the U.S. Bankruptcy Courts for the Southern District of Texas, based on the following facts:

1. On March 27, 2000, F STREET filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. with the Clerk of the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division, which case is still pending. See copy of docket sheet attached as Exhibit "B."

2. Prior to the Bankruptcy filing the above-captioned Plaintiff commenced the above captioned case (herein the "Referred Case") against F STREET and other Defendants in this Court.

3. As a result of the filing of the bankruptcy case, all action in the Referred Case and by any party in the Referred Case in this Honorable District Court are stayed. *See,* ***Pope vs. Manville Forest Product Corporation***, 778 F.2d 239 (5th Cir. 1985).

4. The Bankruptcy Court has original jurisdiction of the Referred Case pursuant to 11 U.S.C. § 1334 as a "unit" of this honorable District Court. Automatic reference of the Referred Case from this honorable Court to the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division, is appropriate pursuant to the Standing Order of Reference of Bankruptcy Cases for the Southern District of Texas.

5. Referring Defendant has filed this Notice as an *Ex Parte* Motion to confirm the effect of the Standing Order of Reference for the Southern District of Texas with this Honorable United States District Court, seeking confirmation of the automatic reference to the United States Bankruptcy Court so as to avoid confusion with the Clerks of the respective courts within this District. Because this Notice and the relief sought in the *Ex Parte* Motion is ministerial in nature, and is intended only to clarify to the Judge and the Clerk of the United States Bankruptcy Court and the Clerk of the District Court the automatic reference and transfer of this Referred Case pursuant to the Standing Order of Reference for the Southern District of Texas, no notice or hearing is required for entry of the proposed *Ex Parte* Order Confirming Automatic Reference.

---

Suggestion of Bankruptcy, Notice of Automatic Reference of
Civil Action to the Bankruptcy Court and *Ex Parte* Motion for
Order Confirming Automatic Reference to Bankruptcy Court                              Page 2

6. This Notice and the entry of the requested order is expressly without prejudice of any party to seek withdrawal of the reference of this case to the appropriate District Court as may be warranted under the law or facts.

WHEREFORE, PREMISES CONSIDERED, F STREET prays that this District Court enter an order confirming the automatic reference of this Referred Case to the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division, where the Defendant/Debtor's bankruptcy case is pending, and for such other and further relief, both at law and in equity, as Movant is entitled.

Respectfully submitted,

Harlin C. Womble, Jr.
State Bar No. 21880300/Admissions No. 8959
Nathaniel Peter Holzer
State Bar No. 00793971/Admissions No. 21503
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Telephone No. (361) 884-5678
Telecopier No. (361) 888-5555

ATTORNEYS FOR DEBTOR/DEFENDANT

Paul Lee Wiley
State Bar No. 21471000
Admissions No. 1502
P. O. Box 2764
Harlingen, Texas 78551
Telephone No. (956) 425-1818
Telecopier No. (956) 425-2849

ATTORNEYS FOR DEBTOR/DEFENDANT

----------------------------------------------------------------------------------
Suggestion of Bankruptcy, Notice of Automatic Reference of
Civil Action to the Bankruptcy Court and *Ex Parte* Motion for
Order Confirming Automatic Reference to Bankruptcy Court                Page 3

## CERTIFICATE OF CONFERENCE

I, Nathaniel Peter Holzer, hereby certify that no prior conference is required under the local rules for the Southern District of Texas, because (i) the foregoing Notice does not require consent of any party; and (ii) this Notice is *Ex Parte*, ministerial in nature, and does not require notice or conference. Pursuant to the certificate of service below, each party has received a copy of the foregoing Notice.

*/s/ Nathaniel Peter Holzer*

## CERTIFICATE OF SERVICE

I, Nathaniel Peter Holzer, do hereby certify that a true and correct copy of the foregoing document was served by U.S. First Class Mail on this 3rd day of May, 2000 on the following:

Ms. Patricia Constant  
One Shoreline Plaza  
800 N. Shoreline, Suite 320  
Corpus Christi, Texas 78401

C. Leland Hamel  
William L. Bowers, Jr.  
Lee Hamel & Associates  
1200 Smith Street, Suite 2900  
Houston, Texas 77002

U. S. Trustee  
515 Rusk, Suite 3516  
Houston, Texas 77002

Paul Lee Wiley  
P. O. Box 2764  
Harlingen, Texas 78551

Barbara Kurtz  
U. S. Trustee's Office  
606 N. Carancahua, Suite 1107  
Corpus Christi, Texas 78476

Christian Andrew Lowrance  
Royston, Rayzor, Vickery & Williams  
606 N. Carancahua, Suite 1700  
Corpus Christi, Texas 78476

*/s/ Nathaniel Peter Holzer*

--------------------------------------------------------------------------------
Suggestion of Bankruptcy, Notice of Automatic Reference of  
Civil Action to the Bankruptcy Court and *Ex Parte* Motion for  
Order Confirming Automatic Reference to Bankruptcy Court                Page 4

United States District Court
Southern District of Texas

## ORDER OF REFERENCE OF BANKRUPTCY CASES AND PROCEEDINGS NUNC PRO TUNC

Pursuant to Section 104 of the Bankruptcy Amendments and Federal Judgeship Act of 1984, 28 U.S.C. Section 157, it is hereby

ORDERED nunc pro tunc as of June 27, 1984 that any or all casees under Title 11 and any or all proceedings arising under Title 11 or arising in or related to a case under Title 11 which were pending in the Bankruptcy Court of the Southern District of Texas on June 27, 1984, which have been filed in this district since that date and which may be filed herein hereafter (except those cases and proceedings now pending on appeal) be and they hereby are referred to the Bankruptcy Judges of this district for consideration and resolution consistent with law.

It is further ORDERED that the Bankruptcy Judges for the Southern District of Texas be, and they hereby are, directed to exercise the authority and responsibilities conferred upon them as Bankruptcy Judges by the Bankruptcy Amendments and Federal Judgeship Act of 1984 and this court's order of reference, as to all cases and proceedings covered by this order from and after June 27, 1984.

In accordance with 28 U.S.C. Section 157(b)(5), it is further ORDERED that all personal injury tort and wrongful death claims arising in or related to a case under Title 11 pending in this court shall be tried in, or as determined by, this court and shall not be referred by this order.

So ORDERED this 9th day of August, 1984.

*John V. Singleton*
Chief United States District Judge


EXHIBIT "A"

# U.S. Bankruptcy Court

Southern District of Texas (Brownsville)

- *Bankruptcy Petition #:* 00-20953 *Date filed:* 3/27/00
- *Assigned to:* Richard S. Schmidt
- Chapter 11, voluntary, asset

| * Parties * | * Attorneys * |
|---|---|
| **F STREET INVESTMENTS INC A**<br>TEXAS CORPORATION<br>dba<br>Hygiea Dairy Company<br>P O Box 751<br>Harlingen, TX 78550<br>* Debtor * | **Paul Lee Wiley**<br>Attorney at Law<br>P O Box 2764<br>Harlingen, TX 78551-2764<br>956-425-1818<br><br>**Nathaniel Peter Holzer**<br>Jordan Hyden et al<br>500 N Shoreline<br>Ste 900<br>Corpus Christi, TX 78471<br>361-884-5678 |
| **UNITED STATES TRUSTEE**<br>515 Rusk<br>Ste 3516<br>Houston, TX 77002<br>* U.S. Trustee * | **Barbara C Kurtz**<br>Office of U S Trustee<br>606 N Carancahua<br>Ste 1107<br>Corpus Christi, TX 78476<br>512-361-888-3261 |

## Docket Proceedings

| Date | Doc. No. | Docket Entry |
|---|---|---|
| 3/27/00 | 1 | *Voluntary Petition missing documents:* Statement of Financial Affairs Schedules A-J Debtors Statement Of Intent Equity Security Holders Due on 4/11/00 , Disclosure , statement due 7/25/00 Chapter 11 Plan due 7/25/00 ;Proof of Claim (gov) *Deadline:* 9/23/00 . ( Filing Fee $ 830.00 Receipt # 945234) (swm) [EOD 03/30/00] |
| 3/27/00 | 2 | Application By Debtor F Street Investments Inc To Employ Attorney . (swm) [EOD 03/30/00] |
| 3/27/00 | 4 | Receipt of Creditors List / Matrix (jg) [EOD 04/04/00] |
| 4/3/00 | 3 | Order Approving [2-1] Application To Employ Attorney by F Street Investments Inc . Parties Notified. (cgn) [EOD 04/03/00] |
| 4/5/00 | 5 | Order to Set Hearing and Setting Deadline for Filing Disclosure Statement and Plan of Reorganization. Debtor is ordered to propose and file a plan of reorganization and disclosure statement within 120 days. Debtor is to appear at a hearing set for 9:00 8/9/00 at 600 E Harrison, Brownsville for further orders to effectuate a plan of Reorganization. Parties notified. (cgn) [EOD 04/05/00] |
| 4/6/00 | 6 | Application By Debtor F Street Investments Inc To Employ Jordan, Hyden, Womble & Culbreth, PC, Pay Post-Petition Retainer, and Monthly Draws Subject to Court Approval to Case Manager. (cgn) [EOD 04/07/00] |

Exhibit B

| Date | No. | Description |
|---|---|---|
| 4/7/00 | 7 | Notice of Appearance And Request For Service Of Notice By Edward M Lavin for Creditor Ramsen, Inc. (cgn) [EOD 04/07/00] |
| 4/7/00 | 14 | Notice of Appearance And Request For Service Of Notice By Mark H Ralston for Creditor Suiza Foods Inc . (jg) [EOD 04/18/00] |
| 4/11/00 | 8 | Expedited Motion By Debtor F Street Investments Inc For Extension of Time To File Lists, Schedules and Statement Pursuant to Rule 1007 (Motion for Expedited Hearing filed simultaneously.) -- to Case Manager. (cgn) [EOD 04/11/00] [Edit date 04/13/00] |
| 4/11/00 | 9 | Motion By Debtor F Street Investments Inc To Expedite Hearing Re: ( [8-1] Expedited Motion For Extension of Time To File Lists, Schedules and Statement Pursuant to Rule 1007 by F Street Investments Inc) -- to Case Manager. (cgn) [EOD 04/11/00] |
| 4/11/00 | 10 | Motion By Debtor F Street Investments Inc To Extend Time To File Schedules, Statement of Financial Affairs, and Disclosure of Compensation -- to Case Manager. (cgn) [EOD 04/12/00] |
| 4/12/00 | 11 | Order Approving [6-1] Application To Employ Jordan, Hyden, Womble & Culbreth, PC, Pay Post-Petition Retainer, and Monthly Draws Subject to Court Approval by F Street Investments Inc . Parties Notified. (cgn) [EOD 04/12/00] |
| 4/13/00 | 12 | Order Granting [10-1] Motion To Extend Time To File Schedules, Statement of Financial Affairs, and Disclosure Compensation by F Street Investments Inc; Missing Documents due: 5/12/00. Parties Notified. (cgn) [EOD 04/13/00] |
| 4/13/00 | 13 | Order Granting [9-1] Motion To Expedite Hearing Re: ( [8-1] Expedited Motion For Extension of Time To File Lists, Schedules and Statement Pursuant to Rule 1007 by F Street Investments Inc) . The Court finds that a hearing should be held and that the same is set for 5/17/00 by standby am telephone conference, in Brownsville, Texas, 600 East Harrison, Brownsville, Texas. Parties Notified. (cgn) [EOD 04/13/00] [Edit date 04/18/00] |
| 4/18/00 | 15 | 341 (a) Meeting of Creditors Scheduled For 11:15 5/16/00 At 222 E.Van Buren, Harlingen,TX Last Day To Oppose Discharge: 7/15/00 Last Day to File Proofs of Claim : 8/14/00 . Parties Notified Pursuant to FRBP 2002(a)(1). (gl) [EOD 04/18/00] |
| 4/20/00 | 16 | Report Of Operations from 3/1/00 to 3/31/00 (cgn) [EOD 04/24/00] |
| 4/24/00 | 17 | Notice of Appointment of Creditors' Committee. (jg) [EOD 04/27/00] |
| 4/24/00 | 19 | Request by Creditor Sealright Co Inc For Notice. (jg) [EOD 04/28/00] |
| 4/26/00 | 18 | Certificate Of Service By Paul Lee Wiley for Debtor F Street Investments Inc Of [5-1] 120 Day Order . (jg) [EOD 04/28/00] |
| 4/27/00 | 20 | Notice of Appearance And Request For Service Of Notice By David V Herin for Creditor Air Specialty & Equipment Company . (jg) [EOD 04/28/00] |

| 4/28/00 | 21 | Notice of Appearance And Request For Service Of Notice By Henry Lee Hardwick for Creditor SSP Petroleum Company . (jg) [EOD 05/01/00] |

## Report Criteria

| Case Num: | 00-20953 |
| Filed between: | 01/01/31 and 05/02/00 |

## End of Report

| PACER Service Center |||
| Transaction Receipt |||
| 05/02/2000 18:33:54 |||
| PACER Login: | gs0001 | Client Code: | 4015.001 |
| Description: | docket report | Case Number: | 2000-20953 |
| Billable Pages: | 3 | Cost: | 0.21 |


Need help? Try the PACER User's Guide.

 For information or comments, please contact   Pacer Service Center

 PACER Home

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHECKD DAIRIES, INC., | § | |
| | § | |
| Plaintiff | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. H-00-0943 |
| COHYCO, INC., F STREET INVESTMENTS, | § | |
| d/b/a SOUTHWEST ICE CREAM | § | |
| SPECIALTIES (f/k/a HYGEIA DAIRY | § | |
| COMPANY), and H. LEE RICHARDS | § | |
| Defendants | § | |

## ORDER GRANTING
### *EX PARTE* MOTION FOR ORDER CONFIRMING AUTOMATIC REFERENCE TO BANKRUPTCY COURT

Upon consideration of the Suggestion of Bankruptcy of a Defendant, F Street Investment Company, Inc., f/k/a Hygeia Dairy Company ("Referring Defendant" or herein "F STREET"), Notice to Parties of Automatic Reference of Civil Action to the United States Bankruptcy Court and *Ex Parte* Motion For Order Confirming Automatic Reference To Bankruptcy Court pursuant to the Standing Order of Reference of Bankruptcy Cases and Proceedings *Nunc Pro Tunc*, dated August 9, 1984, for the Southern District of Texas, filed herein by F-STREET, the Court finds that the order sought by the *Ex Parte* Motion is ministerial in nature, and is intended to clarify to the United States Bankruptcy Judge and the Clerks of the District Court and the Bankruptcy Court, the automatic reference and transfer of this case, and because this order is without prejudice to any party's right, if any, to seek remand of this case to the appropriate District Court, no hearing is required prior to the entry of this Order, and good cause exists for the entry of this Order pursuant to the Standing Order of Reference of Bankruptcy Cases and Proceedings *Nunc Pro Tunc,* dated August 9, 1984; therefore it is

ORDERED that the automatic reference of this civil action is hereby confirmed, and the above-captioned civil action previously pending in this Court is deemed automatically referred to the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division, as

of the date of filing of the Notice. Notice is to be given to the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division, by the U.S. District Clerk, and it is further

ORDERED that the entry of this Order is without prejudice of any party to seek withdrawal of the reference of this case back to the appropriate District Court as may be warranted under the law or facts.

SIGNED this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

ORDER SUBMITTED BY:

Nathaniel Peter Holzer
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Telephone No. (361) 884-5678