THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC. | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **B-02- 040** |
| | § | |
| COHYCO , INC., "F" STREET | § | CIVIL ACTION NO. H-00-0943 |
| INVESTMENTS, d/b/a SOUTHWEST | § | |
| ICE CREAM SPECIALTIES (f/k/a | § | |
| HYGEIA DAIRY COMPANY), and | § | |
| H. LEE RICHARDS, | § | |
| Defendants. | § | |

## PLAINTIFF QUALITY CHEKD DAIRIES, INC'S RULE 26 DISCLOSURES

**Pursuant to Fed. R. Civ. P. 26 (a) (1), Plaintiff QUALITY CHEKD DAIRIES, INC**

("Quality Chekd") makes the following initial disclosures based on the information available to it,

reserving the right to amend such disclosures as further information becomes available and relevant

through discovery and investigation:

1.     <u>Persons Likely to Have Discoverable Information</u>:

The following persons who are officers, directors and employees of Quality Chekd

should be contacted through the undersigned counsel for the plaintiff:

    (a)     Mel W. Rapp
                Managing Director
                1733 Park Street
                Naperville, IL 60563

Mr. Rapp will testify that the is the Executive Manager of Quality Chek'd,

is familiar with the defendant Lee Richards' ("Richards") tenure and activities as an officer and

director of Quality Chekd, with the account of Hygeia Dairies, Inc. ("Hygeia"), the facts and



circumstances leading up to the defaults and other events which have occasioned this litigation, the

background records and other materials of Quality Chekd and other relevant information concerning

the background of this case, including the facts that he has verified in the Complaint.

> (b)     Tom Bruce
>         Director Finance & New Business Development
>         Quality Chekd Dairies, Inc.
>         1733 Park Street
>         Naperville, IL 60563

Mr. Bruce will testify that the is the Director of Finance and New Business

of Quality Chekd, is familiar with the defendant Lee Richards' ("Richards") tenure and activities

as an officer and director of Quality Chekd, with the account of Hygeia, the facts and circumstances

leading up to the defaults and other events which have occasioned this litigation, the background

records and financial information relevant to this case and other materials of Quality Chekd and

other relevant information concerning the background of this case.

> (c)     Paul Arbuthnot
>         President
>         Sunshine Dairy, Inc.
>         801 N.E. 21st Avenue
>         Portland, OR 97232

Mr. Arbuthnot will testify that he is a director of Quality Chekd, and that he

is familiar with the matters involving the board with respect to Hygeia's accounts, Richards'

involvement in these matters, proceedings before the board and related matters.

> (d)     Lynn Oller
>         Vice President
>         Hiland Dairy Company
>         1133 E. Kearney
>         P.O. Box 2270
>         Springfield, MO 65801

Mr. Oller will testify that he is a director of Quality Chekd, and that he is

familiar with the matters involving the board with respect to Hygeia's accounts, Richards'

involvement in these proceedings before the board and related matters.

> (e)    Doug Parr
> Secretary
> Dean Foods Company
> O'Hare International Center II
> 10255 West Higgins Road, Suite 500
> Rosemont, IL 60018

Mr. Parr will testify that he is a director of Quality Chekd, and that he is

familiar with the matters involving the board with respect to Hygeia's accounts, Richards'

involvement in these proceedings before the board and related matters.

> (f)    Dennis Winter
> Treasurer
> Super Store Industries
> 2800 W. March Lane, Suite 210
> Stockton, CA 95219

Mr. Winter will testify that he is a director of Quality Chekd, and that he is

familiar with the matters involving the board with respect to Hygeia's accounts, Richards'

involvement in these proceedings before the board and related matters.

> (g)    Larry Losasso
> Sinton Dairy Foods Company
> 3801 North Sinton Road
> Colorado Springs, CO 80907

Mr. Losasso will testify that he is a former treasurer of Quality Chekd, and

that he is familiar with the matters involving the board with respect to Hygeia's accounts, Richards'

involvement in these proceedings before the board and related matters.

> (h)    Gary Hess
> Purchasing Director
> Quality Chekd Dairies
> 1733 Park Street
> Naperville, IL 60565

Mr. Hess will testify that he is the purchasing director of Quality Chekd, and that he is familiar with the matters involving the his department with respect to Hygeia's accounts, Richards' involvement in these proceedings before the board and related matters.

(i)     H. Lee Richards:
              5300 Papaya Circle
              Harlingen, Texas 78552

Mr. Richards is able to testify as to his positions as an officer and director of the defendant corporations and of Quality Chekd, the financial and operational affairs of the defendants, the sale of the assets of the defendant "F" Street to Southern Foods, the terms of the sales and the documents executed connection therewith his and others' participation in the financial and operational affairs of the defendants and his participation as an officer and director in Quality Chekd and other matters relevant to this case.  The full extent of Mr. Richard' s knowledge and testimony will be developed in discovery.

(j)     Doug Purl
              RR 1, Box 108-B
              La Feria, Tx. 78559

Mr. Purl is able to testify as to his positions as an officer and director of the defendant corporations, the financial and operational affairs of the defendants, the sale of the assets of the defendant "F" Street to Southern foods, the terms of the sales and the documents executed in connection therewith, his and others' participation in the financial and operational affairs of the defendants and his and others' participation in the events and circumstances and other matters relevant to this case.  The full extent of Mr. Purl' s knowledge and testimony will be developed in discovery.

(k)     Merry K. Richards
              5802 Sunrise Blvd.
              Harlingen, Tx. 78552

Ms. Richards is able to testify about her activities as an officer and director of the defendant companies, her participation in the sale of the assets of "F" Street Investments, the financial and operational affairs of the defendants, the sale of the assets of the defendant "F" Street to Southern foods, the terms of the sales and the documents executed connection therewith her and others' participation in the financial and operational affairs of the defendants and her and others' participation in the events and circumstances and other matters relevant to this case. The full extent of Ms. Richards' knowledge and testimony will be developed in discovery.

(l)     Pete Schenkel is able to testify about his position as President of Southern Foods, the financial and operational affairs of Southern Foods, the sale of the assets of the defendant "F" Street to Southern foods, the terms of the sales and the documents executed in connection therewith, his and others' participation in the financial and operational affairs of the defendants and his and others' participation in the events and circumstances and other matters relevant to this case. The full extent of Mr. Schenkel's knowledge and testimony will be developed in discovery.

(m)     Jackie Jackson is able to testify as to his position as an employee of Suiza Foods or one of its subsidiaries, the financial and operational affairs of Southern Foods, the sale of the assets of the defendant "F" Street to Southern foods, the terms of the sales and the documents executed in connection therewith, his and others' participation in the financial and operational affairs of the defendants and his and others' participation in the events and circumstances and other matters relevant to this case. The full extent of Mr. Jackson's knowledge and testimony will be developed in discovery.

(n)     Rick Beaman is able to testify as to his position as director of operations for Southern Foods, the financial and operational affairs of Southern Foods, the sale of the assets of the

defendant "F" Street to Southern foods, the terms of the sales and the documents executed in connection therewith, his and others' participation in the financial and operational affairs of the defendants and his and others' participation in the events and circumstances and other matters relevant to this case. The full extent of Mr. Jackson's knowledge and testimony will be developed in discovery.

(o)     The other officers and directors and present and former employees of the defendant "F" Street listed in the schedules filed in the Chapter 11 proceedings filed by "F" Street also have knowledge of facts of this case, which will be developed in discovery. In addition, present and former officers, agents and employees of Southern Foods and Suiza, whose identity is, at the present time, unknown to the plaintiff, may have knowledge of relevant facts, which will be disclosed by discovery in this case.

2.     Relevant Documents:

The Quality Chekd records reflecting Richard's tenure and activities as an officer and director of Quality Chekd and all Quality Chekd records pertaining to its transactions with Hygeia are kept in Naperville, Illinois. A copy of these records will be made available to defendants if any of the facts alleged as to the relationship of Richards to Quality Chekd or as the relationship of Hygeia to Quality Chekd are disputed by defendants.

3.     Calculation of Damages:

The plaintiff claims the amount of its unpaid accounts due from the defendant "F" Street Investments; prejudgment interest as allowed by law; attorney's fees and costs of litigation; consequential damages and punitive damages as awarded by the jury.

4.     Insurance Agreements:

Not applicable.

5.      <u>Expert Witnesses:</u>

No expert witnesses have been selected at this time.  Plaintiff anticipates it will wish

to retain expert witnesses in accounting, asset valuation, fraud detection and the dairy industry.  Such

witnesses will be disclosed in conformity with the Federal Rules of Civil Procedure.

Dated: May 23, 2000.


Respectfully submitted,

Lee Hamel
SBN:  08818000
Fed. ID: 2872
1200 Smith, Suite 2900
Houston, Texas 77002
Tel:     (713) 659-2000
Fax:     (713) 659-3809
ATTORNEY-IN CHARGE FOR PLAINTIFF
QUALITY CHEKD DAIRIES, INC.


OF COUNSEL:
William L. Bowers, Jr.
SBN: 02740000
1200 Smith, Suite 2900
Houston, Texas 77002
Tel:     (713) 650-1004
Fax:     (713) 659-3809

# CERTIFICATE OF SERVICE

A copy of the foregoing was mailed or faxed to the following parties, on May 23, 2000.

C. Scott Kinzel
Royston, Rayzor, Vickery & Williams
2200 Chase Tower
600 Travis Street
Houston, Texas 77002-2913

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476

*Attorneys for Cohyco, Inc. and H. Lee Richards*

A courtesy copy has been sent to:

Harlin C. Womble, Jr.
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

Paul Lee Wiley
621 East Tyler
P.O. Box 2764
Harlingen, Texas 78551-2764

*Attorneys for F Street Investments*

Lee Hamel