UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 2 6 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC., | § § | |
| Plaintiff, | § § | B-02-040 |
| VS. | § § | CIVIL ACTION NO. H-00-0943 |
| COHYCO, INC., "F" STREET INVESTMENTS, d/b/a SOUTHWEST ICE CREAM SPECIALTIES (f/k/a HYGEIA DAIRY COMPANY), and H. LEE RICHARDS, | § § § § § § | |
| Defendants. | § | |

### DEFENDANT COHYCO, INC. AND H. LEE RICHARDS' DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants, Cohyco, Inc. and H. Lee Richards, and files this their Disclosure of Interested Parties pursuant to this Court's Order. Upon information and belief, the following persons or entities may have a financial interest in the outcome of this litigation:

1. Quality Chekd Dairies, Inc.
   (Plaintiff)

2. H. Lee Richards
   (Defendant)

3. Cohyco, Inc.
   (Defendant)

4. "F" Street Investments, d/b/a Southwest Ice Cream Specialities
   (f/k/a Hygia Dairy Company)
   (Defendant)

47527:922863.1:052200



5.  Mr. Lee Hamel
    Law Office of Lee Hamel & Associates
    1200 Smith, Suite 2900
    Houston, Texas 77002
    (Counsel for the Plaintiff)

6.  All Creditors of "F" Street Investments other than Plaintiff who make claims against the remaining assets of "F" Street Investments in its pending bankruptcy action.

Respectfully submitted,

*Christopher Lowrance*
Christopher Lowrance
Attorney-in-Charge
State Bar No. 00784502
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile

C. Scott Kinzel
State Bar No. 00785499
2200 Chase Tower
600 Travis Street
Houston, Texas 77002-2913
(713) 224-8380
(713) 225-9945 Facsimile

ATTORNEYS FOR DEFENDANTS COHYCO, INC. AND H. LEE RICHARDS

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served via the means indicated to counsel of record on this the 23rd day of May, 2000.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Lee Hamel
Law Office of Lee Hamel & Associates
1200 Smith, Suite 2900
Houston, Texas 77002

Mr. Harlin Womble
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline, Suite 900
Corpus Christi, Texas 78471

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.

47527:922863.1:052200                    -3-