```
                                              UNITED STATES DISTRICT COURT
                                              SOUTHERN DISTRICT OF TEXAS
                                                        ENTERED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MAY 3 0 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC. | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-00-943 |
| | § | |
| COHYCO, INC., *ET AL.* | § | |

B-02-040

## ORDER

IT IS HEREBY ORDERED that Defendant's *Ex Parte* Motion for Order Confirming Automatic Reference to Bankruptcy Court (**Instrument No. 11**) is **DENIED**.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 26th day of May, 2000, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

17