UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 3 0 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC. | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-00-943 |
| | § | |
| COHYCO, INC., *ET AL*. | § | |

B-02- 040

## ORDER

IT IS HEREBY ORDERED that Defendant's Motion to Withdraw any Referral to the Bankrutpcy Court **(Instrument No. 12)** is **GRANTED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 26th day of May, 2000, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE