# RULE 16 SCHEDULING CONFERENCE

JUDGE _____ VANESSA D. GILMORE _____
CLERK _____ Esthela Mares _____
RPTR _____ Fred Warner _____
TAPE# _____ Begin _____ End _____
MORNING                         AFTERNOON
SESSION ____/____               SESSION  2:34 / 2:53

B-02-040

DATE: June 2, 2000

Civil Action No. 00-943

Quality Chekd   versus   Cohyco

## APPEARANCES

Petf: William Bowers

Deft: Chris Lowrance & Lee Richards

## DOCKET ENTRY

☒ Scheduling Order Entered.
☐ Consent to Proceed before Magistrate Judge signed by counsel.
☐ Other _____

#20

*[Filed stamp: MICHAEL N. MILBY, CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, FILED, BY DEPUTY]*