IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 26 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| QUALITY CHEKD DAIRIES, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. H-00-943 |
| § | |
| COHYO, INC., *ET AL*. § | |
| § | B-02-040 |
| Defendants. § | |

## SCHEDULING ORDER

1. October 1, 2000  **AMENDMENTS TO PLEADINGS and ADDITION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

   **EXPERTS**

2a. October 15, 2000  Plaintiff will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rules of Civil Procedure 26(a)(2).

2b. December 15, 2000  Defendant will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rules of Civil Procedure 26(a)(2).

3. March 31, 2001  **DISCOVERY**
   Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

4. April 30, 2001  **MOTIONS DEADLINE**
   Including any motion challenging an expert witness. (only motions in limine on issues other than experts may be filed after this date)

   **JOINT PRETRIAL ORDER**

5a. July 17, 2001  THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where

|      |                |                                                                                              |
|------|----------------|----------------------------------------------------------------------------------------------|
|      |                | available, Defendant should supply Plaintiff with a computer disc)                           |
| 5b.  | July 20, 2001  | **THE PLAINTIFF** is responsible for filing the pretrial order on this date.                 |
| 6.   | July 27, 2001  | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A.                                         |
|      |                | **TRIAL**                                                                                    |
| 7.   | August, 2001   | Case is subject to being called to trial on short notice during this month.                  |
| 7a.  | 4              | Estimated days to try                                                                        |
| 7b.  | Jury           | Trial to be jury or non-jury                                                                 |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the  26th  day of June, 2000, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**