THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 18 2000    EC

Michael N. Milby, Clerk

| | |
|---|---|
| QUALITY CHEKD DAIRIES, INC. § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | |
| COHYCO, INC., "F" STREET § | CIVIL ACTION NO. H-00-0943 |
| INVESTMENTS, d/b/a SOUTHWEST § | |
| ICE CREAM SPECIALTIES (f/k/a § | ***JURY DEMANDED*** |
| HYGEIA DAIRY COMPANY), and § | |
| H. LEE RICHARDS, § | |
| Defendants. § | |

**PLAINTIFF QUALITY CHEKD, INC.'S
OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**
and
**PLAINTIFF'S CONDITIONAL MOTION TO TRANSFER VENUE TO ILLINOIS**

TO THE HONORABLE JUDGE OF SAID COURT:

QUALITY CHEKD DAIRIES, INC. ("Quality Chekd") opposes the Motion to Transfer Venue under 28 U.S.C. §1404(a) filed by Defendants Cohyco, Inc. and H. Lee Richards' ("Defendants") for the following reasons:

**Background Facts**

1. Quality Chekd has sued H. Lee Richards and Cohyco, Inc. because Richards, while acting and serving as a director of Quality Chekd, committed acts of fraud and breached his fiduciary duty to Quality Chekd by running up "F" Street Investments, d/b/a Southwest Ice Cream Specialties (f/k/a Hygeia Dairy Company)'s ("Hygeia") accounts with Quality Chekd for the benefit of himself and Cohyco. Mr. Richards did this with knowledge of Hygeia's financial situation and knowing that Hygeia had no prospect of repaying any of this debt. These allegations are set out in detail in the

-1-

