UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 28 2000

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

B - 02 - 040

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC. | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-00-943 |
| | § | |
| | § | |
| COHYCO, INC., ET AL. | § | |

## O R D E R

Pursuant to 28 U.S.C. § 636(b)(1)(A) all nondispositive pretrial matters in this case have been referred to United States Magistrate Judge Mary Milloy for determination.

Pursuant to 28 U.S.C. § 636(b)(1)(B) all dispositive pretrial matters in this case have been referred to United States Magistrate Judge Mary Milloy for report and recommendation to this Court.

SIGNED at Houston, Texas, on this _28th_ day of July, 2000.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**

CJRAMG

25