HAMEL BOWERS & CLARK L.L.P.
ATTORNEYS AND COUNSELORS
TWO ALLEN CENTER
1200 SMITH, SUITE 2900
HOUSTON, TEXAS 77002

TELEPHONE: (713) 659-2000
FAX: (713) 659-3809

Received in Chambers

AUG 0 1 2000

MARY MILLOY
U.S. MAGISTRATE JUDGE

August 1, 2000

B-02- 040

Hon. Mary Milloy
United States Magistrate Judge
Bob Case U.S. Court House
515 Rusk Street, Room 7007
Houston, Texas 77002

*By Facsimile*
(713) 250-5348

Re: Cause No. H-00-00943; *Quality Chekd Dairies, Inc. v. Cohyco, Inc., "F" Street Investments d/b/a/ Southwest Ice Cream Specialties (f/k/a Hygeia Dairy Company), and H. Lee Richards*; In the United States District Court for the Southern District of Texas, Houston Division

Dear Judge Milloy:

Pursuant to the instructions from your case manager, this is to advise the court that the Plaintiff, Quality Chekd Dairies, Inc., will file a response to the Defendant, "F" Street Investments' Joinder in the Motion to Transfer Venue by the close of business on Thursday, August 3, 2000. We ask the court to withhold ruling on the Motion to Transfer Venue until our response is filed.

Sincerely,

William L. Bowers, Jr.
Hamel Bowers & Clark L.L.P.
Counsel for Quality Chekd Dairies, Inc.

WLB:ser

cc: C. Scott Kinzel
*Attorney for Cohyco, Inc. and H. Lee Richards*

Harlin C. Womble, Jr.
Nathaniel Peter Holzer
*Attorneys for F Street Investments*

HAMEL BOWERS & CLARK L.L.P.
ATTORNEYS AND COUNSELORS
TWO ALLEN CENTER
1200 SMITH, SUITE 2900
Houston, Texas 77002

Telephone: 713-659-2000
Telecopier: 713-659-3809

## FACSIMILE TRANSMITTAL

DATE: August 1, 2000

TO: Hon. Mary Milloy              FAX: (713) 250-5348

FROM: William L. Bowers, Jr.

No. of pages (including cover): __2__

If you have any questions or problems, call (713) 659-2000 and ask for Shari.

MESSAGE:

    Please deliver this letter to Judge Milloy. Thank you

### CONFIDENTIALITY NOTICE

This facsimile transmission and accompanying documents contain confidential information which is legally privileged. The information is intended only for the use of the addressee(s) named above. If you have received this facsimile in error, please immediately notify us by telephone to arrange for return of the original documents to us. You are hereby notified that if you are not the addressee, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited.