THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC. | § | |
| Plaintiff, | § | |
| | § | B-02- 040 |
| vs. | § | |
| | § | CIVIL ACTION NO. H-00-0943 |
| COHYCO, INC., "F" STREET | § | |
| INVESTMENTS, d/b/a SOUTHWEST | § | **JURY DEMANDED** |
| ICE CREAM SPECIALTIES (f/k/a | § | |
| HYGEIA DAIRY COMPANY), and | § | |
| H. LEE RICHARDS, | § | |
| Defendants. | § | |

**MOTION TO SEVER "F" STREET INVESTMENTS, INC.
AND REFER PROCEEDINGS AGAINST IT
TO THE BANKRUPTCY COURT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the provisions of Rule 42(b), Federal Rules of Civil Procedure and 28 U.S.C. §157(a), the Plaintiff Quality Chekd Dairies, Inc. ("Quality Chekd") moves this Court to sever all proceedings against "F" Street Investments, Inc. (f/k/a Hygeia Dairies, Inc.) ("F" Street") and to refer such proceedings to the Bankruptcy Court for the Southern District of Texas, Brownsville Division, Bankruptcy Case No. 00-20953-B-11, styled, *In Re F Street Investments, Inc., Debtor* ("the Bankruptcy"), and as grounds for such motion would show:

1. Prior to "F" Street's seeking protection under Chapter 11 of the Bankruptcy Act, this suit was filed against F. Lee Richards ("Richards") and Cohyco, Inc. ("Cohyco") and "F" Street. At the time "F" Street filed its schedules in the Bankruptcy, it acknowledged owing $1,570,000 of the $1,601,000 claimed by the Plaintiff in this case. During the course of the Bankruptcy, employees

-1-

of the Defendant "F" Street and the Plaintiff attempted to reconcile the remaining difference of approximately $30,000. In view of this state of the record, there were no basic issues as to the amount of the debt which "F" Street owed to Quality Chekd, except its liability for punitive damages based on its former officer and director Richards' conduct.

2. On July 20, 2000, counsel for "F" Street filed Adversary Proceeding No. 00-2114-B (the "Adversary Proceeding") in the Bankruptcy in which it claimed certain preferences, offsets and affirmative relief against Quality Chekd, and made other claims that involve some core bankruptcy issues. While the resolution of the issues alleged in the Adversary Proceeding will not impact on the liablity of the Defendants Richards and Cohyco, it may involve the amount that may be owed to Quality Chekd by "F" Street. While Quality Chekd denies all of the claims alleged in the Adversary Proceeding or that "F" Street is entitled to any relief, the Plaintiff now feels that in view of the Adversary Proceeding, the interest of all parties would be served by having all of the bankruptcy issues decided by the bankruptcy court in the bankruptcy proceedings.

3. The claims alleged in this civil action against Richards and Cohyco are based on their own pre-petition conduct and are independent of the issues raised in the Bankruptcy Proceedings. There is no reason why such claims should not go forward in this civil action. Severance and transfer of the claims against "F" Street will simplify the issues before this Court.

WHEREFORE, Quality Chekd respectfully moves this Court to sever all proceedings with respect to "F" Street from this cause of action and to refer such proceedings to the Bankruptcy Court for the Southern District of Texas, Brownsville Division to be docketed in Case No. 00-20953-B-11, styled, *In Re F Street Investments, Inc., a Texas Corporation f/k/a Hygeia Dairy Company, Debtor.*

Respectfully submitted,

*[signature: Lee Hamel]*

Lee Hamel
SBN: 08818000
William L. Bowers, Jr.
SBN: 02740000
1200 Smith, Suite 2900
Houston, Texas 77002
Tel:   (713) 659-2000
Fax:   (713) 659-3809
ATTORNEY-IN CHARGE FOR PLAINTIFF
QUALITY CHEKD DAIRIES, INC.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the attorneys for all of the Defendants were contacted with respect to this motion and was advised that they would not agree to its being granted by the Court.

*[signature: Lee Hamel]*

Lee Hamel

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed or faxed to the following parties, on August 3, 2000.

C. Scott Kinzel
Royston, Rayzor, Vickery & Williams
2200 Chase Tower
600 Travis Street
Houston, Texas 77002-2913

Christian Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476

*Attorneys for Cohyco, Inc. and H. Lee Richards*

Harlin C. Womble, Jr.
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

Paul Lee Wiley
621 East Tyler
P.O. Box 2764
Harlingen, Texas 78551-2764

*Attorneys for F Street Investments*

_____
Lee Hamel