THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC. § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | | CIVIL ACTION NO. H-00-0943 |
| § | | |
| COHYCO, INC., "F" STREET § | | |
| INVESTMENTS, d/b/a SOUTHWEST § | | *JURY DEMANDED* |
| ICE CREAM SPECIALTIES (f/k/a § | | |
| HYGEIA DAIRY COMPANY), and § | | |
| H. LEE RICHARDS, § | | |
| Defendants. § | | |

**PLAINTIFF'S MOTION TO DISMISS PROCEEDINGS
AS TO "F" STREET INVESTMENTS, INC.
<u>WITHOUT PREJUDICE</u>**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The Plaintiff Quality Chekd Dairies, Inc. ("Quality Chekd") moves to dismiss its claims in this civil action against the Defendant "F" Street Investments, Inc. ("F Street") without prejudice and as a basis for its motion would show:

1.  Quality Chekd has filed a Proof of Claim in the Bankruptcy Court for the Southern District of Texas, Brownsville Division in Bankruptcy Case No. 00-20953-B-11, styled, *In Re F Street Investments, Inc., Debtor* (the "Bankruptcy") in which F Street has raised certain issues peculiar to bankruptcy proceedings. Quality Chekd will pursue its claim against F Street and meet such issues in the Bankruptcy.

2.  Quality Chekd will seek leave of court to amend its pleadings to allege its causes of action against Cohyco, Inc. and F. Lee Richards based upon their improper conduct and the nature

-1-

of breach of fiduciary duty, fraud and related matters which are independent of the primarily bankruptcy issues now before the Bankruptcy Court.

WHEREFORE, Quality Chekd prays that the causes of action alleged by it in this Civil Action against F Street only be dismissed without prejudice to pursuing such claims in the Bankruptcy Court or such other forum as may be appropriate.

Respectfully submitted,

HAMEL BOWERS & CLARK L.L.P.

Lee Hamel
SBN: 08818000
William L. Bowers, Jr.
SBN: 02740000
1200 Smith, Suite 2900
Houston, Texas 77002
Tel:   (713) 659-2000
Fax:  (713) 659-3809

Attorneys for Quality Chekd Dairies, Inc.

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for "F" Street Investments, Inc. and they do not agree to this motion.

William L. Bowers, Jr.

-2-

-3-

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed or faxed to the following parties, on August 15th, 2000.

C. Scott Kinzel
Royston, Rayzor, Vickery & Williams
2200 Chase Tower
600 Travis Street
Houston, Texas 77002-2913

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476

*Attorneys for Cohyco, Inc. and H. Lee Richards*

Harlin C. Womble, Jr.
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

Paul Lee Wiley
621 East Tyler
P.O. Box 2764
Harlingen, Texas 78551-2764

*Attorneys for F Street Investments*

William L. Bowers, Jr.