UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
OCT 02 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC., | § | |
| | § | |
| Plaintiff, | § | B-02- 040 |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | |
| COHYCO, INC., "F" STREET | § | |
| INVESTMENTS, d/b/a SOUTHWEST | § | |
| ICE CREAM SPECIALTIES (f/k/a | § | |
| HYGEIA DAIRY COMPANY), and | § | |
| H. LEE RICHARDS, | § | |
| | § | |
| Defendants. | § | |

Unopposed

### ORDER GRANTING MOTION FOR LEAVE

It is ORDERED that Defendant Cohyco, Inc.'s Motion for Leave to File Amended Answer and Original Counterclaims is GRANTED, and such pleading is hereby DEEMED FILED as of the date that this Order is SIGNED.

Signed this _2nd_ day of _October_, 2000.

_____
UNITED STATES MAGISTRATE JUDGE
HONORABLE MARY MILLOY

37