United States Courts
Southern District of Texas
FILED

OCT 02 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| QUALITY CHEK'D DAIRIES, INC., § | |
| § | B-02- 040 |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-00-0943 |
| § | |
| COHYCO, INC., "F" STREET § | |
| INVESTMENTS, d/b/a SOUTHWEST § | |
| ICE CREAM SPECIALTIES (f/k/a § | |
| HYGEIA DAIRY COMPANY), and § | |
| H. LEE RICHARDS, § | |
| § | |
| Defendants, § | |

**PLAINTIFF QUALITY CHEKD DAIRIES, INC.'S MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

COMES NOW Plaintiff Quality Chekd Dairies, Inc. ("Quality Chekd"), and files this its Motion for Leave to File First Amended Complaint in the above entitled and numbered cause. Plaintiff would show the Court as follows:

I.

Rule 15 of the Federal Rules of Civil Procedure states that leave to amend pleadings shall be freely given when justice so requires. This case is in the early stages of discovery. The Plaintiff has not taken the deposition of Defendants' witnesses. Further no time period prescribed by the Court's Order or rule of procedure has expired. Accordingly, this Motion is timely. The Court should allow the filing of these pleadings because they are appropriate and necessary and because the Plaintiff will be prejudiced if not allowed to amend.

47527:928960.1:071700

II.

Since the Original Complaint was filed, Hygeia Dairy Company, now F Street Investments, has filed for protection under Chapter 11 of the Bankruptcy Code. Quality Chekd has moved to sever and refer its claims against F Street to the Bankruptcy Court and wishes to preserve the non-bankruptcy claims against the defendants Richards and Cohyco in this Court. Accordingly, Quality Chekd now asks leave to amend its pleadings to so prosecute this case and to proceed as outlined above to allege additional facts which have been developed in the bankruptcy proceedings.

III.

Plaintiff Quality Chekd therefore moves for leave to file its First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

WHEREFORE, PREMISES CONSIDERED, Plaintiff Quality Chekd Dairies, Inc. prays that this Motion be granted, and that Plaintiff be allowed to file its First Amended Complaint.

Respectfully submitted,

HAMEL BOWERS & CLARK L.L.P.

_____
Lee Hamel
SBN: 08818000
William L. Bowers, Jr.
SBN: 02740000
1200 Smith, Suite 2900
Houston, Texas 77002
Tel:   (713) 659-2000
Fax: (713) 659-3809
Attorneys for Quality Chekd Dairies, Inc.

47527:928960.1:071700                                        -2-

## CERTIFICATE OF CONFERENCE

Plaintiff has conferred with opposing counsel and they do not agree to the Court's granting Plaintiff's leave to amend its pleadings.

_____
William L. Bowers, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the means indicated to counsel of record on this the ____ day of October, 2000.

Christian Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476

*Attorneys for Cohyco, Inc. and H. Lee Richards*

Harlin C. Womble, Jr.
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

*Attorneys for F Street Investments*

_____
William L. Bowers, Jr.

47527:928960.1:071700                    -3-

# EXHIBIT "A"