United States Courts
Southern District of Texas
FILED

OCT 03 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

B-02- 040

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | |
| COHYCO, INC., "F" STREET | § | |
| INVESTMENTS, d/b/a SOUTHWEST | § | |
| ICE CREAM SPECIALTIES (f/k/a | § | |
| HYGEIA DAIRY COMPANY), and | § | |
| H. LEE RICHARDS, | § | |
| | § | |
| Defendants, | § | |

### DEFENDANTS COHYCO, INC. AND LEE RICHARDS' UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWERS TO THE PLAINTIFF'S ORIGINAL COMPLAINT AND ORIGINAL COUNTERCLAIMS

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

COMES NOW Defendants Lee Richards and Cohyco, Inc. and file this their Unopposed Motion for Leave to File First Amended Answers and Original Counterclaims and would show the Court as follows:

I.

Defendants filed their Original Answers in this matter on April 10, 2000. Since that time, Cohyco has discovered the existence of counterclaims against the Plaintiff for usury and/or breach of contract. These counterclaims are compulsory counterclaims to the Plaintiff's suit for the amount claimed to be owed to Plaintiff by Cohyco. In addition, further affirmative defenses with respect to

42527:938439.1:092900

42

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC., | § | |
| | § | |
| Plaintiff, | § | B-02-040 |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | |
| COHYCO, INC., "F" STREET | § | |
| INVESTMENTS, d/b/a SOUTHWEST | § | |
| ICE CREAM SPECIALTIES (f/k/a | § | |
| HYGEIA DAIRY COMPANY), and | § | |
| H. LEE RICHARDS, | § | |
| | § | |
| Defendants, | § | |

### DEFENDANTS COHYCO, INC. AND LEE RICHARDS' UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWERS TO THE PLAINTIFF'S ORIGINAL COMPLAINT AND ORIGINAL COUNTERCLAIMS

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

COMES NOW Defendants Lee Richards and Cohyco, Inc. and file this their Unopposed Motion for Leave to File First Amended Answers and Original Counterclaims and would show the Court as follows:

I.

Defendants filed their Original Answers in this matter on April 10, 2000. Since that time, Cohyco has discovered the existence of counterclaims against the Plaintiff for usury and/or breach of contract. These counterclaims are compulsory counterclaims to the Plaintiff's suit for the amount claimed to be owed to Plaintiff by Cohyco. In addition, further affirmative defenses with respect to

42527:938439.1:092900

42

both Lee Richards and Cohyco have been identified since the date the original answers were filed.

**II.**

Rule 15 of the Federal Rules of Civil Procedure states that leave to amend pleadings shall be freely given when justice so requires. This case is in the early stages of discovery. The Defendants have not taken the deposition of the Plaintiff's witnesses. Further, no time period prescribed by the Court's Order or rule of procedure has expired. Accordingly, this Motion is timely. The Court should allow the filing of these pleadings because they are appropriate and necessary and because the Defendant will prejudiced if not allowed to amend.

**III.**

Defendant Cohyco, Inc. therefore moves for leave to file its First Amended Answer to the Plaintiff's Original Complaint and Original Counterclaims, and Defendant Lee Richards moves for leave to file his First Amended Answer to the Plaintiff's Original Complaint, a copy of each of which is attached hereto as Exhibits "A" and "B."

WHEREFORE, PREMISES CONSIDERED, Defendants Lee Richards and Cohyco, Inc. prays that this Motion be granted, and that Cohyco, Inc. be allowed to file its First Amended Answer to the Plaintiff's Original Complaint and Original Counterclaims, and that Lee Richards be allowed to file his First Amended Answer to the Plaintiff's Original Complaint.

Respectfully submitted,

*[signature]*

Christopher Lowrance
Attorney-in-Charge
State Bar No. 00784502
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR DEFENDANTS COHYCO,
INC. AND H. LEE RICHARDS

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF CONFERENCE

Opposing counsel is unopposed to this Motion.

*[signature]*
Of Royston, Rayzor, Vickery & Williams, L.L.P.

42527:938439.1:092900

-3-

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the means indicated to counsel of record on this the 29th day of September, 2000.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Lee Hamel
Law Office of Lee Hamel & Associates
1200 Smith, Suite 2900
Houston, Texas 77002
Attorney in Charge for Quality Chek'd Dairies, Inc.

Mr. Nathaniel Peter Holzer
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Attorney in Charge for F Street Investments, Inc.

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.

42527:938439.1:092900                                    -4-