UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FILED
United States Courts
Southern District of Texas
FILED
OCT 16 2000
Michael N. Milby, Clerk

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC., | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | B-02- 040 |
| COHYCO, INC., "F" STREET | § | |
| INVESTMENTS, d/b/a SOUTHWEST | § | |
| ICE CREAM SPECIALTIES (f/k/a | § | |
| HYGEIA DAIRY COMPANY), et al. | § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

The Plaintiff files this Designation of Expert Witnesses listing experts who may be called to testify at trial of this cause. Discovery herein is ongoing, and since reports of witnesses will, of necessity, have to consider material to be produced, reports are not being submitted until the completion of the depositions of the experts designated by the Plaintiffs, and a review of all of the documents related to the expression of their opinion. The designation below of experts as "consulting" means that until such time as it is determined to use such experts as testifying experts, they are consulting experts.

1. All of the persons designated as experts by the Defendants in their designation of expert witnesses.

2. Craig Funkhouser, C.P.A., currently employed by Commercial Services Group, is designated as an expert witness. He will testify with respect to the accounting issues involved in a cooperative organization and as a summary witness as to documents produced or introduced into evidence, the interpretation of the Cohyco/Hygeia audited financial statements and internal accounting records, the meaning and significance of a going concern or liquidity qualification in



audited financial statements, any indication of fraud or breach of fiduciary duty revealed by the documents to be examined, the corporate organization of Quality Chekd and the status of its shareholders and what value, if any, that their memberships have. Mr. Funkhouser's resume is attached hereto as Exhibit "A." (CONSULTING)

3. Ronald S. Cowen, C.P.A., currently employed by Crowe, Chizek, and Company, LLP, is designated as an expert witness. He will testify with respect to the accounting issues involved in a cooperative organization and as a summary witness as to documents produced or introduced into evidence, the interpretation of the Cohyco/Hygeia audited financial statements and internal accounting records, the meaning and significance of a going concern or liquidity qualification in audited financial statements, any indication of fraud revealed by the documents to be examined, the corporate organization of Quality Chekd and the status of its shareholders and what value, if any, that their memberships have. Mr. Cowen's resume is attached hereto as Exhibit "B." (CONSULTING)

4. William F. Comiskey, C.P.A., currently employed by Weinstein Spira & Company, P.C., is designated as an expert witness. He will testify as a summary witness as to documents produced or introduced into evidence, the interpretation of the Cohyco/Hygeia audited financial statements and internal accounting records, the meaning and significance of a going concern or liquidity qualification in audited financial statements and any indication of fraud revealed by the documents to be examined. Mr. Comiskey's resume is attached hereto as Exhibit "C." (CONSULTING)

5. Mel Rapp will appear as both a fact and expert witness and may testify as to those matters that he was involved in as an expert on the operations, nature and valuation of a cooperative

organization in the dairy business and the amount owed on the Hygeia account.

6.      Mr. Lee Hamel and Mr. Morton L. Susman will appear as an expert witness and may testify on both the reasonableness of attorneys' fees claimed by the Plaintiffs as well as the matters testified to by any experts for the Defendants in areas where Mr. Hamel is an expert by reason of training, experience and education, including any matter testified to by lawyers for the Defendants in this case. Both Mr. Hamel and Mr. Susman are lawyers licensed in Texas. (CONSULTING)

7.      Plaintiff reserves the right to supplement this designation of expert witnesses as depositions and other discovery are on-going. Plaintiff also reserves the right to supplement this designation of expert witnesses within the time limitations imposed by the court or by agreement among the parties, and pursuant to the rules of civil procedure or rules of evidence.

8.      Plaintiff reserves the right to elicit testimony from expert witnesses as needed for rebuttal or impeachment, and reserve the right to amend this list if necessary for said purposes.

Respectfully submitted,

HAMEL BOWERS & CLARK L.L.P.

Lee Hamel
SBN: 08818000
William L. Bowers, Jr.
SBN: 02740000
1200 Smith, Suite 2900
Houston, Texas 77002
Tel:   (713) 659-2000
Fax: (713) 659-3809
Attorneys for Quality Chekd Dairies, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by U.S. Mail and/or fax to counsel of record on this the 16th day of October, 2000.

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476

*Attorneys for Cohyco, Inc. and H. Lee Richards*

Harlin C. Womble, Jr.
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

*Attorneys for F Street Investments*

William L. Bowers, Jr.

# EXHIBIT "A"

# PARTNER

# COMMERCIAL SERVICES GROUP

Mr. Funkhouser has been responsible for the supervision of audit engagements with a concentration in manufacturers and distributors. In addition to auditing, Mr. Funkhouser is experienced in general business advisory services, tax planning, and acquisition studies.

He has served on many firm-wide committees including the Value Creation Committee, the Assurance Services Committee, Audit Efficiency Task Force, Audit Reengineering Committee, Accounting and Auditing Policy Committee, and the New Partner Screen Committee. Additionally, Mr. Funkhouser coordinates the on-campus recruiting effort and is the partner-in-charge of the Assurance Services Practice Group for the Oak Brook office.

Mr. Funkhouser is a member of the American Institute of Certified Public Accountants and of the Illinois CPA Society.

Mr. Funkhouser is actively involved in a variety of community organizations, currently serving as the Vice President of Finance of the Northern Illinois University Executive Club and having served as President, Treasurer, and board member of The Naperville Jaycees and finance committee chairman for the Little Friends' benefit auction and assisting with fund raising activities for Hobson School, a cooperative nursery school. Additionally, Mr. Funkhouser is a member of DePaul University's Visiting Advisory Committee to the Department of Accountancy.

Northern Illinois University
B.S. in Accounting


CROWE CHIZEK

1

# EXHIBIT "B"

# RONALD S. COHEN, CPA

**Crowe, Chizek and Company, LLP**
**330 East Jefferson Boulevard**
**South Bend, Indiana 46601**

Phone:  219 236 8677
Fax:       219 236 8692
E-mail:  rcohen@crowechizek.com

## Employment

**Crowe, Chizek and Company LLP**
- 1994 -2000:  Chairman of Executive Committee
- 1994-1998:  Partner in Charge of South Bend Office
- 1982-1994:  Managing Partner (CEO)
- 1969-1982:  Partner in Charge of Human Resources
- 1965-1969:  Partner
- 1958-1965:  Staff Accountant

(Firm grew from 12 people in 1958 to 200 in 1982, and to over 1500 today)

## Education

**Indiana University, Bloomington, Indiana**
- 1958:    B.S. in Business, with honors

## Affiliations

**American Institute of Certified Public Accountants**
- 1995-1996:  Chairman of Board of Directors
- 1990-1997:  Member of Board of Directors
- 1996-1999:  Member of Assurance Services Committee (Chairman - 1996 - 1998)
- 1998- present:  Member / Chairman of International Strategy Committee
- 1990-1997:  Finance Committee

   1994-1997: Compensation Committee
   1995-1997: Regulation and Structure Comm.

## Affiliations (Continued)
   1996-1997: AICPA / National Association of State Boards of Accountancy Joint Committee on Regulation and Structure
   1995-1996: Audit Committee
   1995-1996: Strategic Planning Committee
   1988-1991: SEC Practice Section Executive Committee
   1982-1991: Practice Group B Advisory Committee (Chairman: 1987-1991)
   1985-1988: Management of an Accounting Practice Committee
   1983-1985: Private Companies Practice Section Executive Committee

**International Federation of Accountants**
   1997-1999: Member of Governing Council (AICPA / United States representative), Anti-Corruption Task Force and Quality Assurance Task Force
   2000 - present: Member of Nominating Committee

**Horwath International**
   1999 - present: Chairman
   1991 - present: Member of Executive Council

**Indiana CPA Society**
   1961-present: Member
   Past President of South Bend chapter

**American Arbitration Association**
   2000 - present: Member of Commercial Panel

**Other (present and past)**

Indiana University School of Business Dean's Advisory Council
Indiana University School of Business Alumni Association (Board member)

**Affiliations (Continued)**

Memorial Hospital and Memorial Health Systems (Board member and treasurer)
United Way of St. Joseph County (Board member and Campaign Chairman)
South Bend Public Housing Commission (Commissioner and Vice Chairman)
Indiana University South Bend International Programs Advisory Council
Michiana Arts and Sciences Council (Board member and treasurer)

**Speaking Engagements**

1998:
CNA Insurance Accountants' Defense Network (Nashville)
Horwath International Annual Meeting (New Delhi, India)
AICPA / CICA Conference on Assurance Services (Las Vegas)
Minnesota Society of CPAs MEGA Conference And Expo (Minneapolis)
Arkansas Society of CPAs Accounting and Auditing Conference (Branson, Missouri)

1997:
Horwath International Annual Meeting (Barcelona, Spain)
AICPA National Accounting and Auditing Advanced Technical Symposium (Chicago)
Mississippi Society of CPAs Annual Convention

        **(Destin, Florida)**
    **Washington Society of CPAs Leadership**
        **Conference (Seattle)**
    **Missouri Management of an Accounting Practice**
        **Conference (Kansas City)**

**1996:**
    **AICPA Annual Meeting (Palm Springs)**
    **Horwath International Annual Meeting (Vienna))**

## Speaking Engagements (Continued)

    **AICPA / Institute of Management Accountants**
        **Annual Panel on Financial Reporting in the**
        **90's (New York)**
    **University of Texas Lyceum (Austin)**
    **University of Notre Dame Lyceum (South Bend)**
    **Miami University Price Waterhouse**
        **Distinguished Speaker (Oxford, OH)**
    **AICPA Practitioners' Symposium (Las Vegas))**
    **Oklahoma Society of CPAs Annual Meeting**
        **(Oklahoma City)**
    **New Jersey Society of CPAs Annual Meeting**
        **(Boston)**
    **Indiana CPA Society Annual Meeting (Naples, FL)**
    **Michigan Association of CPAs Annual Meeting**
        **(Pellston, MI)**

## Honors

    **Accounting Today: 100 Most Influential Accountants**
        **in the United States - 1995, 1996, 1997**
    **Indiana CPA Society: 1996 President's Award**

**Litigation Services Activity**
- Retained as Expert and Provided Litigation Support for Plaintiff in Heartland, Inc. et al v. Coopers & Lybrand et al; District Court, County of Denver, State of Colorado
- Arbitrator in Action by City of New York v. Port Authority of New York and New Jersey
- Retained as Consultant to Counsel for Trustee in Bankruptcy of Publicly Held Sub-Prime Lender
- Retained as Expert and Provided Litigation Support for Plaintiff in re: Merry-Go-Round Enterprises, Inc. et al, Debtors: Deborah Hunt Devan as Chapter 7 Trustee v. Ernst & Young LLP, et al., United States Bankruptcy Court for The District of Maryland (Baltimore Division)
- Retained as Expert and Provided Litigation Support for Defendant in United States of America v. Michael T. Neeb (an Employee of Columbia / HCA Healthcare Corp.); United States District Court, Middle District of Florida, Fort Myers Division
- Retained on Continuing Basis by Professional Liability Insurer defending CPA Firm Insureds in Various Accountant Malpractice Cases
- Retained as Consultant to Counsel for Class Action Defending Claim Against CPA Firm Alleging Accountant Malpractice
- Retained as Expert and Provided Litigation Support for Plaintiff in Joseph Chalverus, et al v. Pegasystems, Inc., et al; United States District Court, District of Massachusetts
- Retained as Consultant to Counsel in Dispute Between Majority and Minority Shareholders in a Merger Transaction

# Arbitrator in Commercial Dispute over Interpretation of Contract Terms

# EXHIBIT "C"



**Certified Public Accountants and Business Advisors**

# WILLIAM F. COMISKEY

William F. Comiskey is the senior audit partner and Director of Litigation Support for Weinstein Spira & Company, P.C., one of the largest single-office firms of certified public accountants in Houston. Mr. Comiskey had 23 years experience, including 13 as a partner with a Big Five accounting firm, before joining Weinstein Spira in 1989.

Mr. Comiskey has directed a number of litigation support engagements. Included in those engagements are the following:

- Special Master for United States District Judge Lynn N. Hughes regarding the propriety of certain oil and gas exploration and production costs charged by the Operator of several producing wells to the Joint Ownership Interests.

- Consultant and expert witness for a state agency concerning the propriety of certain development costs to be reimbursed.

- Consultant regarding the financial records of various bankrupt entities, including Associated Investment Company, Riostar Corporation and Critical Industries, Inc.

- Consultant and expert witness for the United States Department of Justice in connection with litigation regarding the financial statements and affairs of an international firm.

- Consultant and expert witness in connection with certain charges to the oil and gas working interest owned by a financial institution.

- Consultant to an insurance consortium regarding damages incurred by an international engineering and construction company.

Mr. Comiskey is a graduate of The University of Texas at Austin with a B.B.A. degree in accounting. He holds memberships in the American Institute of Certified Public Accountants and the Texas Society of Certified Public Accountants. He has lectured on accounting topics at the University of Texas, Texas A&M University and for various professional groups, including The School of Insurance and Financial Services at the University of Houston, the Houston Chapter of Certified Public Accountants and the Texas Society of Certified Public Accountants.

2200 Five Greenway Plaza • Houston, Texas 77046 • 713.622.7000 • Fax: 713.622.9535
e-mail@weinsteinspira.com • www.weinsteinspira.com

** TOTAL PAGE.02 **