CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
1-12-01
MICHAEL N. MILBY, CLERK
BY DEPUTY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES INC. | § | B-02-040 |
| Plaintiff | § | |
| | § | Civil Action No. H-00-943 |
| vs | § | |
| | § | |
| COHYCO INC et al | § | |
| Defendants | § | |

NOTICE OF SETTING HEARING

To: All Counsel of Record

TAKE NOTICE THAT THE ABOVE ENTITLED CASE HAS BEEN **SET** FOR ORAL ARGUMENTS ON ALL PENDING MOTIONS **ON MONDAY JANUARY 22, 2001 AT 11:00 A.M.**

PLACE:   Bob Casey's Courthouse
U.S. Courthouse
515 Rusk Ave.
Houston, Texas 77002

**LOCATION: Courtroom 701, 7th floor**

SIGNED at Houston, Texas this 17th day of January 2001.

_____
JOHN HOGAN, Case Manager to
U.S. MAGISTRATE JUDGE MARY MILLOY