COURTROOM MINUTES

JUDGE: Mary Milloy, Presiding

COURTROOM CLERK: John Hogan

COURT REPORTER: ERO(Yvonne D.)

MORNING SESSION: 11:00/11:45

AFTERNOON SESSION:

CLERK, U    DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
1-22-01
MICHAEL N. MILBY, CLERK
BY DEPUTY

B-02- 040

DATE: 1/22/01

===============================================================

|                                | H-00-943 |                        |
|--------------------------------|----------|------------------------|
| QUALITY CHEKD DAIRIES, INC.    | v        | COHYCO, INC., et al    |

===============================================================

DOCKET ENTRY:

(MM) MOTION CONFERENCE HELD:

Appearances: William Bowers, Jr. f/pltf; Lowrance and Holzer f/defts.

Defendant Richards, et al motion to transfer # 22- MOOT

Plaintiff's Motion to transfer venue to Illinois # 23-MOOT

Plaintiff's motion to sever "F" Street Investments and refer proceedings against it to the bankruptcy court # 28-MOOT

Plaintiff's motion to dismiss proceedings as to "F"Street Investments w/o prejudice # 31-MOOT

Defendant "F" Street Investment motion for dismissal with prejudice on all plaintiffs non-account-debt claims # 33-MOOT

Defendant"F"Street Investment motion for leave to file first amended answer to the plaintiff's original complaint and original counterclaim # 34-MOOT

Plaintiff motion for leave to file first amended complaint #40 GRANTED

Plaintiff's to file 2nd Amended Complaint by February 20, 2001

Defendant's Cohyco to file Motion to Transfer/Dismiss by March 20, 2001
Plaintiff's to file response w/l 20 days.

Scheduling Order Vacated until further notice from the court.

47

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

QUALITY CHEKD DAIRIES, et al          }
        Plaintiff                    }
        vs.                          }          CIVIL ACTION NO.H-00-943
COHYCO INC., et al                    }
        Defendant                    }

**APPEARANCES:**

Counsel:                                    Representing:

_William L. Bowers Jr_                       _Quality Chekd Dairies, Inc._

_CHRISTOPHER LOWRANCE_                        _COHYCO, INC. + LEE RICHAR_

_N.Pete Holzer_                              _F Street Invstmnts Inc_

_____                             _____

_____                             _____

_____                             _____

_____                             _____

PLEASE PRINT