UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 22 2001

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC., | § | |
| | § | |
| Plaintiff, | § | B-02-040 |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | |
| COHYCO, INC., "F" STREET | § | |
| INVESTMENTS, d/b/a SOUTHWEST | § | |
| ICE CREAM SPECIALTIES (f/k/a | § | |
| HYGEIA DAIRY COMPANY), and | § | |
| H. LEE RICHARDS, | § | |
| | § | |
| Defendants. | § | |

## AMENDED SCHEDULING ORDER

1.  October 1, 2000    **AMENDMENTS TO PLEADINGS and ADDITION OF NEW PARTIES**
    Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. February 23, 2001  **EXPERTS**
    Plaintiff will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rules of Civil Procedure 26(a)(2).

2b. April 27, 2001     Defendant will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rules of Civil Procedure 26(a)(2).

3.  June 27, 2001      **DISCOVERY**
    Counsel may, by agreement, continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

47527:956862.1:021501

49

| | | |
|---|---|---|
| 4. | April 30, 2001 | **MOTIONS DEADLINE**<br>Including any motion challenging an expert witness. (Only motions in limine on issues other than experts may be filed after this date.) |
| 5a. | July 17, 2001 | **JOINT PRETRIAL ORDER**<br>THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with a computer disc.) |
| 5b. | July 20, 2001 | THE PLAINTIFF is responsible for filing the pretrial order on this date. |
| 6. | July 27, 2001 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A. |
| 7. | August, 2001 | **TRIAL**<br>Case is subject to being called to trial on short notice during this month. |
| 7a. | 4 | Estimated days to try. |
| 7b. | Jury | Trial to be jury or non-jury. |

The Clerk shall enter this Order and Provide a copy to all parties.

SIGNED on this the ___21st___ day of ___Feb___, 2001, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

47527:956862.1:021501

-2-