United States Courts
Southern District of Texas
FILED

MAR 2 7 2001  LF

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC. | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | |
| COHYCO, INC. and | § | |
| H. LEE RICHARDS | § | B-02-~040 |

## MOTION TO EXTEND
## DOCKET ENTRY DEADLINE

1.      On January 22, 2001, Hon. Mary Milloy, U.S. Magistrate Judge, ordered that Defendants' motions to transfer or dismiss be filed by March 20, 2001, and that a response be filed by Plaintiffs within 20 days (Docket No. 47).

2.      On March 23, 2001, Plaintiff checked the pacer docket sheet and discovered that the following document was filed on March 20, 2001 (Docket No. 50): "Defendants Cohyco, Inc. and H. Lee Richards' Motion for Summary Judgment, Motion for Referral to the Bankruptcy Court, and Motion to Transfer." The minute entry specified a response date within twenty days.

3.      On March 26, 2001, Plaintiff was advised by Movants/Defendants that the copy mailed to its counsel was returned to Defendants' counsel for insufficient postage. Movants have been promised a copy of the motion with exhibits to be received by Federal Express on March 27, 2001.

-1-

52

4.    Movants/Plaintiffs herein respectfully request an extension of the deadline to respond to "Defendants Cohyco, Inc. and H. Lee Richards' Motion for Summary Judgment, Motion for Referral to the Bankruptcy Court, and Motion to Transfer" to twenty (20) days after receipt of the motion with exhibits.

Respectfully submitted,

HAMEL BOWERS & CLARK L.L.P.

Lee Hamel
SBN: 08818000
1200 Smith, Suite 2900
Houston, Texas 77002
Tel:    (713) 659-2000
Fax:   (713) 659-3809
Attorneys for Quality Chekd Dairies, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by U.S. Mail and/or fax to counsel of record on this the 27th day of March, 2001.

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476

*Attorneys for Cohyco, Inc. and H. Lee Richards*

Lee Hamel

-2-