

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAR 28 2001
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| QUALITY CHEK'D DAIRIES, INC. § | |
| § | |
| VS. § | CIVIL ACTION NO. H-00-0943 |
| § | B-02-040 |
| COHYCO, INC. and § | |
| H. LEE RICHARDS § | |

## ORDER

It is ORDERED Plaintiff shall have twenty (20) days after receipt of Defendants Cohyco, Inc. and H. Lee Richards' Motion for Summary Judgment, Motion for Referral to the Bankruptcy Court, and Motion to Transfer with exhibits to respond.

SIGNED in Houston, Texas on March 27, 2001.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE

53