United States Courts
Southern District of Texas
FILED

APR 0 9 2001

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC. | § § § | |
| VS. | § § | CIVIL ACTION NO. H-00-0943 |
| COHYCO, INC. and H. LEE RICHARDS | § § | B-02-040 |

### MOTION TO STRIKE
### RESPONSE OF F STREET INVESTMENT'S INC. TO
### PLAINTIFF'S OPPOSITION TO REFERRAL OF CASE AND
### MOTION FOR REFERENCE OF CASE TO BANKRUPTCY COURT

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiff, Quality Chekd Dairies, Inc. ("Quality Chekd") moves to strike the Response of F Street Investments, Inc. ("F Street") to Plaintiff's Opposition to Referral of Case and Motion for Reference of Case to Bankruptcy Court. Quality Chekd's grounds therefor are as follows:

1.  On January 22, 2001, Magistrate Judge Mary Milloy held a hearing on all pending motions. At that hearing, the Magistrate Judge allowed the filing of Plaintiffs' First Amended Complaint. Such Complaint was deemed filed at that time, and the Court recognized that it did not ask for any relief against F Street. Thereafter, the Court stated that F Street was no longer a party to this case. On that basis, the Court essentially recognized that Quality Chekd's previous motions to dismiss and to sever and transfer were moot. In effect, the Court granted Quality Chekd's motion to dismiss at that hearing. A copy of the docket entry No. 47 made by the Court through Magistrate Judge Milloy on January 22, 2001 is attached hereto as Exhibit "A." Therefore, since F Street is no longer a party to this civil action and its response to Plaintiff's Opposition to Referral of Case and

-1-



Motion for Reference of Case to Bankruptcy Court should be stricken.

2. Pursuant to the local rules, Quality Chekd filed proposed orders granting all of its previous motions, including its Motion to Dismiss F Street without prejudice and its Motion to Sever and Transfer F Street to the Bankruptcy Court. To the extent that the entry of any further orders are necessary with respect to F Street's dismissal from these proceedings, a form of order is attached which confirms the dismissal of F Street, and in addition, provisions and striking F Street's opposition to plaintiff's opposition to transfer and F Street's motion for referral to the Bankruptcy Court.

3. Subject to its Motion to Strike, Quality Chekd opposes all relief sought by F Street and denies that this civil action should be transferred to the Bankruptcy Court. If the Court denies this motion, Quality Chekd incorporates by reference its response to Defendants' Cohyco's and Richards' identical motion to which by order of this court (Docket No. 53), Quality Chekd's answer is due on April 16, 2001, and asks that it be given ten days from the date of such denial to supplement its responses to F Street's motion.

WHEREFORE, Quality Chekd moves that this Court enter an order confirming the dismissal of F Street from these proceedings and striking its response and motion to refer this civil action to the Bankruptcy Court.

Respectfully submitted,

Lee Hamel, SBN: 08818000
William L. Bowers, Jr., SBN: 02740000
Hamel Bowers & Clark L.L.P.
1200 Smith, Suite 2900
Houston, Texas 77002
Tel:   (713) 659-2000/Fax:   (713) 659-3809
Attorneys for Quality Chekd Dairies, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by U.S. Mail and/or fax to counsel of record on this the ____ day of April, 2001.

Harlin C. Womble, Jr.
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

*Attorneys for F Street Investments*

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476

*Attorneys for Cohyco, Inc. and H. Lee Richards*

_____
Lee Hamel

# EXHIBIT "A"

| Date | # | Entry |
|---|---|---|
| 10/2/00 | 39 | FIRST AMENDED ANSWER to Complaint by Cohyco Inc : amends [9-1] answer , filed. (ps) |
| 10/2/00 | 39 | COUNTERCLAIM by Cohyco Inc against Quality Chekd Dairie , filed. (ps) |
| 10/2/00 | 40 | OPPOSED MOTION for leave to file first amended complaint, by Quality Chekd Dairie, Motion Docket Date 10/22/00 [40-1] motion , filed. (ps) [Entry date 10/03/00] [Edit date 10/03/00] |
| 10/2/00 | 41 | FIRST AMENDED COMPLAINT by Quality Chekd Dairie, (Answer due 10/12/00 for Cohyco Inc, for "F" Street Investmen, for H Richards ) amending [1-1] complaint , filed. (ps) [Entry date 10/03/00] |
| 10/2/00 | 37 | ORDER entered GRANTING Lee Richards and Cohyco's [42-1] motion for leave to file first amended answers to the pltfs original complaint and original counterclaims; Parties notified. ( signed by Magistrate Judge Mary Milloy ) (ps) [Entry date 10/03/00] |
| 10/3/00 | 42 | UNOPPOSED MOTION for leave to file first amended answers to the pltfs original complaint and original counterclaims by Cohyco Inc, H Lee Richards, Motion Docket Date 10/23/00 [42-1] motion , filed. (ps) |
| 10/3/00 | 43 | First AMENDED ANSWER to Complaint by H Lee Richards : amends [10-1] answer , filed. (ps) |
| 10/3/00 | 44 | First AMENDED ANSWER to Complaint by Cohyco Inc : amends [9-1] answer , filed. (ps) |
| 10/3/00 | 44 | COUNTERCLAIM by Cohyco Inc against Quality Chekd Dairie , filed. (ps) |
| 10/16/00 | 45 | DESIGNATION OF EXPERT WITNESS LIST by Quality Chekd Dairie filed. (ps) [Entry date 10/17/00] [Edit date 10/20/00] |
| 1/17/01 | 46 | NOTICE of Hearing: A hearing is set for 11:00 1/22/01 before Magistrate Judge Mary Milloy , filed. (ps) [Entry date 01/22/01] |
| 1/19/01 | -- | Rec'd letter from Attorney William L Bowers, Jr, Counsel for Pltf Quality Chekd Dairies, Inc re: bankruptcy proceeding; fwd to Judge (ks) |
| 1/22/01 | 47 | Minute entry: MOTION CONFERENCE held. Apps: W Bowers; Lowrance; Holzer; mooting [22-1] motion to transfer venue; mooting [23-1] motion to transfer venue to Illinois; mooting [28-1] motion to sever "F" Street Investments and refer proceedings against it to the bankruptcy court; mooting [31-1] motion to dismiss proceedings as to "F" Street Investments without prejudice; mooting [33-1] motion for dismissal with prejudice on all pltfs non-account-debt claims; mooting [34-1] motion for leave to file first amended answer to the pltfs original complaint and original counterclaim; granting [40-1] motion for leave to file first amended complaint. Pltfs to file 2nd amended complaint by 2/20/01, Deft to file motion to transfer/dismiss by 3/20/01; Pltf to file response within 20 days. The [21-1] Scheduling order is vacated until further notice. terminated deadlines Ct Reporter: ERO . (ps) [Entry date 01/23/01] |
| 2/20/01 | 48 | RESPONSE In Opposition To Referral of Case, by Quality Chekd Dairies , filed (ps) [Entry date 02/21/01] |
| 2/21/01 | 49 | AMENDED SCHEDULING ORDER setting Amending of pleadings 10/1/00 ; Joining of parties 10/1/00 ; Pltf expert witness list submitted by 2/23/01 ; Deft expert witness list submitted 4/27/01 ; Discovery cutoff 6/27/01 ; Deadline for filing dispositive motions 4/30/01 ; Deadline for filing non-dispositive motions 4/30/01 ; Defts Pretrial order to be submitted by 7/17/01; Pltfs Pretrial order to be submitted on or before 7/20/01 ; Docket call deadline 1:30 |