HAMEL BOWERS & CLARK L.L.P.
ATTORNEYS AND COUNSELORS
TWO ALLEN CENTER
1200 SMITH, SUITE 2900
HOUSTON, TEXAS 77002

TELEPHONE: (713) 659-2000
FAX: (713) 659-3809

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

APR 1 3 2001

MICHAEL N. [illegible], CLERK OF COURT

April 13, 2001

Hon. Mary Milloy
United States Magistrate Judge
Bob Case U.S. Court House
515 Rusk Street, Room 7007
Houston, Texas 77002

**By Hand**

B-02-040

Re: Cause No. H-00-00943; *Quality Chekd Dairies, Inc. v. Cohyco, Inc., "F" Street Investments d/b/a/ Southwest Ice Cream Specialties (f/k/a Hygeia Dairy Company), and H. Lee Richards*; In the United States District Court for the Southern District of Texas, Houston Division

Dear Judge Milloy:

Counsel for the moment in defendant Cohyco's Motion to Refer this Case to the Bankruptcy Court and Motion for Summary Judgment for defendant Cohyco, Inc., in the above captioned matter, has agreed that the plaintiff may have until Thursday, April 19, 2001 to respond to his motion's.

I have advised your court coordinator of this agreement. He requested that I write this letter to the court advising of this agreement and requesting that the matter not be submitted for consideration until April 19, 2001.

Thank you for your courtesy in this matter.

Sincerely,

William L. Bowers, Jr.
Counsel for Quality Chekd Dairies, Inc.

WLB:kj

#55

Hon. Mary Milloy
April 13, 2001
Page 2

cc: *(By Facsimile)*
C. Scott Kinzel
Royston, Rayzor, Vickery & Williams
2200 Chase Tower
600 Travis Street
Houston, Texas 77002-2913

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476

*Attorneys for Cohyco, Inc. and H. Lee Richards*

Harlin C. Womble, Jr.
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

Paul Lee Wiley
621 East Tyler
P.O. Box 2764
Harlingen, Texas 78551-2764

*Attorneys for F Street Investments*