# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 1 9 2001

**BC**

Michael N. Milby, Clerk

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC. | § | |
| | § | **B-02- 040** |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | |
| COHYCO, INC. and | § | |
| H. LEE RICHARDS | § | |

## AFFIDAVIT OF WILLIAM L. BOWERS, JR.

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

**BEFORE ME,** the undersigned authority, on this day personally appeared **WILLIAM L. BOWERS, JR.** who, after being duly sworn, stated on his oath as follows:

1.      "My name is William L. Bowers, Jr.  I am over 21 years of age,  sound mind, fully competent to make this affidavit, and am personally acquainted with the facts herein stated.  I am an attorney licensed to practice law in the State of Texas. I am an attorney in the above-referenced cause.

2.      "The following documents are attached to and made a part of this Affidavit, identified by Tabs 1 through 9.

"Tab 1 is a true and correct copy of the financial statements of Cohyco and its subsidiaries for the fiscal years ending September 30, 1994 and 1995 produced in connection with the Rule 2004 proceedings in the F Street Bankruptcy Case.

"Tab 2 is a true and correct copy of the Consolidated Income Tax Return of Cohyco, Inc. and its subsidiaries for the fiscal year ending September 30, 1998, produced in connection with the Rule 2004 proceedings in the F Street Bankruptcy Case.

-1-

"Tab 3 is a true and correct copy of the Consolidated Financial Statements of Hygeia Dairy Company and its subsidiaries for the fiscal years ending September 30, 1996-1998, produced in connection with the Rule 2004 proceedings in the F Street Bankruptcy Case.

"Tab 4 is a true and correct copy of excerpts from the oral deposition of H. Lee Richards taken in connection with the Rule 2004 proceedings in the F Street Bankruptcy Case.

"Tab 5 is a true and correct copy of excerpts from the oral deposition of James Douglas Purl, Jr. taken in connection with the Rule 2004 proceedings in the F Street Bankruptcy Case.

"Tab 6 is a true and correct copy of a hand written letter and draft of a Non-Compete Agreement produced in connection with the Rule 2004 proceedings in the F Street Bankruptcy Case.

"Tab 7 is a true and correct copy of a page from the original schedules filed in the F Street Bankruptcy Case reflecting the secured debt of Cohyco.

"Tab 8 is a true and correct copy of a page from the amended schedules filed in the F Street Bankruptcy Case reflecting the amount of the Cohyco unsecured claim.

"Tab 9 is a true and correct copy of a page from the amended schedules filed in the F Street Bankruptcy Case which reflects the total unsecured claims.

Further, affiant sayeth not.

William E. Bowers, Jr.

SUBSCRIBED AND SWORN TO BEFORE ME on April 19, 2001

Notary Public in and for
the State of Texas

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Affidavit of William L. Bowers, Jr., with

exhibits, has been served by U.S. Mail and/or fax to counsel of record on this the /9ᵗʰ day of April,

2001.

Harlin C. Womble, Jr.
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

   *Attorneys for F Street Investments*

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476

   *Attorneys for Cohyco, Inc. and H. Lee Richards*

William L. Bowers, Jr.



# Deloitte & Touche LLP

---

## COHYCO, INC. AND SUBSIDIARIES

**Consolidated Financial Statements for the
Fiscal Years Ended September 30, 1995 and 1994
and Independent Auditors' Report**

---

Deloitte Touche
Tohmatsu
International

104287



Richards 4



**Deloitte &
Touche LLP**

|  |  |
|---|---|
| Suite 1100 | Telephone: (210) 224-1041 |
| 700 North St. Mary's | Facsimile (210) 224-9456 |
| San Antonio, Texas 78205-3589 | |

## INDEPENDENT AUDITORS' REPORT

Board of Directors and Stockholders
COHYCO, Inc.
Harlingen, Texas

We have audited the accompanying consolidated balance sheets of COHYCO, Inc. and subsidiaries (the Company) as of September 30, 1995 and 1994, and the related consolidated statements of operations, stockholders' equity and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, such consolidated financial statements present fairly, in all material respects, the financial position of COHYCO, Inc. and subsidiaries as of September 30, 1995 and 1994, and the results of their operations and their cash flows for the years then ended in conformity with generally accepted accounting principles.

*Deloitte & Touche LLP*

December 15, 1995

**Deloitte Touche
Tohmatsu
International**

104288

# COHYCO, INC. AND SUBSIDIARIES

**CONSOLIDATED BALANCE SHEETS**
**SEPTEMBER 30, 1995 AND 1994**
(Dollars in Thousands)

| ASSETS | 1995 | 1994 |
|---|---|---|
| CURRENT ASSETS: | | |
| Cash | $      558 | $   1,031 |
| Short-term investments | 2,450 | - |
| Accounts receivable, less allowance for doubtful accounts of $745 and $572, respectively | 4,319 | 5,942 |
| Notes receivable | 97 | 54 |
| Refundable income taxes | 1,590 | 501 |
| Inventories | 3,009 | 3,688 |
| Prepaid expenses | 321 | 406 |
| Deferred tax assets | 611 | 536 |
| Current assets of discontinued operations | - | 4,394 |
| Total Current Assets | 12,955 | 16,552 |
| PROPERTY AND EQUIPMENT: | | |
| Land | 725 | 725 |
| Buildings | 6,563 | 6,552 |
| Equipment | 16,271 | 16,378 |
| | 23,559 | 23,655 |
| Less accumulated depreciation | (16,966) | (16,106) |
| Property and Equipment, net | 6,593 | 7,549 |
| INVESTMENTS AND OTHER ASSETS, Net | 5,204 | 6,873 |
| NONCURRENT ASSETS OF DISCONTINUED OPERATIONS, Net | - | 17,071 |
| TOTAL | $ 24,752 | $ 48,045 |

See notes to consolidated financial statements.

104289

| LIABILITIES AND STOCKHOLDERS' EQUITY | 1995 | 1994 |
|---|---|---|
| **CURRENT LIABILITIES:** | | |
| Bank overdraft | $ 582 | $ 1,260 |
| Notes payable | 250 | 4,534 |
| Accounts payable and accrued expenses | 5,193 | 5,670 |
| Current portion of long-term obligations | 1,366 | 1,964 |
| Current liabilities of discontinued operations | - | 7,814 |
| Total Current Liabilities | 7,391 | 21,242 |
| LONG-TERM OBLIGATIONS | 992 | 10,113 |
| DEFERRED INCOME TAXES | 501 | 1,577 |
| MINORITY INTEREST | - | 1,671 |
| COMMITMENTS AND CONTINGENCIES | | |
| **STOCKHOLDERS' EQUITY:** | | |
| Common stock, $.001 par value: authorized 10,000,000 shares, 5,915,166 shares issued and 3,977,384 shares outstanding | 6 | 6 |
| Additional paid-in capital | 1,512 | 1,512 |
| Retained earnings | 16,587 | 14,116 |
| | 18,105 | 15,634 |
| Less treasury stock, at cost | (2,237) | (2,192) |
| Total Stockholders' Equity | 15,868 | 13,442 |
| TOTAL | $ 24,752 | $ 48,045 |

- 2 -

104290

# COHYCO, INC. AND SUBSIDIARIES

**CONSOLIDATED STATEMENTS OF OPERATIONS**
**YEARS ENDED SEPTEMBER 30, 1995 AND 1994**
(Dollars in Thousands, Except per Share Data)

|  | 1995 | 1994 |
|---|---|---|
| REVENUES AND INCOME: |  |  |
| Net sales | $ 59,510 | $ 63,802 |
| Interest income | 61 | 44 |
| Other | 7 | 228 |
|  | 59,578 | 64,074 |
| COST OF SALES | (46,734) | (50,475) |
| OPERATING AND ADMINISTRATIVE EXPENSES | (18,697) | (15,835) |
| INTEREST EXPENSE | (588) | (751) |
| LOSS FROM CONTINUING OPERATIONS BEFORE INCOME TAXES AND DISCONTINUED OPERATIONS | (6,441) | (2,987) |
| BENEFIT FROM INCOME TAXES | 1,959 | 1,051 |
| LOSS FROM CONTINUING OPERATIONS | (4,482) | (1,936) |
| DISCONTINUED OPERATIONS: |  |  |
| (Loss) earnings from operations of discontinued retail stores (less applicable income tax (benefit) provision of $(358) and $452 in 1995 and 1994, respectively) | (677) | 696 |
| Minority interest related to discontinued operations | (1,178) | (106) |
| Gain on sale of retail store operations (less applicable income tax provision of $4,733) | 8,967 | - |
| NET EARNINGS (LOSS) | $ 2,630 | $ (1,346) |
| EARNINGS (LOSS) PER SHARE: |  |  |
| From continuing operations | $ (1.13) | $ (0.49) |
| From discontinued operations | (0.46) | 0.15 |
| From gain on sale of net assets related to discontinued operations | 2.25 | - |
| Total | $ 0.66 | $ (0.34) |

See notes to consolidated financial statements.

- 3 -

104291

# COHYCO, INC. AND SUBSIDIARIES

## CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY
## YEARS ENDED SEPTEMBER 30, 1995 AND 1994
(Dollars in Thousands)

| | Common Stock Shares | Amount | Additional Paid-in Capital | Retained Earnings | Treasury Stock Shares | Amount |
|---|---|---|---|---|---|---|
| BALANCE, October 1, 1993 | 5,915,166 | $ 6 | $1,512 | $15,621 | 1,937,782 | $2,147 |
| NET LOSS | - | - | - | (1,346) | - | - |
| COST OF OPTION TO ACQUIRE TREASURY STOCK | - | - | - | - | - | 45 |
| DIVIDENDS DECLARED | - | - | - | (159) | - | - |
| BALANCE, September 30, 1994 | 5,915,166 | 6 | 1,512 | 14,116 | 1,937,782 | 2,192 |
| NET EARNINGS | - | - | - | 2,630 | - | - |
| COST OF OPTION TO ACQUIRE TREASURY STOCK | - | - | - | - | - | 45 |
| DIVIDENDS DECLARED | - | - | - | (159) | - | - |
| BALANCE, September 30, 1995 | 5,915,166 | $ 6 | $1,512 | $16,587 | 1,937,782 | $2,237 |

104292

# COHYCO, INC. AND SUBSIDIARIES

**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**YEARS ENDED SEPTEMBER 30, 1995 AND 1994**
(Dollars in Thousands)

|  | 1995 | 1994 |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES: | | |
| Net earnings (loss) | $ 2,630 | $ (1,346) |
| Adjustments to reconcile net earnings (loss) to net cash (used in ) provided by continuing operating activities: | | |
| Loss (income) from discontinued operations | 677 | (696) |
| Undistributed minority interest in discontinued operations | 1,155 | 91 |
| Gain on sale of discontinued operations | (8,967) | - |
| Write-off of accounts and notes receivable | 2,630 | 240 |
| Depreciation and amortization | 1,269 | 1,354 |
| Gain on sales of assets | (29) | (63) |
| Deferred income taxes | (1,151) | (229) |
| (Increase) decrease in assets relating to operations: | | |
| Accounts and notes receivable | (144) | (965) |
| Refundable income taxes | (1,089) | 115 |
| Inventories | 679 | 393 |
| Prepaid expenses and other assets | 85 | 35 |
| (Decrease) increase in liabilities relating to operations: | | |
| Bank overdraft | (678) | (210) |
| Accounts payable and accrued expenses | (222) | 1,955 |
| | | |
| Net cash (used in ) provided by continuing operations | (3,155) | 674 |
| Net cash (used in) provided by discontinued operations | (8,313) | 2,053 |
| | | |
| NET CASH (USED IN) PROVIDED BY OPERATING ACTIVITIES | (11,468) | 2,727 |
| | | |
| CASH FLOWS FROM INVESTING ACTIVITIES: | | |
| Proceeds from sale of discontinued operations | 31,056 | - |
| Proceeds from sales of property and equipment | 51 | 263 |
| Receipts on long-term receivables | 629 | - |
| Cash received from officers' life insurance | 195 | - |
| Purchases of certificates of deposit | (2,450) | - |
| Property and equipment purchases | (579) | (3,050) |
| Purchase of rental property | - | (50) |
| Payments received on notes receivable | - | 184 |
| Other | (32) | (241) |
| | | |
| NET CASH PROVIDED BY (USED IN) INVESTING ACTIVITIES | 28,870 | (2,894) |

(Continued)

- 5 -

104293

# COHYCO, INC. AND SUBSIDIARIES

## CONSOLIDATED STATEMENTS OF CASH FLOWS
## YEARS ENDED SEPTEMBER 30, 1995 AND 1994
(Dollars in Thousands)

|  | 1995 | 1994 |
|---|---|---|
| CASH FLOWS FROM FINANCING ACTIVITIES: | | |
| Borrowings under notes payable | 15,259 | 24,412 |
| Proceeds from issuance of long-term obligations | 729 | 1,280 |
| Payments on notes payable | (20,433) | (23,277) |
| Principal payments on long-term obligations | (11,173) | (2,123) |
| Purchase of minority interest | (2,026) | - |
| Dividends paid | (119) | (159) |
| Principal payments under capital lease obligations | (67) | (135) |
| Payment for option to acquire treasury stock | (45) | (45) |
| NET CASH USED IN FINANCING ACTIVITIES | (17,875) | (47) |
| NET DECREASE IN CASH | (473) | (214) |
| CASH, beginning of year | 1,031 | 1,245 |
| CASH, end of year | $    558 | $  1,031 |

## SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION:

| CASH PAID DURING THE YEAR FOR: | | |
|---|---|---|
| Interest | $  1,134 | $  1,439 |
| Income taxes | 4,250 | - |

| CASH RECEIVED DURING THE YEAR FOR: | | |
|---|---|---|
| Income tax refunds | $    339 | $    522 |

See notes to consolidated financial statements.                    (Concluded)

104294

# COHYCO, INC. AND SUBSIDIARIES

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## YEARS ENDED SEPTEMBER 30, 1995 AND 1994

### 1.   NATURE OF OPERATIONS AND BASIS OF PRESENTATION

COHYCO, Inc. (the "Company") and subsidiaries. subsequent to the sale of its retail operations (see Note 3), are engaged principally in the manufacture and distribution of milk and ice cream for sale to retail markets in the southwestern United States and, to a lesser extent, to distributors and markets in Mexico.

The Company's consolidated financial statements include the results of a dairy subsidiary that incurred operating losses for fiscal 1995 and 1994 and, at September 30, 1995, has total liabilities in excess of total assets by approximately $344,000.  As further discussed in Note 10, the devaluation of the Mexican peso has adversely impacted the dairy subsidiary's sales and impaired its ability to collect certain receivables.

Management of the Company and of the dairy subsidiary are exploring alternatives to find new customers and markets, expand existing business, and reduce costs.  However, there can be no assurance that such efforts will be successful.  Management of COHYCO, Inc. has represented that COHYCO, Inc. will continue assisting the dairy subsidiary with its efforts to improve its business and with its financing needs.

The consolidated financial statements include the accounts of COHYCO, Inc. and its subsidiaries.  Material intercompany profits, transactions and balances have been eliminated.  Amounts reported for 1994 are reported as continuing and discontinued operations as more fully described in Note 3.

### 2.   SIGNIFICANT ACCOUNTING POLICIES

*Cash and Short-Term Investments* - The Company considers amounts held on deposit at banks to be cash.  Certificates of deposit with original maturities in excess of 90 days are classified as short-term investments on the Company's consolidated balance sheets.

*Inventories* are stated at the lower of cost or market.  The cost of inventories is determined using the first-in, first-out (FIFO) method.

*Property and Equipment* are recorded at cost.  Depreciation and amortization are computed using the straight-line and accelerated methods based on the estimated useful lives of the related assets or lease terms, if shorter.  The estimated useful lives by asset type are as follows:

| | |
|---|---|
| Plant, buildings and improvements | 10-40 years |
| Machinery and equipment | 4-10 years |
| Vehicles | 5-10 years |
| Livestock | 5 years |

104295

*Other Assets* include an investment in Quality Chek'd Dairy Products Association (QC). Since the patronage earnings of QC vary from year to year and QC's interim operating results are not available to the Company, the Company recognizes these revenues upon receipt.

*Income Taxes* - Deferred tax assets and liabilities are recognized for future tax consequences attributable to differences between financial statement carrying amounts of existing assets and liabilities and their respective tax bases. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date.

*Earnings per Share* are computed using the weighted average number of common shares outstanding, excluding shares reacquired and held in treasury.

*Reclassifications* - Certain reclassifications have been made to the fiscal 1994 financial statements to conform with the fiscal 1995 financial statement presentation (see Note 3).

## 3.  DISCONTINUED OPERATIONS

During fiscal 1995, the Company sold substantially all net operating assets of a subsidiary that operated retail stores for approximately $31 million. The Company recognized a gain on the sale of these net assets of approximately $13.7 million prior to applicable income taxes of approximately $4.7 million. In addition, the subsidiary purchased stock of the former minority shareholder for approximately $2 million in cash plus a note payable of $800,000.

Summarized financial information for the discontinued retail store operations is as follows:

|  | 1995 | 1994 |
|---|---|---|
|  | (in Thousands) | |
| Sales and other income | $ 68,080 | $ 120,886 |
| Cost of sales | (53,336) | (94,957) |
| Operating and administrative expenses | (15,779) | (24,781) |
| Income tax benefit (provision) | 358 | (452) |
| Net (Loss)/Earnings Attributable to Discontinued Operations | $ (677) | $ 696 |

104296

Assets and liabilities related to discontinued operations have been separated from the continuing balance sheet categories at September 30, 1994 and are summarized as follows (in thousands):

| | |
|---|---:|
| Accounts receivable | $ 947 |
| Inventories | 3,447 |
| Current assets of discontinued operations | $ 4,394 |
| Property and equipment, net of accumulated depreciation of $14,841 | $ 15,143 |
| Investments and other assets | 1,928 |
| Noncurrent assets of discontinued operations | $ 17,071 |
| Notes payable | $ 890 |
| Accounts payable and accrued expenses | 6,924 |
| Current liabilities of discontinued operations | $ 7,814 |

## 4. INVENTORIES

Inventories consist of the following at September 30:

| | 1995 | 1994 |
|---|---:|---:|
| | (in Thousands) | |
| Ingredients, packaging and supplies | $ 1,331 | $ 1,878 |
| Dairy and related products | 1,615 | 1,726 |
| Livestock | 63 | 84 |
| | $ 3,009 | $ 3,688 |

## 5. INVESTMENTS AND OTHER ASSETS

Investments and other assets consist of the following at September 30:

| | 1995 | 1994 |
|---|---:|---:|
| | (in Thousands) | |
| Receivable from the Texas Water Commission | $ 856 | $ 1,427 |
| Rental property, net of accumulated depreciation of $845,000 and $754,000, respectively | 1,261 | 1,353 |
| Real estate held for investment | 2,135 | 2,135 |
| Notes receivable | 421 | 579 |
| Accounts receivable | - | 385 |
| Remediation claims to be filed | - | 384 |
| Other | 531 | 610 |
| | $ 5,204 | $ 6,873 |

104297

- 9 -

The Company's retail subsidiary incurred costs in connection with remediation work pursuant to the Texas Water Code related to underground gasoline storage tanks. Certain of the costs incurred by the Company's retail subsidiary are reimbursable from the Petroleum Storage Tank Remediation Fund (the "Fund") provided the retail subsidiary files a claim with the Texas Water Commission and the costs are eligible for reimbursement pursuant to the Texas Water Code. During fiscal 1992, the Fund experienced cash flow deficiencies resulting in claims not being paid in a timely manner. Consequently, the portion of the retail subsidiary's receivable from the Fund for claims filed as of September 30, 1995 and 1994 of approximately $856,000 and $1,427,000, respectively, has been included in noncurrent receivables. Management believes that all remaining receivable balances will be collected.

## 6.  INCOME TAXES

The benefit from income taxes is comprised of the following at September 30:

|  | 1995 | 1994 |
|---|---|---|
|  | (in Thousands) | |
| Federal: | | |
| Current benefit | $ 3,110 | $ 1,280 |
| Deferred provision | (1,151) | (229) |
|  | $ 1,959 | $ 1,051 |

The effective tax rate varies from the statutory Federal income tax rate for the following reasons for the years ended September 30:

|  | 1995 | | 1994 | |
|---|---|---|---|---|
|  | (Dollars in Thousands) | | | |
| Federal income tax benefit at statutory rate | $ 2,189 | 34 % | $ 1,016 | 34 % |
| Fuels tax credit | 15 | - | 20 | 1 |
| Meals and entertainment exclusion | (11) | - | (3) | - |
| Foreign sales corporation | (43) | (1) | 15 | - |
| Exclusion of foreign subsidiary loss | (90) | (1) | - | - |
| Other | (101) | (2) | 3 | - |
|  | $ 1,959 | 30 % | $ 1,051 | 35 % |

104298

- 10 -

Deferred income taxes and benefits are provided for differences between financial statement carrying amounts of existing assets and liabilities and their respective tax bases. Temporary differences and the resulting deferred tax assets and liabilities are summarized as follows at September 30:

|  | 1995 | 1994 |
|---|---|---|
|  | (in Thousands) | |
| **Current** | | |
| Deferred Tax Assets: | | |
| Inventories | $    4 | $    - |
| Accounts receivable | 218 | 296 |
| Accrued expenses | 389 | 240 |
| Net current deferred tax asset | 611 | 536 |
| **Noncurrent** | | |
| Deferred Tax Assets: | | |
| Alternative minimum tax credit | - | 255 |
| Financial/tax leases | - | 212 |
| Other | - | 100 |
|  | - | 567 |
| Deferred Tax Liabilities: | | |
| Property, plant and equipment | (501) | (2,081) |
| Rental property | - | (63) |
|  | (501) | (2,144) |
| Net noncurrent deferred tax liability | (501) | (1,577) |
| Net Deferred Tax Asset/(Liability) | $   110 | $(1,041) |

## 7.    NOTES PAYABLE AND LONG-TERM OBLIGATIONS

The Company's dairy subsidiary has a revolving bank line of credit (Line of Credit) with $250,000 outstanding at September 30, 1995 and a maximum borrowing amount of $1,800,000. Amounts outstanding on the Line of Credit bear interest at 7.35%. This line of credit replaces other financing arrangements with the banks that have been repaid.

Another subsidiary has a bank line of credit agreement with a maximum borrowing amount of $450,000 with no borrowings outstanding as of September 30, 1995. Borrowings against the line bear interest at the bank's base rate (8.75% at September 30, 1995).

The Company's lines of credit are collateralized by its short-term investments.

The dairy subsidiary's long-term obligations are collateralized by its fleet of vehicles and certain other equipment and contain provisions that limit the dairy subsidiary's ability to pay dividends, make loans and expend funds for investments and capital expenditures.

104299

Long-term obligations consist of the following at September 30:

| | 1995 | 1994 |
|---|---|---|
| | (in Thousands) | |
| Payable to financing corporation, interest at prime plus 1.25%, monthly installments of approximately $33,000 plus interest, due 1998 | $   839 | $  1,343 |
| Payable to former shareholder in retail subsidiary, interest at 8%, principal due 1996 | 800 | - |
| Payable to insurance company, interest at 6%, due 1996 | 250 | - |
| Mortgages payable on real estate, rates from 7.0% to 11.0% | 194 | 7,259 |
| Payable to financing corporation, interest at 9.9%, monthly payments of $2,745, due 1999 | 124 | - |
| Capitalized leases, rates from 6.5% to 14.0% | 63 | 661 |
| Payable to financing corporation, interest at prime plus 1.25%, monthly installments of approximately $1,200 plus interest, due 1998 | 40 | 56 |
| Payable to individuals, interest at 10%, due 1996 | 36 | 73 |
| Payable to corporation, interest at 7%, due 1996 | 12 | 31 |
| Payable to bank, interest payable monthly at prime plus 0.75% through January 31, 1995, prime plus 1.5% thereafter | - | 2,198 |
| Payable to bank, interest at prime plus 0.75% through January 31, 1995, prime plus 1.5% thereafter | - | 456 |
| | 2,358 | 12,077 |
| Less current portion | 1,366 | 1,964 |
| Total long-term obligations | $   992 | $ 10,113 |

Maturities on long-term obligations for the next five years are as follows (in thousands):

| Year ending September 30, | |
|---|---|
| 1996 | $ 1,366 |
| 1997 | 731 |
| 1998 | 105 |
| 1999 | 50 |
| 2000 | 26 |
| Thereafter | 80 |
| | $2,358 |

## 7.   PENSION AND PROFIT SHARING PLANS

The Company maintained two defined benefit pension plans covering substantially all full-time employees through March 1995. Plan benefits were based on years of service and compensation. One pension plan covered the eligible employees of the Company's retail subsidiary, was fully funded by the Company and was assumed by the buyer of the retail subsidiary's assets. The other pension plan covered all eligible employees of the Company's dairy subsidiary. On January 10, 1994, the Company's dairy subsidiary adopted an amendment to the plan that froze plan benefit accruals effective January 31, 1994. Anyone hired after that date was not eligible to participate in the plan.

- 12 -

104300

In March 1995, the Board of Directors of the Company's dairy subsidiary approved an amendment that terminated the plan. Subsequent to September 30, 1995, the subsidiary received approval from the Pension Benefit Guaranty Corporation for its plan of termination. At December 15, 1995, the proposed distribution date, the plan had an excess of assets over its settlement liabilities of approximately $540,000 before taxes that management expects to have returned to the Company.

During fiscal 1994, the Company's dairy subsidiary recognized a net curtailment gain of $179,000 resulting from the above-mentioned changes made and other anticipated changes to the plan.

Net periodic pension cost for the two pension plans is comprised of the following components for the years ended September 30:

| | Dairy Subsidiary (Continuing Operations) | | Retail Subsidiary (Discontinued Operations) |
| | 1995 | 1994 | 1994 |
| | (in Thousands) | | |
|---|---|---|---|
| Service cost - benefits earned during the year | $ - | $ 72 | $ 239 |
| Interest cost on projected benefit obligation | 184 | 196 | 223 |
| Actual return on plan assets | (18) | (267) | 115 |
| Net amortization and deferral | (166) | (53) | (162) |
| Net periodic pension cost | $ - | $ (52) | $ 415 |

The actuarial assumptions used in determining the net periodic pension cost include the following:

| | Dairy Subsidiary (Continuing Operations) | | Retail Subsidiary (Discontinued Operations) |
| | 1995 | 1994 | 1994 |
|---|---|---|---|
| Discount rate | 7.50 % | 7.50 % | 7.75 % |
| Expected return on assets | 8.00 % | 8.00 % | 8.00 % |
| Rate of compensation increases | - | 5.50 % | 5.00 % |

104301

The funded status of the two pension plans and amounts included in the Company's consolidated balance sheets at September 30 are set forth below (in thousands):

|  | Dairy Subsidiary (Continuing Operations) | | Retail Subsidiary (Discontinued Operations) |
|  | 1995 | 1994 | 1994 |
|---|---|---|---|
| Actuarial present value of benefit obligations: | | | |
|   Vested benefit obligation | $2,491 | $2,217 | $2,060 |
|   Accumulated benefit obligation | $2,598 | $2,448 | $2,097 |
| Plan assets at fair value | $3,350 | $3,332 | $2,361 |
| Projected benefit obligation | 2,598 | 2,448 | 3,112 |
| Plan assets over (under) projected benefit obligation | 752 | 884 | (751) |
| Unrecognized net (gain) loss | (577) | (64) | 638 |
| Unrecognized net transition (asset) obligation | (175) | (234) | 12 |
| Unrecognized net prior service cost (credit) | - | (586) | (196) |
| Accrued pension cost | $ - | $ - | $ (297) |

The Company's policy was to fund costs accrued to the extent such costs were deducted for tax purposes.

The dairy subsidiary's pension plan assets were comprised of stocks, bonds, insurance contracts, money market funds, cash and common stock of the Company. The retail subsidiary's pension plan assets were comprised of cash, certificates of deposit, treasury certificates, and insurance contracts.

The Company's dairy subsidiary maintains a defined contribution profit sharing plan covering all eligible employees. An employee is eligible to participate when he or she has completed 90 days of service. Each fiscal year the subsidiary may contribute to the profit sharing plan's trust fund such amounts as determined by the subsidiary's Board of Directors not to exceed 25% of covered compensation. Voluntary employee contributions are allowable under the 401(k) feature of the plan. The subsidiary did not make nor authorize any contributions during fiscal 1995 or 1994.

104302

9. **STOCK OPTIONS AND TRANSACTIONS**

The Company has entered into an agreement wherein certain stockholders have granted an option to the Company to redeem 318,031 shares of common stock in order to protect the Company and to prevent the future disposition of such shares by the stockholders to unknown third parties. The term of the agreement is 15 years, and in the event the option is exercised, the total price for the common stock will be $881,899. In consideration for the option, the Company is required to pay the stockholders annual payments of $45,000 over the term of the agreement or until the option is exercised. The Company also has granted these stockholders the right to put 318,031 shares of common stock to the Company for the same purchase price.

Subsequent to September 30, 1995, the stockholders exercised their put option requiring the Company to purchase these shares. Pursuant to the agreement, the purchase price for the common stock of $881,899 will be paid over a period of ten years with the first payment to be made during fiscal 1996.

10. **CONCENTRATIONS OF CREDIT RISK**

The Company's dairy subsidiary's financial instruments that are exposed to concentrations of credit risk consist primarily of accounts receivable and notes receivable. Included in accounts receivable (current and noncurrent) are approximately $960,000 and $1,450,000 in 1995 and 1994, respectively, related to customers in Mexico and the remainder of the accounts receivable balance relates to customers primarily in the state of Texas. Additionally, in 1995 and 1994, a note receivable included in investments and other assets of approximately $111,000 and $532,000, respectively, represents an amount due from a customer in Mexico who has been granted extended credit terms on trade receivables.

In December 1994, the government of Mexico allowed the exchange rate of the peso to the U. S. dollar to float without restriction. Consequently, the exchange rate of the peso to the dollar has increased from approximately 3.5: 1 to approximately 7.8: 1 as of December 15, 1995. The Company's dairy subsidiary's receivables are denominated in U. S. dollars, and the devaluation of the peso has impaired the ability of the dairy subsidiary's customers in Mexico to pay such receivables. In addition, the impact of the devaluation on the economy of Mexico has resulted in a reduction of sales to the dairy subsidiary's customers in Mexico, which aggregated approximately $4.4 million and $7.3 million in fiscal 1995 and 1994. During fiscal 1995, the Company's dairy subsidiary wrote-off approximately $2.6 million in accounts and notes receivable from Mexican customers. Customers in Texas along the United States/Mexico border have also reduced their volumes of purchases from the Company's dairy subsidiary.

11. **FAIR VALUE OF FINANCIAL INSTRUMENTS**

The carrying amounts of cash, short-term investments, accounts receivable, accounts payable and accrued expenses approximate fair value because of the short maturity of these items.

As there is no established market for the Company's dairy subsidiary's investment in QC, management does not believe it practicable to estimate the fair value of its investment in QC without incurring excessive cost.

104303

The carrying amount of long-term obligations approximates fair value because the interest rates on these instruments change with market interest rates or rates have not changed significantly since issuance.

## 12. CONTINGENCIES

Since September 1993, two wrongful termination suits have been filed under the Texas Worker's Compensation Act against the Company's dairy subsidiary. Presently, discovery has not been completed and details of the plaintiffs' claims are not known. The law with respect to wrongful termination cases under the Texas Worker's Compensation Act provides for unlimited punitive damages. Based on discussions with legal counsel, the dairy subsidiary's management does not anticipate a significant loss resulting from these claims and intends to vigorously defend against these claims.

The Company, in the ordinary course of business, has been named as a defendant in litigation and other proceedings, principally relating to employee matters. The Company maintains insurance coverage against such claims to the extent deemed prudent by management. The ultimate liability with respect to such litigation and proceedings cannot be determined at this time. However, management of the Company is of the opinion that the aggregate amount of such liabilities will not have a material adverse impact on the Company's financial position or results of operations.

*******

104304

# Deloitte & Touche LLP



## COHYCO, INC. & SUBSIDIARIES

## U.S. CORPORATION INCOME TAX RET&
## FORM 1120

## FOR THE YEAR ENDED SEPTEMBER 30, 1

**Deloitte Touche
Tohmatsu
International**

103468



**`Deloitte &`**
**`Touche LLP`**

| | |
|---|---|
| Suite 1100 | Telephone: (210) 224-1041 |
| 700 North St. Mary's | Facsimile: (210) 224-9456 |
| San Antonio, Texas 78205-3589 | |

June 10, 1999

Mr. H. Lee Richards
Cohyco, Inc. & Subsidiaries
P.O. Box 751
Harlingen, Texas 78550

Dear Mr. Richards:

We are enclosing the following tax returns described in the enclosed filing instructions prepared on behalf of Cohyco, Inc. and Subsidiaries and Hygeia International Sales Company, Inc. for the year ended September 30, 1998:

### Cohyco, Inc. and Subsidiaries

- Form 1120          U.S. Corporation Income Tax Return

### Hygeia International Sales Co., Inc.

- Form 1120-FSC     U.S. Income Tax Return of a Foreign Sales Corporation

The returns were prepared from information you provided to us. We relied upon the information that you supplied to be accurate and complete to the best of your knowledge. We did not audit or otherwise verify the data you submitted, although we may have asked you for clarification on some of the information. Our work did not include any procedures designed to discover errors or other irregularities in the information you provided to us, should any exist.

Management is responsible for the proper recording of transactions in the books of accounts, for the safeguarding of assets, and for the substantial accuracy of the financial records. Since you have the final responsibility for the tax returns, you should review the returns carefully before you sign and file them.

Please follow the filing instructions attached to the taxpayer's copies of the returns.

The taxpayer's copies are for your records.

If you have any questions, please do not hesitate to contact us at (210) 224-1041.

Very truly yours,

*Jordana Markman-Epstein*

Jordana Markman-Epstein
Tax Manager

**`Deloitte Touche`**
**`Tohmatsu`**
**`International`**

103469



**Deloitte &
Touche LLP**

COHYCO, INC. AND SUBSIDIARIES

INSTRUCTIONS FOR FILING
U.S. CORPORATION INCOME TAX RETURN
FORM 1120

FOR THE YEAR ENDED
SEPTEMBER 30, 1998

| | |
|---|---|
| **To be signed and dated by** | ( X )  An officer of the Corporation on page 1 of Form 1120<br>( X )  An officer of the Corporation on page 3 of Form 851<br>( X )  An officer of the Corporation on Statement 64<br>( X )  An officer of each Corporation on Statement 65 |
| **Amount of tax** | Total tax                        $    NONE<br>Less: Payments and credits   $<    17,750  ><br>Balance due (overpayment)   $<    17,750  > |
| **Overpayment, if any** | ( X )  $   17,750      Refunded to the Corporation<br>(     )  $                     Credited to  estimated tax<br>(     )  $                     Refunded and $ credited to  estimated tax |
| **Mail the original signed tax return to** | Internal Revenue Service Center<br>Austin, Texas  73301-0012<br><br>Note:  Remove this instruction sheet from the return before mailing the return to the IRS. |
| **Return must be mailed on or before** | JUNE 15, 1999<br><br>Certified mail recommended, with return receipt.  For metered mail, the meter date is not evidence of timely filing. |
| **Special Instructions** | The duplicate copies of Form 5471 should be filed separately with the Internal Revenue Service Center:  Philadelphia, PA  19255 as soon as possible. |

103470

**Form 1120**

Department of the Treasury
Internal Revenue Service

**U.S. Corporation Income Tax Return**

For calendar year 1997 or tax year beginning  10/01 , 1997, ending  09/30 , 19 98

▶ Instructions are separate. See page 1 for Paperwork Reduction Act Notice.

OMB No. 1545-0___

**1997**

| A Check if | Name | | B Employer identification number |
|---|---|---|---|
| 1 Consolidated return (attach Form 851) [X] | COHYCO, INC. AND SUBSIDIARIES | | 74-1806502 |
| 2 Personal holding co. (attach Sch. PH) | Number, street, and room or suite no. (If a P.O. box, see page 5 of instructions.) P.O. BOX 751 | | C Date incorporated 10/29/1974 |
| 3 Personal service corp. (as defined in Temporary Regs. sec. 1.441-4T —see instructions) | City or town, state, and ZIP code HARLINGEN, TX          78550 | | D Total assets (see page 5 of instructions) $ 21,007,572. |

E Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Change of address

| | | | | | |
|---|---|---|---|---|---|
| Income | 1 a Gross receipts or sales 61,819,508. | b Less returns and allowances | c Bal ▶ | 1c | 61,819,508. |
| | 2 Cost of goods sold (Schedule A, line 8) . . . . . . . . . . . . | | | 2 | 48,205,612. |
| | 3 Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . | | | 3 | 13,613,896. |
| | 4 Dividends (Schedule C, line 19) . . . . . . . . . . . . . . | | | 4 | 69,575. |
| | 5 Interest . . . . . . . . . . . . . . . SEE STATEMENT 3 | | | 5 | 61,399. |
| | 6 Gross rents . . . . . . . . . . . . . . . . . . . . . | | | 6 | 56,700. |
| | 7 Gross royalties . . . . . . . . . . . . . . . . . . . . | | | 7 | 120,878. |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) . . . . | | | 8 | 113,756. |
| | 9 Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | | 9 | 76,920. |
| | 10 Other income (see page 8 of instructions - attach schedule) SEE STATEMENT 3 | | | 10 | 572,390. |
| | 11 Total income. Add lines 3 through 10 . . . . . . . . . . ▶ | | | 11 | 14,685,514. |
| Deductions (See instructions for limitations on deductions.) | 12 Compensation of officers (Schedule E, line 4) . . . . . . . . . | | | 12 | 516,385. |
| | 13 Salaries and wages (less employment credits) . . . . . . . . | | | 13 | 5,912,970. |
| | 14 Repairs and maintenance . . . . . . . . . . . . . . . . | | | 14 | 2,176,274. |
| | 15 Bad debts . . . . . . . . . . . . . . SEE STATEMENT 5 | | | 15 | 23,426. |
| | 16 Rents . . . . . . . . . . . . . . . . . . . . . . . | | | 16 | 683,260. |
| | 17 Taxes and licenses . . . . . . . . . . SEE STATEMENT 6 | | | 17 | 971,701. |
| | 18 Interest . . . . . . . . . . . . . . . . . . . . . . | | | 18 | 598,848. |
| | 19 Charitable contributions (see page 8 of instructions for 10% limitation) SEE STATEMENT 7 | | | 19 | NONE |
| | 20 Depreciation (attach Form 4562) . . . . . . | 20 | 1,190,062. | | |
| | 21 Less depreciation claimed on Schedule A and elsewhere on return | 21a | 477,472. | 21b | 712,590. |
| | 22 Depletion . . . . . . . . . . . . . . . . . . . . . | | | 22 | |
| | 23 Advertising . . . . . . . . . . . . . . . . . . . . . | | | 23 | 1,127,242. |
| | 24 Pension, profit-sharing, etc., plans . . . . . . . . . . . . | | | 24 | |
| | 25 Employee benefit programs . . . . . . . . . . . . . . . | | | 25 | 13,820. |
| | 26 Other deductions (attach schedule) . . . . SEE STATEMENT 8 | | | 26 | 4,155,955. |
| | 27 Total deductions. Add lines 12 through 26 . . . . . . . . . ▶ | | | 27 | 16,892,471. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | -2,206,957. |
| | 29 Less: a Net operating loss deduction (see page 9 of instructions) | 29a | | | |
| | b Special deductions (Schedule C, line 20) . . . . . . | 29b | 69,575. | 29c | 69,575. |
| | 30 Taxable income. Subtract line 29c from line 28 . . . . . . . . | | | 30 | -2,276,532. |
| Tax and Payments | 31 Total tax (Schedule J, line 10) . . . . . . . . . . . . . . | | | 31 | NONE |
| | 32 Payments: a 1996 overpayment credited to 1997 | 32a | | | |
| | b 1997 estimated tax payments | 32b | | | |
| | c Less 1997 refund applied for on Form 4466 | 32c ( | ) d Bal ▶ | 32d | |
| | e Tax deposited with Form 7004 . . . . . . . . . . . . . | | | 32e | |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439) | | | 32f | |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions | 32g | 17,750. | 32h | 17,750. |
| | 33 Estimated tax penalty (see page 10 of instructions). Check if Form 2220 is attached . . . . . ▶ ☐ | | | 33 | |
| | 34 Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed . . . . . | | | 34 | |
| | 35 Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid . . . Refunded ▶ | | | 35 | 17,750. |
| | 36 Enter amount of line 35 you want: Credited to 1998 estimated tax ▶ | | | 36 | 17,750. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____
Signature of officer        Date        Title

**Paid Preparer's Use Only**

| Preparer's signature ▶ *Jordana Markman-Epst* | Date 6/10/99 | Check if self-employed ☐ | Preparer's social security no. 077-68-230_ |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ▶ | DELOITTE & TOUCHE LLP 700 N. ST. MARY'S, SUITE 1100 SAN ANTONIO, TX | EIN 13-3891517 ZIP code ▶ 78205 |  |

JSA
7C1110 2.000

A25395  3914  06/10/99  16:57:48  V7.08 74-1806502        W

**TAXPAYER'S COPY**

103471

**COHYCO, INC. AND SUBSIDIARIES**

74-180650:

Form 1120 (1997)

Pag

## Schedule A    Cost of Goods Sold (See page 10 of instructions.)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 3,151,15: |
| 2 | Purchases | 2 | 33,206,91C |
| 3 | Cost of labor | 3 | 3,496,351 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)    SEE STATEMENT 12 | 5 | 11,812,142 |
| 6 | Total. Add lines 1 through 5 | 6 | 51,666,555 |
| 7 | Inventory at end of year | 7 | 3,460,943 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 48,205,612 |

9 a Check all methods used for valuing closing inventory:

(i) ☐ Cost as described in Regulations section 1.471-3

(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

(iii) ☐ Other (Specify method used and attach explanation.) ▶

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) . . . . . . . . . . . . . ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . ▶ ☐

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . | 9d | |

e If property is produced or acquired for resale, do the rules of Section 263A apply to the corporation? . . . . . . . . . . . ☐ Yes ☐ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

## Schedule C    Dividends and Special Deductions (See page 11 of instructions.)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---:|---:|---:|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | see instr. | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| 9 | Total. Add lines 1 through 8. See page 12 of instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from certain FSCs that are subject to the 100% deduction (section 245(c)(1)) | 69,575. | 100 | 69,575. |
| 12 | Dividends from affiliated group members subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, or 11 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities ▶ | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | 69,575. | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on line 29b, page 1 . . . . . . . . . . ▶ | | | 69,575. |

## Schedule E    Compensation of Officers (See instructions for line 12, page 1.)

*Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1, Form 1120) are $500,000 or more.*

| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|---:|
| 1 | SEE STATEMENT 15 | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| 2 | Total compensation of officers | | | | | 516,385. |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | | | | | |
| 4 | Subtract line 3 from line 2. Enter the result here and on line 12, page 1 | | | | | 516,385. |

103472

JSA
JS1120 1.000  A25395   3914   06/10/99   13:18:14   V7 03 74 1002533

## COHYCO, INC. AND SUBSIDIARIES

74-180650?

Form 1120 (1997)

P--

### Schedule J    Tax Computation (See page 12 of instructions.)

1  Check if the corporation is a member of a controlled group (see sections 1561 and 1563) . . . . ▶ ☐

   **Important:** Members of a controlled group, see instructions on page 12.

2 a  If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order):

   (1) |_____|  (2) |_____|  (3) |_____|

  b  Enter the corporation's share of:

   (1)  Additional 5% tax (not more than $11,750)   |_____|

   (2)  Additional 3% tax (not more than $100,000)   |_____|

3  Income tax. Check this box if the corporation is a qualified personal service corporation as defined in section 448(d)(2) (see instructions on page 13) . . . . . . . . . . . . . . . . . . . ▶ ☐ | 3 |

4 a  Foreign tax credit (attach Form 1118) . . . . . . . . . . . . . . . | 4a |

  b  Possessions tax credit (attach Form 5735) . . . . . . . . . . . . . | 4b |

  c  Check: ☐ Nonconventional source fuel credit  ☐ QEV credit (attach Form 8834) | 4c |

  d  General business credit. Enter here and check which forms are attached: ☐ 3800

   ☐ 3468  ☐ 5884  ☐ 6478  ☐ 6765  ☐ 8586  ☐ 8830  ☐ 8826
   ☐ 8835  ☐ 8844  ☐ 8845  ☐ 8846  ☐ 8820  ☐ 8847  ☐ 8861 | 4d |

  e  Credit for prior year minimum tax (attach Form 8827) . . . . . . . . | 4e |

5  Total credits. Add lines 4a through 4e . . . . . . . . . . . . . . . . . . . . . . | 5 |

6  Subtract line 5 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |

7  Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . . . . | 7 |

8  Recapture taxes. Check if from: ☐ Form 4255  ☐ Form 8611 . . . . . . . . . . . . | 8 |

9  Alternative minimum tax (attach Form 4626) . . . . . . . . . . . . . . . . . . . . . . | 9 | NON:

10  Total tax. Add lines 6 through 9. Enter here and on line 31, page 1 . . . . . . . . . . . . . | 10 | NON:

### Schedule K    Other Information (See page 14 of instructions.)

| | | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|---|
| 1 | Check method of accounting: a ☐ Cash | | | 7 | Was the corporation a U.S. shareholder of any controlled foreign corporation? (See sections 951 and 957.) . . . . . | | ? |
| | b ☒ Accrual  c ☐ Other (specify) ▶ _____ | | | | If "Yes," attach Form 5471 for each such corporation. Enter number of Forms 5471 attached ▶ | | |
| 2 | See page 16 of the instructions and state the principal: | | | 8 | At any time during the 1997 calendar year, did the corporation have an interest in or a signature or other authority over a financial account (such as  bank account, securities account, or other financial  account) in a foreign country? | | X |
| a | Business activity code no. ▶ 2020 | | | | | | |
| b | Business activity ▶ HOLDING COMPANY | | | | | | |
| c | Product or service ▶ ADVISORY SERVICES | | | | If "Yes," the corporation may have to file Form TD F 90-22.1. | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more, of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) . . . . . . . STMT 16 | X | | | If "Yes," enter name of foreign country ▶ STMT 18 | | |
| | | | | 9 | During the tax year, did the corporation receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," see page 15 of the instructions for other forms the corporation may have to file . . . . . . . . . . . . . . | | X |
| | If "Yes," attach a schedule showing: (a) name and identifying number, (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax  year. | | | | | | |
| 4 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . | | X | 10 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of: (a) the total voting power of all classes of stock of the corporation entitled to vote, or (b) the total value of all classes of stock of the corporation? If "Yes," | | X |
| | If "Yes," enter employer identification number and name of the parent corporation ▶ _____ | | | | | | |
| 5 | At the end of the tax year, did any individual, partnership, corporation, estate or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) STMT 17 . . . . . . | X | | a | Enter percentage owned ▶ | | |
| | | | | b | Enter owner's country ▶ _____ | | |
| | If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ | | | c | The corporation may have to file Form 5472. Enter number of Forms 5472 attached  ▶ | | |
| | | | | 11 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . ▶ ☐ | | |
| | | | | | If so, the corporation may have to file Form 8281. | | |
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See secs. 301 and 316.) . . . | | X | 12 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ | | |
| | | | | 13 | If there were 35 or fewer shareholders at the end of the tax year, enter the number ▶ | | |
| | If "Yes," file Form 5452. If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary | | | 14 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here  ▶ ☒ | | |
| | | | | 15 | Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ | | |

Form 1120 (1997) **COHYCO, INC. AND SUBSIDIARIES**                    74-1806502 Page

## Schedule L   Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1. Cash | | 80,361. | | 110,703 |
| 2 a Trade notes and accounts receivable | 4,093,313. | | 4,682,781. | |
| b Less allowance for bad debts | ( 92,190 ) | 4,001,123. | ( 188,760 ) | 4,494,021 |
| 3 Inventories | | 3,189,913. | | 3,499,704 |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach schedule) | STMT 23 | 714,692. | | 510,846. |
| 7 Loans to stockholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | STMT 23 | 477,585. | | 13,091. |
| 10a Buildings and other depreciable assets | 23,174,923. | | 24,329,978. | |
| b Less accumulated depreciation | 18,121,611. | 5,053,312. | 18,765,917. | 5,564,061. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | 760,567. | | 760,567. |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (attach schedule) | STMT 24 | 5,448,863. | | 6,054,579. |
| 15 Total assets | | 19,726,416. | | 21,007,572. |
| **Liabilities and Stockholders' Equity** | | | | |
| 16 Accounts payable | | 3,771,505. | | 4,606,157. |
| 17 Mtges, notes, bonds payable in less than 1 year | | 1,171,616. | | 1,707,072. |
| 18 Other current liabilities (attach schedule) | STMT 26 | 1,614,131. | | 1,346,799. |
| 19 Loans from stockholders | | | | |
| 20 Mtges, notes, bonds payable in 1 year or more | | NONE | | 3,726,834. |
| 21 Other liabilities (attach schedule) | STMT 27 | -949,991. | | -2,234,263. |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | STMT 28 | 6,005. | 6,005. | 6,005. | 6,005. |
| 23 Additional paid-in capital | STMT 29 | 1,511,525. | | 1,511,525. |
| 24 Retained earnings-Appropriated (attach schedule) | | | | |
| 25 Retained earnings - Unappropriated | | 15,757,180. | | 13,492,998. |
| 26 Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 Less cost of treasury stock | | ( 3,155,555 ) | | 3,155,555. |
| 28 Total liabilities and stockholders' equity | | 19,726,416. | | 21,007,572. |

**Note:** You are not required to complete Schedules M-1 and M-2 below if the total assets on line 15, column (d) of Schedule L are less than $25,000.

## Schedule M-1   Reconciliation of Income(Loss) per Books With Income per Return (See page 15 of instructions.)

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | -2,264,182. | 7 Income recorded on books this year not included on this return (itemize). | | |
| 2 Federal income tax | -108,682. | Tax-exempt interest  $ | | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | | |
| SEE STATEMENT 32 | 44,747. | SEE STATEMENT 33 | | 1,071. |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | 8 Deductions on this return not charged against book income this year (itemize). | | |
| a Depreciation  $ | 84,987. | a Depreciation  $ | | 72,020. |
| b Contributions carryover  $ | 31,849. | b Contributions carryover  $ | | NONE |
| c Travel and entertainment  $ | 35,427. | | | |
| | | SEE STATEMENT 33 | | 353,853. |
| SEE STATEMENT 32 | 395,841. | 9 Add lines 7 and 8 | | 426,944. |
| 6 Add lines 1 through 5 | -1,780,013. | 10 Income (line 28, page 1) - line 6 less line 9 | | -2,206,957. |

## Schedule M-2   Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | 15,757,180. | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | -2,264,182. | b Stock | | |
| 3 Other increases (itemize): | | c Property | | |
| | | 6 Other decreases (itemize): | | |
| | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | 13,492,998. | 8 Balance at end of year (line 4 less line 7) | | 13,492,998. |

# Credit for Federal Tax Paid on Fuels

**Form 4136**

Department of the Treasury
Internal Revenue Service (99)

▶ **See the Instructions for Form 4136.**

▶ **Attach this form to your income tax return.**

OMB No. 1545-0162

**1997**

Attachment
Sequence No. **23**



| Name (as shown on your income tax return) | Taxpayer identification number |
|---|---|
| COHYCO, INC. AND SUBSIDIARIES | 74-1806502 |

**Caution:** *You cannot claim any amounts on Form 4136 that you claimed on Form 8849, Form 843, or Schedule C (Form 720).*

## 1  Nontaxable Use of Gasoline

| | Type of use | Rate | Gallons | Amount of credit | CRN |
|---|---|---|---|---|---|
| **a** Off- highway business use | | $ | | | |
| **b** Use on a farm for farming purposes | | | | | 301 |
| **c** Other nontaxable use | | | | | |

## 2  Nontaxable Use of Gasohol

| | Type of use | Rate | Gallons | Amount of credit | CRN |
|---|---|---|---|---|---|
| **a** Gasohol containing at least 10% alcohol | | $ | | | |
| **b** Gasohol containing at least 7.7% alcohol but less than 10% alcohol | | | | | 312 |
| **c** Gasohol containing at least 5.7% alcohol but less than 7.7% alcohol | | | | | |

## 3  Nontaxable Use of Undyed Diesel Fuel (Lines 3a, b, and c)
### Sales by Registered Ultimate Vendors of Undyed Diesel Fuel (Line 3d)

Claimant certifies that the diesel fuel did not contain visible evidence of dye.

If any of the diesel fuel included in this claim **did** contain visible evidence of dye, attach a detailed explanation and check here ☐

| | Type of use | Rate | Gallons | Amount of credit | CRN |
|---|---|---|---|---|---|
| **Lines 3a, b, and c:** Claimant has the name and address of the person(s) who sold the diesel fuel to the claimant and the date(s) of the purchase(s), and if exported, the required proof of export. | | | | | |
| **a** Heating oil | | $ | | | |
| **b** Off-highway business use | | .2440 | 72,744.00 | 17,750. | |
| **c** Other nontaxable use (excluding use on a farm for farming purposes) | | | | | 303 |
| **d** Claimant, **a registered ultimate vendor,** sold diesel fuel for use by the buyer on a farm for farming purposes, or to a state or local government for its exclusive use. Claimant obtained the required certificate from the buyer and has no reason to believe any of the information in the certificate is false. | | | | | |

## 4  Nontaxable Use of Special Fuels

| | Type of use | Rate | Gallons | Amount of credit | CRN |
|---|---|---|---|---|---|
| **a** Special motor fuels (other than LPG, LNG, or fuels used in intercity or local buses) | | $ | | | |
| **b** Liquefied petroleum gas (LPG) or liquefied natural gas (LNG) | | | | | 304 |
| **c** Special motor fuels used in intercity or local buses | | | | | |
| **d** Compressed natural gas (credit rate per thousand cubic feet) | | | MCF | | |

Form **4136** (1997)

ISA
7X2000 5 000

103475

**Form 4136 (1997)** <span style="float:right">Page</span>

### 5 Nontaxable Use of Aviation Gasoline

| | Type of use | Rate | Gallons | Amount of Credit | CRN |
|---|---|---|---|---|---|
| **a** Used in commercial aviation (other than foregin trade) | | $ | | | |
| | | | | | 307 |
| **b** Other nontaxable use | | | | | |

### 6 Nontaxable Use of Aviation Fuel (other than gasoline)

| | Type of use | Rate | Gallons | Amount of credit | CRN |
|---|---|---|---|---|---|
| **a** Used in commercial aviation (other than foreign trade) | | $ | | | |
| | | | | | 310 |
| **b** Other nontaxable use | | | | | |

### 7 Gasohol Blenders

| | Rate | Gallons of gasoline | Amount of credit | CRN |
|---|---|---|---|---|
| Claimant bought gasoline taxed at the full rate ($.183/.184) and blended it with alcohol to make gasohol. The gasohol was used or sold for use in a trade or business. For each batch of gasohol, claimant has the required information relating to the purchase of the gasoline and alcohol used to make the gasohol and to support the amount claimed. | | | | |
| **Percentage of alcohol in the gasohol** | | | | 302 |
| **a** At least 10% alcohol | $ | | | |
| **b** At least 7.7% alcohol but less than 10% alcohol | | | | |
| **c** At least 5.7% alcohol but less than 7.7% alcohol | | | | |

### 8 Use of Undyed Diesel Fuel - Train and Intercity and Local Bus

Claimant certifies that the diesel fuel did not contain visible evidence of dye.

If any of the diesel fuel included in this claim **did** contain visible evidence of dye, attach a detailed explanation and check here ☐

| Claimant has the name and address of the person(s) who sold the diesel fuel to the claimant and the date(s) of the purchase(s). | Rate | Gallons | Amount of credit | CRN |
|---|---|---|---|---|
| **a** Diesel-powered trains | $ | | | |
| | | | | 305 |
| **b** Intercity and local buses | | | | |

### 9 Total Income Tax Credit Claimed

| | | |
|---|---|---|
| Add lines 1 through 8. Enter here and on Form 1040, line 59 (also check box b on line 59); Form 1120, line 32g; Form 1120-A, line 28g; Form 1120S, line 23c; Form 1041, line 25g; or the proper line of other returns · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ | 9 | $  17,750. |

SA
7X2010 4 000   A25395   3914   06/10/99   12:18:14   V7 98 74 1006522

**SCHEDULE D**
**(Form 1120)**

Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

**To be filed with Forms 1120, 1120-A , 1120-IC-DISC, 1120-F,
1120-FSC, 1120-H, 1120-L, 1120-ND, 1120-PC, 1120-POL,
1120-REIT, 1120-RIC, 1120-SF, 990-C , and certain Forms 990-T**

OMB No. 1545-0123

**1997**

Name

COHYCO, INC. AND SUBSIDIARIES

Employer identification number

74-1806502

## Part I   Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Kind of property and description (Example, 100 shares of Z Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) less (e)) |
|---|---|---|---|---|---|
| **1** | | | | | |

| | | | |
|---|---|---|---|
| 2 | Short-term capital gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . | 2 | 12,982 |
| 3 | Short-term gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Unused capital loss carryover (attach computation) . . . . . . . . . . . . . . . . . . . . . . | 4 | ( |
| 5 | Net short-term capital gain or (loss). Combine lines 1 through 4. . . . . . . . . . . . . . . . . . | 5 | 12,982 |

## Part II   Long-Term Capital Gains and Losses - Assets Held More Than One Year

| | | | | | |
|---|---|---|---|---|---|
| **6** | | | | | |

| | | | |
|---|---|---|---|
| 7 | Enter gain from Form 4797, line 7 or 9 . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 100,774 |
| 8 | Long-term capital gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . | 8 | |
| 9 | Long-term gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . . | 9 | |
| 10 | Net long-term capital gain or (loss). Combine lines 6 through 9 . . . . . . . . . . . . . . . . . | 10 | 100,774 |

## Part III   Summary of Parts I and II

| | | | |
|---|---|---|---|
| 11 | Enter excess of net short-term capital gain (line 5) over net long-term capital loss (line 10) . . . . . . | 11 | 12,982 |
| 12 | Net capital gain. Enter excess of net long-term capital gain (line 10) over net short-term capital loss (line 5) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | 100,774 |
| 13 | Add lines 11 and 12. Enter here and on Form 1120, page 1, line 8, or the proper line on other returns. | 13 | 113,756 |

**Note:** If losses exceed gains, see Capital losses in the instructions below.

# Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## A Change To Note

**Construction Sales Treatment for Certain Appreciated Financial Positions. -** The Taxpayer Relief Act of 1997 changed the treatment of certain appreciated financial positions. If the corporation holds an appreciated financial position in stock or certain other interests, it may have to recognize gain if it enters into a constructive sale after June 8, 1997 (such as a "short sale against the box"). See Pub. 550, Investment Income and Expenses, for more details.

## Purpose of Schedule

Use Schedule D to report sales and exchanges of capital assets and gains on distributions to shareholders of appreciated capital seets.

Report sales, exchanges, and distributions of property other than capital assets on Form 4797, Sales of Business Property. Include on Form 4797 a sale, exchange, or distribution of property used in a trade or business; involuntary conversions (from other than casualties or thefts), gain from the disposition of oil, gas, or geothermal property; and the section 291 adjustment to section 1250 gains. See the instructions for Form 4797 for more details.

If property is involuntary converted because of a casualty or theft, use Form 4684, Casualties and Thefts

## Parts I and II

Generally, a corporation must report sales and exchanges even if there is no gain or loss. Use Part I to report the sale, exchange, or distribution of capital assets held one year or less. Use Part II to report the sale, exchange, or distribution of capital assets held more than one year. Use the trade dates for the dates of acquisition and sale of stocks and bonds on an exchange or over-the-counter market.

What is a capital asset?–Each item of property the corporation held (whether or not connected with its trade or business) is a capital asset except:

1. Assets properly included in inventory or property held mainly for sale to customers.

2. Depreciable or real property used in the trade or business.

3. Certain copyrights; literary, musical, or artistic compositions; letters or memoranda, or similar property.

4. Accounts or notes receivable acquired in the ordinary course of trade or business for services rendered or from the sale of property described in 1 above.

5. U.S. Government publications, including the Congressional Record, that the corporation received from the Government, other than by purchase at the normal sales price, or that the corporation got from another taxpayer who had recieved it in a similar way, if the corporation's basis is determined by reference to the previous owner's basis.

| Form **851**<br>(Rev. August 1997)<br>Department of the Treasury<br>Internal Revenue Service | **Affiliations Schedule**<br>▶ **File with each consolidated income tax return**<br>Tax year ending  09/30 , 19 98 | OMB No. 1545-00. |
|---|---|---|

Common parent corporation

**COHYCO, INC.**

Employer identification ----

**74-1806502**

Number, street, and room or suite no. (If a P.O. box, see instructions.)

**P.O. BOX 751**

City or town, state, and ZIP code

**HARLINGEN, TX**      **78550**

## Part I   Prepayment Credits

| No. | Name and address of corporation | Employer identification number | Prepayment Credits Portion of Form 7004 tax deposits | Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| 1 | Common parent corporation | | | |
| | Subsidiary corporations: | | | |
| 2 | HYGEIA DAIRY CO.<br>P.O. BOX 751<br>HARLINGEN, TEXAS 78550 | 74-0658212 | | 17,75 |
| 3 | CARANCAHUA INVESTMENTS, INC.<br>P.O. BOX 4897<br>CORPUS CHRISTI, TEXAS 78408 | 74-1390103 | | |
| 4 | C & H INDUSTRIES, INC.<br>P.O. BOX 751<br>HARLINGEN, TX 78550 | 74-2648575 | | |
| 5 | HYGEIA INTERNATIONAL SALES COMPANY, INC.<br>P.O. BOX 751<br>HARLINGEN, , TX 78550 | 66-0457919 | | |
| | | | | |
| | | | | |
| | **Totals** (Must equal amounts shown on the consolidated tax return) . . . . . . . . ▶ | | | 17,75 |

## Part II   Voting Stock Information, Principal Business Activity, Etc. (See instructions.)

| No. | Principal business activity (PBA) | PBA Code No | Did the subsidiary make any nondividend distributions? (See instructions) Yes | No | Stock holdings at beginning of year Number of shares | Percent of voting power | Percent of value | Owned corpor. no. |
|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation | 2020 | | | | | | |
| | Subsidiary corporations: | | | | | | | |
| 2 | MANUFACTURE/PROCESS | 2020 | | X | 506,318 | 100.00 | 100.00 | 1 |
| 3 | RETAIL FOODS | 5490 | | X | 90,158 | 100.00 | 100.00 | 1 |
| 4 | LIVESTOCK FARMING | 0400 | | X | 1,000 | 100.00 | 100.00 | 2 |
| | | | | | | | | |
| | | | | | | | | |

103478

Form 851 (Rev. 8-97)

P-

## Part III  Changes in Stock Holdings During the Year (See instructions.)

| | Corporation | Stock-holder (Corpora-tion No.) | Change in stock holdings during the year | | | | |
|---|---|---|---|---|---|---|---|
| | | | | (a) Changes | | (b) Shares held after changes described in column (a) | |
| No. | Name | | Date | Shares acquired | Shares disposed of | Percent of voting power | Percent value |
| | | | | | | % | |
| | | | | | | % | |
| | | | | | | % | |
| | | | | | | % | |
| | | | | | | % | |
| | | | | | | % | |
| | | | | | | % | |
| | | | | | | % | |

**Note:** *If additional stock was issued, or if any stock was retired during the year, show the dates and amounts for these transactions.*

If the equitable owners of any capital stock shown above were other than the holders of record, give full details.

103479

SA

7C2020 2.000  A25305  3814  06/10/98  12:18:14  V7  86  51

Form 851 (Rev. 8-97)                                                                                               Page

## Part IV    Additional Information (See instructions.)

**1**    During the tax year, did the corporation have more than one class of stock outstanding?

| No. | Name | Answer to Question 1 Yes | Answer to Question 1 No | If yes, list and describe each class of stock. |
|-----|------|-----|-----|-----|
| 2 | HYGEIA DAIRY CO. | | X | |
| 3 | CARANCAHUA INVESTMENTS, INC. | | X | |
| 4 | C & H INDUSTRIES, INC. | | X | |

**2**    During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation, or was there any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified by Rev. Proc. 91-39, 1991-2 C.B. 694), Rev. Proc. 95-11, 1995-1 C.B. 505, or Rev. Proc. 95-39, 1995-2 C.B. 399?

| No. | Name | Answer to Question 2 Yes | Answer to Question 2 No | If yes for any part of question 2, list and explain the circumstances. |
|-----|------|-----|-----|-----|
| 2 | HYGEIA DAIRY CO. | | X | |
| 3 | CARANCAHUA INVESTMENTS, INC. | | X | |
| 4 | C & H INDUSTRIES, INC. | | X | |

**3a**    During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| No. | Name | Answer to Question 3a Yes | Answer to Question 3a No | Item 3b (see instructions) | Item 3c (see instructions) | Item 3d (see instructions) |
|-----|------|-----|-----|-----|-----|-----|
| 2 | HYGEIA DAIRY CO. | | X | % | % | % |
| 3 | CARANCAHUA INVESTMENTS, INC. | | X | % | % | % |
| 4 | C & H INDUSTRIES, INC. | | X | % | % | % |
| | | | | % | % | % |

| No. | Item 3e - Description of arrangements. |
|-----|-----|
| | |
| | |
| | |
| | |
| | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

▶ _____   _____   ▶ _____
  Signature of officer        Date                     Title

JSA

103480

7C2030 3.000   A25395   3914   06/10/99   12:18:14   V7-08-74  1806502

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► See separate instructions.     ► Attach this form to your return. | 19**97** Attachment Sequence No. 67 |

Name(s) shown on return

COHYCO, INC. AND SUBSIDIARIES

Identifying number: 74-1806502

Business or activity to which this form relates

GENERAL DEPRECIATION & AMORTIZATION

## Part I   Election To Expense Certain Tangible Property (Section 179) (Note: *If you have any "listed property," complete Part V before you complete Part I.*)

| | | |
|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions . . . . . . . . . . . | **1** |
| 2 | Total cost of section 179 property placed in service . See page 2 of the instructions . . . . . . . . . . . . | **2** |
| 3 | Threshold cost of section 179 property before reduction in limitation . . . . . . . . . . . . . . . . . . | **3** |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . . . . | **4** |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| **6** | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter amount from line 27 . . . . . . . . . . . . . . . **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . . . | **8** |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 . . . . . . . . . . . . . . . . . . . . . . | **9** |
| 10 | Carryover of disallowed deduction from 1996. See page 3 of the instructions . . . . . . . . . . . . . | **10** |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) . . . | **11** |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . . . . | **12** |
| 13 | Carryover of disallowed deduction to 1998. Add lines 9 and 10, less line 12 · · · · ► **13** | |

**Note:** *Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.*

## Part II   MACRS Depreciation For Assets Placed in Service ONLY During Your 1997 Tax Year (Do Not Include Listed Property.)

### Section A - General Asset Account Election

14   If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions . . . . . . . . . . . . . . . . . . . . . ► ☐

### Section B - General Depreciation System (GDS) (See page 3 of the instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **15a** 3-year property | | | | | | |
| **b** 5-year property | | 1,505,454. | 5.000 | HY | 200DB | 301,091. |
| **c** 7-year property | | 177,908. | 7.000 | HY | 200DB | 25,423. |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | 190,666. | 39 yrs. | MM | S/L | 4,889. |
| | | | | MM | S/L | |

### Section C - Alternative Depreciation System (ADS) (See page 6 of the instructions.)

| | | | | | | |
|---|---|---|---|---|---|---|
| **16a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 40-year | | | 40 yrs. | MM | S/L | |

## Part III   Other Depreciation (Do Not Include Listed Property.) (See page 6 of the instructions.)

| | | |
|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1997 . . . . . . . . . . . . | **17** | 858,659. |
| 18 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** |
| 19 | ACRS and other depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** |

## Part IV   Summary (See page 7 of the instructions.)

| | | |
|---|---|---|
| 20 | Listed property. Enter amount from line 26 . . . . . . . . . . . . . . . . . . . . . . . . . | **20** |
| 21 | Total. Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . . . . . . . | **21** | 1,190,062. |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . . **22** | |

103481

3A
7X2300 3 000      For Paperwork Reduction Act Notice, see the separate instructions.      Form **4562** (1997)

Form 4562 (1997) | p-

## Part V Listed Property - Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A - Depreciation and Other Information (Caution: *See page 8 of the instructions for limits for passenger automobiles.*)

23a Do you have evidence to support the business/investment use claimed? | Yes | | No | 23b If "Yes," is the evidence written? | Yes | .

| (a)<br>Type of property (list vehicles first) | (b)<br>Date placed in service | (c)<br>Business/ investment use percentage | (d)<br>Cost or other basis | (e)<br>Basis for depreciation (business/investment use only) | (f)<br>Recovery period | (g)<br>Method/ Convention | (h)<br>Depreciation deduction | (i)<br>Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 24 Property used more than 50% in a qualified business use (See page 7 of the instructions.): | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 25 Property used 50% or less in a qualified business use (See page 7 of the instructions.): | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |

26 Add amounts in column (h). Enter the total here and on line 20, page 1 . . . . . . . . . . . . . . . . . . . | **26** |

27 Add amounts in column (i). Enter the total here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . . | **27** |

### Section B - Information on Use of Vehicles

*Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.*

*If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.*

| | (a)<br>Vehicle 1 | | (b)<br>Vehicle 2 | | (c)<br>Vehicle 3 | | (d)<br>Vehicle 4 | | (e)<br>Vehicle 5 | | (f)<br>Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (DO NOT include commuting miles) . . . | | | | | | | | | | | | |
| 29 Total commuting miles driven during the year . . . . | | | | | | | | | | | | |
| 30 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 31 Total miles driven during the year. Add lines 28 through 30 . . . . . . . . . . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 32 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . | | | | | | | | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . | | | | | | | | | | | | |
| 34 Is another vehicle available for personal use? . . . . . . . . . . . . . . . | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

*Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who* **are not** *more than 5% owners or related persons.*

| | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 9 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . | | |
| 37 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? See page 9 of the instructions . . . . . . . . . . | | |

**Note:** *If your answer to 35, 36, 37, 38, or 39 is "Yes," you need not complete Section B for the covered vehicles.*

## Part VI Amortization

| (a)<br>Description of costs | (b)<br>Date amortization begins | (c)<br>Amortizable amount | (d)<br>Code section | (e)<br>Amortization period or percentage | (f)<br>Amortization for this year |
|---|---|---|---|---|---|
| 40 Amortization of costs that begins during your 1997 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 41 Amortization of costs that began before 1997 . . . . . . . . . . . . . . . . . . . . | | | **41** | |
| 42 Total. Enter here and on "Other Deductions" or "Other Expenses" line of your return . . . . . . . . . . . | | | **42** | |

SA

7X2310 1 00 A25395 3914 06/10/99 12:18:14 V7.08 74-1806502

103482

| Form **4626** | **Alternative Minimum Tax - Corporations** | OMB No. 1545-0175 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ See separate instructions.<br>▶ Attach to the corporation's tax return. | **19 97** |

| Name | Employer Identification number |
|---|---|
| COHYCO, INC. AND SUBSIDIARIES | 74-1806502 |

| | | | |
|---|---|---|---|
| 1 | Taxable income or (loss) before net operating loss deduction . . . . . . . . . . . . . . . . . . . . . | 1 | -2,276,532. |
| 2 | **Adjustments and preferences:** | | |

| | | | |
|---|---|---|---|
| a | Depreciation of post-1986 property . . . . . . . . . . . . . . . | 2a | 194,146. |
| b | Amortization of certified pollution control facilities . . . . . . . . | 2b | |
| c | Amortization of mining exploration and development costs . . . . . . . . | 2c | |
| d | Amortization of circulation expenditures (personal holding companies only) | 2d | |
| e | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . | 2e | -306,973. |
| f | Long-term contracts . . . . . . . . . . . . . . . . . . . . | 2f | |
| g | Installment sales . . . . . . . . . . . . . . . . . . . . . | 2g | |
| h | Merchant marine capital construction funds . . . . . . . . . . | 2h | |
| i | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2i | |
| j | Tax shelter farm activities (personal service corporations only) . . . . . . | 2j | |
| k | Passive activities (closely held corporations and personal service corporations only) . | 2k | |
| l | Loss limitations . . . . . . . . . . . . . . . . . . . . . | 2l | |
| m | Depletion . . . . . . . . . . . . . . . . . . . . . . . | 2m | |
| n | Tax-exempt interest from specified private activity bonds . . . . . . . . | 2n | |
| o | Charitable contributions . . . . . . **SEE STATEMENT 44** . . . . | 2o | NONE |
| p | Intangible drilling costs . . . . . . . . . . . . . . . . . . | 2p | |
| q | Accelerated depreciation of real property (pre-1987) . . . . . . . . . . | 2q | |
| r | Accelerated depreciation of leased personal property (pre-1987) (personal holding companies only) . . . . . . . . . . . . . . . . . . . | 2r | |
| s | Other adjustments . . . . . . . . . . . . . . . . . . . . | 2s | |
| t | Combine lines 2a through 2s . . . . . . . . . . . . . . . . . . . . . . . | 2t | -112,827. |

| | | | |
|---|---|---|---|
| 3 | Preadjustment alternative minimum taxable income (AMTI). Combine lines 1 and 2t . . . . . . . . | 3 | -2,389,359. |
| 4 | **Adjusted current earnings (ACE) adjustment:** | | |

| | | | |
|---|---|---|---|
| a | Enter the corporation's ACE from line 10 of the worksheet on page 8 of the instructions | 4a | -2,245,200. |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount (see examples beginning on page 4 of the instructions) . . . . | 4b | 144,159. |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount . . . . | 4c | 108,119. |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see page 5 of the instructions). Note: *You must enter an amount on line 4d (even if line 4b is positive)* . . . . . . . . . . . . | 4d | 362,348. |

| | | |
|---|---|
| e | **ACE adjustment:** |
| | • If you entered a positive number or zero on line 4b, enter the amount from line 4c here as a positive amount.     **SEE STATEMENT 45** |
| | • If you entered a negative number on line 4b, enter the smaller of line 4c or line 4d here as a negative amount. |

| | |
|---|---|
| 4e | 108,119. |

| | | | |
|---|---|---|---|
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe alternative minimum tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | -2,281,240. |
| 6 | Alternative tax net operating loss deduction (see page 5 of the instructions) **STMT 47** . . . . . . | 6 | |
| 7 | **Alternative minimum taxable income.** Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see page 5 of the instructions · · · · · · · · · · · · · · · · · · · · | 7 | -2,281,240. |

For Paperwork Reduction Act Notice, see separate instructions.                                    Form **4626** (1997)

5A
7X2400 1 000    A25395    3914    06/10/99    12:18:14    V7 08 74 1806502

103483

**COHYCO, INC. AND SUBSIDIARIES**                                      74-1806502

Form 4626 (1997)                                                           Page

| | | | |
|---|---|---|---|
| **8** | Enter the amount from line 7 (alternative minimum taxable income) . . . . . . . . . . . . . . . . . | **8** | -2,281,240 |

**9**  **Exemption phase-out computation** (if line 8 is $310,000 or more, skip lines 9a and 9b and enter -0-
on line 9c):

   **a**  Subtract $150,000 from line 8 (if you are completing this line for a member of a
controlled group, see page 5 of the instructions). If zero or less, enter -0- . . .   **9a**     NONE

   **b**  Multiply line 9a by 25% (.25) . . . . . . . . . . . . . . . . .   **9b**     NONE

| | | | |
|---|---|---|---|
| **c** | Exemption. Subtract line 9b from $40,000 (if you are completing this line for a member of a controlled group, see page 5 of the instructions). If zero or less, enter -0- . . . . . . . . . . . . . . | **9c** | 40,000 |
| **10** | Subtract line 9c from line 8. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . | **10** | NONE |
| **11** | Multiply line 10 by 20% (.20) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | NONE |
| **12** | Alternative minimum tax foreign tax credit. See page 5 of the instructions . . . . . . . . . . . . | **12** | |
| **13** | Tentative minimum tax. Subtract line 12 from line 11 . . . . . . . . . . . . . . . . . . . . . . | **13** | NONE |
| **14** | Regular tax liability before all credits except the foreign tax credit and possessions tax credit . . . . | **14** | |
| **15** | **Alternative minimum tax.** Subtract line 14 from line 13. Enter the result on the appropriate line of the corporation's income tax return (e.g., Form 1120, Schedule J, line 9). If zero or less, enter -0- . . | **15** | NONE |

COHYCO, INC. AND SUBSIDIARIES                                    74-1806502

**Adjusted Current Earnings Worksheet**

▶ See ACE Worksheet Instructions (which begin on page 6).

| | | | | |
|---|---|---|---|---|
| 1 | Pre-adjustment AMTI. Enter the amount from line 3 of Form 4626 . . . . . . . . . . . . | | **1** | -2,389,359. |
| 2 | ACE depreciation adjustment: | | | |
| a | AMT depreciation . . . . . . . . . . . | **2a** 995,236. | | |
| b | ACE depreciation | | | |
| (1) | Post-1993 property . . . . . . . . . | **2b(1)** | | |
| (2) | Post-1989, pre-1994 property . . . . . | **2b(2)** 6,505. | | |
| (3) | Pre-1990 MACRS property . . . . . . | **2b(3)** | | |
| (4) | Pre-1990 original ACRS property . . . . | **2b(4)** | | |
| (5) | Property described in sections 168(f)(1) through (4) . . . . . . . . . | **2b(5)** | | |
| (6) | Other property . . . . . . . . . . . | **2b(6)** 88,087. | | |
| (7) | Total ACE depreciation. Add lines 2b(1) through 2b(6) . . . . . . . . . | **2b(7)** 1,119,132. | | |
| c | ACE depreciation adjustment. Subtract line 2b(7) from line 2a . . . . . . . . . . . | | **2c** | -123,896. |
| 3 | Inclusion in ACE of items included in earnings and profits (E&P): | | | |
| a | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . | **3a** | | |
| b | Death benefits from life insurance contracts . . . . . . . . . . . . . . . . | **3b** | | |
| c | All other distributions from life insurance contracts (including surrenders) . . . | **3c** | | |
| d | Inside buildup of undistributed income in life insurance contracts . . . . . | **3d** | | |
| e | Other items (see Regulations sections 1.56(g)-1(c)(6)(iii) through (ix) for a partial list) . . . . . . . . . . . . | **3e** | | |
| f | Total increase to ACE from inclusion in ACE of items included in E&P. Add lines 3a through 3e . . . . . . . . . | | **3f** | |
| 4 | Disallowance of items not deductible from E&P: | | | |
| a | Certain dividends received . . . . . . . . . . . . . . . . . . . . | **4a** | | |
| b | Dividends paid on certain preferred stock of public utilities that are deductible under section 247 . . . . . . . . . | **4b** | | |
| c | Dividends paid to an ESOP that are deductible under section 404(k) . . . . . | **4c** | | |
| d | Nonpatronage dividends that are paid and deductible under section 1382(c) . . . . . . . . . . . . . . . . . . | **4d** | | |
| e | Other items (see Regulations section 1.56(g)-1(d)(3)(i) and (ii) for a partial list) . . . . . . . . . . . | **4e** | | |
| f | Total increase to ACE because of disallowance of items not deductible from E&P. Add lines 4a through 4e . . . . . . . . . | | **4f** | |
| 5 | Other adjustments based on rules for computing E&P: | | | |
| a | Intangible drilling costs . . . . . . . . . . . . . . . . . . . . | **5a** | | |
| b | Circulation expenditures . . . . . . . . . . . . . . . . . . . . | **5b** | | |
| c | Organizational expenditures . . . . . . . . . . . . . . . . . . . | **5c** | | |
| d | LIFO inventory adjustments . . . . . . . . . . . . . . . . . . . | **5d** | | |
| e | Installment sales . . . . . . . . . . . . . . . . . . . . . . . | **5e** | | |
| f | Total other E&P adjustments. Combine lines 5a through 5e . . . . . . . . . | | **5f** | |
| 6 | Disallowance of loss on exchange of debt pools . . . . . . . . . . . . . | | **6** | |
| 7 | Acquisition expenses of life insurance companies for qualified foreign contracts . . . | | **7** | |
| 8 | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . | | **8** | |
| 9 | Basis adjustments in determining gain or loss from sale or exchange of pre-1995 property . . . . . . | | **9** | 268,055. |
| 10 | **Adjusted current earnings. Combine lines 1, 2c, 3f, 4f, and 5f through 9. Enter the result here and on line 4a of Form 4626** . . . . . . . . . | | **10** | -2,245,200. |

JSA

103485

7X2410 1 000   A25395   3914   06/10/99   13:18:14   V7-82   76

OMB No. 1545-0184

# Form 4797

**Sales of Business Property**
(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))

▶ Attach to your tax return.     ▶ See separate instructions.

Department of the Treasury
Internal Revenue Service (99)

**1997**

Attachment
Sequence No. **27**

Name(s) shown on return

COHYCO, INC. AND SUBSIDIARIES

Identifying number

74-1806502

**1** Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1997 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 10, or 20 . . . . . . . . . . . . . . . . . . . . . **1**

## Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Property Held More Than 1 Year

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) GAIN or (LOSS) for entire year. Subtract (f) from the sum of (d) and (e). | (h) 28% RATE GAIN or (LOSS) (see instr. below) |
|---|---|---|---|---|---|---|---|
| 2STMT 54 | | | | | | 100,574. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **3** Gain, if any, from Form 4684, line 39 . . . . . . . . . . . . . . . | **3** | | |
| **4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . | **4** | | |
| **5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . | **5** | | |
| **6** Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . | **6** | 200. | |
| **7** Combine lines 2 through 6 in columns (g) and (h). Enter gain or (loss) here, and on the appropriate line as follows: | **7** | 100,774. | |

**Partnerships** - Enter the gain or (loss) on Form 1065, Schedule K, lines 6a and 6b. Skip lines 8, 9, 11, and 12 below.

**S corporations** - Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7, column (g) is a gain and the S corporation is subject to the capital gains tax.

**All others** - If line 7, column (g) is zero or a loss, enter that amount on line 11 below and skip lines 8 and 9. If line 7, column (g) is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain or (loss) in each column as a long-term capital gain or (loss) on Schedule D and skip lines 8, 9, and 12 below.

| | | | |
|---|---|---|---|
| **8** Nonrecaptured net section 1231 losses from prior years (see instructions) . . . . . | **8** | | |
| **9** Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see instructions) | **9** | | |

**S corporations** - Enter only the gain in column (g) on Schedule D (Form 1120S), line 14, and skip lines 11 and 12 below.

**All others** - If line 9, column (g) is zero, enter the gain from line 7, column (g) on line 12 below. If line 9, column (g) is more than zero, enter the amount from line 8, column (g) on line 12 below, and enter the gain or (loss) in each column of line 9 as a long-term capital gain or (loss) on Schedule D.

• Corporations (other than S corporations) should not complete columns (h) Partnerships and S corporations must complete column (h). All others must complete column (h) only if line 7, column (g), is a gain 28% rate gain or loss includes all gains and losses in column (g) from sales, exchanges, or conversions (including installment payments received) either (a) before 5/7/97 or (b) after 7/18/97 for assets held more than 1 year but not more than 18 months.

## Part II  Ordinary Gains and Losses

**10** Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
|---|---|---|---|---|---|---|---|
| STMT 56 | | | | | | 1,311. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **11** Loss, if any, from line 7, column (g) . . . . . . . . . . . . . . | **11** | | |
| **12** Gain, if any, from line 7, column (g) or amount from line 8, column (g) if applicable . | **12** | | |
| **13** Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . | **13** | 75,609. | |
| **14** Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . . . . | **14** | | |
| **15** Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . | **15** | | |
| **16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . | **16** | | |
| **17** Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) . . . | **17** | | |
| **18** Combine lines 10 through 17 in columns (g). Enter gain or (loss) here, and on the appropriate line as follows: | **18** | 76,920. | |

**a** For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.

**b** For individual returns:

(1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here and on line 22 of Schedule A (Form 1040). Identify as from "Form 4797, line 18b(1)." See instructions . . . . . . . . . . . . . . . . . . . | 18b(1) | |

(2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 . . . . . . . . . . . . . . . . | 18b(2) | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4797** (1997)

**Form 4797 (1997)**                                                   **Page 2**

## Part III  Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

**19 (a)** Description of section 1245, 1250, 1252, 1254, or 1255 property:

| | (a) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| A | MACHINERY & EQUIPM'T | 06/01/85 | 12/09/97 |
| B | FURNITURE & FIXTURES | 04/30/89 | 01/26/98 |
| C | AUTOS/TRANSPORT EQPT | VAR | VAR |
| D | MACHINERY & EQUIPMNT | 07/01/91 | 05/08/98 |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 | Gross sales price (Note: See line 1 before completing.) | 15,000. | 1,989. | 61,799. | 1,600. |
| 21 | Cost or other basis plus expense of sale | 28,450. | 3,105. | 479,435. | 2,304. |
| 22 | Depreciation (or depletion) allowed or allowable | 28,450. | 3,105. | 467,150. | 2,304. |
| 23 | Adjusted basis. Subtract line 22 from line 21 | | | 12,285. | |
| 24 | Total gain. Subtract line 23 from line 20 | 15,000. | 1,989. | 49,514. | 1,600. |
| 25 | If section 1245 property: | | | | |
| 25a | Depreciation allowed or allowable from line 22 | 28,450. | 3,105. | 467,150. | 2,304. |
| 25b | Enter the smaller of line 24 or 25a | 15,000. | 1,989. | 49,514. | 1,600. |
| 26 | If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | |
| 26a | Additional depreciation after 1975 (see instructions) | | | | |
| 26b | Applicable percentage multiplied by the smaller of line 24 or line 26a (see instructions) | | | | |
| 26c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | | | | |
| 26d | Additional depreciation after 1969 and before 1976 | | | | |
| 26e | Enter the smaller of line 26c or 26d | | | | |
| 26f | Section 291 amount (corporations only) | | | | |
| 26g | Add lines 26b, 26e, and 26f | | | | |
| 27 | If section 1252 property: Skip this section if you did not dispose of farmland or if this form is being completed for a partnership. | | | | |
| 27a | Soil, water, and land clearing expenses | | | | |
| 27b | Line 27a multiplied by applicable percentage (see instructions) | | | | |
| 27c | Enter the smaller of line 24 or 27b | | | | |
| 28 | If section 1254 property: | | | | |
| 28a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions) | | | | |
| 28b | Enter the smaller of line 24 or 28a | | | | |
| 29 | If section 1255 property: | | | | |
| 29a | Applicable percentage of payments excluded from income under section 126 (see instructions) | | | | |
| 29b | Enter the smaller of line 24 or 29a (see instructions) | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | | |
|---|---|---|---|
| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | 75,809. |
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | 75,609. |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6, column (g), and if applicable, column (h) | 32 | 200. |

## Part IV  Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
See instructions.

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation. See instructions | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

103487

Form 4797 (1997)                                                                                        Page 2

## Part III   Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| **A** AUTOS/TRANSPORT EQPT | 02/05/92 | 03/10/98 |
| **B** TRACTOR | 10/01/92 | 04/30/98 |
| **C** | | |
| **D** | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 Gross sales price (Note: See line 1 before completing.) | 20 | 2,950. | 6,200. | | |
| 21 Cost or other basis plus expense of sale . . . . . . | 21 | 16,383. | 6,000. | | |
| 22 Depreciation (or depletion) allowed or allowable . . | 22 | 16,010. | 4,929. | | |
| 23 Adjusted basis. Subtract line 22 from line 21 . . . . | 23 | 373. | 1,071. | | |
| 24 Total gain. Subtract line 23 from line 20 . . . . . . | 24 | 2,577. | 5,129. | | |
| 25 If section 1245 property: | | | | | |
| a Depreciation allowed or allowable from line 22 . . . | 25a | 16,010. | 4,929. | | |
| b Enter the smaller of line 24 or 25a . . . . . . . | 25b | 2,577. | 4,929. | | |
| 26 If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a Additional depreciation after 1975 (see instructions) | 26a | | | | |
| b Applicable percentage multiplied by the smaller of line 24 or line 26a (see instructions) . . . . . . . | 26b | | | | |
| c Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e Enter the smaller of line 26c or 26d . . . . . . | 26e | | | | |
| f Section 291 amount (corporations only) . . . . . | 26f | | | | |
| g Add lines 26b, 26e, and 26f . . . . . . . . . . | 26g | | | | |
| 27 If section 1252 property: Skip this section if you did not dispose of farmland or if this form is being completed for a partnership. | | | | | |
| a Soil, water, and land clearing expenses . . . . | 27a | | | | |
| b Line 27a multiplied by applicable percentage (see instructions) | 27b | | | | |
| c Enter the smaller of line 24 or 27b . . . . . . . . | 27c | | | | |
| 28 If section 1254 property: | | | | | |
| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions) | 28a | | | | |
| b Enter the smaller of line 24 or 28a . . . . . . . | 28b | | | | |
| 29 If section 1255 property: | | | | | |
| a Applicable percentage of payments excluded from income under section 126 (see instructions) . . . | 29a | | | | |
| b Enter the smaller of line 24 or 29a (see instructions) | 29b | | | | |

## Summary of Part III Gains. Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| 30 Total gains for all properties. Add property columns A through D, line 24 . . . . . . . . . . . . . . . . . . . . . | 30 | |
| 31 Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 . . . . . . . . . . | 31 | |
| 32 Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6, column (g), and if applicable, column (h) . . . . . . . . . . | 32 | |

## Part IV   Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
See instructions.

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| 33 Section 179 expense deduction or depreciation allowable in prior years . . . . . . . . . . . . | 33 | | |
| 34 Recomputed depreciation. See instructions . . . . . . . . . . . . . . . . . . . . . . | 34 | | |
| 35 Recapture amount. Subtract line 34 from line 33. See the instructions for where to report . . . | 35 | | |

SA
/X2620 2 000    A25395    3914    06/10/99    12:18:14    V7.08  74-1806502

103488

Form **5471**
(Rev. June 1995)

Department of the Treasury
Internal Revenue Service

# Information Return of U.S. Persons With Respect to Certain Foreign Corporations
▶ See separate instructions.

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning **10/01/97** , and ending **09/30/98**

OMB No. 1545-0704

**File In Duplicate**
(see When and Where To File in the instructions)

Name of person filing this return
**HYGEIA DAIRY CO.**

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)
**P.O. BOX 751**

City or town, state, and ZIP code
**HARLINGEN, TEXAS          78550**

Filer's tax year beginning **10/01/97** , and ending **09/30/98**

**A** Identifying number
**74-0658212**

**B** Category of filer (see Who Must File in the instructions and check applicable box(es)): (1) ☐ (2) ☐ (3) ☒ (4) ☒ (5) ☒

**C** Enter the total percentage of voting stock of the foreign corporation you owned at the end of its annual accounting period .......... **99.9500** %

**D** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
| --- | --- | --- | --- | --- | --- |
| | | | Shareholder | Officer | Director |
| | | | | | |
| | | | | | |
| | | | | | |

**Important:** *Fill in all applicable lines and schedules. All information must be in the English language. All amounts must be stated in U.S. dollars unless otherwise indicated.*

Enter the foreign corporation's functional currency ▶   **PESO**   **8.7181000**

**1 a** Name and address of foreign corporation
**HYGEIA DE MEXICO, S.A. DE C.V.**
**SIMON, BOLEVAR, 380 SUR, COLO CHEPA BERA**
**MONTEREY, N.L. 6400 MEXICO**

**b** Employer identification number, if any
**NONE**

**c** Country under whose laws incorporated
**MEXICO**

| **d** Date of incorporation | **e** Principal place of business | **f** Principal business activity code number | **g** Principal business activity |
| --- | --- | --- | --- |
| **01/16/90** | **MEXICO** | **5150** | **DISTR. OF DAIRY PROD** |

**2** Provide the following information for the foreign corporation's accounting period stated above.

**a** Name, address, and identifying number of branch office or agent (if any) in the United States

**HYGEIA DAIRY CO.**
**P.O. BOX 751**
**HARLINGEN, TEXAS   78550**
**74-0658212**

**b** If a U.S. income tax return was filed, please show

| (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
| --- | --- |
| **NONE** | **NONE** |

**c** Name and address of foreign corporation's statutory or resident agent in country of incorporation

**HYGEIA DE MEXICO, S.A. DE C.V.**
**SIMON, BOLEVAR, 380 SUR**
**MONTEREY, N.L. 6400 MEXICO**

**d** Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different

**HYGEIA DAIRY CO.**
**P.O. BOX 751, HARLINGEN, TX**
**SAME**

## Schedule A   Stock of the Foreign Corporation
### Part I - ALL Classes of Stock

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
| --- | --- | --- |
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| **COMMON SERIES 'B'** | **200,000.** | **200,000.** |
| | | |

### Part II - Additional Information for PREFERRED Stock
(To be completed only by Category (1) filers for foreign personal holding companies)

| (a) Description of each class of PREFERRED stock (Note: *This description should match the corresponding description entered in Part I, column (a).*) | (b) Par value in functional currency | (c) Rate of dividend | (d) Indicate whether the stock is cumulative or noncumulative |
| --- | --- | --- | --- |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see page 1 of the instructions.**

JSA
7X1660 1 000   A25395   3914   06/10/99   13:18:14   V7-03-74 1806590

Form **5471** (Rev. 6-95)

103489

Form 5471 (Rev. 6-95)                                                                                                    Page 2

## Schedule B    U.S. Shareholders of Foreign Corporation (see instructions)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder (Note: This description should match the corresponding description entered in Schedule A, Part I, column (a).) | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| HYGEIA DAIRY COMPANY<br>P.O. BOX 751<br>HARLINGEN, TEXAS  78550<br>74-0658212 | SERIES 'B' | 199,900.0000 | 199,900.0000 | 99.95000 |

## Schedule C    Income Statement    (Complete both columns unless the functional currency is the U.S. dollar. In that case, complete only the U.S. Dollars column.)

**Important:** Schedule C requests financial accounting  information prepared in functional currency in accordance with U.S. GAAP. Each line must also be reported in U.S. dollars translated from functional currency in accordance with U.S. GAAP translation rules. See instructions for special rules for DASTM corporations.

| | | | Functional Currency | U.S. Dollars |
|---|---|---|---:|---:|
| Income | 1 a Gross receipts or sales | 1a | 25,597,333 | 2,936,114 |
| | b Returns and allowances | 1b | 20,507 | 2,352 |
| | c Subtract line 1b from line 1a | 1c | 25,576,826 | 2,933,762 |
| | 2 Cost of goods sold | 2 | 24,959,850 | 2,862,992 |
| | 3 Gross profit (subtract line 2 from line 1c) | 3 | 616,976 | 70,770 |
| | 4 Dividends | 4 | | |
| | 5 Interest | 5 | | |
| | 6 Gross rents, royalties, and license fees | 6 | | |
| | 7 Net gain or (loss) on sale of capital assets | 7 | -61,954 | -7,106 |
| | 8 Other income (attach schedule)  SEE STATEMENT 57 | 8 | 108,556 | 12,452 |
| | 9 Total income (add lines 3 through 8) | 9 | 663,578 | 76,116 |
| Deductions | 10 Compensation not deducted elsewhere | 10 | | |
| | 11 Rents, royalties, and license fees | 11 | | |
| | 12 Interest | 12 | | |
| | 13 Depreciation not deducted elsewhere | 13 | 10,474 | 1,201 |
| | 14 Depletion | 14 | | |
| | 15 Taxes (exclude provision for income, war profits, and excess profits taxes) | 15 | | |
| | 16 Other deductions (attach schedule - exclude provision for income, war profits, and excess profits taxes)  SEE STATEMENT 57 | 16 | 6,827,383 | 783,127 |
| | 17 Total deductions (add lines 10 through 16) | 17 | 6,837,857 | 784,328 |
| Net Income | 18 Net income or (loss) before extraordinary items, prior period adjustments, and the provision for income, war profits, and excess profits taxes (subtract line 17 from line 9) | 18 | -6,174,279 | -708,212 |
| | 19 Extraordinary items and prior period adjustments (see instructions) | 19 | | |
| | 20 Provision for income, war profits, and excess profits taxes (see instructions) | 20 | | |
| | 21 Current year net income or (losses) per books (line 18 plus line 19 minus line 20) | 21 | -6,174,279 | -708,212 |

JSA

7X1661 2 000   A25395   3914   06/10/99   12:18:14   V7.08  74-1806502                                103490

orm 5471 (Rev. 6-95)                                                                                          Page

| Schedule E | Income, War Profits, and Excess Profits Taxes Paid or Accrued (see instructions) | | | |
|---|---|---|---|---|
| (a) | | Amount of tax | | |
| Name of country or U.S. possession | | (b) In foreign currency | (c) Spot conversion rate | (d) In U.S. dollars |
| 1 | U.S. | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | |

| Schedule F | Balance Sheet |
|---|---|

**Important:**   Schedule F requests financial accounting information prepared and translated into U.S. dollars in
accordance with U.S. GAAP. See instructions for exception for DASTM corporations.

| Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|
| 1 | Cash . . . . . . . . . . . . . . . | **20,169.** | **36,996.** |
| 2 a | Trade notes and accounts receivable . . . | 2a | **1,737,336.** | **1,936,143.** |
| b | Less allowance for bad debts . . . . . . . . . | 2b ( | ) ( |
| 3 | Inventories . . . . . | 3 | |
| 4 | Other current assets (attach schedule) . . . . . | 4 | **140,236.** | **104,037.** |
| 5 | Loans to stockholders and other related persons . . | 5 | **1,032,432.** | **789,374.** |
| 6 | Investment in subsidiaries (attach schedule) . . | 6 | |
| 7 | Other investments (attach schedule) . . . . | 7 | |
| 8 a | Buildings and other depreciable assets . . . | 8a | **8,909.** | **9,583.** |
| b | Less accumulated depreciation . . . | 8b ( **4,015.** ) ( | **4,078.** |
| 9 a | Depletable assets . . . . | 9a | |
| b | Less accumulated depletion . . . . . | 9b ( | ) ( |
| 10 | Land (net of any amortization) . . . . . . | 10 | |
| I | Intangible assets: | | |
| a | Goodwill . . . . . . . | 11a | |
| b | Organization costs . . . . . . | 11b | |
| c | Patents, trademarks, and other intangible assets | 11c | |
| d | Less accumulated amortization for lines 11a, b, and c . . . . . | 11d ( | ) ( |
| 12 | Other assets (attach schedule) . . . . . . | 12 | |
| 3 | Total assets . . . . . . . . . . . . | 13 | **2,935,067.** | **2,872,055.** |
| | **Liabilities and Stockholders' Equity** | | |
| 4 | Accounts payable . . . . . | 14 | **82,624.** | **65,017.** |
| 5 | Other current liabilities (attach schedule) . . | 15 | |
| 16 | Loans from stockholder and other related persons . . . . | 16 | **2,285,482.** | **2,976,887.** |
| 17 | Other liabilities (attach schedule) . . . . | 17 | **13,115.** | **15,313.** |
| I | Capital stock | | |
| a | Preferred stock . . . . | 18a | |
| b | Common stock . . . . . . . . | 18b | **1,226,794.** | **932,720.** |
| I | Paid-in or capital surplus (attach reconciliation) | 19 | **NONE** | **NONE** |
| I | Retained earnings . . . . . . . | 20 | **−672,948.** | **−1,117,882.** |
| 21 | Less cost of treasury stock . . . . . . . | 21 ( | ) ( |
| ' | Total liabilities and stockholders' equity . . . . . . | 22 | **2,935,067.** | **2,872,055.** |
| | Does the foreign corporation have an interest in a partnership or trust? . . . . . . . . . . . . . . . . . . . . | | Yes | X | No |

103491

JSA
ZX1662 1.000   A25395   3914   06/10/99   13:18:14   V7  02  74 1002503

Form 5471 (Rev. 6-95)                                                                                                    Page

| Schedule H | Current Earnings and Profits (enter the amounts on lines 1 through 5c in fuctional currency) | | | | |
|---|---|---|---|---|---|
| 1 | Current year net income or (loss) per foreign books of account . . . . . . . . . . . . . . . . . . . . . | | | 1 | -6,174,279 |

| | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | Net Additions | Net Subtractions | | |
|---|---|---|---|---|---|
| a | Capital gains or losses . . . . . . . . . . . . . . . . | | | | |
| b | Depreciation and amortization . . . . . . . . . . . | | | | |
| c | Depletion . . . . . . . . . . . . . . . . . . . . . . | | | | |
| d | Investment or incentive allowance . . . . . . . . . | | | | |
| e | Changes to statutory reserves . . . . . . . . . . . | | | | |
| f | Inventory adjustments . . . . . . . . . . . . . . . | | | | |
| g | Taxes . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| h | Other (attach schedule) . . . . . . . . . . . . . . | | | | |
| i | Total net additions . . . . . . . . . . . . . . . . | | | | |
| | Total net subtractions . . . . . . . . . . . . . . | | | | |
| 5 a | Current earnings and profits (line 1 plus line 3 minus line 4) . . . . . . . . . . . . . . . . . . | | | 5a | -6,174,279 |
| b | DASTM gains or (loss) for foreign corporations that use DASTM (see instructions) . . . . . . . . . | | | 5b | |
| c | Combine lines 5a and 5b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 5c | -6,174,279 |
| d | Current earnings and profits in U.S. dollars (line 5c translated at the weighted average exchange rate as defined in Regulations Section 1.989(b)-1) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 5d | -708,214 |
| | Enter exchange rate used for line 5d ▶ | 8.7181000 | | | |

| Schedule I | Summary of Shareholder's Income From Foreign Corporation (see instructions) | | |
|---|---|---|---|
| 1 | Subpart F income (line 40b, Worksheet A in the instructions) | 1 | |
| 2 | Earnings invested in U.S. property (line 17, Worksheet B in the instructions) . . . . . . . . . . | 2 | |
| 3 | Previously excluded subpart F income withdrawn from qualified investments (line 6b, Worksheet C in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Previously excluded export trade income withdrawn from investment in export trade assets (line 7b, Worksheet D in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Earnings invested in excess passive assets (line 21, Worksheet E in the instructions) . . . . . . . | 5 | |
| 6 | Factoring income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Total of lines 1 through 6. Enter here and on your income tax return | 7 | |
| 8 | Dividends received (translated at spot rate on payment date under section 989(b)(1)) . . . . . . . | 8 | |
| 9 | Exchange gain or (loss) on a distribution of previously taxed income . . . . . . . . . . . . . . | 9 | |

Was any income of the foreign corporation blocked OR did any become unblocked during the tax year (see section 964(b))?
If the answer to either part of the question is "Yes," check the "Yes" box and attach an explanation . . . . . . . . . . . . . . .    ☐ Yes   ☒ No

103492

SCHEDULE J  
(Form 5471)  
(Rev. June 1995)  
Department of the Treasury  
Internal Revenue Service

# Accumulated Earnings and Profits (E&P) of Controlled Foreign Corporation

▶ Attach to Form 5471.

OMB No. 1545-0704

Name of person filing Form 5471  
HYGEIA DAIRY CO.

Identifying number  
74-0658212

Name of foreign corporation  
HYGEIA DE MEXICO, S.A. DE C.V.

| Important. Enter amounts in functional currency. | (a) Post-1986 Undistributed Earnings (post-86 section 959(c)(3) balance) | (b) Pre-1987 E&P Not Previously Taxed (pre-87 section 959(c)(3) balance) | (c) Previously Taxed E&P (sections 959(c)(1) and (2) balances) | | | (d) Total Section 964(a) E&P (combine columns (a), (b), and (c)) |
|---|---|---|---|---|---|---|
| | | | (i) Earnings Invested in U.S. Property | (ii) Earnings Invested in Excess Passive Assets | (iii) Subpart F Income | |
| 1  Balance at beginning of year | -6,470,699. | | | | | -6,470,699. |
| 2a  Current year E&P | | | | | | |
| b  Current year deficit in E&P | 6,174,279. | | | | | |
| 3  Total current and accumulated E&P not previously taxed (line 1 plus line 2a, minus line 2b) | -12,644,978. | | | | | |
| 4  Amounts included under section 951(a) or reclassified under section 959(c) in current year | | | | | | |
| 5a  Actual distributions or reclassifications of previously taxed E&P | | | | | | |
| b  Actual distributions of non-previously taxed E&P | | | | | | |
| 6a  Balance of previously taxed E&P at end of year (line 1 plus line 4, minus line 5a) | | | | | | |
| b  Balance of E&P not previously taxed at end of year (line 3 minus line 4, minus line 5b) | -12,644,978. | | | | | |
| 7  Balance at end of year (Enter amount from line 6a or line 6b, whichever is applicable) | -12,644,978. | | | | | -12,644,978. |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 5471.   JSA   Schedule J (Form 5471) (Rev. 6-95)

7X1668 1 000

103498

# SCHEDULE M
**(Form 5471)**
(Rev. June 1995)
Department of the Treasury
Internal Revenue Service

## Transaction Between Controlled Foreign Corporation and Shareholders or Other Related Persons

► Attach to Form 5471.

OMB No. 1545-0704

Name of person filing Form 5471
**HYGEIA DAIRY CO.**

Identifying number
**74-0658212**

Name of foreign corporation
**HYGEIA DE MEXICO, S.A. DE C.V.**

**Important:** Complete the following summary showing the totals of each of the following types of transactions that took place during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). Submit a separate Schedule M for each controlled foreign corporation. All information must be in the English language AND all amounts must be stated in U.S. dollars translated from functional currency at the weighted average exchange rate for the year (as defined in Regulations section 1.989(b)-1). Enter the relevant functional currency and the exchange rate used throughout this schedule ► **PESO**   **10.21450**

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation controlled by U.S. person filing this return | (d) Any other foreign corporation controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| 1 Sales of stock in trade (inventory) . . . . . . . . . . | | | | | |
| 2 Sales of property rights (patents, trademarks, etc.) . . . . . . . | | | | | |
| 3 Compensation received for technical, managerial, engineering, construction, or like services | | | | | |
| 4 Commissions received . . . | | | 79,438. | | |
| 5 Rents, royalties, and license fees received . . . . . . . . | | | | | |
| 6 Dividends received (exclude deemed distributions under subpart F and distributions of previously taxed income) . . . . | | | | | |
| 7 Interest received . . . . . . . | | | | | |
| 8 Premiums received for insurance or reinsurance . . . . . . . | | | | | |
| 9 Add lines 1 through 8 . . . . . | | | 79,438. | | |
| 10 Purchases of stock in trade (inventory) . . . . . . . . . | | | | | |
| 11 Purchases of tangible property other than stock in trade . . . . | | | | | |
| 12 Purchases of property rights (patents, trademarks, etc.) . . . . | | | | | |
| 13 Compensation paid for technical, managerial, engineering, construction, or like services . . . . | | | | | |
| 14 Commissions paid . . . . . . | | | | | |
| 15 Rents, royalties, and license fees paid . . . . . . . . . . | | | | | |
| 16 Dividends paid . . . . . . . | | | | | |
| 17 Interest paid . . . . . . . . . | | | | | |
| 18 Add lines 10 through 17 . . . . | | | | | |
| 19 Amounts borrowed (enter the maximum loan balance during the year) - see instructions . . . | | | 2,976,888. | | |
| 20 Amounts loaned (enter the maximum loan balance during the year) - see instructions . . . . | | | 789,375. | | |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 5471.

Schedule M (Form 5471) (Rev. 6-95)

JSA
7X1664 1 000   A25395   3914   06/10/99   12:18:14   V7.08   74-1806502

**103494**

Form **5471**

(Rev. June 1995)

Department of the Treasury
Internal Revenue Service

# Information Return of U.S. Persons With Respect to Certain Foreign Corporations

▶ See separate instructions.

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning **10/01/97** , and ending **09/30/98**

OMB No. 1545-0704

**File in Duplicate**
(see When and Where To File in the instructions)

Name of person filing this return
**HYGEIA DAIRY CO.**

**A** Identifying number
**74-0658212**

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)
**P.O. BOX 751**

**B** Category of filer (See Who Must File in the instructions and check applicable box(es): (1) ☐ (2) ☐ (3) ☒ (4) ☒ (5) ☒

City or town, state, and ZIP code
**HARLINGEN, TEXAS          78550**

**C** Enter the total percentage of voting stock of the foreign corporation you owned at the end of its annual accounting period ......... **98.0000** %

Filer's tax year beginning **10/01/97** , and ending **09/30/98**

**D   Person(s) on whose behalf this information return is filed:**

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Important:**  Fill in all applicable lines and schedules. All information must be in the English language. All amounts must be stated in U.S. dollars unless otherwise indicated.                                   **8.7181000**

Enter the foreign corporation's functional currency ▶     **PESO**

**1 a** Name and address of foreign corporation

**HYGEIA DE MONTERREY, S.A. DE C.V.**

**b** Employer identification number, if any
**N/A**

**c** Country under whose laws incorporated
**MEXICO**

| **d** Date of incorporation | **e** Principal place of business | **f** Principal business activity code number | **g** Principal business activity |
|---|---|---|---|
| **02/15/96** | **MEXICO** | **5150** | **DISTR. OF DAIRY PROD** |

**2**   Provide the following information for the foreign corporation's accounting period stated above.

**a**   Name, address, and identifying number of branch office or agent (if any) in the United States

**HYGEIA DAIRY CO.**
**P.O. BOX 751**
**HARLINGEN, TEXAS   78550**
**74-0658212**

**b**   If a U.S. income tax return was filed, please show:

| **(i)** Taxable income or (loss) | **(ii)** U.S. income tax paid (after all credits) |
|---|---|
| **NONE** | **NONE** |

**c**   Name and address of foreign corporation's statutory or resident agent in country of incorporation

**HYGEIA DE MONTERREY, SA DE CV**
**CALLES #419 SUR COL TAMPIQUITO**
**SAN PEDRO, N 66240**

**d**   Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different

**HYGEIA DAIRY CO.**
**P.O. BOX 751   HARLINGEN, TX**
**SAME**

## Schedule A     Stock of the Foreign Corporation

### Part I - ALL Classes of Stock

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| **COMMON STOCK** | **50,000.** | **50,000.** |
| | | |
| | | |

### Part II - Additional Information for PREFERRED Stock
(To be completed only by Category (1) filers for foreign personal holding companies)

| (a) Description of each class of PREFERRED stock (Note: *This description should match the corresponding description entered in Part I, column (a).)* | (b) Par value in functional currency | (c) Rate of dividend | (d) Indicate whether the stock is cumulative or noncumulative |
|---|---|---|---|
| | | | |

**For Paperwork Reduction Act Notice, see page 1 of the instructions.**

Form **5471** (Rev. 6-95)

JSA
7X1660 1 000    A25395   3914   06/10/99   12:18:14   V7.08 74-1806502

**103495**

Form 5471 (Rev. 6-95)                                                                     Page 2

## Schedule B   U.S. Shareholders of Foreign Corporation (see instructions)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder (Note: This description should match the corresponding description entered in Schedule A, Part I, column (a).) | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| HYGEIA DAIRY CO.<br>P.O. BOX 751<br>HARLINGEN, TEXAS  78550<br>74-0658212 | COMMON STOCK | 49,000.0000 | 49,000.0000 | 98.00000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Schedule C   Income Statement   (Complete both columns unless the functional currency is the U.S. dollar. In that case, complete only the U.S. Dollars column.)

**Important:** Schedule C requests financial accounting information prepared in functional currency in accordance with U.S. GAAP. Each line must also be reported in U.S. dollars translated from functional currency in accordance with U.S. GAAP translation rules. See instructions for special rules for DASTM corporations.

| | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|
| **Income** | 1 a Gross receipts or sales | 1a | 16,767,141 | 1,923,256 |
| | b Returns and allowances | 1b | 914,853 | 104,937 |
| | c Subtract line 1b from line 1a | 1c | 15,852,288 | 1,818,319 |
| | 2 Cost of goods sold | 2 | 13,632,134 | 1,563,659 |
| | 3 Gross profit (subtract line 2 from line 1c) | 3 | 2,220,154 | 254,660 |
| | 4 Dividends | 4 | | |
| | 5 Interest | 5 | | |
| | 6 Gross rents, royalties, and license fees | 6 | | |
| | 7 Net gain or (loss) on sale of capital assets | 7 | | |
| | 8 Other income (attach schedule) | 8 | | |
| | 9 Total income (add lines 3 through 8) | 9 | 2,220,154 | 254,660 |
| **Deductions** | 10 Compensation not deducted elsewhere | 10 | 1,200,123 | 137,659 |
| | 11 Rents, royalties, and license fees | 11 | | |
| | 12 Interest | 12 | | |
| | 13 Depreciation not deducted elsewhere | 13 | 664,596 | 76,232 |
| | 14 Depletion | 14 | | |
| | 15 Taxes (exclude provision for income, war profits, and excess profits taxes) STMT 58 | 15 | 301,839 | 34,622 |
| | 16 Other deductions (attach schedule - exclude provision for income, war profits, and excess profits taxes) **SEE STATEMENT 58** | 16 | 2,770,029 | 317,733 |
| | 17 Total deductions (add lines 10 through 16) | 17 | 4,936,587 | 566,246 |
| **Net Income** | 18 Net income or (loss) before extraordinary items, prior period adjustments, and the provision for income, war profits, and excess profits taxes (subtract line 17 from line 9) | 18 | -2,716,433 | -311,586 |
| | 19 Extraordinary items and prior period adjustments (see instructions) | 19 | | |
| | 20 Provision for income, war profits, and excess profits taxes (see instructions) | 20 | | |
| | 21 Current year net income or (losses) per books (line 18 plus line 19 minus line 20) | 21 | -2,716,433 | -311,586 |

JSA

103496

**Schedule E**   Income, War Profits, and Excess Profits Taxes Paid or Accrued (see instructions)

| (a) Name of country or U.S. possession | Amount of tax | | |
|---|---|---|---|
| | (b) In foreign currency | (c) Spot conversion rate | (d) In U.S. dollars |
| 1   U.S. | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8   Total  . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | |

**Schedule F**      Balance Sheet

**Important:**   Schedule F requests financial accounting information prepared and translated into U.S. dollars in accordance with U.S. GAAP. See instructions for exception for DASTM corporations.

| Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|
| 1    Cash  . . . . . . . . . . . . . . . . . | 1 | 71,431. | 17,283. |
| 2 a  Trade notes and accounts receivable  . . . . . . . . | 2a | 369,384. | 225,806. |
| b  Less allowance for bad debts  . . . . . . . . | 2b | ( ) | ( ) |
| 3    Inventories  . . . . . . . . . . . . . . . | 3 | 139,902. | 66,898. |
| 4    Other current assets (attach schedule)  . . . SEE STATEMENT 59 | 4 | 175,471. | 178,958. |
| 5    Loans to stockholders and other related persons  . . . . | 5 | 6,458. | 4,895. |
| 6    Investment in subsidiaries (attach schedule)  . . . . . . | 6 | | |
| 7    Other investments (attach schedule)  . . . . . . . . | 7 | | |
| 8 a  Buildings and other depreciable assets  . . . . . . | 8a | 659,589. | 508,647. |
| b  Less accumulated depreciation  . . . . . . . . | 8b | ( 122,744. ) | ( 158,385. ) |
| 9 a  Depletable assets  . . . . . . . . . . . . | 9a | | |
| b  Less accumulated depletion  . . . . . . . . | 9b | ( ) | ( ) |
| 10   Land (net of any amortization)  . . . . . . . . | 10 | | |
| l    Intangible assets: | | | |
| a  Goodwill  . . . . . . . . . . . . . . | 11a | | |
| b  Organization costs  . . . . . . . . . . | 11b | | |
| c  Patents, trademarks, and other intangible assets  . . . | 11c | | |
| d  Less accumulated amortization for lines 11a, b, and c  . . | 11d | ( ) | ( ) |
| 12   Other assets (attach schedule)  . . . . . . . . | 12 | | |
| l    Total assets  . . . . . . . . . . . . . . | 13 | 1,299,491. | 844,102. |
| | **Liabilities and Stockholders' Equity** | | |
| l    Accounts payable  . . . . . . . . . . . . | 14 | 627,523. | 602,049. |
| i    Other current liabilities (attach schedule)  . . . . . | 15 | | |
| 16   Loans from stockholder and other related persons  . . . . | 16 | 742,744. | 561,412. |
| 17   Other liabilities (attach schedule)  . . . SEE STATEMENT 59 | 17 | 2,668. | 2,572. |
| :    Capital stock: | | | |
| a  Preferred stock  . . . . . . . . . . . . | 18a | | |
| b  Common stock  . . . . . . . . . . . . | 18b | 6,438. | 4,895. |
| ı  Paid-in or capital surplus (attach reconciliation)  . . . | 19 | NONE | NONE |
| ..l  Retained earnings  . . . . . . . . . . . | 20 | -79,882. | -326,826. |
| 21   Less cost of treasury stock  . . . . . . . . | 21 | ( ) | ( ) |
| | Total liabilities and stockholders' equity  . . . . . . | 22 | 1,299,491. | 844,102. |
| | Does the foreign corporation have an interest in a partnership or trust? . . . . . . . . . . . . . . . . . | | Yes   X   No | |

Form 5471 (Rev. 6-95)

| Schedule H | Current Earnings and Profits (enter the amounts on lines 1 through 5c in fuctional currency) | | |
|---|---|---|---|
| 1 | Current year net income or (loss) per foreign books of account . . . . . . . . . . . . . . . . . . . . . . . . | 1 | -2,716,4 |

| | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | Net Additions | Net Subtractions |
|---|---|---|---|
| a | Capital gains or losses . . . . . . . . . . . . . . . . | | |
| b | Depreciation and amortization . . . . . . . . . . . | | |
| c | Depletion . . . . . . . . . . . . . . . . . . . . . . . | | |
| d | Investment or incentive allowance . . . . . . . . . | | |
| e | Changes to statutory reserves . . . . . . . . . . . | | |
| f | Inventory adjustments . . . . . . . . . . . . . . . . | | |
| g | Taxes . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| h | Other (attach schedule) . . . . . . . . . . . . . . . | | |
| i | Total net additions . . . . . . . . . . . . . . . . . . | | |
| j | Total net subtractions . . . . . . . . . . . . . . . . | | |

| 5 a | Current earnings and profits (line 1 plus line 3 minus line 4) . . . . . . . . . . . . . . . . . . . . . | 5a | -2,716,43 |
|---|---|---|---|
| b | DASTM gains or (loss) for foreign corporations that use DASTM (see instructions) . . . . . . . . . . . . . | 5b | |
| c | Combine lines 5a and 5b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5c | -2,716,43 |
| d | Current earnings and profits in U.S. dollars (line 5c translated at the weighted average exchange rate as defined in Regulations Section 1.989(b)-1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5d | -311,58 |
| | Enter exchange rate used for line 5d ▶  8.7181000 | | |

| Schedule I | Summary of Shareholder's Income From Foreign Corporation (see instructions) | | |
|---|---|---|---|
| 1 | Subpart F income (line 40b, Worksheet A in the instructions) . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Earnings invested in U.S property (line 17, Worksheet B in the instructions) . . . . . . . . . . . . . . | 2 | |
| 3 | Previously excluded subpart F income withdrawn from qualified investments (line 6b, Worksheet C in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Previously excluded export trade income withdrawn from investment in export trade assets (line 7b, Worksheet D in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Earnings invested in excess passive assets (line 21, Worksheet E in the instructions) . . . . . . . . . . | 5 | |
| 6 | Factoring income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Total of lines 1 through 6. Enter here and on your income tax return . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | Dividends received (translated at spot rate on payment date under section 989(b)(1)) . . . . . . . . . . | 8 | |
| 9 | Exchange gain or (loss) on a distribution of previously taxed income . . . . . . . . . . . . . . . . . . | 9 | |

Was any income of the foreign corporation blocked OR did any become unblocked during the tax year (see section 964(b))?
If the answer to either part of the question is "Yes," check the "Yes" box and attach an explanation . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

103498

Form **5471**
(Rev. June 1995)
Department of the Treasury
Internal Revenue Service

# Accumulated Earnings and Profits (E&P) of Controlled Foreign Corporation

OMB No 1545-0704

▶ Attach to Form 5471.

Name of person filing Form 5471

HYGEIA DAIRY CO.

Name of foreign corporation

HYGEIA DE MONTERREY, S.A. DE C.V.

**Identifying number**
74-0658212

| | (a) Post-1986 Undistributed Earnings (post-86 section 959(c)(3) balance) | (b) Pre-1987 E&P Not Previously Taxed (pre-87 section 959(c)(3) balance) | (c) Previously Taxed E&P (sections 959(c)(1) and (2) balances) | | | (d) Total Section 964(a) E&P (combine columns (a), (b), and (c)) |
|---|---|---|---|---|---|---|
| Important. Enter amounts in functional currency. | | | (i) Earnings Invested in U.S. Property | (ii) Earnings Invested in Excess Passive Assets | (iii) Subpart F Income | |
| **1** Balance at beginning of year | -993,731. | | | | | -993,731. |
| **2a** Current year E&P | | | | | | |
| **b** Current year deficit in E&P | 2,716,433. | | | | | |
| **3** Total current and accumulated E&P not previously taxed (line 1 plus line 2a, minus line 2b) | -3,710,164. | | | | | |
| **4** Amounts included under section 951(a) or reclassified under section 959(c) in current year | | | | | | |
| **5a** Actual distributions or reclassifications of previously taxed E&P | | | | | | |
| **b** Actual distributions of non-previously taxed E&P | | | | | | |
| **6a** Balance of previously taxed E&P at end of year (line 1 plus line 4, minus line 5a) | | | | | | |
| **b** Balance of E&P not previously taxed at end of year (line 3 minus line 4, minus line 5b) | -3,710,164. | | | | | |
| **7** Balance at end of year (Enter amount from line 6a or line 6b, whichever is applicable) | -3,710,164. | | | | | -3,710,164. |

Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 5471.

JSA

Schedule J (Form 5471) (Rev. 6-95)

6S 1 000

103499

**SCHEDULE M**
**(Form 5471)**
**(Rev. June 1995)**
Department of the Treasury
Internal Revenue Service

## Transactions Between Controlled Foreign Corporation and Shareholders or Other Related Persons

OMB No. 1545-0704

▶ Attach to Form 5471.

Name of person filing Form 5471
**HYGEIA DAIRY CO.**

Identifying number
**74-0658212**

Name of foreign corporation
**HYGEIA DE MONTERREY, S.A. DE C.V.**

**Important:** Complete the following summary showing the totals of each of the following types of transactions that took place during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). Submit a separate Schedule M for each controlled foreign corporation. All information must be in the English language AND all amounts must be stated in U.S. dollars translated from functional currency at the weighted average exchange rate for the year (as defined in Regulations section 1.989(b)-1). Enter the relevant functional currency and the exchange rate used throughout this schedule ▶ **PESO**     **10.21450**

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation controlled by U.S. person filing this return | (d) Any other foreign corporation controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| 1 Sales of stock in trade (inventory) . . . . . . . . . | | | | | |
| 2 Sales of property rights (patents, trademarks, etc.) . . . . . . . . | | | | | |
| 3 Compensation received for technical, managerial, engineering, construction, or like services | | | | | |
| 4 Commissions received . . . . . | | | | | |
| 5 Rents, royalties, and license fees received . . . . . . . . . . | | | | | |
| 6 Dividends received (exclude deemed distributions under subpart F and distributions of previously taxed income) . . . . | | | | | |
| 7 Interest received . . . . . . . | | | | | |
| 8 Premiums received for insurance or reinsurance . . . . . . . | | | | | |
| 9 Add lines 1 through 8 . . . . . | | | | | |
| 10 Purchases of stock in trade (inventory) . . . . . . . . . | | | 1,490,655. | | |
| 11 Purchases of tangible property other than stock in trade . . . . | | | | | |
| 12 Purchases of property rights (patents, trademarks, etc.) . . . . | | | | | |
| 13 Compensation paid for technical, managerial, engineering, construction, or like services . . . . | | | | | |
| 14 Commissions paid . . . . . . | | | | | |
| 15 Rents, royalties, and license fees paid . . . . . . . . . | | | | | |
| 16 Dividends paid . . . . . . . | | | | | |
| 17 Interest paid . . . . . . . . . | | | | | |
| 18 Add lines 10 through 17 . . . . | | | 1,490,655. | | |
| 19 Amounts borrowed (enter the maximum loan balance during the year) - see instructions . . . | | | 561,413. | | |
| 20 Amounts loaned (enter the maximum loan balance during the year) - see instructions . . . | | | 4,895. | | |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 5471.

Schedule M (Form 5471) (Rev. 6-95)

JSA
*X1664 1 000

A25395   3914   06/10/99   12:18:14   V7-08-74   1003500

Form **5471**
(Rev. June 1995)

Department of the Treasury
Internal Revenue Service

# Information Return of U.S. Persons With Respect to Certain Foreign Corporations

▶ See separate instructions.

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning **10/01/97**, and ending **09/30/98**

OMB No. 1545-0704

**File In Duplicate**
(see When and Where To File in the instructions)

Name of person filing this return

**HYGEIA DAIRY CO.**

**A** Identifying number **74-0658212**

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)

**P.O. BOX 751**

**B** Category of filer (see Who Must File in the instructions and check applicable box(es): (1) ☐ (2) ☐ (3) ☒ (4) ☒ (5) ☒

City or town, state, and ZIP code

**HARLINGEN, TEXAS          78550**

**C** Enter the total percentage of voting stock of the foreign corporation you owned at the end of its annual accounting period ........ **98.0000** %

Filer's tax year beginning **10/01/97**, and ending **09/30/98**

**D** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| | | | | | |
| | | | | | |
| | | | | | |

**Important:** *Fill in all applicable lines and schedules. All information must be in the English language. All amounts must be stated in U.S. dollars unless otherwise indicated.*

Enter the foreign corporation's functional currency ▶  **PESO**        **8.7181000**

**1 a** Name and address of foreign corporation

**HYGEIA DE CENTRO, S.A. DE C.V.**

**b** Employer identification number, if any

**N/A**

**c** Country under whose laws incorporated

**MEXICO**

| **d** Date of incorporation | **e** Principal place of business | **f** Principal business activity code number | **g** Principal business activity |
|---|---|---|---|
| **02/15/96** | **MEXICO** | **5150** | **DISTR. OF DAIRY PROD** |

**2** Provide the following information for the foreign corporation's accounting period stated above.

**a** Name, address, and identifying number of branch office or agent (if any) in the United States

**HYGEIA DAIRY CO.**
**P.O. BOX 751**
**HARLINGEN, TEXAS   78550**
**74-0658212**

**b** If a U.S. income tax return was filed, please show:

| *(i)* Taxable income or (loss) | *(ii)* U.S. income tax paid (after all credits) |
|---|---|
| **NONE** | **NONE** |

**c** Name and address of foreign corporation's statutory or resident agent in country of incorporation

**HYGEIA DE CENTRO, SA DE CV**
**CENTENO 132 COL. GRANJAS ESMER**
**ISTAPALAPA, D. 09810**

**d** Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different

**HYGEIA DAIRY CO.**
**P.O. BOX 751   HARLINGEN, TX**
**SAME**

## Schedule A    Stock of the Foreign Corporation
### Part I - ALL Classes of Stock

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | *(i)* Beginning of annual accounting period | *(ii)* End of annual accounting period |
| **COMMON STOCK** | **50,000.** | **50,000.** |
| | | |
| | | |

### Part II - Additional Information for PREFERRED Stock
(To be completed only by Category (1) filers for foreign personal holding companies)

| (a) Description of each class of PREFERRED stock (Note: *This description should match the corresponding description entered in Part I, column (a).)* | (b) Par value in functional currency | (c) Rate of dividend | (d) Indicate whether the stock is cumulative or noncumulative |
|---|---|---|---|
| | | | |

For Paperwork Reduction Act Notice, see page 1 of the instructions.

JSA

Form **5471** (Rev. 6-95)

103501

Form 5471 (Rev. 6-95)

## Schedule B    U.S. Shareholders of Foreign Corporation (see instructions)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder (Note: This description should match the corresponding description entered in Schedule A. Part I, column (a).) | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| HYGEIA DAIRY CO.<br>P.O. BOX 751<br>HARLINGEN, TEXAS  78550<br>74-0658212 | COMMON STOCK | 49,000.0000 | 49,000.0000 | 98.___ |

## Schedule C    Income Statement    (Complete both columns unless the functional currency is the U.S. dollar. In that case, complete only the U.S. Dollars column.)

**Important:** Schedule C requests financial accounting information prepared in functional currency in accordance with U.S. GAAP. Each line must also be reported in U.S. dollars translated from functional currency in accordance with U.S. GAAP translation rules. See instructions for special rules for DASTM corporations.

| | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|
| **Income** | 1 a | Gross receipts or sales | 1a | 5,287,529 | 606,500 |
| | b | Returns and allowances | 1b | 280,309 | 32,153 |
| | c | Subtract line 1b from line 1a | 1c | 5,007,220 | 574,347 |
| | 2 | Cost of goods sold | 2 | 4,369,449 | 501,193 |
| | 3 | Gross profit (subtract line 2 from line 1c) | 3 | 637,771 | 73,154 |
| | 4 | Dividends | 4 | | |
| | 5 | Interest | 5 | | |
| | 6 | Gross rents, royalties, and license fees | 6 | | |
| | 7 | Net gain or (loss) on sale of capital assets | 7 | | |
| | 8 | Other income (attach schedule) | 8 | | |
| | 9 | Total income (add lines 3 through 8) | 9 | 637,771 | 73,154 |
| **Deductions** | 10 | Compensation not deducted elsewhere | 10 | 461,158 | 52,897 |
| | 11 | Rents, royalties, and license fees | 11 | | |
| | 12 | Interest | 12 | | |
| | 13 | Depreciation not deducted elsewhere | 13 | 89,449 | 10,260 |
| | 14 | Depletion | 14 | | |
| | 15 | Taxes (exclude provision for income, war profits, and excess profits taxes) STMT 60 | 15 | 113,399 | 13,007 |
| | 16 | Other deductions (attach schedule - exclude provision for income, war profits, and excess profits taxes)    SEE STATEMENT 60 | 16 | 1,323,135 | 151,769 |
| | 17 | Total deductions (add lines 10 through 16) | 17 | 1,987,141 | 227,933 |
| **Net Income** | 18 | Net income or (loss) before extraordinary items, prior period adjustments, and the provision for income, war profits, and excess profits taxes (subtract line 17 from line 9) | 18 | -1,349,370 | -154,779 |
| | 19 | Extraordinary items and prior period adjustments (see instructions) | 19 | | |
| | 20 | Provision for income, war profits, and excess profits taxes (see instructions) | 20 | | |
| | 21 | Current year net income or (losses) per books (line 18 plus line 19 minus line 20) | 21 | -1,349,370 | -154,779 |

JSA

7X1661 2 000    A25395    3914    06/10/99    12:18:14    V7 08 74 _____

103502

Form 5471 (Rev. 6-95)

| Schedule E | Income, War Profits, and Excess Profits Taxes Paid or Accrued (see instructions) | | | |
|---|---|---|---|---|
| | **(a)**<br>Name of country or U.S. possession | **Amount of tax** | | |
| | | **(b)**<br>In foreign currency | **(c)**<br>Spot conversion rate | **(d)**<br>In U.S. dollars |
| 1 | U.S. | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | |

**Schedule F**     **Balance Sheet**

**Important:**   Schedule F requests financial accounting information prepared and translated into U.S. dollars in accordance with U.S. GAAP. See instructions for exception for DASTM corporations.

| Assets | | **(a)**<br>Beginning of annual<br>accounting period | **(b)**<br>End of annual<br>accounting period |
|---|---|---|---|
| 1 | Cash . . . . . . . . . . . . . . . . . . . . . | 15,483. | 11,774. |
| 2 a | Trade notes and accounts receivable . . . . . . . . . . . . . . . 2a | 82,795. | 92,126. |
| b | Less allowance for bad debts . . . . . . . . . . . . . . . 2b | ( ) | ( ) |
| 3 | Inventories . . . . . . . . . . . . . . . . . . . . . 3 | 71,869. | 70,367. |
| 4 | Other current assets (attach schedule) . . . . SEE STATEMENT 61 . . 4 | 44,141. | 53,018. |
| 5 | Loans to stockholders and other related persons . . . . . . 5 | 19,854. | 5,817. |
| 6 | Investment in subsidiaries (attach schedule) . . . . . . . . . . . 6 | | |
| 7 | Other investments (attach schedule) . . . . . . . . . . . . 7 | | |
| 8 a | Buildings and other depreciable assets . . . . . . . . . . . 8a | 52,240. | 39,718. |
| b | Less accumulated depreciation . . . . . . . . . . . . 8b | ( 18,329. ) | ( 22,692. ) |
| 9 a | Depletable assets . . . . . . . . . . . . . . . . . 9a | | |
| b | Less accumulated depletion . . . . . . . . . . . . . 9b | ( ) | ( ) |
| 10 | Land (net of any amortization) . . . . . . . . . . . . . 10 | | |
| 11 | Intangible assets: | | |
| a | Goodwill . . . . . . . . . . . . . . . . . . . 11a | | |
| b | Organization costs . . . . . . . . . . . . . . . . 11b | | |
| c | Patents, trademarks, and other intangible assets . . . . . 11c | | |
| d | Less accumulated amortization for lines 11a, b, and c . . . . 11d | ( ) | ( ) |
| 12 | Other assets (attach schedule) . . . . . . . . . . . . . 12 | | |
| 13 | Total assets . . . . . . . . . . . . . . . . . . 13 | 268,053. | 250,128. |
| | **Liabilities and Stockholders' Equity** | | |
| 14 | Accounts payable . . . . . . . . . . . . . . . . . 14 | 386,855. | 472,095. |
| 15 | Other current liabilities (attach schedule) . . . . . . . . . 15 | | |
| 16 | Loans from stockholder and other related persons . . . . . 16 | 59,880. | 44,041. |
| 17 | Other liabilities (attach schedule) . . . . SEE STATEMENT 61 . . 17 | 3,281. | 4,902. |
| 18 | Capital stock: | | |
| a | Preferred stock . . . . . . . . . . . . . . . . . 18a | | |
| b | Common stock . . . . . . . . . . . . . . . . . 18b | 6,438. | 4,895. |
| 19 | Paid-in or capital surplus (attach reconciliation) . . . . . . 19 | NONE | NONE |
| 20 | Retained earnings . . . . . . . . . . . . . . . . 20 | -188,401. | -275,805. |
| 21 | Less cost of treasury stock . . . . . . . . . . . . . 21 | ( ) | ( ) |
| 22 | Total liabilities and stockholders' equity . . . . . . . . . 22 | 268,053. | 250,128. |
| | Does the foreign corporation have an interest in a partnership or trust? . . . . . . . . . . . . . . . . | Yes | X | No |

103503

JSA

orm 5471 (Rev. 6-95)                                                                    P=.

| **Schedule H** | **Current Earnings and Profits**(enter the amounts on lines 1 through 5c in fuctional currency) | | | |
|---|---|---|---|---|

Current year net income or (loss) per foreign books of account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | -1,349,3/

Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions):

| | | **Net Additions** | **Net Subtractions** |
|---|---|---|---|
| a | Capital gains or losses . . . . . . . . . . . . . | | |
| b | Depreciation and amortization . . . . . . . . . . . | | |
| c | Depletion . . . . . . . . . . . . . . . . | | |
| d | Investment or incentive allowance . . . . . . . . . . | | |
| e | Changes to statutory reserves . . . . . . . . . . | | |
| f | Inventory adjustments . . . . . . . . . . . . . | | |
| g | Taxes . . . . . . . . . . . . . . . | | |
| h | Other (attach schedule) . . . . . . . . . . . . . . | | |
| | Total net additions . . . . . . . . . . | | |
| | Total net subtractions . . . . . . . . . . . . . | | |

| 5 a | Current earnings and profits (line 1 plus line 3 minus line 4) . . . . . . . . . . . . . . . . . . . | 5a | -1,349,370, |
| b | DASTM gains or (loss) for foreign corporations that use DASTM (see instructions) . . . . . . . . . . . . . | 5b | |
| c | Combine lines 5a and 5b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5c | -1,349,370, |
| d | Current earnings and profits in U.S. dollars (line 5c translated at the weighted average exchange rate as defined in Regulations Section 1.989(b)-1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5d | -154,778. |

Enter exchange rate used for line 5d ▶        8.7181000

| **Schedule I** | **Summary of Shareholder's Income From Foreign Corporation** (see instructions) | |
|---|---|---|

| 1 | Subpart F income (line 40b, Worksheet A in the instructions) . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Earnings invested in U.S. property (line 17, Worksheet B in the instructions) . . . . . . . . . . . . . . | 2 | |
| 3 | Previously excluded subpart F income withdrawn from qualified investments (line 6b, Worksheet C in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Previously excluded export trade income withdrawn from investment in export trade assets (line 7b, Worksheet D in the instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Earnings invested in excess passive assets (line 21, Worksheet E in the instructions) . . . . . . . . . . | 5 | |
| 6 | Factoring income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Total of lines 1 through 6. Enter here and on your income tax return . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | Dividends received (translated at spot rate on payment date under section 989(b)(1)) . . . . . . . . . . | 8 | |
| 9 | Exchange gain or (loss) on a distribution of previously taxed income . . . . . . . . . . . . . . . . | 9 | |

Was any income of the foreign corporation blocked OR did any become unblocked during the tax year (see section 964(b))?
If the answer to either part of the question is "Yes," check the "Yes" box and attach an explanation . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

103504

JSA

**CHEDULE M**
**(Form 5471)**
**(Rev. June 1995)**
**epartment of the Treasury**
**lernal Revenue Service**

# Transaction. Jetween Controlled Foreign C rporation and Shareholders or Other Related Persons

▶ Attach to Form 5471.

OMB No. 1545-0704

| Name of person filing Form 5471 | Identifying number |
|---|---|
| HYGEIA DAIRY CO. | 74-0658212 |

ame of foreign corporation

**HYGEIA DE CENTRO, S.A. DE C.V.**

**Important:** Complete the following summary showing the totals of each of the following types of transactions that took place during the annual accounting per between the foreign corporation and the persons listed in columns (b) through (f). Submit a separate Schedule M for ea ontrolled foreign corporation. All information must be in the English language AND all amounts must be stated in U.S. dollars translated fr inctional currency at the weighted average exchange rate for the year (as defined in Regulations section 1.989(b)-1). Enter t relevant functional currency and the exchange rate used throughout this schedule ▶ **PESO** **10.21450**

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation controlled by U.S. person filing this return | (d) Any other foreign corporation controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| 1 Sales of stock in trade (inventory) . . . . . . . . . . | | | | | |
| 2 Sales of property rights (patents, trademarks, etc.) . . . . . . . | | | | | |
| 3 Compensation received for technical, managerial, engineering, construction, or like services | | | | | |
| 4 Commissions received . . . . . | | | | | |
| 5 Rents, royalties, and license fees received . . . . . . . . . . | | | | | |
| 6 Dividends received (exclude deemed distributions under subpart F and distributions of previously taxed income) . . . | | | | | |
| 7 Interest received . . . . . . . | | | | | |
| 8 Premiums received for insurance or reinsurance . . . . . . . | | | | | |
| 9 Add lines 1 through 8 . . . . . | | | | | |
| 10 Purchases of stock in trade (inventory) . . . . . . . . . | | | 499,691. | | |
| 11 Purchases of tangible property other than stock in trade . . | | | | | |
| 12 Purchases of property rights (patents, trademaks, etc.) . . . | | | | | |
| 13 Compensation paid for technical, managerial, engineering, construction, or like services . . . | | | | | |
| 14 Commissions paid . . . . . . | | | | | |
| 15 Rents, royalties, and license fees paid . . . . . . . . | | | | | |
| 16 Dividends paid . . . . . . . | | | | | |
| 17 Interest paid . . . . . . . . | | | | | |
| 18 Add lines 10 through 17 . . . . | | | 499,691. | | |
| 19 Amounts borrowed (enter the maximum loan balance during the year) - see instructions | | | 44,041. | | |
| 20 Amounts loaned (enter the maximum loan balance during the year) - see instructions . . . | | | 5,817. | | |

ir **Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 5471.**

Schedule M (Form 5471) (Rev. 6-95)

JSA

7X1664 1 000   A25395   3914   06/10/99   12·18·14   V7 08  74-1806506

I03506

| Form **5471**<br>(Rev June 1995)<br><br>Department of the Treasury<br>Internal Revenue Service | **Information Return of U.S. Persons With<br>Respect to Certain Foreign Corporations**<br>▶ See separate instructions.<br>Information furnished for the foreign corporation's annual accounting period (tax year required by<br>section 898) (see instructions) beginning **10/01/97**, and ending **09/30/98** | OMB No. 1545-0704<br><br>**File In Duplicate**<br>(see When and Where<br>To File in the<br>instructions) |

**Name of person filing this return**
HYGEIA DAIRY CO.

**A Identifying number**
74-0658212

**Number, street, and room or suite no (or P.O. box number if mail is not delivered to street address)**
P.O. BOX 751

**B Category of filer (see Who Must File in the instructions and check applicable box(es):** (1) ☐ (2) ☐ (3) ☒ (4) ☒ (5) ☒

**City or town, state, and ZIP code**
HARLINGEN, TEXAS          78550

**C Enter the total percentage of voting stock of the foreign corporation you owned at the end of its annual accounting period** .......... **98.0000**

**Filer's tax year beginning  10/01/97  , and ending  09/30/98**

**D  Person(s) on whose behalf this information return is filed:**

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| | | | | | |
| | | | | | |
| | | | | | |

**Important:**  *Fill in all applicable lines and schedules. All information must be in the English language. All amounts must be stated in U.S. dollars unless otherwise indicated.*          **8.7181000**

Enter the foreign corporation's functional currency ▶    PESO

**1 a Name and address of foreign corporation**
HYGEIA DEL GOLFO S.A. DE C.V.

**b Employer identification number, if any**
N/A

**c Country under whose laws incorporated**
MEXICO

| **d Date of incorporation**<br>02/01/96 | **e Principal place of business**<br>MEXICO | **f Principal business activity code number**<br>5150 | **g Principal business activity**<br>DISTR. OF DAIRY PROD |
|---|---|---|---|

**2    Provide the following information for the foreign corporation's accounting period stated above.**

**a Name, address, and identifying number of branch office or agent (if any) in the United States**

HYGEIA DAIRY CO.
P.O. BOX 751
HARLINGEN, TEXAS   78550
74-0658212

**b If a U.S. income tax return was filed, please show:**

| *(i)* Taxable income or (loss) | *(ii)* U.S. income tax paid<br>(after all credits) |
|---|---|
| NONE | NONE |

**c Name and address of foreign corporation's statutory or resident agent in country of incorporation**

HYGEIA DEL GOLFO, S.A. DE C.V.
14 ELTURBIDE #4 ESQUINA CENTRO
H. MATAMOROS, TA 6400

**d Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different**

HYGEIA DAIRY CO.
P.O. BOX 751   HARLINGEN, TX
SAME

### Schedule A    Stock of the Foreign Corporation
**Part I - ALL Classes of Stock**

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | *(i)* Beginning of annual accounting period | *(ii)* End of annual accounting period |
| COMMON STOCK | 50,000. | 50,000. |
| | | |
| | | |

**Part II - Additional Information for PREFERRED Stock**
(To be completed only by Category (1) filers for foreign personal holding companies)

| (a) Description of each class of PREFERRED stock<br>(Note: *This description should match the corresponding description entered in Part I, column (a).*) | (b) Par value in functional currency | (c) Rate of dividend | (d) Indicate whether the stock is cumulative or noncumulative |
|---|---|---|---|
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see page 1 of the instructions.**          Form **5471** (Rev. 6-95)

JSA
7X1660 1 000

A25395    3914    06/10/99    12:18:14    V7-98-74-198558

103507

Form 5471 (Rev. 6-95)                                                                    Page 2

## Schedule B    U.S. Shareholders of Foreign Corporation (see instructions)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder (Note: This description should match the corresponding description entered in Schedule A, Part I, column (a).) | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| HYGEIA DAIRY CO.<br>P.O BOX 751<br>HARLINGEN, TEXAS 78550<br>74-0658212 | COMMON STOCK | 49,000.0000 | 49,000.0000 | 98.0000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Schedule C    Income Statement    (Complete both columns unless the functional currency is the U.S. dollar. In that case, complete only the U.S. Dollars column.)

**Important:** Schedule C requests financial accounting  information prepared in functional currency in accordance with U.S. GAAP. Each line must also be reported in U.S. dollars translated from functional currency in accordance with U.S. GAAP translation rules. See instructions for special rules for DASTM corporations.

| | | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|---|
| **Income** | 1 a | Gross receipts or sales | 1a | 11,259,497 | 1,291,508 |
| | b | Returns and allowances | 1b | 107,305 | 12,308 |
| | c | Subtract line 1b from line 1a | 1c | 11,152,192 | 1,279,200 |
| | 2 | Cost of goods sold | 2 | 10,003,185 | 1,147,404 |
| | 3 | Gross profit (subtract line 2 from line 1c) | 3 | 1,149,007 | 131,796 |
| | 4 | Dividends | 4 | | |
| | 5 | Interest | 5 | | |
| | 6 | Gross rents, royalties, and license fees | 6 | | |
| | 7 | Net gain or (loss) on sale of capital assets | 7 | | |
| | 8 | Other income (attach schedule) | 8 | | |
| | 9 | Total income (add lines 3 through 8) | 9 | 1,149,007 | 131,796 |
| **Deductions** | 10 | Compensation not deducted elsewhere | 10 | 1,064,412 | 122,092 |
| | 11 | Rents, royalties, and license fees | 11 | | |
| | 12 | Interest | 12 | | |
| | 13 | Depreciation not deducted elsewhere | 13 | 305,583 | 35,052 |
| | 14 | Depletion | 14 | | |
| | 15 | Taxes (exclude provision for income, war profits, and excess profits taxes) STMT 62 | 15 | 189,951 | 21,788 |
| | 16 | Other deductions (attach schedule - exclude provision for income, war profits, and excess profits taxes) SEE STATEMENT 62 | 16 | 2,561,245 | 293,785 |
| | 17 | Total deductions (add lines 10 through 16) | 17 | 4,121,191 | 472,717 |
| **Net Income** | 18 | Net income or (loss) before extraordinary items, prior period adjustments, and the provision for income, war profits, and excess profits taxes (subtract line 17 from line 9) | 18 | -2,972,184 | -340,921 |
| | 19 | Extraordinary items and prior period adjustments (see instructions) | 19 | | |
| | 20 | Provision for income, war profits, and excess profits taxes (see instructions) | 20 | | |
| | 21 | Current year net income or (losses) per books (line 18 plus line 19 minus line 20) | 21 | -2,972,184 | -340,921 |

JSA

Form 5471 (Rev. 6-95)

P-

### Schedule E — Income, War Profits, and Excess Profits Taxes Paid or Accrued (see instructions)

| (a) Name of country or U.S. possession | (b) In foreign currency | (c) Spot conversion rate | (d) In U.S. dollars |
|---|---|---|---|
| 1  U.S. | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8  Total · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ | | | |

### Schedule F — Balance Sheet

**Important:** Schedule F requests financial accounting information prepared and translated into U.S. dollars in accordance with U.S. GAAP. See instructions for exception for DASTM corporations.

| Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|
| 1  Cash | 1 | 17,644. | 17,299 |
| 2 a  Trade notes and accounts receivable | 2a | 218,733. | 168,231 |
| b  Less allowance for bad debts | 2b | ( ) ( | ) |
| 3  Inventories | 3 | 53,620. | 14,435 |
| 4  Other current assets (attach schedule)  SEE STATEMENT 63 | 4 | 105,661. | 100,183 |
| 5  Loans to stockholders and other related persons | 5 | 43,073. | 39,239 |
| 6  Investment in subsidiaries (attach schedule) | 6 | | |
| 7  Other investments (attach schedule) | 7 | | |
| 8 a  Buildings and other depreciable assets | 8a | 248,872. | 200,529 |
| b  Less accumulated depreciation | 8b | ( 58,164. ) ( | 74,138 |
| 9 a  Depletable assets | 9a | | |
| b  Less accumulated depletion | 9b | ( ) ( | ) |
| 10  Land (net of any amortization) | 10 | | |
| 11  Intangible assets: | | | |
| a  Goodwill | 11a | | |
| b  Organization costs | 11b | | |
| c  Patents, trademarks, and other intangible assets | 11c | | |
| d  Less accumulated amortization for lines 11a, b, and c | 11d | ( ) ( | ) |
| 12  Other assets (attach schedule) | 12 | | |
| 13  Total assets · · · · · · · · · · | 13 | 629,439. | 465,778 |

### Liabilities and Stockholders' Equity

| | | | |
|---|---|---|---|
| 14  Accounts payable | 14 | 638,364. | 761,865 |
| 15  Other current liabilities (attach schedule) | 15 | | |
| 16  Loans from stockholder and other related persons | 16 | 240,793. | 183,921 |
| 17  Other liabilities (attach schedule)  SEE STATEMENT 63 | 17 | 10,064. | 11,810 |
| 18  Capital stock: | | | |
| a  Preferred stock | 18a | | |
| b  Common stock | 18b | 6,438. | 4,895 |
| 19  Paid-in or capital surplus (attach reconciliation) | 19 | NONE | NC·· |
| 20  Retained earnings | 20 | -266,220. | -496,713 |
| 21  Less cost of treasury stock | 21 | ( ) ( | ) |
| 22  Total liabilities and stockholders' equity · · · · · · · · · · · · · · | 22 | 629,439. | 465,778 |
| Does the foreign corporation have an interest in a partnership or trust? · · · · · · · · · · · · · · · · · · · · · · | | Yes [X] | |

orm 5471 (Rev. 6-95)                                                                                                    Page

| Schedule H | Current Earnings and Profits (enter the amounts on lines 1 through 5c in functional currency) | | | | |
|---|---|---|---|---|---|
| | Current year net income or (loss) per foreign books of account . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 1 | -2,972,184 | |

| | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | Net Additions | Net Subtractions | | |
|---|---|---|---|---|---|
| a | Capital gains or losses . . . . . . . . . . . | | | | |
| b | Depreciation and amortization . . . . . . . . . . . | | | | |
| c | Depletion . . . . . . . . . . . | | | | |
| d | Investment or incentive allowance . . . . . . . . . . . | | | | |
| e | Changes to statutory reserves . . . . . . . . . . . | | | | |
| f | Inventory adjustments . . . . . . . . . . . | | | | |
| g | Taxes . . . . . . . . . . . | | | | |
| h | Other (attach schedule) . . . . . . . . . . . | | | | |
| | Total net additions . . . . . . . . . . . | | | | |
| | Total net subtractions . . . . . . . . . . . | | | | |
| 5 a | Current earnings and profits (line 1 plus line 3 minus line 4) . . . . . . . . . . . | | | 5a | -2,972,184 |
| b | DASTM gains or (loss) for foreign corporations that use DASTM (see instructions) . . . . . . | | | 5b | |
| c | Combine lines 5a and 5b . . . . . . | | | 5c | -2,972,184 |
| d | Current earnings and profits in U.S. dollars (line 5c translated at the weighted average exchange rate as defined in Regulations Section 1.989(b)-1) . . . . . . | | | 5d | -340,921 |
| | Enter exchange rate used for line 5d ▶ | 8.7181000 | | | |

| Schedule I | Summary of Shareholder's Income From Foreign Corporation (see instructions) | | |
|---|---|---|---|
| 1 | Subpart F income (line 40b, Worksheet A in the instructions) . . . . . . . . . . . | 1 | |
| 2 | Earnings invested in U.S. property (line 17, Worksheet B in the instructions) . . . . . . | 2 | |
| 3 | Previously excluded subpart F income withdrawn from qualified investments (line 6b, Worksheet C in the instructions) . . . . . . | 3 | |
| 4 | Previously excluded export trade income withdrawn from investment in export trade assets (line 7b, Worksheet D in the instructions) . . . . . . | 4 | |
| 5 | Earnings invested in excess passive assets (line 21, Worksheet E in the instructions) . . . . . . | 5 | |
| 6 | Factoring income . . . . . . . . . . . | 6 | |
| 7 | Total of lines 1 through 6. Enter here and on your income tax return . . . . . . | 7 | |
| 8 | Dividends received (translated at spot rate on payment date under section 989(b)(1)) . . . . . . | 8 | |
| 9 | Exchange gain or (loss) on a distribution of previously taxed income . . . . . . | 9 | |

Was any income of the foreign corporation blocked OR did any become unblocked during the tax year (see section 964(b))?
If the answer to either part of the question is "Yes," check the "Yes" box and attach an explanation . . . . . . . . . . . . . . . . . .   ☐ Yes   ☒ No

SCHEDULE J

(Form 5471)
(Rev. June 1995)
Department of the Treasury
Internal Revenue Service

**Accumulated Earnings and Profits (E&P)
of Controlled Foreign Corporation**

▶ Attach to Form 5471.

OMB No. 1545-0704

Name of person filing Form 5471

HYGEIA DAIRY CO.

Identifying number

74-0658212

Name of foreign corporation

HYGEIA DEL GOLFO S.A. DE C.V.

| | (a) Post-1986 Undistributed Earnings (post-86 section 959(c)(3) balance) | (b) Pre-1987 E&P Not Previously Taxed (pre-87 section 959(c)(3) balance) | (c) Previously Taxed E&P (sections 959(c)(1) and (2) balances) | | | (d) Total Section 964(a) E&P (combine columns (a), (b), and (c)) |
|---|---|---|---|---|---|---|
| **Important.** Enter amounts in functional currency. | | | (i) Earnings Invested in U.S. Property | (ii) Earnings Invested in Excess Passive Assets | (iii) Subpart F Income | |
| 1 Balance at beginning of year | -2,271,185. | | | | | -2,271,185. |
| 2a Current year E&P | | | | | | |
| b Current year deficit in E&P | 2,972,184. | | | | | |
| 3 Total current and accumulated E&P not previously taxed (line 1 plus line 2a, minus line 2b) | -5,243,369. | | | | | |
| 4 Amounts included under section 951(a) or reclassified under section 959(c) in current year | | | | | | |
| 5a Actual distributions or reclassifications of previously taxed E&P | | | | | | |
| b Actual distributions of non-previously taxed E&P | | | | | | |
| 6a Balance of previously taxed E&P at end of year (line 1 plus line 4, minus line 5a) | | | | | | |
| b Balance of E&P not previously taxed at end of year (line 3 minus line 4, minus line 5b) | -5,243,369. | | | | | |
| 7 Balance at end of year (Enter amount from line 6a or line 6b, whichever is applicable) | -5,243,369. | | | | | -5,243,369. |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 5471.

Schedule J (Form 5471) (Rev. 6-95)

JSA
7X1665 1.000

103511

# SCHEDULE M
## (Form 5471)
(Rev. June 1995)

Department of the Treasury
Internal Revenue Service

## Transactions Between Controlled Foreign Corporation and Shareholders or Other Related Persons

▶ Attach to Form 5471.

OMB No. 1545-0704

Name of person filing Form 5471

**HYGEIA DAIRY CO.**

Identifying number

**74-0658212**

Name of foreign corporation

**HYGEIA DEL GOLFO S.A. DE C.V.**

**Important:** Complete the following summary showing the totals of each of the following types of transactions that took place during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). Submit a separate Schedule M for each controlled foreign corporation. All information must be in the English language AND all amounts must be stated in U.S. dollars translated from functional currency at the weighted average exchange rate for the year (as defined in Regulations section 1.989(b)-1). Enter the relevant functional currency and the exchange rate used throughout this schedule ▶ **PESO**   **10.21450**

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation controlled by U.S. person filing this return | (d) Any other foreign corporation controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| 1 Sales of stock in trade (inventory) . . . . . . . . . . | | | | | |
| 2 Sales of property rights (patents, trademarks, etc.) . . . . . . . . | | | | | |
| 3 Compensation received for technical, managerial, engineering, construction, or like services | | | | | |
| 4 Commissions received . . . . | | | | | |
| 5 Rents, royalties, and license fees received . . . . . . . . . . | | | | | |
| 6 Dividends received (exclude deemed distributions under subpart F and distributions of previously taxed income) . . . | | | | | |
| 7 Interest received . . . . . . . | | | | | |
| 8 Premiums received for insurance or reinsurance . . . . . . . . | | | | | |
| 9 Add lines 1 through 8 . . . . . | | | | | |
| 10 Purchases of stock in trade (inventory) . . . . . . . . . . | | | 1,108,219. | | |
| 11 Purchases of tangible property other than stock in trade . . . . | | | | | |
| 12 Purchases of property rights (patents, trademarks, etc.) . . . . | | | | | |
| 13 Compensation paid for technical, managerial, engineering, construction, or like services . . . . | | | | | |
| 14 Commissions paid . . . . . . | | | | | |
| 15 Rents, royalties, and license fees paid . . . . . . . . . . | | | | | |
| 16 Dividends paid . . . . . . . . | | | | | |
| 17 Interest paid . . . . . . . . . | | | | | |
| 18 Add lines 10 through 17 . . . . | | | 1,108,219. | | |
| 19 Amounts borrowed (enter the maximum loan balance during the year) - see instructions . . . | | | 183,921. | | |
| 20 Amounts loaned (enter the maximum loan balance during the year) - see instructions . . . | | | 39,239. | | |

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 5471.

JSA
7X1664 1 000

Schedule M (Form 5471) (Rev. 6-95)

A25395   3914   06/10/99   12:18:14   V7.08  74-1806502

103512

| Form **6252** | | **Installment Sale Income** | | OMB No. 1545-0228 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ See separate instructions.   ▶ Attach to your tax return. ▶ Use a separate form for each sale or other disposition of property on the installment method. | | **1997** Attachment Sequence No. **79** |

| Name(s) shown on return | Identifying number |
|---|---|
| HYGEIA DAIRY CO. | 74-0658212 |

**1** Description of property ▶ MACHINERY & EQUIPM'T

**2a** Date acquired (month, day, year) ▶ VAR  **b** Date sold (month, day, year) ▶ 03/30/96

**3** Was the property sold to a related party after May 14, 1980? See instructions. If "No," skip line 4 . . . . . . . . [ ] Yes [ ] No

**4** Was the property you sold to a related party a marketable security? If "Yes," complete Part III. If "No," complete Part III for the year of sale and the 2 years after the year of sale . . . . . . . . . . [ ] Yes [ ] No

## Part I  Gross Profit and Contract Price. Complete this part for the year of sale only.

| | | | |
|---|---|---|---|
| **5** | Selling price including mortgages and other debts. **Do not** include interest whether stated or unstated | **5** | |
| **6** | Mortgages and other debts the buyer assumed or took the property subject to, but not new mortgages the buyer got from a bank or other source . . . | **6** | |
| **7** | Subtract line 6 from line 5 | **7** | |
| **8** | Cost or other basis of property sold | **8** | |
| **9** | Depreciation allowed or allowable | **9** | |
| **10** | Adjusted basis. Subtract line 9 from line 8 | **10** | |
| **11** | Commissions and other expenses of sale | **11** | |
| **12** | Income recapture from Form 4797, Part III. See instructions | **12** | |
| **13** | Add lines 10, 11, and 12 | **13** | |
| **14** | Subtract line 13 from line 5. If zero or less, **stop here. Do not** complete the rest of this form | **14** | |
| **15** | If the property described on line 1 above was your main home, enter from Form 2119 the total of lines 14 and 22, or the amount from line 27, whichever applies. Otherwise, enter -0- . . . . . . . . | **15** | |
| **16** | **Gross profit.** Subtract line 15 from line 14 | **16** | |
| **17** | Subtract line 13 from line 6. If zero or less, enter -0- | **17** | |
| **18** | **Contract price.** Add line 7 and line 17 | **18** | |

## Part II  Installment Sale Income. Complete this part for the year of sale and any year you receive a payment or have certain debts you must treat as a payment on installment obligations.

| | | | |
|---|---|---|---|
| **19** | Gross profit percentage. Divide line 16 by line 18. For years after the year of sale, see instructions | **19** | 73.57526600 |
| **20** | For year of sale only: Enter amount from line 17 above; otherwise, enter -0- | **20** | |
| **21** | Payments received during year. See instructions. **Do not** include interest whether stated or unstated | **21** | 17,645. |
| **22** | Add lines 20 and 21 | **22** | 17,645. |
| **23** | Payments received in prior years. See instructions. **Do not** include interest whether stated or unstated . . . . . . . . . **23** 117,063. | | |
| **24** | Installment sale income. Multiply line 22 by line 19 | **24** | 12,982. |
| **25** | Part of line 24 that is ordinary income under recapture rules. See instructions | **25** | |
| **26** | Subtract line 25 from line 24. Enter here and on Schedule D or Form 4797. See instructions . . . . . | **26** | 12,982. |

## Part III  Related Party Installment Sale Income. Do not complete if you received the final payment this tax year.

**27** Name, address, and taxpayer identifying number of related party

**28** Did the related party, during this tax year, resell or dispose of the property ("second disposition")? . . . . . . . . [ ] Yes [ ] No

**29** If the answer to question 28 is "Yes," complete lines 30 through 37 below unless one of the following conditions is met. Check only the box that applies.

**a** [ ] The second disposition was more than 2 years after the first disposition (other than dispositions of marketable securities). If this box is checked, enter the date of disposition (month, day, year) ▶

**b** [ ] The first disposition was a sale or exchange of stock to the issuing corporation.

**c** [ ] The second disposition was an involuntary conversion where the threat of conversion occurred after the first disposition.

**d** [ ] The second disposition occurred after the death of the original seller or buyer.

**e** [ ] It can be established to the satisfaction of the Internal Revenue Service that tax avoidance was not a principal purpose for either of the dispositions. If this box is checked, attach an explanation. See instructions.

| | | | |
|---|---|---|---|
| **30** | Selling price of property sold by related party | **30** | |
| **31** | Enter contract price from line 18 for year of first sale | **31** | |
| **32** | Enter the **smaller** of line 30 or line 31 | **32** | |
| **33** | Total payments received by the end of your 1997 tax year. See instructions | **33** | |
| **34** | Subtract line 33 from line 32. If zero or less, enter -0- | **34** | |
| **35** | Multiply line 34 by the gross profit percentage on line 19 for year of first sale | **35** | |
| **36** | Part of line 35 that is ordinary income under recapture rules. See instructions | **36** | |
| **37** | Subtract line 36 from line 35. Enter here and on Schedule D or Form 4797. See instructions . . . . . | **37** | |

5A  **For Paperwork Reduction Act Notice, see separate instructions.**  Form **6252** (1997)

Form **7004**
(Rev. July 1997)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Corporation Income Tax Return

OMB No 1545-0233

| Name of corporation | Employer identification number |
|---|---|
| COHYCO, INC. AND SUBSIDIARIES | 74-1806502 |

Number, street, and room or suite no. (If a P.O. box or outside the United States, see instructions.)

P.O. BOX 751

City or town, state, and ZIP code

HARLINGEN          TX          78550

**Check type of return to be filed:**

| | | | | |
|---|---|---|---|---|
| [X] Form 1120 | [ ] Form 1120-FSC | [ ] Form 1120-ND | [ ] Form 1120-REIT | [ ] Form 1120-SF |
| [ ] Form 1120-A | [ ] Form 1120-H | [ ] Form 1120-PC | [ ] Form 1120-RIC | [ ] Form 990-C |
| [ ] Form 1120-F | [ ] Form 1120-L | [ ] Form 1120-POL | [ ] Form 1120S | [ ] Form 990-T |

**Form 1120-F filers:** Check here if you do not have an office or place of business in the United States . . . . . . . . . . . . . . . ▶ [ ]

**1a** I request an automatic 6-month (or, for certain corporations, 3-month) extension of time
until **JUNE 15** , **99** , to file the income tax return of the corporation named above for ▶ [ ] calendar
year _____ or ▶ [X] tax year beginning **OCTOBER 1** , **97** , and ending **SEPTEMBER 30** , **98**

**b** If this tax year is for less than 12 months, check reason:

[ ] Initial return          [ ] Final return          [ ] Change in accounting period          [ ] Consolidated return to be filed

**2** If this application also covers subsidiaries to be included in a consolidated return, complete the following:

| Name and address of each member of the affiliated group | Employer identification number | Tax period |
|---|---|---|
| HYGEIA DAIRY CO.<br>P.O. BOX 751, HARLINGEN, TEXAS  78550 | 74-0658212 | 09/30/98 |
| CARANCAHUA INVESTMENTS, INC.<br>P.O. BOX 4897, CORPUS CHRISTI, TEXAS  78408 | 74-1390103 | 09/30/98 |
| C & H INDUSTRIES, INC.<br>P.O. BOX 751, HARLINGEN, TEXAS  78550 | 74-2648575 | 09/30/98 |
| COHYCO, INC.<br>P.O. BOX 751, HARLINGEN, TEXAS  78550 | 74-1806502 | 09/30/98 |
| | | |
| | | |
| | | |

| | | | |
|---|---|---:|---:|
| **3** Tentative tax (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **3** | NONE |
| **4** Credits: | | | |
| **a** Overpayment credited from prior year . . . | **4a** | | |
| **b** Estimated tax payments for the tax year . . . . . . . . . . . . | **4b** | | |
| **c** Less refund for the tax year applied for on Form 4466 . . . . . . . . . | **4c** ( ) Bal ▶ **4d** | | |
| **e** Credit from regulated investment companies . . . . . . . . . . . . . . . . | **4e** | | |
| **f** Credit for Federal tax on fuels . . . . . . . . . . . . . . . . . | **4f** | | |
| **5** Total. Add lines 4d through 4f . . . . . . . . . . . . . . . . . . . . . . | | **5** | NONE |
| **6** Balance due. Subtract line 5 from line 3. Deposit this amount electronically or with a Federal Tax Deposit (FTD) Coupon (see instructions) . . . . . . . . . . . . . . . . | | **6** | NONE |

**Signature.** - Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete

_____          CPA          12/14/98
(Signature of officer or agent)          (Title)          (Date)

**For Paperwork Reduction Act Notice, see instructions.**          Form **7004** (Rev 7-97)

7599D1 2 000          A25395    3914    12/14/98    09:25:04    V7 08 74 1806502          105514

JSA

C(.....), A.. ⌐JBS...RIE5

/4-18Ub502

**Consolidated Schedules**

**1120 Page 1**

| | COMBINED | COHYCO INC. AND SUBS - ELIMINATIONS | ADJUSTMENTS | COHYCO, INC. AND SUBSIDIARIES |
|---|---|---|---|---|
| 1a Gross receipts or sales | 61,819,508. | | | 61,819,508. |
| 1b Less returns and allowances | | | | |
| 1c Balance | 61,819,508. | | | 61,819,508. |
| 2 Cost of goods sold | 48,205,612. | | | 48,205,612. |
| 3 Gross profit | 13,613,896. | | | 13,613,896. |
| 4 Dividends | 69,575. | | | 69,575. |
| 5 Interest | 861,399. | -800,000. | | 61,399. |
| 6 Gross rents | 56,700. | | | 56,700. |
| 7 Gross royalties | 120,878. | | | 120,878. |
| 8 Capital gain net income | 113,843. | | -87. | 113,756. |
| 9 Net gain or (loss) from Form 4797 | 76,833. | | 87. | 76,920. |
| 10 Other income | 598,390. | -24,000. | | 572,390. |
| 11 Total income | 15,509,514. | -824,000. | | 14,685,514. |
| 12 Compensation of officers | 516,385. | | | 516,385. |
| 13 Salaries and wages | 5,912,970. | | | 5,912,970. |
| 14 Repairs and maintenance | 2,176,274. | | | 2,176,274. |
| 15 Bad debts | 23,426. | | | 23,426. |
| 16 Rents | 683,260. | | | 683,260. |
| 17 Taxes and licenses | 971,701. | | | 971,701. |
| 18 Interest | 1,399,848. | -800,000. | | 598,848. |
| 19 Charitable contributions | 31,849. | | -31,849. | NONE |
| 20 Depreciation | 1,190,062. | | | 1,190,062. |
| 21a Less depreciation claimed elsewhere | 477,472. | | | 477,472. |
| 21b Net depreciation | 712,590. | | | 712,590. |
| 22 Depletion | | | | |
| 23 Advertising | 1,127,242. | | | 1,127,242. |
| 24 Pension, profit-sharing plans, etc. | | | | |
| 25 Employee benefit programs | 13,820. | | | 13,820. |
| 26 Other deductions | 4,179,955. | -24,000. | | 4,155,955. |
| 27 Total deductions | 17,748,320. | -824,000. | -31,849. | 16,892,471. |
| 28 Taxable income before NOL & Spec. Deductions | -2,238,806. | NONE | 31,849. | -2,206,957. |
| 29 NOL deduction | | | | |
| 29 Special deductions | 69,575. | | | 69,575. |
| 30 Taxable income | -2,308,381. | NONE | 31,849. | -2,276,532. |

103515

JSA

CC      D,      AN     JBS ... RIE

i4-18うう02

**Consolidated Schedules**

**1120 Page 1**

| | COHYCO, INC. | HYGEIA DAIRY CO. | CARANCAHUA INVESTMENTS, INC | C & H INDUSTRIES INC. |
|---|---|---|---|---|
| | 74-1806502 | 74-0658212 | 74-1390103 | 74-2648575 |
| 1a Gross receipts or sales | | 61,711,027. | | 108,481. |
| 1b Less returns and allowances | | | | |
| 1c Balance | | 61,711,027. | | 108,481. |
| 2 Cost of goods sold | | 48,079,831. | | 125,781. |
| 3 Gross profit | | 13,631,196. | | -17,300. |
| 4 Dividends | | 69,575. | 840,302. | |
| 5 Interest | | 21,097. | | |
| 6 Gross rents | | 56,700. | | |
| 7 Gross royalties | | 120,878. | | |
| 8 Capital gain net income | | 12,982. | 100,661. | 200. |
| 9 Net gain or (loss) (from Form 4797 | | 71,904. | | 4,929. |
| 10 Other income | | 394,608. | 196,162. | 5,820. |
| 11 Total income | | 14,376,940. | 1,137,125. | -6,551. |
| 12 Compensation of officers | | 516,385. | | |
| 13 Salaries and wages | | 5,827,762. | 16,788. | 68,420. |
| 14 Repairs and maintenance | | 2,137,428. | 9,957. | 28,889. |
| 15 Bad debts | | 23,426. | | |
| 16 Rents | | 657,585. | 1,675. | 24,000. |
| 17 Taxes and licenses | | 738,989. | 229,354. | 3,358. |
| 18 Interest | 57,375. | 1,331,660. | 9,813. | |
| 19 Charitable contributions | | 31,849. | NONE | |
| 20 Depreciation | | 1,114,088. | 68,904. | 7,070. |
| 21a Less depreciation claimed elsewhere | | 477,472. | | |
| 21b Net depreciation | | 636,616. | 68,904. | 7,070. |
| 22 Depletion | | 1,127,242. | | |
| 23 Advertising | | | | |
| 24 Pension, profit-sharing plans, etc. | | | | |
| 25 Employee benefit programs | | | 1,371. | 12,449. |
| 26 Other deductions | 44,873. | 3,945,597. | 107,496. | 81,989. |
| 27 Total deductions | 102,248. | 16,374,539. | 445,358. | 226,175. |
| 28 Taxable income before NOL & Spec. Deductions | -102,248. | -2,595,599. | 691,767. | -232,726. |
| 29 NOL deduction | | 69,575. | | |
| 29 Special deductions | | | | |
| 30 Taxable income | -102,248. | -2,665,174. | 691,767. | -232,726. |

103516

JSA

COHYCO, INC. AND SUBSIDIAR S                          74-1806502

## 1120 PAGE 1 DETAIL

LINE 5 - INTEREST INCOME
========================

HYGEIA DAIRY CO.
-------------------------------------------------
   INTEREST INCOME                                      21,097.
                                                     ---------------
     SUBTOTAL                                       21,097.
                                                     ---------------

CARANCAHUA INVESTMENTS, INC.
-------------------------------------------------
   INTEREST INCOME                                     840,302.
                                                     ---------------
     SUBTOTAL                                      840,302.
                                                     ---------------

COHYCO INC. AND SUBS - ELIMINATIONS
-------------------------------------------------
   OTHER INTEREST INCOME                              -800,000.
                                                     ---------------
     SUBTOTAL                                     -800,000.
                                                     ---------------

     TOTAL LINE 5 - INTEREST INCOME                 61,399.
                                                     ===============

LINE 10 - OTHER INCOME
========================

HYGEIA DAIRY CO.
-------------------------------------------------
   MISCELLANEOUS INCOME                                 29,371.
   TRANSPORTATION REVENUE                              347,487.
   FUELS TAX CREDIT                                     17,750.
                                                     ---------------
     SUBTOTAL                                      394,608.
                                                     ---------------

CARANCAHUA INVESTMENTS, INC.
-------------------------------------------------
   RENTAL INCOME                                       106,821.
   MISCELLANEOUS INCOME                                 89,341.
                                                     ---------------
     SUBTOTAL                                      196,162.
                                                     ---------------

CONTINUED ON NEXT PAGE          STATEMENT  3

A25395   3914   06/10/99   12:18:14   V7 08 74 1806502

COHYCO, INC. AND SUBSIDIAI ꞉S                              74-1806502

1120 PAGE 1 DETAIL
================================================================

LINE 10 - OTHER INCOME (CONT'D)
==============================

C & H INDUSTRIES, INC.
-------------------------------------------

   TRUCK RENTAL INCOME                                    5,620
                                                                --------------
      SUBTOTAL                                         5,620
                                                                --------------

COHYCO INC. AND SUBS - ELIMINATIONS
-------------------------------------------

   OTHER INCOME                                        -24,000
                                                           --------------
      SUBTOTAL                                         -24,000.
                                                                --------------

      TOTAL LINE 10 - OTHER INCOME                     572,390.
                                                               ==============

COHYCO, INC. AND SUBSIDIARIES

**1120 PAGE 1 DETAIL**

LINE 15 - BAD DEBTS
--------------------
    FINANCIAL INSTITUTION BAD DEBTS
    OTHER BAD DEBTS

       TOTAL - LINE 15 BAD DEBTS

JOHYCO, INC. AND SUBSIDIARIES                                    74-1806502

1120 PAGE 1 DETAIL
=====================================================================

LINE 17 - TAXES (EXCLUDING INCOME TAXES)
=============================================

HYGEIA DAIRY CO.
-----------------------------------------------
  TAXES                                                          738,989.
                                                          ---------------
    SUBTOTAL                                                     738,989.
                                                          ---------------

CARANCAHUA INVESTMENTS, INC.
-----------------------------------------------
  TAXES                                                          229,354.
                                                          ---------------
    SUBTOTAL                                                     229,354.
                                                          ---------------

C & H INDUSTRIES, INC.
-----------------------------------------------
  TAXES & INSURANCE                                                3,358.
                                                          ---------------
    SUBTOTAL                                                       3,358.
                                                          ---------------

      TOTAL - TAXES (EXCLUDING INCOME TAXES)                     971,701.
                                                          ===============

COHYCO, INC. AND SUBSIDIARES                              74-1806502

1120 PAGE 1 DETAIL
================================================================================

LINE 19 - CONTRIBUTIONS DEDUCTION
---------------------------------

LINE 28, TAXABLE INCOME                                      -2,206,957.

LINE 29A, NOL DEDUCTION

TAXABLE INCOME WITHOUT REGARD TO CONTRIBUTIONS DEDUCTION
NOL CARRYBACKS, AND NET CAPITAL LOSS CARRYBACKS              -2,206,957

CONTRIBUTIONS DEDUCTION AS LIMITED                                 NON:


CONTRIBUTIONS CARRYOVER

| YEAR ENDING | AMOUNT GENERATED | AMOUNT UTILIZED | CONVERTED TO NOL CARRYOVER | CARRYOVER NOT UTILIZED |
|---|---|---|---|---|
| 09/30/93 | NONE | | | NC: |
| 09/30/94 | NONE | NONE | | |
| 09/30/95 | NONE | NONE | | |
| 09/30/96 | 82,802. | | | 82,802 |
| 09/30/97 | 26,485. | | | 26,485 |
| 09/30/98 | 31,849. | | | 31,849 |
| TOTAL | 141,136. | NONE | | 141,136 |

AMOUNT TO PAGE 1, LINE 19                    NONE

EXPIRED CARRYOVER:                                                NON

TOTAL CARRIED FORWARD TO 1998:                              141,136

STATEMENT   7

103521

COHYCO, INC. AND SUBSIDIARIES                          74-1806502

## 1120 PAGE 1 DETAIL

======================================================================

## LINE 19 - CURRENT YEAR CONTRIBUTIONS
=========================================

**HYGEIA DAIRY CO.**
-------------------------------------------------

| | |
|---|---:|
| CHARITIES (DONATIONS) | 31,849 |
| SUBTOTAL | 31,849 |
| TOTAL LINE 19 - CURRENT YEAR CONTRIBUTIONS | 31,849 |

## LINE 26 - OTHER DEDUCTIONS
=============================

**COHYCO, INC.**
-------------------------------------------------

| | |
|---|---:|
| DIRECTORS FEES | 2,700 |
| AUDIT EXPENSE | 37,600 |
| LEGAL FEES | 4,573 |
| SUBTOTAL | 44,873 |

**HYGEIA DAIRY CO.**
-------------------------------------------------

| | |
|---|---:|
| INSURANCE | 988,012 |
| SERVICES | 1,472,147 |
| OPERATING SUPPLIES | 565,210 |
| GENERAL & ADMINISTRATIVE | 250,717 |
| MISCELLANEOUS | 146,156 |
| COMMISSIONS | 270,085 |
| TRAVEL | 217,843 |
| MEAL & ENTERTAINMENT | 35,427 |
| SUBTOTAL | 3,945,597 |

**CARANCAHUA INVESTMENTS, INC.**
-------------------------------------------------

| | |
|---|---:|
| UTILITIES | -479 |
| MISCELLANEOUS | 8,529 |
| INSURANCE | 26,063 |
| LEGAL & PROF | 73,383 |
| SUBTOTAL | 107,496 |

CONTINUED ON NEXT PAGE                    STATEMENT  8

103522

COHYCO, INC. AND SUBSIDIAR 3                              74-1806502

1120 PAGE 1 DETAIL
==================================================================

LINE 26 - OTHER DEDUCTIONS (CONT'D)
=======================================

C & H INDUSTRIES, INC.
-------------------------------------------------
  FEED                                                21,810.
  SUPPLIES                                              7,167.
  CONTRACT LABOR                                        2,243.
  FUEL                                                  9,784.
  VET & MEDICINE                                        4,266.
  PHONE                                                 3,646.
  TRAVEL                                                1,027.
  DUES & PERMITS                                        1,948.
  MISCELLANEOUS                                        10,389.
  HAULING                                               7,130.
  VEHICLE INSURANCE                                     8,736.
  UTILITY - ELECTRIC                                    3,843.
                                                     ---------------
    SUBTOTAL                                   81,989.
                                                     ---------------

COHYCO INC. AND SUBS - ELIMINATIONS
-------------------------------------------------
  DISTRIBUTION EXPENSES                               -24,000.
                                                     ---------------
    SUBTOTAL                                  -24,000.
                                                     ---------------

    TOTAL LINE 26 - OTHER DEDUCTIONS        4,155,955.
                                                     ===============

STATEMENT  9

CC ...), ...... AN_ _JBSI_...RIE_

|  | COMBINED | COHYCO INC. AND SUBS - ELIMINATIONS | ADJUSTMENTS | COHYCO, INC. AND SUBSIDIARIES |
|---|---|---|---|---|
| **Consolidated Schedules** | | | | |
| **Sch. A Summary** | | | | |
| 1 Inventory - beginning | 3,151,152. | | | 3,151,152. |
| 2 Purchases | 33,206,910. | | | 33,206,910. |
| 3 Cost of Labor | 3,496,351. | | | 3,496,351. |
| 4 Addtl 263A Costs | | | | |
| 5 Other Costs | 11,812,142. | | | 11,812,142. |
| 6 Total | 51,666,555. | | | 51,666,555. |
| 7 Inventory - Ending | 3,460,943. | | | 3,460,943. |
| 8 Cost of Goods Sold | 48,205,612. | | | 48,205,612. |

103524

CC  ),  AN  JBS.  RIE

..-18...J2

| Consolidated Schedules | COHYCO, INC. | HYGEIA DAIRY CO. | CARANCAHUA INVESTMENTS, INC | C & H INDUSTRIES INC. |
|---|---|---|---|---|
| Sch. A Summary | 74-1806502 | 74-0658212 | 74-1390103 | 74-2648575 |
| 1  Inventory - beginning | | 3,040,522. | | 110,630. |
| 2  Purchases | | 33,042,044. | | 164,886. |
| 3  Cost of Labor | | 3,496,351. | | |
| 4  Addtl 263A Costs | | | | |
| 5  Other Costs | | 11,812,142. | | |
| 6  Total | | 51,391,059. | | 275,496. |
| 7  Inventory - Ending | | 3,311,228. | | 149,715. |
| 8  Cost of Goods Sold | | 48,079,831. | | 125,781. |

103525

SA
9088 1 000  A05305     3914     06/10/99     12-18-14     V7 0°     7 - :-:-:-:-:-:

Case 1:02-cv-00040   Document 57   Filed in TXSD on 04/19/2001   Page 83 of 212

COHYCO, INC. AND SUBSIDIARIES                          74-1806502

## 1120 PAGE 2 DETAIL
========================================================================

### SCH. A - LINE 5, OTHER COSTS (COST OF GOODS SOLD)
==================================================

HYGEIA DAIRY CO.
-----------------------------------------------

| | |
|---|---:|
| DEPRECIATION - COST OF GOODS SOLD | 477,472. |
| OTHER COSTS - COST OF GOODS SOLD | 11,334,670. |
| | ---------------- |
| SUBTOTAL | 11,812,142. |
| | ---------------- |
| TOTAL LINE 5, OTHER COSTS (COST OF GOODS SOLD) | 11,812,142. |
| | ================ |

A25395   3914   06/10/99   12:18:14   V7.08 74-1806502

RIE

-18      22

**Consolidated Schedules**

**Sch. C Summary**

| | COMBINED | COHYCO INC. AND SUBS - ELIMINATIONS | COHYCO INC. AND SUBS | ADJUSTMENTS | COHYCO, INC. AND SUBSIDIARIES |
|---|---|---|---|---|---|
| **Dividends** | | | | | |
| 1 Domestic Corps-subj to 70% ded | | | | | |
| 2 Domestic Corps-subj to 80% ded | | | | | |
| 3 Debt-Financed stock - Dom & Fgn | | | | | |
| 4 Pref Stk < 20% owned Pub Util | | | | | |
| 5 Pref Stk > - 20% owned Pub Util | | | | | |
| 6 < 20% Fgn Corps & FSC's-70% | | | | | |
| 7 > - 20% Fgn Corps & FSC s-80% | | | | | |
| 8 Wholly-owned fgn subs-100% | | | | | |
| 10 Domestic corps-Small Bus Inv | 69,575. | | 69,575. | | |
| 11 From FSC's subject to 100% ded | | | | | |
| 12 Affiliated group members subject | | | | | |
| to 100% deduction | | | | | |
| 13 Foreign corps not incl. above | | | | | |
| 14 Controlled fgn groups under | | | | | |
| Subpart F | | | | | |
| 15 Foreign Dividend Gross-up | | | | | |
| 16 IC-DISC and former DISC Div | | | | | |
| not included above | | | | | |
| 17 Other dividends | | | | | |
| 19 TOTAL DIVIDENDS | 69,575. | | 69,575. | | |
| **Special Deductions** | | | | | |
| 1 Domestic Corps-subj to 70% ded | | | | | |
| 2 Domestic Corps-subj to 80% ded | | | | | |
| 3 Debt-Financed stock-Dom & Fgn | | | | | |
| 4 Pref Stk < 20% owned Pub Util | | | | | |
| 5 Pref Stk > - 20% owned Pub Util | | | | | |
| 6 < 20% Fgn Corps & FSC's-70% | | | | | |
| 7 > - 20% Fgn Corps & FSC s-80% | | | | | |
| 8 Wholly-owned fgn subs-100% | | | | | |
| 9 Total Lines 1-8 | | | | | |
| 10 Domestic corps-Small Bus Inv | 69,575. | | 69,575. | | |
| 11 From FSC's subject to 100% ded | | | | | |
| 12 Affiliated group members subject | | | | | |
| to 100% deduction | | | | | |
| 18 Deduction for Div Paid on Pref | | | | | |
| Stock of Public Utilities | | | | | |
| 10 TOTAL SPECIAL DEDUCTIONS | 69,575. | | 69,575. | | 74-1806502 |

JSA
29084 1 000   A25395   103527   06/10/99   12:18:14   V7.08   74-1806502

Case 1:02-cv-00040  Document 57  Filed in TXSD on 04/19/2001  Page 85 of 212

CC        ),      AN.  . JBS.  . . .RIE_

. -18 . . .J2

|  |  | CONYCO. INC. | HYGEIA DAIRY CO. | CARANCAHUA INVESTMENTS, INC | C & H INDUSTRIES INC. |
|---|---|---|---|---|---|
| **Consolidated Schedules** | | | | | |
| **Sch. C Summary** | | 74-1800502 | 74-0658212 | 74-1390103 | 74-2648575 |
| **Dividends** | | | | | |
| 1 | Domestic Corps-subj. to 70% ded | | | | |
| 2 | Domestic Corps-subj. to 80% ded | | | | |
| 3 | Debt-Financed stock - Dom & Fgn | | | | |
| 4 | Pref Stk < 20% owned Pub Util | | | | |
| 5 | Pref Stk > = 20% owned Pub Util | | | | |
| 6 | < 20% Fgn Corps & FSC's-70% | | | | |
| 7 | > = 20% Fgn Corps & FSC's-80% | | | | |
| 8 | Wholly-owned fgn subs-100% | | | | |
| 10 | Domestic corps-Small Bus Inv | | | | |
| 11 | From FSC's subject to 100% ded | | | 69,575. | | |
| 12 | Affiliated group members subject | | | | |
|    | to 100% deduction | | | | |
| 13 | Foreign corps not incl. above | | | | |
| 14 | Controlled fgn groups under | | | | |
|    | Subpart F | | | | |
| 15 | Foreign Dividend Gross-up | | | | |
| 16 | IC-DISC and former DISC Div | | | | |
|    | not included above | | | | |
| 17 | Other dividends | | | | |
| 19 | **TOTAL DIVIDENDS** | | | 69,575. | | |
| | **Special Deductions** | | | | | |
| 1 | Domestic Corps-subj. to 70% ded | | | | |
| 2 | Domestic Corps-subj. to 80% ded | | | | |
| 3 | Debt-Financed stock-Dom & Fgn | | | | |
| 4 | Pref Stk < 20% owned Pub Util | | | | |
| 5 | Pref Stk > = 20% owned Pub Util | | | | |
| 6 | < 20% Fgn Corps & FSC's-70% | | | | |
| 7 | > = 20% Fgn Corps & FSC's-80% | | | | |
| 8 | Wholly-owned fgn subs-100% | | | | |
| 9 | Total Lines 1-8 | | | | |
| 10 | Domestic corps-Small Bus Inv | | | | |
| 11 | From FSC's subject to 100% ded | | | 69,575. | | |
| 12 | Affiliated group members subject | | | | |
|    | to 100% deduction | | | | |
| 18 | Deduction for Div Paid on Pref | | | | |
|    | Stock of Public Utilities | | | | |
| 20 | **TOTAL SPECIAL DEDUCTIONS** | | | 69,575. | | |

JSA
7C9084 1.000

A25395 . . . 3914 . . 06/10/99 . . 12:18:14    V7.08    74-180650")

COH..., INC. ... JBSID...mi..S

1120 PAGE 2 DETAIL

74-180b50z

SCHEDULE E: COMPENSATION OF OFFICERS

HYGEIA DAIRY CO

| NAME | STREET ADDRESS | CITY, STATE, AND ZIP CODE | TITLE | SOC SEC # | %DEV | %COM | %PREF | COMPENSATION AMOUNT | EXPENSE ACCOUNT |
|---|---|---|---|---|---|---|---|---|---|
| H. LEE RICHARDS | P.O. BOX 751 | HARLINGEN, TX 78550 | CMN | 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 | | 4.66 | NONE | 80,531. | |
| JIMMIE K. STEVENSON | P.O. BOX 751 | HARLINGEN, TX 78550 | SECR | 43-78-1029 | | | NONE | 59,088. | |
| JAMES D. PURL, JR. | P.O. BOX 751 | HARLINGEN, TX 78550 | PRES | 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 | | .25 | NONE | 64,420. | |
| JERRY SCHUSSLER | P.O. BOX 751 | HARLINGEN, TX 78550 | VP | 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 | | .14 | NONE | 42,100. | |
| HOWARD HOTCAVEG | P.O. BOX 751 | HARLINGEN, TX 78550 | VP | 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 | | .03 | NONE | 46,442. | |
| GENE BENTLEY | P.O. BOX 751 | HARLINGEN, TX 78550 | VP | 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 | | .14 | NONE | 56,302. | |
| SCOTT S. MCCLARREN | P.O. BOX 751 | HARLINGEN, TX 78550 | VP | 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 | | .03 | NONE | 73,654. | |
| RAUL GARZA | P.O. BOX 751 | HARLINGEN, TX 78550 | VP | 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 | | | NONE | 38,957. | |
| ALLEN SHELTON | P.O. BOX 751 | HARLINGEN, TX 78550 | VP | 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 | | | NONE | 54,291. | |

TOTAL SCH. E - COMPENSATION OF OFFICERS                                516,385.

COMPENSATION OF OFFICERS DEDUCTED ON LINE 12, PAGE 1

                                                                       516,385.
                                                                    ============

A25395      3914      06/10/99      12 18:14      V7.08      74-1806502

103529

SLNX 2 000

COHYCO, INC. AND SUBSIDIA ES                                74-1806502

## 1120 PAGE 3 DETAIL
========================================================================

### SCH. K - QUESTION 3
=========================

| NAME | % OWNED | EMPLOYER ID NO. | LINE 28 INCOME OR LOSS |
|------|---------|-----------------|------------------------|
| HYGEIA DAIRY CO. | 100.00 | 74-0658212 | -2,563,750. |
| P.O. BOX 751, HARLINGEN, TEXAS 78550 | | | |
| CARANCAHUA INVESTMENTS, INC. | 100.00 | 74-1390103 | 691,767. |
| P.O. BOX 4897, CORPUS CHRISTI, TEXAS 78408 | | | |
| C & H INDUSTRIES, INC. | 100.00 | 74-2648575 | -232,726. |
| P.O. BOX 751, HARLINGEN, TEXAS 78550 | | | |
| HYGEIA INTERNATIONAL SALES COMPANY, INC. | 100.00 | 66-0457919 | 24,256. |

COHYCO, INC. AND SUBSIDIARIES                          74-1806502

## 1120 PAGE 3 DETAIL
=================================================================================

## SCH. K - QUESTION 5
====================

COHYCO, INC.
-----------------------------------------------
    A NAME          SEE STATEMENT  66

      EMPLOYER ID NUMBER  OR
      SOCIAL SECURITY NUMBER
    B PERCENTAGE OWNED


HYGEIA DAIRY CO.
-----------------------------------------------
    A NAME          COHYCO INC.
                    P.O. BOX 751, HARLINGEN, TX 78550
      EMPLOYER ID NUMBER  OR      74-1806502
      SOCIAL SECURITY NUMBER
    B PERCENTAGE OWNED             100.00


CARANCAHUA INVESTMENTS, INC.
-----------------------------------------------
    A NAME          COHYCO, INC.
                    P.O. BOX 751, HARLINGEN, TX 78550
      EMPLOYER ID NUMBER  OR      74-1806502
      SOCIAL SECURITY NUMBER
    B PERCENTAGE OWNED             100.00


C & H INDUSTRIES, INC.
-----------------------------------------------
    A NAME          HYGEIA DAIRY COMPANY
                    P.O. BOX 751, HARLINGEN, TX 78550
      EMPLOYER ID NUMBER  OR      74-0658212
      SOCIAL SECURITY NUMBER
    B PERCENTAGE OWNED             100.00

A25395   3914   06/10/99   12:18:14   V7.08  74-1806502      102501

COHYCO, INC. AND SUBSIDIAR._S                    74-1806502

**1120 PAGE 3 DETAIL**
================================================================================

SCH. K - QUESTION 8
====================
THE CORPORATION HAS AN INTEREST IN, OR SIGNATURE OR OTHER
AUTHORITY OVER A FINANCIAL ACCOUNT IN THE FOLLOWING COUNTRIES:

HYGEIA DAIRY CO.
-----------------------------------------------
    U.S. VIRGIN ISLANDS

103532

A25395    3914    06/10/99    12:18:14    V7.08  74-1806502

CC...), ..... AN. ..JBS..RIE.

74-1806502

**Consolidated Schedules**

**Sch. L- Beginning**

| | | COMBINED | COHYCO INC. AND SUBS - ELIMINATIONS | ADJUSTMENTS | COHYCO, INC. AND SUBSIDIARIES |
|---|---|---|---|---|---|
| | **Assets** | | | | |
| 1 | Cash | 80,361. | | | 80,361. |
| 2 a | Trade Notes and A/R | 4,093,313. | | | 4,093,313. |
| b | Less allowance for Bad Debts | 92,190. | | | 92,190. |
| 3 | Inventories | 3,189,913. | | | 3,189,913. |
| 4 | US Government Obligations | | | | |
| 5 | Tax-exempt Securities | | | | |
| 6 | Other Current Assets | 714,892. | | | 714,892. |
| 7 | Loans to Stockholders | | | | |
| 8 | Mtge and Real Estate Loans | | | | |
| 9 | Other Investments | 477,585. | | | 477,585. |
| 10 a | Buildings and Other Depreciable Assets | 23,174,923. | | | 23,174,923. |
| b | Less Accum. Depreciation | 18,121,611. | | | 18,121,611. |
| 11 a | Depletable Assets | | | | |
| b | Less Accum. Depletion | | | | |
| 12 | Land (net of any Amortization) | 760,567. | | | 760,567. |
| 13 a | Intangible Assets | | | | |
| b | Less Accum. Amortization | | | | |
| 14 | Other Assets | 5,645,641. | -196,778. | | 5,448,863. |
| 15 | Total Assets | 19,923,194. | -196,778. | | 19,726,418. |
| | **Liabilities and Stockholders' Equity** | | | | |
| 16 | Accounts Payable | 3,771,505. | | | 3,771,505. |
| 17 | Mtges, Notes, Bond Payable in less than 1 year | 1,171,616. | | | 1,171,616. |
| 18 | Other Current Liabilities | 1,614,131. | | | 1,614,131. |
| 19 | Loans from Stockholders | | | | |
| 20 | Mtges, Notes, Bonds Payable in 1 year or more | NONE | | | NONE |
| 21 | Other Liabilities | -949,991. | | | -949,991. |
| 22 a | Capital stock-Preferred | | | | |
| 22 b | Capital stock-Common | 715,169. | -709,164. | | 6,005. |
| 23 | Additional Paid-in Capital | 2,894,361. | -1,382,838. | | 1,511,525. |
| 24 | Retained earnings-Appropriated | | | | |
| 25 | Retained earnings-Unappropriated | 16,687,958. | -930,778. | | 15,757,180. |
| 26 | Adjustments to shareholders' equity | | | | |
| 27 | Less cost of Treasury Stock | 5,981,555. | -2,826,000. | | 3,155,555. |
| 28 | Total Liabilities and Stockholders' Equity | 19,923,194. | -196,778. | | 19,726,416. |

C9087 2 000   A25395   3914      06/10/99      12:18:14      V7.08      74-1806502

CC...), .... AN_ _JBS_...RIE_

i₄-18ᵤᵤᵤ2

**Consolidated Schedules**
**Sch. L- Beginning**

| | COHYCO, INC. 74-1806502 | HYGEIA DAIRY CO. 74-0058212 | CARANCAHUA INVESTMENTS, INC 74-1390103 | C & H INDUSTRIES INC. 74-2648575 |
|---|---|---|---|---|
| **Assets** | | | | |
| 1 Cash | 285. | 63,274. | 11,814. | 5,188. |
| 2 a Trade Notes and A/R | | 4,091,163. | 2,150. | |
| b Less allowance for Bad Debts | | 92,190. | | |
| 3 Inventories | | 3,079,283. | | 110,630. |
| 4 US Government Obligations | | | | |
| 5 Tax-exempt Securities | | | | |
| 6 Other Current Assets | 168,200. | 501,049. | 45,443. | |
| 7 Loans to Stockholders | | | | |
| 8 Mtge and Real Estate Loans | | | | |
| 9 Other Investments | | | 470,085. | 7,500. |
| 10 a Buildings and Other Depreciable Assets | | 22,707,475. | 395,448. | 72,000. |
| b Less Accum. Depreciation | | 17,671,432. | 381,734. | 68,445. |
| 11 a Depletable Assets | | | | |
| b Less Accum. Depletion | | | | |
| 12 Land (net of any Amortization) | | 760,567. | | |
| 13 a Intangible Assets | | | | |
| b Less Accum. Amortization | | | | |
| 14 Other Assets | 72,395. | 2,242,418. | 3,339,828. | |
| 15 Total Assets | 240,880. | 15,681,607. | 3,873,834. | 126,873. |
| **Liabilities and Stockholders' Equity** | | | | |
| 16 Accounts Payable | | 3,769,924. | | 1,581. |
| 17 Mtges, Notes, Bond Payable in less than 1 year | | 1,171,616. | | |
| 18 Other Current Liabilities | 108,469. | 1,437,739. | 72,923. | -5,000. |
| 19 Loans from Stockholders | | | | |
| 20 Mtges, Notes, Bonds Payable in 1 year or more | | NONE | | |
| 21 Other Liabilities | 1,340,437. | 10,539,819. | -13,335,748. | 505,501. |
| 22 a Capital stock-Preferred | | | | |
| 22 b Capital stock-Common | 5,915. | 506,318. | 90,158. | 112,778. |
| 23 Additional Paid-in Capital | 261,447. | 1,671,738. | 842,176. | 119,000. |
| 24 Retained earnings-Appropriated | | | | |
| 25 Retained earnings-Unappropriated | 780,159. | -3,415,547. | 19,930,333. | -606,987. |
| 26 Adjustments to shareholders' equity | | | | |
| 27 Less cost of Treasury Stock | | | 3,725,008. | |
| 28 Total Liabilities and Stockholders' Equity | 240,880. | 15,681,607. | 3,873,834. | 126,873. |

ISA
IC5087 2 000   A25395   3914   06/10/99   12:18:14   V7.08   74-1806502
1 ᵤ0 5 2 4

CC....O, .... AN. .JBS...RIES

74-18υ0ɔ02

**Consolidated Schedules**

**Sch. L - Ending**

| | COMBINED | COHYCO INC. AND SUBS - ELIMINATIONS | ADJUSTMENTS | COHYCO, INC. AND SUBSIDIARIES |
|---|---|---|---|---|
| **Assets** | | | | |
| 1   Cash | 110,703. | | | 110,703. |
| 2 a Trade Notes and A/R | 4,682,781. | | | 4,682,781. |
| b   Less allowance for Bad Debts | 188,780. | | | 188,780. |
| 3   Inventories | 3,499,704. | | | 3,499,704. |
| 4   US Government Obligations | | | | |
| 5   Tax-exempt Securities | | | | |
| 6   Other Current Assets | 510,846. | | | 510,846. |
| 7   Loans to Stockholders | | | | |
| 8   Mtge and Real Estate Loans | | | | |
| 9   Other Investments | 13,091. | | | 13,091. |
| 10a Buildings and Other Depreciable Assets | 24,329,978. | | | 24,329,978. |
| b   Less Accum. Depreciation | 18,765,917. | | | 18,765,917. |
| 11a Depletable Assets | | | | |
| b   Less Accum. Depletion | | | | |
| 12  Land (net of any Amortization) | 760,567. | | | 760,567. |
| 13a Intangible Assets | | | | |
| b   Less Accum. Amortization | | -196,778. | | |
| 14  Other Assets | 6,251,357. | -196,778. | | 6,054,579. |
| 15  Total Assets | 21,204,350. | -196,778. | | 21,007,572. |
| **Liabilities and Stockholders' Equity** | | | | |
| 16  Accounts Payable | 4,606,157. | | | 4,606,157. |
| 17  Mtges, Notes, Bond Payable in less than 1 year | 1,707,072. | | | 1,707,072. |
| 18  Other Current Liabilities | 1,346,799. | | | 1,346,799. |
| 19  Loans from Stockholders | | | | |
| 20  Mtges, Notes, Bonds Payable in 1 year or more | 3,726,834. | | | 3,726,834. |
| 21  Other Liabilities | -2,234,263. | | | -2,234,263. |
| 22 a Capital stock-Preferred | 715,189. | -709,164. | | 6,005. |
| 22 b Capital stock-Common | 2,894,361. | -1,382,836. | | 1,511,525. |
| 23  Additional Paid-in Capital | | | | |
| 24  Retained earnings-Appropriated | | | | |
| 25  Retained earnings-Unappropriated | 14,423,776. | -930,778. | | 13,492,998. |
| 26  Adjustments to shareholders' equity | | | | |
| 7   Less cost of Treasury Stock | 5,981,555. | -2,826,000. | | 3,155,555. |
| 8   Total Liabilities and Stockholders' Equity | 21,204,350. | -196,778. | | 21,007,572. |

3914   A25395   06/10/99   12:18:14   V7.08   74-1806502

9086 2 000

1 0 1 0 0

74-1806502

**Consolidated Schedules**
**Sch. L - Ending**

| | CONYCO, INC. 74-1806502 | HYGEIA DAIRY CO. 74-0658212 | CARANCAHUA INVESTMENTS, INC 74-1390103 | C & H INDUSTRIES INC. 74-2648575 |
|---|---|---|---|---|
| **Assets** | | | | |
| 1 Cash | 1,962. | 62,309. | 25,786. | 20,666. |
| 2 a Trade Notes and A/R | | 4,682,781. | NONE | |
| b Less allowance for Bad Debts | | 188,760. | | |
| 3 Inventories | | 3,349,989. | | 149,715. |
| 4 US Government Obligations | | | | |
| 5 Tax-exempt Securities | | | | |
| 6 Other Current Assets | 19,570. | 448,324. | 42,952. | |
| 7 Loans to Stockholders | | | | |
| 8 Mtge and Real Estate Loans | | | | |
| 9 Other Investments | | | 11,991. | 1,100. |
| 10a Buildings and Other Depreciable Assets | | 23,888,530. | 395,448. | 66,000. |
| b Less Accum. Depreciation | | 18,318,624. | 384,007. | 63,286. |
| 11a Depletable Assets | | | | |
| b Less. Accum. Depletion | | | | |
| 12 Land (net of any Amortization) | | 760,567. | | |
| 13a Intangible Assets | | | | |
| b Less Accum. Amortization | | | | |
| 14 Other Assets | 72,395. | 3,277,795. | 2,901,167. | 174,195. |
| 15 Total Assets | 93,927. | 17,942,911. | 2,993,317. | 174,195. |
| **Liabilities and Stockholders' Equity** | | | | |
| 16 Accounts Payable | | 4,604,825. | | 1,332. |
| 17 Mtges, Notes, Bond Payable in less than 1 year | | 1,707,072. | | |
| 18 Other Current Liabilities | 108,469. | 1,097,127. | 137,945. | 3,258. |
| 19 Loans from Stockholders | | | | |
| 20 Mtges, Notes, Bonds Payable in 1 year or more | | 3,726,834. | | |
| 21 Other Liabilities | 1,276,026. | 10,700,610. | -14,986,979. | 776,080. |
| 22a Capital stock-Preferred | | | | |
| 22b Capital stock-Common | 5,915. | 506,318. | 90,158. | 112,778. |
| 23 Additional Paid-in Capital | 261,447. | 1,671,738. | 842,176. | 119,000. |
| 24 Retained earnings-Appropriated | | | | |
| 25 Retained earnings-Unappropriated | 697,617. | -6,071,613. | 20,636,025. | -838,253. |
| 26 Adjustments to shareholders' equity | | | | |
| 27 Less cost of Treasury Stock | 2,255,547. | | 3,726,008. | |
| 28 Total Liabilities and Stockholders' Equity | 93,927. | 17,942,911. | 2,993,317. | 174,195. |

06/10/99    12:18:14    V7.08    74-1806502

STATEMENT

C9086 2 000    A25395    3914    103536

COHYCO, INC. AND SUBSIDIARIES                                74-1806502

FORM 1120 PAGE 4 DETAIL, SCH. L
========================================================================

|                                           | BEGINNING | ENDING   |
|-------------------------------------------|-----------|----------|
| **LINE 6 - OTHER CURRENT ASSETS**         |           |          |
| **COHYCO, INC.**                          |           |          |
| NOTES RECEIVABLE                          | 4,200.    | 1,794.   |
| FIT RECEIVABLE                            | 164,000.  | 17,776.  |
| SUBTOTAL                                   | 168,200.  | 19,570.  |
| **HYGEIA DAIRY CO.**                      |           |          |
| NOTES RECEIVABLE                          | 21,873.   | 179,562. |
| DEFFERED FIT CURR PORTION                 | 285,000.  | NONE     |
| PREPAID EXPENSES                          | 194,176.  | 268,762. |
| SUBTOTAL                                   | 501,049.  | 448,324. |
| **CARANCAHUA INVESTMENTS, INC.**          |           |          |
| NOTES RECEIVABLE - CURRENT                | 45,443.   | 42,952.  |
| SUBTOTAL                                   | 45,443.   | 42,952.  |
| TOTAL LINE 6 - OTHER CURRENT ASSETS       | 714,692.  | 510,846. |
| **LINE 9 - OTHER INVESTMENTS**            |           |          |
| **CARANCAHUA INVESTMENTS, INC.**          |           |          |
| IBC CD ACCOUNT                            | 470,085.  | NONE     |
| CHASE BANK CD ACCOUNT                     | NONE      | 11,991.  |
| SUBTOTAL                                   | 470,085.  | 11,991.  |
| **C & H INDUSTRIES, INC.**                |           |          |
| INVESTMENTS                               | 7,500.    | 1,100.   |
| SUBTOTAL                                   | 7,500.    | 1,100.   |

CONTINUED ON NEXT PAGE                    STATEMENT   23

A25395   3914   06/10/99   12:18:14   V7.08 74

COHYCO, INC. AND SUBSIDIA...ES                              74-1806502

FORM 1120 PAGE 4 DETAIL, SCH. L
================================================================================

|                                    | BEGINNING   | ENDING      |
|------------------------------------|-------------|-------------|
| LINE 14 - OTHER ASSETS (CONT'D)     |             |             |
| ==================================== |             |             |
| COHYCO INC. AND SUBS - ELIMINATIONS |             |             |
| ------------------------------------ |             |             |
| INVESTMENT IN C & H                 | -196,778.   | -196,778.   |
| SUBTOTAL                            | -196,778.   | -196,778.   |
| TOTAL LINE 14 - OTHER ASSETS        | 5,448,863.  | 6,054,579.  |

103530

A25395   3914   06/10/99   12:18:14   V7 08 74

COHYCO, INC. AND SUBSIDIARIES                    74-1806502

FORM 1120 PAGE 4 DETAIL, SCH. L
=================================================================

|  | BEGINNING | ENDING |
|---|---|---|
| **LINE 21 - OTHER LIABILITIES** | | |
| | | |
| **COHYCO, INC.** | | |
| NOTE PAYABLE ALEXANDER - LONG TERM | 600,000. | 525,000. |
| ACCT RECEIVABLE HYGEIA | 740,437. | 751,026. |
| SUBTOTAL | 1,340,437. | 1,276,026. |
| | | |
| **HYGEIA DAIRY CO.** | | |
| CAPITAL LEASES - LONG TERM | 61,849. | 31,986. |
| NONCURRENT AFFILIATE PAYABLE | 10,195,970. | 10,668,624. |
| DEFERRED FEDERAL INCOME TAXES | 282,000. | NONE |
| SUBTOTAL | 10,539,819. | 10,700,610. |
| | | |
| **CARANCAHUA INVESTMENTS, INC.** | | |
| NOTES PAYABLE - LONG TERM | 129,474. | 106,429. |
| DEFERRED FIT | 79,000. | NONE |
| DUE FROM AFFILIATE | -13,544,222. | -15,093,408. |
| SUBTOTAL | -13,335,748. | -14,986,979. |
| | | |
| **C & H INDUSTRIES, INC.** | | |
| INTERCOMPANY PAYABLE | 505,501. | 776,080. |
| SUBTOTAL | 505,501. | 776,080. |
| | | |
| TOTAL LINE 21 - OTHER LIABILITIES | -949,991. | -2,234,263. |

103541

A25395   3914   06/10/99   12:18:14   V7.08 74-1806502

COHYCO, INC. AND SUBSIDIA. ES                          74-1806502

FORM 1120 PAGE 4 DETAIL, SCH. L
=================================================================

|                                      | BEGINNING | ENDING |
|--------------------------------------|-----------|--------|
| **LINE 22B - COMMON CAPITAL STOCK** | | |
| **COHYCO, INC.** | | |
| COMMON CAPITAL STOCK | 5,915. | 5,915. |
| SUBTOTAL | 5,915. | 5,915. |
| **HYGEIA DAIRY CO.** | | |
| COMMON CAPITAL STOCK | 506,318. | 506,318. |
| SUBTOTAL | 506,318. | 506,318. |
| **CARANCAHUA INVESTMENTS, INC.** | | |
| COMMON CAPITAL STOCK | 90,158. | 90,158. |
| SUBTOTAL | 90,158. | 90,158. |
| **C & H INDUSTRIES, INC.** | | |
| COMMON CAPITAL STOCK | 112,778. | 112,778. |
| SUBTOTAL | 112,778. | 112,778. |
| **COHYCO INC. AND SUBS - ELIMINATIONS** | | |
| COHYCO ELIMINATIONS | -596,386. | -596,386. |
| HYGEIA ELIMINATIONS | -112,778. | -112,778 |
| SUBTOTAL | -709,164. | -709,164 |
| TOTAL LINE 22B - COMMON CAPITAL STOCK | 6,005. | 6,005 |

COHYCO, INC. AND SUBSIDI..IES                          74-1806502

FORM 1120 PAGE 4 DETAIL, SCH. L
================================================================================

|  | BEGINNING | ENDING |
|---|---|---|
| **LINE 23 - ADDITIONAL PAID-IN CAPITAL** | | |
| | | |
| **COHYCO, INC.** | | |
| ADDITIONAL PAID-IN CAPITAL | 261,447. | 261,447. |
| SUBTOTAL | 261,447. | 261,447. |
| | | |
| **HYGEIA DAIRY CO.** | | |
| ADDITIONAL PAID-IN CAPITAL | 1,671,738. | 1,671,738. |
| SUBTOTAL | 1,671,738. | 1,671,738. |
| | | |
| **CARANCAHUA INVESTMENTS, INC.** | | |
| ADDITIONAL PAID-IN CAPITAL | 842,176. | 842,176. |
| SUBTOTAL | 842,176. | 842,176. |
| | | |
| **C & H INDUSTRIES, INC.** | | |
| ADDITIONAL PAID-IN CAPITAL | 119,000. | 119,000. |
| SUBTOTAL | 119,000. | 119,000. |
| | | |
| **COHYCO INC. AND SUBS - ELIMINATIONS** | | |
| COHYCO ELIMINATIONS | -1,298,836. | -1,298,836. |
| HYGEIA ELIMINATIONS | -84,000. | -84,000. |
| SUBTOTAL | -1,382,836. | -1,382,836. |
| | | |
| TOTAL LINE 23 - ADDITIONAL PAID-IN | 1,511,525. | 1,511,525. |

A25395   3914   06/10/99   12:18:14   V7 08 74 1806502

17-1800002

|  | COMBINED | COHYCO INC. AND SUBS - ELIMINATIONS | ADJUSTMENTS | COHYCO, INC. AND SUBSIDIARIES |
|---|---|---|---|---|

**Consolidated Schedules**

**Sch. M1 and M-2 Summary**

| | **Schedule M-1** | | | | |
|---|---|---|---|---|---|
| 1 | Net income per books | -2,264,182. | | | -2,264,182. |
| 2 | Federal Income Tax | -108,682. | | | -108,682. |
| 3 | Excess Capital Losses | | | | |
| 4 | Income Subject to Tax not | | | | |
| | Recorded on Books | 44,747. | | | 44,747. |
| 5 | Expenses Recorded on Books | | | | |
| | Not Deducted on Return | | | | |
| | a Depreciation | 84,987. | | | 84,987. |
| | b Contribution Carryover | | | 31,849. | 31,849. |
| | c Travel and Entertainment | 35,427. | | | 35,427. |
| | Other | 395,841. | | | 395,841. |
| 6 | Total Lines 1-5 | -1,811,882. | | 31,849. | -1,780,013. |
| 7 | Income Recorded on Books | | | | |
| | not included on Return | | | | |
| | a Tax-exempt Interest | | | | |
| | Other | 1,071. | | | 1,071. |
| 8 | Deductions on Return not | | | | |
| | included on Books | | | | |
| | a Depreciation | 72,020. | | | 72,020. |
| | b Contribution Carryover | NONE | | | NONE |
| | Other | 353,853. | | | 353,853. |
| 9 | Total Lines 7 and 8 | 426,944. | | | 426,944. |
| 10 | Income (Line 28, Page 1) | -2,238,806. | | 31,849. | -2,206,957. |

| | **Schedule M-2** | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 16,687,958. | -930,778. | | 15,757,180. |
| 2 | Net Income per Books | -2,264,182. | | | -2,264,182. |
| 3 | Other Increases | | | | |
| 4 | Total Line 1-3 | 14,423,776. | -930,778. | | 13,492,998. |
| 5 | Distributions | | | | |
| | a Cash | | | | |
| | b Stock | | | | |
| | c Property | | | | |
| | Other Decreases | | | | |
| | Total lines 5 and 6 | | | | |
| | Balance at end of year | 14,423,776. | -930,778. | | 13,492,998. |

JSA
9085 1 000

A25395   3914   06/10/99   12:18:14   V7.08   74-1806502

74-1806502

~-18...02

**Consolidated Schedules**
**Sch. M1 and M-2 Summary**

| | COHYCO, INC. 74-1806502 | HYGEIA DAIRY CO. 74-0658212 | CARANCAHUA INVESTMENTS, INC 74-1390103 | C & H INDUSTRIES INC. 74-2648575 |
|---|---|---|---|---|
| **Schedule M-1** | | | | |
| 1  Net income per books | -82,542. | -2,656,066. | 705,692. | -231,286. |
| 2  Federal Income Tax | -19,708. | -14,976. | -79,000. | 5,000. |
| 3  Excess Capital Losses | | | | |
| 4  Income Subject to Tax not Recorded on Books | | 44,747. | | |
| 5  Expenses Recorded on Books Not Deducted on Return | | | | |
|   a  Depreciation | | 84,987. | | |
|   b  Contribution Carryover | | | | |
|   c  Travel and Entertainment | | 35,427. | | |
|   Other | | 218,289. | 177,552. | |
| 6  Total Lines 1-5 | -102,248. | -2,287,592. | 804,244. | -226,286. |
| 7  Income Recorded on Books not Included on Return | | | | |
|   a  Tax-exempt Interest | | | | 1,071. |
|   Other | | | | |
| 8  Deductions on Return not included on Books | | | | |
|   a  Depreciation | | | 66,631. | 5,389. |
|   b  Contribution Carryover | | | NONE | |
|   Other | | 308,007. | 45,846. | |
| 9  Total Lines 7 and 8 | | 308,007. | 112,477. | 6,460. |
| 10 Income (Line 28, Page 1) | -102,248. | -2,595,599. | 691,767. | -232,726. |
| **Schedule M-2** | | | | |
| Balance at beginning of year | 780,159. | -3,415,547. | 19,930,333. | -606,987. |
| Net Income per Books | -82,542. | -2,656,066. | 705,692. | -231,286. |
| Other Increases | | | | |
| Total Line 1-3 | 697,617. | -6,071,613. | 20,636,025. | -838,253. |
| Distributions | | | | |
|   a  Cash | | | | |
|   b  Stock | | | | |
|   c  Property | | | | |
| Other Decreases | | | | |
| Total lines 5 and 6 | | | | |
| Balance at end of year | 697,617. | -6,071,613. | 20,636,025. | -838,253. |

A25395  3914  103515

06/10/99     12:18:14     V7.08     74-1806502

86 1 000

COHYCO, INC. AND SUBSIDIA..ES
HYGEIA DEL GOLFO S.A. DE C.V.

74-1806502

FORM 5471, PAGE 3 DETAIL
====================================================================

|  | BEGINNING | ENDING |
|---|---|---|
| SCH F, LINE 4 - OTHER CURRENT ASSETS | --------- | ------ |
| OTHER CURRENT ASSETS | 105,661. | 100,183. |
| TOTALS | 105,661. | 100,183. |
| SCH F, LINE 17 - OTHER LIABILITIES | | |
| OTHER LIABILITIES | 10,064. | 11,810. |
| TOTALS | 10,064. | 11,810. |

COHYCO, INC. AND SUBSIDIA ES                           74-1806502

STATEMENT OF TAX BRACKET ALLOCATION
================================================================================

THE AMOUNTS IN EACH TAXABLE INCOME BRACKET IN THE TAX TABLE IN
SECTION 11(B) HAVE BEEN ALLOCATED TO THE CORPORATIONS LISTED
BELOW PURSUANT TO REGULATION 1.1561-3(A).

THE ORIGINAL COPY OF THIS STATEMENT IS FILED WITH THE INTERNAL
REVENUE SERVICE CENTER IN AUSTIN, TEXAS

AUTHORIZATION CONSENT FOR ALLOCATION ON BEHALF OF MEMBER COMPANIES

                         ------------------------------

| EMPLOYER ID NO. | $50,000 BRACKET | $25,000 BRACKET | $9,925,000 BRACKET |
|---|---|---|---|
| 74-1806502 | 25,744. | 25,000. | 9,925,000. |
| 74-0658212 | NONE | NONE | NONE |
| 74-1390103 | NONE | NONE | NONE |
| 74-2648575 | NONE | NONE | NONE |
| 66-0457919 | 24,256. | NONE | NONE |

| EMPLOYER ID NO. | NAME, ADDRESS AND TAXABLE YEAR |
|---|---|
| 74-1806502 | COHYCO, INC.<br>P.O. BOX 751<br>HARLINGEN, TX 78550<br>TAXABLE YEAR  10/01/97 TO  09/30/98 |
| 74-0658212 | HYGEIA DAIRY CO.<br>P.O. BOX 751<br>HARLINGEN, TEXAS,  78550<br>TAXABLE YEAR  10/01/97 TO  09/30/98 |
| 74-1390103 | CARANCAHUA INVESTMENTS, INC.<br>P.O. BOX 4897<br>CORPUS CHRISTI, TEXAS,  78408<br>TAXABLE YEAR  10/01/97 TO  09/30/98 |
| 74-2648575 | C & H INDUSTRIES, INC.<br>P.O. BOX 751<br>HARLINGEN, TX,  78550<br>TAXABLE YEAR  10/01/97 TO  09/30/98 |

CONTINUED ON NEXT PAGE                    STATEMENT 645

Case 1:02-cv-00040   Document 57   Filed in TXSD on 04/19/2001   Page 103 of 212

COHYCO, INC. AND SUBSIDIARIES                           74-1806502

STATEMENT OF TAX BRACKET ALLOCATION
========================================================================

     EMPLOYER (CONT'D)
       ID NO.        NAME, ADDRESS AND TAXABLE YEAR
     ------------------------------------------------------------------------
     66-0457919     HYGEIA INTERNATIONAL SALES COMPANY, INC.
                    P.O. BOX 751
                    HARLINGEN, TX  78550
                    TAXABLE YEAR  10/01/97  TO  09/30/98

A25385   3914   06/10/99   12:18:14   V7.08  74-1806502

COHYCO, INC. AND SUBSIDIARIES                                    74-1806502

## CONTROLLED GROUP ELECTION STATEMENT
=================================================================================

ELECTION TO ALLOCATE BUSINESS ASSET EXPENSE
------------------------------------------------------------
THE UNDERSIGNED CORPORATIONS, COMPONENT MEMBERS OF A CONTROLLED GROUP OF
CORPORATIONS, AS DEFINED IN SECTION 179(D)(7), HEREBY CONSENT TO THE
APPORTIONMENT PLAN LISTED BELOW WITH RESPECT TO THE TAXABLE YEAR OF EACH
CORPORATION WHICH INCLUDES DECEMBER 31, 1997.


ELECTION TO ALLOCATE $40,000 ALTERNATIVE MINIMUM TAX EXEMPTION
------------------------------------------------------------
THE UNDERSIGNED CORPORATIONS, COMPONENT MEMBERS OF A CONTROLLED GROUP OF
CORPORATIONS, (WITHIN THE MEANING OF SECTION 1563(A)), HEREBY CONSENT UNDER
REGULATION 1.58-1(C)(3) TO THE APPORTIONMENT PLAN LISTED BELOW WITH RESPECT
TO THE TAXABLE YEAR OF EACH CORPORATION WHICH INCLUDES DECEMBER 31, 1997.


ELECTION TO ALLOCATE $150,000 ALTERNATIVE MINIMUM TAX PHASE-OUT
------------------------------------------------------------
THE UNDERSIGNED CORPORATIONS, COMPONENT MEMBERS OF A CONTROLLED GROUP OF
CORPORATIONS, (WITHIN THE MEANING OF SECTION 1563(A)), HEREBY CONSENT UNDER
REGULATION 1.58-1(C)(3) TO THE APPORTIONMENT PLAN LISTED BELOW WITH  RESPECT
TO THE TAXABLE YEAR OF EACH CORPORATION WHICH INCLUDES DECEMBER 31, 1997.


| EMPLOYER ID NO. | $18,000 ALLOCATION | AMT ALLOCATIONS $40,000 | $150,000 |
|-----------------|--------------------|-------------------------|----------|
| 74-1806502      | 18,000.            | 15,744.                 | 150,000. |
| 74-0658212      | NONE               | NONE                    | NONE     |
| 74-1390103      | NONE               | NONE                    | NONE     |
| 74-2648575      | NONE               | NONE                    | NONE     |
| 66-0457919      | NONE               | 24,256.                 | NONE     |


| EMPLOYER ID NO. | NAME, ADDRESS AND TAX YEAR END | SIGNATURE & TITLE OF OFFICER |
|-----------------|--------------------------------|------------------------------|
| 74-1806502      | COHYCO, INC.                   |                              |
|                 | P.O. BOX 751                   |                              |
|                 | HARLINGEN, TX 78550            |                              |
|                 | TAX YEAR END    09/30/98       | --------------------- |
|                 |                                | --------------------- |

CONTINUED ON NEXT PAGE

STATEMENT 65

COHYCO, INC. AND SUBSIDIAh.⌐S                          74-1806502

## CONTROLLED GROUP ELECTION STATEMENT

=================================================================

| EMPLOYER (CONT'D) ID NO. | NAME, ADDRESS AND TAX YEAR END | SIGNATURE & TITLE OF OFFICER |
|---|---|---|
| 74-0658212 | HYGEIA DAIRY CO. P.O. BOX 751 HARLINGEN, TEXAS, 78550 TAX YEAR END    09/30/98 | ---------------------- ---------------------- |
| 74-1390103 | CARANCAHUA INVESTMENTS, INC. P.O. BOX 4897 CORPUS CHRISTI, TEXAS,  78408 TAX YEAR END    09/30/98 | ---------------------- ---------------------- |
| 74-2648575 | C & H INDUSTRIES, INC. P.O. BOX 751 HARLINGEN, TX,  78550 TAX YEAR END    09/30/98 | ---------------------- ---------------------- |
| 66-0457919 | HYGEIA INTERNATIONAL SALES COMPANY, INC. P.O. BOX  751 HARLINGEN, TX   78550 TAX YEAR END    09/30/98 | ---------------------- ---------------------- |

103550

A25395   3914   06/10/99   12:18:14   V7.08 74 1806502

ND SUBSCI____                                                    74-1806502

AREHOL____                              NO.              OWNERSHIP
                                       SHARES           PERCENTAGE


r                                       1,000             0.03%
r, Sr.                                      0             0.00%
                                            0             0.00%
os, Jr.                                   644             0.02%
                                        8,466             0.21%
                                       14,902             0.37%
Ind Exec of ____                            0             0.00%
r Braman

                                        3,000             0.08%
                                          300             0.01%
                                          607             0.02%
                                          681             0.02%
                                          400             0.01%
Jr.                                    10,000             0.25%
                                        1,000             0.03%
                                        2,900             0.07%
                                        4,028             0.10%
                                          120             0.00%
hem                                       326             0.01%
                                          489             0.01%
                                        1,675             0.04%
. Sh. Tr.                                   0             0.00%
                                        2,000             0.05%
                                      555,322            13.96%
                                            0             0.00%
p.                                          0             0.00%
                                            0             0.00%
                                       36,200             0.91%
                                            0             0.00%
. Ltd                                   7,144             0.18%
                                        6,900             0.17%
                                           48             0.00%
                                           48             0.00%
                                            0             0.00%
                                        1,700             0.04%
                                          200             0.00%
                                          244             0.00%
Co.                                     5,563             0.14%
pl of ____                                  0             0.00%
i-A                                   116,287             2.92%
i                                           0             0.00%
                                       14,667             0.37%
r. #1                                 171,255             4.31%
                                           58             0.00%
Tr. #                                 123,917             3.12%
                                           78             0.00%

103551

COHYCO, INC. AND SUBSIDIARIES                           74-1806502

1120 PAGE 4 DETAIL
====================================================================

SCH. M-1, LINE 4 - TAXABLE INCOME NOT RECORDED ON BOOKS
====================================================================

HYGEIA DAIRY CO.
-----------------------------------------------

| | |
|---|---:|
| IRC SEC. 263A ADJUSTMENT | 22,195. |
| GAIN ON RETIREMENT OF EQUIPMENT | -8,180. |
| FUELS TAX CREDIT | 17,750. |
| INSTALLMENT SALE INCOME | 12,982. |
| | ---------------- |
| SUBTOTAL | 44,747. |
| | ---------------- |
| TOTAL SCH. M-1, LINE 4 - TAXABLE INCOME NOT RECORDED ON BOOKS | 44,747. |
| | ================ |

SCH. M-1, LINE 5 - EXPENSES ON BOOKS NOT DEDUCTED ON RETURN
====================================================================

HYGEIA DAIRY CO.
-----------------------------------------------

| | |
|---|---:|
| BAD DEBTS | 96,574. |
| MAJOR MEDICAL ACCRUAL | 44,079. |
| ACCRUED VACATION | 19,767. |
| CSV LIFE INSURANCE | 44,168. |
| NONDEDUCTIBLE CLUB DUES | 5,234. |
| FINES & PENALTIES | 3,543. |
| MISC ADJUSTMENT | 4,924. |
| | ---------------- |
| SUBTOTAL | 218,289. |
| | ---------------- |

CARANCAHUA INVESTMENTS, INC.
-----------------------------------------------

| | |
|---|---:|
| NON-DEDUCTIBLE ADJUSTMENT TO LAND HELD FOR SALE | 177,552. |
| | ---------------- |
| SUBTOTAL | 177,552. |
| | ---------------- |
| TOTAL SCH. M-1, LINE 5 - EXPENSES ON BOOKS NOT DEDUCTED ON RETURN | 395,841. |
| | ================ |

COHYCO, INC. AND SUBSIDIARI ,                          74-1806502

## 1120 PAGE 4 DETAIL
================================================================================

## SCH. M-1, LINE 7 - INCOME ON BOOKS NOT INCLUDED ON RETURN
================================================================

C & H INDUSTRIES, INC.
------------------------------------------------

```
   GAIN/LOSS ON DISPOSITION OF ASSETS                      1,071.
                                                   ----------------
      SUBTOTAL                                            1,071.
                                                   ----------------


      TOTAL SCH. M-1, LINE 7 - INCOME ON BOOKS
      NOT INCLUDED ON RETURN                              1,071.
                                                   ================
```

## SCH. M-1, LINE 8 - DEDUCTIONS ON RETURN NOT CHARGED AGAINST BOOK
========================================================================

HYGEIA DAIRY CO.
------------------------------------------------

```
   WORKER'S COMPENSATION                                 193,737.
   INVENTORY CONTRIBUTION                                  4,550.
   OBSOLETE INVENTORY ADJUSTMENT                         109,720.
                                                   ----------------
      SUBTOTAL                                           308,007.
                                                   ----------------
```

CARANCAHUA INVESTMENTS, INC.
------------------------------------------------

```
   TEXAS FRANCHISE TAX                                    45,846.
                                                   ----------------
      SUBTOTAL                                            45,846.
                                                   ----------------

      TOTAL SCH. M-1, LINE 8 - DEDUCTIONS ON
      RETURN NOT CHARGED AGAINST BOOK                    353,853.
                                                   ================
```

74-1806502

|  | COMBINED | COHYCO INC. AND SUBS - ELIMINATIONS | ADJUSTMENTS | COHYCO, INC. AND SUBSIDIARIES |
|---|---|---|---|---|
| Consolidated Schedules | | | | |
| Form 4136 | | | | |
| 1 Gasoline | | | | |
| 2 Gasohol | | | | |
| 3 Undyed Diesel Fuel | 17,750. | | | 17,750. |
| 4 Special Fuels | | | | |
| 5 Aviaion Gasoline | | | | |
| 6 Avaition Fuel | | | | |
| 7 Gasohol Blenders | | | | |
| 8 Diesel in train and bus | | | | |
| 9 Total Income Tax Cr. Claimed | 17,750. | | | 17,750. |

STATEMENT

03 1 000  A25395      3914      06/10/99      12:18:14      V7.08      74-1806502

103555

CO....), I... AN_ _UBSI_..RIES

~~-18~~~2

Consolidated Schedules
Schedule D

| | COMBINED | COHYCO INC. AND SUBS - ELIMINATIONS | ADJUSTMENTS | COHYCO, INC. AND SUBSIDIARIES |
|---|---|---|---|---|
| **Short-Term Capital Gains and Losses** | | | | |
| Short-Term capital gain or (loss) | | | | |
| Gain from installment sales | 12,982. | | | 12,982. |
| Gain or (loss) from Form 8824 | | | | |
| Unused capital loss carryover | | | | |
| Net Short-Term Gains and Losses | 12,982. | | | 12,982. |
| | | | | |
| **Long-Term Capital Gains and Losses** | | | | |
| Long-Term capital gain or (loss) | 100,861. | | -87. | 100,774. |
| Form 4797 Part I gain | | | | |
| Gain from installment sales | | | | |
| Gain or (loss) from Form 8824 | | | | |
| Net Long-Term Gains and Losses | 100,861. | | -87. | 100,774. |
| | | | | |
| **Part III - Summary** | | | | |
| Short-term gain over long-term loss | 12,982. | | | 12,982. |
| Long-term gain over short-term loss | 100,861. | | -87. | 100,774. |
| Net capital gain | 113,843. | | -87. | 113,756. |

103557

JSA
7C4053 1.000

-18

| AN JBSI | RIE COHYCO, INC. | HYGEIA DAIRY CO. | CARANCAHUA INVESTMENTS, INC. | C & H INDUSTRIES, INC. |
|---|---|---|---|---|
| chedules | 74-1806502 | 74-0658212 | 74-1390103 | 74-2648575 |
| pital Gains and Losses | | | | |
| pital gain or (loss) | | 12,982. | | |
| stallment sales | | | | |
| from Form 8824 | | 12,982 | | |
| cial loss carryover | | | | |
| erm Gains and Losses | | | | |
| n Capital Gains and Losses | | | 100,661. | 200. |
| rm capital gain or (loss) | | | | |
| 797 Part I gain | | | 100,661. | 200. |
| m installment sales | | | | |
| (loss) from Form 8824 | | | | |
| ong-Term Gains and Losses | | | | |
| III - Summary | | 12,982. | 100,661. | 200. |
| hort-term gain over long-term loss | | 12,982. | 100,661. | 200. |
| ng-term gain over short-term loss | | | | |
| et capital gain | | | | |

X7.08     74-1806502

103558

74-18-..32

## Consolidated Schedules - Form 4562

### Consolidated 4562 Summary

| | COMBINED | COHYCO INC. AND SUBS - ELIMINATIONS | ADJUSTMENTS | COHYCO INC. AND SUBSIDIARIES |
|---|---|---|---|---|
| **Part I - Section 179 Expense** | | | | |
| 2 Sec 179 property placed in service in current year | | | | |
| 6 Nonlisted property | | | | |
| 7 Listed property | | | | |
| 8 Total elected cost | | | | |
| 9 Tentative deduction | | | | |
| 10 Carryover of disallowed from 1996 | | | | |
| 12 Sec 179 expense deduction | | | | |
| 13 Carryover of disallowed deduction to 1998. | | | | |
| **Part II - MACRS** | | | | |
| 15 General Depreciation System | | | | |
| A  3-year property | | | | |
| B  5-year property | 301,091. | | | 301,091. |
| C  7-year property | 25,423. | | | 25,423. |
| D  10-year property | | | | |
| E  15-year property | | | | |
| F  20-year property | | | | |
| G  25-year property | | | | |
| H  27.5-year residential real | | | | |
| I  39-year nonresidential real | 4,889. | | | 4,889. |
| 16 Alternative Depreciation System | | | | |
| A  Class life | | | | |
| B  12-year | | | | |
| C  40-year | | | | |
| **Part III - Other Depreciation** | | | | |
| 17 GDS and ADS - prior years | 858,659. | | | 858,659. |
| 18 Property subject to 168(f)(1) | | | | |
| 19 ACRS and other depreciation | | | | |
| **Part IV - Summary** | | | | |
| 20 Listed property | | | | |
| 21 Total depreciation | 1,190,062. | | | 1,190,062. |
| 10 Amortization - current year | | | | |
| 11 Amortization - prior year | | | | |
| 2 Total amortization | | | | |

06/10/99     12:18:14     V7.08     74-1806502

103559

| | COHYCO, INC. | HYGEIA DAIRY CO | CARANCAHUA INVESTMENTS, INC. | C & H INDUSTRIES, INC |
|---|---|---|---|---|
| | 74-1806502 | 74-0650212 | 74-1390103 | 74-2648575 |
| **Consolidated Schedules - Form 4562** | | | | |
| **Consolidated 4562 Summary** | | | | |
| **Part I - Section 179 Expense** | | | | |
| 2  Sec 179 property placed in service in current year | | | | |
| 6  Nonlisted property | | | | |
| 7  Listed property | | | | |
| 8  Total elected cost | | | | |
| 9  Tentative deduction | | | | |
| 10  Carryover of disallowed deduction from 1996 | | | | |
| 12  Sec 179 expense deduction | | | | |
| 13  Carryover of disallowed deduction to 1998 | | | | |
| **Part II - MACRS** | | | | |
| 15  General Depreciation System | | | | |
| A  3-year property | | | | |
| B  5-year property | | 301,091. | | |
| C  7-year property | | 25,423. | | |
| D  10-year property | | | | |
| E  15-year property | | | | |
| F  20-year property | | | | |
| G  25-year property | | | | |
| H  27.5-year residential real | | 4,889. | | |
| I  39-year nonresidential real | | | | |
| 16  Alternative Depreciation System | | | | |
| A  Class life | | | | |
| B  12-year | | | | |
| C  40-year | | | | |
| **Part III - Other Depreciation** | | | | |
| 17  GDS and ADS - prior years | | 782,685. | 68,904. | 7,070. |
| 18  Property subject to 168(f)(1) | | | | |
| 19  ACRS and other depreciation | | | | |
| **Part IV - Summary** | | | | |
| 20  Listed property | | | | |
| 21  Total depreciation | | 1,114,088. | 68,904. | 7,070. |
| 40  Amortization - current year | | | | |
| 41  Amortization - prior year | | | | |
| 42  Total amortization | | | | |

103560

29073 1.000   A25395    3914    06/10/99    12:18:14    V7.08    74-1806502

STATEMENT    39

Case 1:02-cv-00040   Document 57   Filed in TXSD on 04/19/2001   Page 113 of 212

74-1800002

Consolidated Schedules

1626-AMT

| | COMBINED | COHYCO INC. AND SUBS - ELIMINATIONS | ADJUSTMENTS | COHYCO, INC. AND SUBSIDIARIES |
|---|---|---|---|---|
| 1 Taxable income before NOL | -2,308,381. | NONE | 31,849. | -2,276,532. |
| Adjustments and Preferences | | | | |
| 2 a Depr. of post 1986 property | 194,146. | | | 194,146. |
| b Amount of pollution control facilities | | | | |
| c Amount of exploration and dev cost | | | | |
| d Amount of circulation expenses | | | | |
| e Adjusted gain or loss | -306,973. | | | -306,973. |
| f Long-term contracts | | | | |
| g Installment sales | | | | |
| h Merchant marine funds | | | | |
| i Section 833(b) deduction | | | | |
| j Tax shelter farm activities | | | | |
| k Passive activities | | | | |
| l Loss limitations | | | | |
| m Depletion | | | | |
| n Tax exempt interest | | | | |
| o Charitable contributions | | NONE | NONE | |
| p Intangible drilling costs | | | | |
| q Accel depr of real property | | | | |
| r Accel depr of leased property | | | | |
| s Other adjustments | -112,827. | | | -112,827. |
| t Total adjustments and preferences | -2,421,208. | NONE | 31,849. | -2,389,359. |
| Pre-adjustment AMTI | | | | |
| Adjusted current earnings adj | | | | |
| a ACE from line 10 of worksheet | -2,277,049. | NONE | 31,849. | -2,245,200. |
| b Line 4a less line 3 | 144,159. | NONE | | 144,159. |
| c Line 4b multiplied by 75% | 121,796. | NONE | -13,677. | 108,119. |
| d Total increases over reductions | 382,350. | NONE | -2. | 382,348. |
| e ACE adjustment | 108,120. | NONE | -1. | 108,119. |
| Sum of lines 3 and 4e | -2,313,088. | NONE | 31,848. | -2,281,240. |
| AMT NOL deduction | | | | |
| Alternative minimum taxable inc | -2,313,088. | | 31,848. | -2,281,240. |

CC..., .... AN_ _JBSI_...RIE_

_,-18∪∪∪2

| Consolidated Schedules | COHYCO, INC. | HYGEIA DAIRY CO | CARANICAHUA INVESTMENTS, INC. | C & H INDUSTRIES, INC |
|---|---|---|---|---|
| | 74-1806502 | 74-0658212 | 74-1390103 | 74-2848575 |
| **4626-AMT** | | | | |
| 1 Taxable income before NOL | -102,248. | -2,665,174. | 691,767. | -232,728. |
| 2 Adjustments and Preferences | | | | |
| a Depr. of post 1986 property | | 204,704. | -11,384. | 826. |
| b Amount of pollution control facilities | | | | |
| c Amount of exploration and dev cost | | | | |
| d Amount of circulation expenses | | | | |
| e Adjusted gain or loss | | -305,422. | | -1,551. |
| f Long-term contracts | | | | |
| g Installment sales | | | | |
| h Merchant marine funds | | | | |
| i Section 833(b) deduction | | | | |
| j Tax shelter farm activities | | | | |
| k Passive activities | | | | |
| l Loss limitations | | | | |
| m Depletion | | | | |
| n Tax exempt interest | | | | |
| o Charitable contributions | | | | |
| p Intangible drilling costs | | | | |
| q Accel depr of real property | | | | |
| r Accel depr of leased property | | | | |
| s Other adjustments | | -100,718. | -11,384. | -725. |
| t Total adjustments and preferences | -102,248. | -2,765,892. | 680,383. | -233,451. |
| 3 Pre-adjustment AMTI | | | | |
| Adjusted current earnings adj | | | | |
| 1 a ACE from line 10 of worksheet | -102,248. | -2,612,615. | 671,904. | -234,090. |
| b Line 4a less line 3 | | 153,277. | -8,479. | -639. |
| c Line 4b multiplied by 75% | | 114,958. | 6,359. | 479. |
| d Total increases over reductions | | 46,149. | 313,421. | 2,780. |
| e ACE adjustment | -102,248. | 114,958. | -6,359. | -479. |
| 5 Sum of lines 3 and 4e | -102,248. | -2,650,934. | 674,024. | -233,930. |
| 6 AMT NOL deduction | | | | |
| 7 Alternative minimum taxable inc | -102,248. | -2,650,934. | 674,024. | -233,930. |

103562

## Consolidated Schedules
### 626 - Basis Adjustment

| | COMBINED | COHYCO INC. AND SUBS - ELIMINATIONS | ADJUSTMENTS | COHYCO, INC. AND SUBSIDIARIES |
|---|---|---|---|---|
| **Regular** | | | | |
| Section 1231 Gain | 100,661. | | -87. | 100,574. |
| Ordinary Gain | 1,311. | | | 1,311. |
| Part III Gain | 75,809. | | | 75,809. |
| Casualty | | | | |
| Total Regular Gain | 177,781. | | | 177,781. |
| **Alternative Minimum Tax** | | | | |
| Section 1231 Gain | 100,661. | | -100,661. | |
| Ordinary Gain | 503. | | | 503. |
| Part III Gain | 8,444. | | | 8,444. |
| Casualty | | | | |
| Total Alternative Minimum Tax Gain | 109,608. | | | 109,608. |
| Total AMT less Regular Gain | -68,173. | | | -68,173. |
| **Regular** | | | | |
| Section 1231 Loss | 87. | | -87. | |
| Ordinary Loss | | | | |
| Casualty | | | | |
| Total Regular Loss | 87. | | | 87. |
| **Alternative Minimum Tax** | | | | |
| Section 1231 Loss | 238,887. | | -100,661. | 138,226. |
| Ordinary Loss | | | | |
| Casualty | | | | |
| Total Alternative Minimum Tax Loss | 238,887. | | | 238,887. |
| Total Regular less AMT loss | -238,800. | | | -238,800. |
| Total Basis Adjustment | -306,973. | | | -306,973. |

CC   ), .   AN_  .JBSI_...RIE_

.-18-...J2

| | COHYCO, INC. | HYGEIA DAIRY CO | CARANCAHUA INVESTMENTS, INC. | C & H INDUSTRIES, INC |
|---|---|---|---|---|
| | 74-1805502 | 74-0658212 | 74-1390103 | 74-2648575 |
| **Consolidated Schedules** | | | | |
| **1626 - Basis Adjustment** | | | | |
| **Regular** | | | | |
| Section 1231 Gain | | | 100,661. | |
| Ordenary Gain | | 1,311. | | |
| Part III Gain | | 70,680. | | 5,129. |
| Casualty | | | | |
| Total Regular Gain | | 71,991. | 100,661. | 5,129. |
| **Alternative Minimum Tax** | | | | |
| Section 1231 Gain | | | 100,661. | |
| Ordenary Gain | | 503. | | |
| Part III Gain | | 4,866. | | 3,578. |
| Casualty | | | | |
| Total Alternative Minimum Tax Gain | | 5,369. | 100,661. | 3,578. |
| Total AMT less Regular Gain | | -66,622. | | -1,551. |
| **Regular** | | | | |
| Section 1231 Loss | | 87. | | |
| Ordenary Loss | | | | |
| Casualty | | | | |
| Total Regular Loss | | 87. | | |
| **Alternative Minimum Tax** | | | | |
| Section 1231 Loss | | 238,887. | | |
| Ordenary Loss | | | | |
| Casualty | | | | |
| Total Alternative Minimum Tax Loss | | 238,887. | | |
| Total Regular less AMT loss | | -238,800. | | |
| Total Basis Adjustment | | -305,422. | | -1,551. |

03564

C9117 1 000   JSA   3914   06/10/99   12:18:14   V7.08
A25395

74-1806502

74-1805502

S--8--EN--

COHYCO, INC. AND SUBSIDIARIES                                    74-1806502

FORM 4626 DETAIL
==================================================================================

LINE 20 - CHARITABLE CONTRIBUTIONS
----------------------------------

ALTERNATIVE MINIMUM TAXABLE INCOME                              -2,281,240.

AMT NOL DEDUCTION

TAXABLE INCOME WITHOUT REGARD TO CONTRIBUTIONS DEDUCTION
NOL CARRYBACKS, AND NET CAPITAL LOSS CARRYBACKS

CONTRIBUTIONS DEDUCTION AS LIMITED                                     NONE


### CONTRIBUTIONS CARRYOVER

| YEAR ENDING | AMOUNT GENERATED | AMOUNT UTILIZED | CONVERTED TO NOL CARRYOVER | CARRYOVER NOT UTILIZED |
|---|---|---|---|---|
| 09/30/93 | NONE | | | NONE |
| 09/30/94 | NONE | NONE | | |
| 09/30/95 | NONE | NONE | | |
| 09/30/96 | 82,802. | | | 82,802. |
| 09/30/97 | 26,485. | | | 26,485. |
| 09/30/98 | 31,849. | | | 31,849. |
| TOTAL | 141,136. | NONE | | 141,136. |


EXPIRED AMT CARRYOVER:                                                 NONE
                                                          ---------------
AMT TOTAL CARRIED FORWARD TO 1998:                                141,136.
                                                          ===============


REGULAR CONTRIBUTIONS                                                  NONE
AMT CONTRIBUTIONS                                                      NONE
                                                          ---------------
CONTRIBUTION ADJUSTMENT                                                NONE
                                                          ===============

...CO, ...C, ... SUB...IAR...

,4-1...502

## FORM 4626 DETAIL

### LINE 4 - ACE ADJUSTMENT

|                                          | 1990                       | 1991                       | 1992                       |
| ---------------------------------------- | -------------------------- | -------------------------- | -------------------------- |
|                                          | ----                       | ----                       | ----                       |
| ACE ...............                      | 3,758,553.                 | 1,826,372.                 | 1,398,876.                 |
| AMTI ..............                      | 3,094,579.                 | 1,530,754.                 | 1,167,175.                 |
| ACE OVER AMTI .......                    | 663,974.                   | 295,618.                   | 231,701.                   |
| AMTI OVER ACE .......                    |                            |                            |                            |
| 75% ACE PREFERENCE .                     | 497,981.                   | 221,714.                   | 173,776.                   |
| 75% ACE REDUCTION ..                     |                            |                            |                            |
| CARRYOVER CREATED ..                     | 497,981.                   | 221,714.                   | 173,776.                   |
| PRIOR YR CARRYOVER (REDUCTION ALLOWED) ..........  |               | 497,981.                   | 719,695.                   |
| CARRYOVER USED (REDUCTION CLAIMED) ............. |                |                            |                            |
| CARRYOVER REMAINING                      | 497,981.                   | 719,695.                   | 893,471.                   |

103566

PSLMX 2 000   625395      3914   06/10/99   12:18:14  V7.08   74-1806...

FORM 4626 DETAIL

LINE 4 - ACE ADJUSTMENT

| | 1993 | 1994 | 1995 | 1996 | 1997 |
|---|---|---|---|---|---|
| ACE ............... | -1,208,227. | 6,312,660. | -1,623,551. | -516,545. | -2,245,200. |
| AMTI .............. | -1,343,238. | 6,977,682. | -1,568,774. | -393,171. | -2,389,359. |
| ACE OVER AMTI ..... | 135,011. | -665,022. | -54,777. | -123,374. | 144,159. |
| AMTI OVER ACE ..... | | | | | |
| 75% ACE PREFERENCE . | 101,258. | -498,767. | -41,083. | -92,531. | 108,119. |
| 75% ACE REDUCTION .. | | | | | |
| CARRYOVER CREATED .. | 101,258. | | | | 108,119. |
| PRIOR YR CARRYOVER (REDUCTION ALLOWED) ...... | 893,471. | 994,729. | 495,962. | 454,879. | 362,348. |
| CARRYOVER USED (REDUCTION CLAIMED) ...... | | -498,767. | -41,083. | -92,531. | |
| CARRYOVER REMAINING | 994,729. | 495,962. | 454,879. | 362,348. | 470,467. |

103567

NX 2 00Q
A25395   3914   06/10/99   12:18:14  V7.08   74-1806502

COHYCO, INC. AND SUBSIDIAR.\_S                    74-1806502

FORM 4626 DETAIL
===============================================================

LINE 6 - NON-SRLY AMT NOL CARRYOVER
-----------------------------------

| YEAR ENDING | AMOUNT GENERATED | AMOUNT UTILIZED | CONVERTED CONTRIBUTIONS | CARRYOVER |
|-------------|------------------|-----------------|-------------------------|-----------|
| 09/30/83 | | | | |
| 09/30/84 | | | | |
| 09/30/85 | | | | |
| 09/30/86 | | | | |
| 09/30/87 | | | | |
| 09/30/88 | | | | |
| 09/30/89 | | | | |
| 09/30/90 | | | | |
| 09/30/91 | | | | |
| 09/30/92 | | | | |
| 09/30/93 | | | | |
| 09/30/94 | | | | |
| 09/30/95 | | | | |
| 09/30/96 | | | | |
| 09/30/97 | | | | |
| 09/30/98 | 2,281,240. | | | 2,281,240. |
| TOTAL | 2,281,240. | | | 2,281,240. |

EXPIRED CARRYOVER:

TOTAL CARRIED FORWARD TO 1998:     2,281,240.

.-18..J2

onsolidated Schedules

626 - ACE Worksheet

| | COMBINED | CONYCO INC. AND SUBS - ELIMINATIONS | ADJUSTMENTS | CONYCO, INC. AND SUBSIDIARIES |
|---|---|---|---|---|
| 1  Pre-adjustment AMTI | -2,421,208. | NONE | 31,849. | -2,389,359. |
|    ACE depreciation adjustment | | | | |
| 2 a  AMT depreciation expense | 995,236. | | | 995,236. |
| b  ACE depreciation expense: | | | | |
|    (1) Post-1994 property | | | | |
|    (2) Post-1990 property | 6,505. | | | 6,505. |
|    (3) Pre-1991 MACRS | | | | |
|    (4) Pre-1991 ACRS | | | | |
|    (5) Sec. 168(f)(1)(4) | | | | |
|    (6) Other property | 88,087. | | | 88,087. |
|    (7) Total ACE depreciation exp | 1,119,132. | | | 1,119,132. |
| c  ACE depreciation adjustment | -123,896. | | | -123,896. |
|    Items included in E&P | | | | |
| 3 a  Tax exempt interest income | | | | |
| b  Death benefits from life insurance | | | | |
| c  Other life insurance distributions | | | | |
| d  Inside buildup of undist. income | | | | |
| e  Other items | | | | |
| f  Total increase due to E&P items | | | | |
|    Items not deductible in E&P | | | | |
| 3 a  Certain dividends received | | | | |
| b  Public utility dividends | | | | |
| c  Dividends paid to an ESOP | | | | |
| d  Nonpatronage dividends | | | | |
| e  Other items | | | | |
| f  Total due to disallowed E&P items | | | | |
|    Other E&P adjustments | | | | |
| i a  Intangible drilling costs | | | | |
| b  Circulation expenditures | | | | |
| c  Organizational expenditures | | | | |
| d  LIFO inventory adjustments | | | | |
| e  Installment sales | | | | |
| f  Total other E&P adjustments | | | | |
|    Less disallowance on debts pools | | | | |
|    Acquisition expenses | | | | |
|    Depletion | | | | |
|    Basis adj. from sale of property | 268,055. | | | 268,055. |
|    Adjusted current earnings | -2,277,049. | NONE | 31,849. | -2,245,200. |

A25395   3914   06/10/99   12:18:14   V7.08   74-1806502

103569

b116  t00b

Case 1:02-cv-00040   Document 57   Filed in TXSD on 04/19/2001   Page 123 of 212

IBSI   RIE.

| Consolidated Schedules | CONYCO, INC. | HYGEIA DAIRY CO | CARANCAHUA INVESTMENTS, INC. | C & H INDUSTRIES, INC |
|---|---|---|---|---|
| | 74-1806502 | 74-0658212 | 74-1390103 | 74-2648575 |
| **5626 - ACE Worksheet** | | | | |
| 1  Pre-adjustment AMTI | -102,248. | -2,765,892. | 680,383. | -233,451. |
| ACE depreciation adjustment | | | | 6,244. |
| 2 a  AMT depreciation expense | | 909,384. | 79,608. | |
| b  ACE depreciation expense: | | | | |
| (1) Post-1994 property | | | | 6,505. |
| (2) Post-1990 property | | | | |
| (3) Pre-1991 MACRS | | | | |
| (4) Pre-1991 ACRS | | | | |
| (5) Sec. 168(f)(1)(4) | | | | |
| (6) Other property | | | 88,087. | |
| (7) Total ACE depreciation exp. | | 1,024,540. | 88,087. | 6,505. |
| c  ACE depreciation adjustment | | -115,156. | -8,479. | -261. |
| Items included in E&P | | | | |
| 3 a  Tax exempt interest income | | | | |
| b  Death benefits from life insurance | | | | |
| c  Other life insurance distributions | | | | |
| d  Inside buildup of undist income | | | | |
| e  Other items | | | | |
| f  Total increase due to E&P items | | | | |
| Items not deductible in E&P | | | | |
| 4 a  Certain dividends received | | | | |
| b  Public utility dividends | | | | |
| c  Dividends paid to an ESOP | | | | |
| d  Nonpatronage dividends | | | | |
| e  Other items | | | | |
| f  Total due to disallowed E&P items | | | | |
| Other E&P adjustments | | | | |
| 5 a  Intangible drilling costs | | | | |
| b  Circulation expenditures | | | | |
| c  Organizational expenditures | | | | |
| d  LIFO inventory adjustments | | | | |
| e  Installment sales | | | | |
| f  Total other E&P adjustments | | | | |
| Less disallowance on debts pools | | | | |
| Acquisition expenses | | | | |
| Depletion | | | | |
| Basis adj. from sale of property | | 268,433. | | -378. |
| Adjusted current earnings | -102,248. | -2,612,815. | 671,904. | -234,090. |

| A25395 | 3914 | 06/10/99 | 12:18:14 | V7.08 | 74-1806502 |
|---|---|---|---|---|---|

116 1 000  103570

.-18---02

|  | COMBINED | COHYCO INC. AND SUBS - ELIMINATIONS | ADJUSTMENTS | COHYCO, INC. AND SUBSIDIARIES |
|---|---|---|---|---|
| **onsolidated Schedules** | | | | |
| **CE Worksheet - Basis Adj** | | | | |
| **Alternative Minimum Tax** | | | | |
| ection 1231 Gain | 100,661. | 100,661. | -100,661. | |
| rdinary Gain | 503. | 503. | | 503. |
| art III Gain | 8,444. | 8,444. | | 8,444. |
| otal Alternative Minimum Tax Gain | 109,608. | 109,608. | | 109,608. |
| **Adjusted Current Earnings** | | | | |
| ection 1231 Gain | 100,661. | 100,661. | -506. | 100,155. |
| rdinary Gain | NONE | NONE | | NONE |
| art III Gain | 38,621. | 38,621. | | 38,621. |
| otal Adjusted Current Earnings Gain | 139,282. | 139,282. | | 139,282. |
| otal ACE less AMT Gain | 29,674. | 29,674. | | 29,674. |
| **Alternative Minimum Tax** | | | | |
| ection 1231 Loss | 238,887. | 238,887. | -100,661. | 138,226. |
| rdinary Loss | | | | |
| otal Alternative Minimum Tax Loss | 238,887. | 238,887. | | 238,887. |
| **Adjusted Current Earnings** | | | | |
| ection 1231 Loss | 506. | 506. | -506. | 506. |
| rdinary Loss | | | | |
| otal Adjusted Current Earnings Loss | 506. | 506. | | 506. |
| otal AMT less ACE Loss | 238,381. | 238,381. | | 238,381. |
| otal ACE Basis Adjustment | 268,055. | 268,055. | | 268,055. |

`PRI _  _:RIE_`                                                                      `,,-18___J2`

| Consolidated Schedules | COHYCO, INC. | HYGEIA DAIRY CO | CARANCAHUA INVESTMENTS, INC. | C & H INDUSTRIES, INC |
|---|---|---|---|---|
| ACE Worksheet - Basis Adj | 74-1806502 | 74-0658212 | 74-1390103 | 74-2648575 |
| **Alternative Minimum Tax** | | | | |
| Section 1231 Gain | | | 100,661. | |
| Ordinary Gain | | 503. | | |
| Part III Gain | | 4,866. | | 3,578. |
| Total Alternative Minimum Tax Gain | | 5,369. | 100,661. | 3,578. |
| **Adjusted Current Earnings** | | | | |
| Section 1231 Gain | | | 100,661. | |
| Ordinary Gain | | NONE | | |
| Part III Gain | | 35,421. | | 3,200. |
| Total Adjusted Current Earnings Gain | | 35,421. | 100,661. | 3,200. |
| Total ACE less AMT Gain | | 30,052. | | -378. |
| **Alternative Minimum Tax** | | | | |
| Section 1231 Loss | | 238,887. | | |
| Ordinary Loss | | | | |
| Total Alternative Minimum Tax Loss | | 238,887. | | |
| **Adjusted Current Earnings** | | | | |
| Section 1231 Loss | | 506. | | |
| Ordinary Loss | | | | |
| Total Adjusted Current Earnings Loss | | 506. | | |
| Total AMT less ACE Loss | | 238,381. | | |
| Total ACE Basis Adjustment | | 268,433. | | -378. |

9118 1 000  JSA
A25395   3914   06/10/99   12:18:14   V7.08   74-1806502

103572

74-1806502

**Consolidated Schedules**

**Form 4797**

| | COMBINED | COHYCO INC. AND SUBS - ELIMINATIONS | ADJUSTMENTS | COHYCO, INC. AND SUBSIDIARIES |
|---|---|---|---|---|
| **Column (g) Section 1231 Gains/Losses** | | | | |
| From Form 4797, line 2 | 100,574. | | | 100,574. |
| Gain from Form 4684, line 39 | | | | |
| Gain from Form 6252 | | | | |
| From Form 8824 | | | | |
| Gain from Form 4797, line 32 | 200. | | | 200. |
| Total Section 1231 gain (loss) | 100,774. | | | 100,774. |
| Nonrecaptured prior year losses | | | | |
| Net Section 1231 gain | | | | |
| **Column (h) Section 1231 28% Rate Gains/Losses** | | | | |
| From Form 4797, line 2 | | | | |
| Gain from Form 4684, line 39 | | | | |
| Gain from Form 6252 | | | | |
| From Form 8824 | | | | |
| Gain from Form 4797, line 32 | | | | |
| Total Section 1231 gain (loss) | | | | |
| Nonrecaptured prior year losses | | | | |
| Net Section 1231 gain | | | | |
| **Ordinary Gains and Losses** | | | | |
| From Form 4797, line 10 | 1,311. | | | 1,311. |
| Section 1231 loss | -87. | | 87. | |
| Section 1231 gain | | | | |
| Gain from Form 4797, line 31 | 75,609. | | | 75,609. |
| From Form 4684 | | | | |
| From Form 6252 | | | | |
| From Form 8824 | | | | |
| Recapture of Section 179 deduction | | | | |
| Net ordinary gain or (loss) | 76,833. | | 87. | 76,920. |

74-1806502

CC  ), ... AN. .JBS._ . .R I E_

**Consolidated Schedules**
**Form 4797**

| | CONYCO, INC. | HYGEIA DAIRY CO. | CARANCAHUA INVESTMENTS, INC. | C & H INDUSTRIES, INC. |
|---|---|---|---|---|
| | 74-1806502 | 74-0658212 | 74-1390103 | 74-2648575 |
| **Column (g) Section 1231 Gains/Losses** | | | | |
| From Form 4797, line 2 | | -87. | 100,661. | |
| Gain from Form 4684, line 39 | | | | |
| Gain from Form 6252 | | | | |
| From Form 8824 | | | | 200. |
| Gain from Form 4797, line 32 | | | | |
| Total Section 1231 gain (loss) | | -87. | 100,661. | 200. |
| Nonrecaptured prior year losses | | | | |
| Net Section 1231 gain | | | | |
| | | | | |
| **Column (h) Section 1231 28% Rate Gains/Losses** | | | | |
| From Form 4797, line 2 | | | | |
| Gain from Form 4684, line 39 | | | | |
| Gain from Form 6252 | | | | |
| From Form 8824 | | | | |
| Gain from Form 4797, line 32 | | | | |
| Total Section 1231 gain (loss) | | | | |
| Nonrecaptured prior year losses | | | | |
| Net Section 1231 gain | | | | |
| | | | | |
| **Ordinary Gains and Losses** | | | | |
| From Form 4797, line 10 | | 1,311. | | |
| Section 1231 loss | | -87. | | |
| Section 1231 gain | | 70,680. | | 4,929. |
| Gain from Form 4797, line 31 | | | | |
| From Form 4684 | | | | |
| From Form 6252 | | | | |
| From Form 8824 | | | | |
| Recapture of Section 179 deduction | | | | |
| Net ordinary gain or (loss) | | 71,904. | | 4,929. |

06/10/99   12:18:14   V7.08   74-1806502

A25395   3914

STATEMENT   53

JSA
7C0905 1 000

FORM 4797, PAGE 1 DETAIL PART I

HYGEIA DAIRY CO.

| (A) DESCRIPTION OF PROPERTY | (B) DATE ACQUIRED | (C) DATE SOLD | (D) GROSS SALES PRICE | (E) DEPREC. ALLOWED | (F) COST OR OTHER BASIS PLUS IMPROV AND SALE EXPENSE | (G) GAIN/LOSS | (H) 28% RATE |
|---|---|---|---|---|---|---|---|
| COMPUTER EQUIPMENT | VAR | 12/31/97 | NONE | 8,740. | 8,827. | -87. | |
| | | | | | | -87. | |

PART I 4797 GAINS AND LOSSES

103575

SPSLNX 2 000

CARANCAHUA INVESTMENTS, INC.

74-1390103

## FORM 4797, PAGE 1 DETAIL PART I

CARANCAHUA INVESTMENTS, INC.

| (A) DESCRIPTION OF PROPERTY | (B) DATE ACQUIRED | (C) DATE SOLD | (D) GROSS SALES PRICE | (E) DEPREC. ALLOWED | (F) COST OR OTHER BASIS PLUS IMPROV AND SALE EXPENSE | (G) GAIN/LOSS | (H) 28% RATE |
|---|---|---|---|---|---|---|---|
| LAND - VICTORIA | 01/01/95 | 10/15/97 | 45,000. | NONE | 40,000. | 5,000. | |
| LAND - PORTLAND | 01/01/95 | 10/15/97 | 293,284. | NONE | 200,227. | 93,057. | |
| LAND - EDINBURGH | 01/01/95 | 03/15/98 | 27,604. | NONE | 25,000. | 2,604. | |
| | | | | | | 100,661. | |

PART I 4797 GAINS AND LOSSES

103576

PSLNX 2 000

FORM 4797, PAGE 1 DETAIL PART II

HYGEIA DAIRY CO.

| (A) DESCRIPTION OF PROPERTY | (B) DATE ACQUIRED | (C) DATE SOLD | (D) GROSS SALES PRICE | (E) DEPREC. ALLOWED | (F) COST OR OTHER BASIS PLUS IMPROV AND SALE EXPENSE | (G) GAIN/LOSS |
|---|---|---|---|---|---|---|
| FURNITURE & FIXTURES | 07/15/97 | 01/30/98 | 6,809. | 1,311. | 6,809. | 1,311. |
| | | | | | | 1,311. |

PART II 4797 ORDINARY GAINS AND LOSSES

103577

SPSLNX 2 000

COHYCO, INC. AND SUBSIDIARIES                              74-1806502
HYGEIA DE MONTERREY, S.A. DE C.V.


FORM 5471, PAGE 2 DETAIL
===============================================================================


SCH C, LINE 15 - TAXES
----------------------
   PAYROLL TAXES                               301,839.            34,622.
                                           ---------------     ---------------
      TOTAL                                    301,839.            34,622.
                                           ===============     ===============

SCH C, LINE 16 - OTHER DEDUCTIONS
---------------------------------
   GENERAL & ADMINISTRATIVE                  2,768,763.           317,588.
   FOREIGN EXCHANGE TRANSACTION                  1,266.               145.
                                           ---------------     ---------------
      TOTAL                                   2,770,029.           317,733.
                                           ===============     ===============

COHYCO, INC. AND SUBSIDIARIES                          74-1806502
HYGEIA DE MONTERREY, S.A. DE C.V.

FORM 5471, PAGE 3 DETAIL
========================================================================

|                                          | BEGINNING | ENDING   |
|------------------------------------------|-----------|----------|
| SCH F, LINE 4 - OTHER CURRENT ASSETS     |           |          |
| OTHER CURRENT ASSETS                     | 175,471.  | 178,958. |
| TOTALS                                   | 175,471.  | 178,958. |
|                                          |           |          |
| SCH F, LINE 17 - OTHER LIABILITIES       |           |          |
| OTHER LIABILITIES                        | 2,668.    | 2,572.   |
| TOTALS                                   | 2,668.    | 2,572.   |

STATEMENT  59
103580

A25395   3914   06/10/99   12:18:14   V7 08 74-1806502

COHYCO, INC. AND SUBSIDIARIES                           74-1806502
HYGEIA DE CENTRO, S.A. DE C.V.


FORM 5471, PAGE 2 DETAIL
================================================================================


SCH C, LINE 15 - TAXES
----------------------
   PAYROLL TAXES                             113,399.           13,007.
                                           ---------------    ---------------
    TOTAL                                 113,399.           13,007.
                                           ===============    ===============

SCH C, LINE 16 - OTHER DEDUCTIONS
---------------------------------
   GENERAL & ADMINISTRATIVE                1,322,275.          151,670.
   FOREIGN EXCHANGE TRANSLATION                  860.               99.
                                           ---------------    ---------------
    TOTAL                               1,323,135.          151,769.
                                           ===============    ===============

COHYCO, INC. AND SUBSIDIAR 3                            74-1806502
HYGEIA DE CENTRO, S.A. DE C.V.

FORM 5471, PAGE 3 DETAIL
================================================================================

|                                         | BEGINNING | ENDING  |
| --------------------------------------- | --------- | ------- |
| SCH F, LINE 4 - OTHER CURRENT ASSETS    |           |         |
| OTHER CURRENT ASSETS                    |  44,141.  | 53,018. |
| TOTALS                                  |  44,141.  | 53,018. |
|                                         |           |         |
| SCH F, LINE 17 - OTHER LIABILITIES      |           |         |
| OTHER LIABILITIES                       |   3,281.  |  4,902. |
| TOTALS                                  |   3,281.  |  4,902. |

COHYCO, INC. AND SUBSIDIARIES                          74-1806502
HYGEIA DEL GOLFO S.A. DE C.V.


FORM 5471, PAGE 2 DETAIL
============================================================================

SCH C, LINE 15 - TAXES
----------------------
    PAYROLL TAXES                              189,951.              21,788.
                                               ----------------      ----------------
      TOTAL                                  189,951.              21,788.
                                               ================      ================

SCH C, LINE 16 - OTHER DEDUCTIONS
---------------------------------
    GENERAL & ADMINISTRATIVE                 2,553,495.             292,896.
    FOREIGN EXCHANGE TRANSLATION                 7,750.                 889.
                                               ----------------      ----------------
      TOTAL                                2,561,245.             293,785.
                                               ================      ================

A25395   3914   06/10/99   12:18:14   V7.08  74-1806502     103583

# Deloitte & Touche LLP

# *Hygeia Dairy Company and Subsidiaries*

*(A wholly-owned subsidiary of COHYCO, Inc.)*

Consolidated Financial Statements for the
Fiscal Years Ended September 30, 1997 and 1996
and Independent Auditors' Report

Deloitte Touche
Tohmatsu
International

103314



**Deloitte &
Touche LLP**

Suite 1100                          Telephone: (210) 224-1041
700 North St. Mary's                Facsimile: (210) 224-9456
San Antonio, Texas 78205-3589

## INDEPENDENT AUDITORS' REPORT

Board of Directors and Stockholder
Hygeia Dairy Company and Subsidiaries
Harlingen, Texas

We have audited the accompanying consolidated balance sheets of Hygeia Dairy Company and
Subsidiaries (the Company), a wholly-owned subsidiary of COHYCO, Inc., as of September 30, 1997
and 1996, and the related consolidated statements of operations, stockholder's deficiency and cash
flows for the years then ended. These financial statements are the responsibility of the Company's
management. Our responsibility is to express an opinion on these financial statements based on our
audits.

We conducted our audits in accordance with generally accepted auditing standards. Those standards
require that we plan and perform the audit to obtain reasonable assurance about whether the financial
statements are free of material misstatement. An audit includes examining, on a test basis, evidence
supporting the amounts and disclosures in the financial statements. An audit also includes assessing
the accounting principles used and significant estimates made by management, as well as evaluating
the overall financial statement presentation. We believe that our audits provide a reasonable basis for
our opinion.

In our opinion, such consolidated financial statements present fairly, in all material respects, the
financial position of Hygeia Dairy Company and Subsidiaries as of September 30, 1997 and 1996, and
the results of their operations and their cash flows for the years then ended in conformity with
generally accepted accounting principles.

Deloitte & Touche LLP

December 9, 1997

**Deloitte Touche
Tohmatsu
International**

103315

# HYGEIA DAIRY COMPANY AND SUBSIDIARIES

(A wholly-owned subsidiary of COHYCO, Inc.)

**CONSOLIDATED BALANCE SHEETS**
**SEPTEMBER 30, 1997 AND 1996**

| ASSETS | 1997 | 1996 |
|---|---:|---:|
| **CURRENT ASSETS:** | | |
| Cash | $ 193,456 | $ 290,310 |
| Short-term investments | 7,500 | 57,500 |
| Accounts receivable, less allowance for doubtful accounts of $342,200 and $362,300, respectively | 4,945,308 | 4,680,681 |
| Notes receivable | 21,873 | 23,450 |
| Inventories | 3,455,305 | 3,486,491 |
| Prepayments | 229,044 | 187,565 |
| Federal income tax receivable | 1,606 | - |
| Deferred income taxes | 285,000 | 305,000 |
| Total current assets | 9,139,092 | 9,030,997 |
| **PROPERTY AND EQUIPMENT:** | | |
| Land | 760,567 | 760,567 |
| Buildings | 6,688,262 | 6,661,105 |
| Equipment | 17,088,231 | 16,957,838 |
| | 24,537,060 | 24,379,510 |
| Less accumulated depreciation | (17,949,160) | (17,167,037) |
| Property and equipment, net | 6,587,900 | 7,212,473 |
| OTHER ASSETS | 738,081 | 700,512 |
| TOTAL | $ 16,465,073 | $ 16,943,982 |

## LIABILITIES AND STOCKHOLDER'S DEFICIENCY

| | 1997 | 1996 |
|---|---:|---:|
| **CURRENT LIABILITIES:** | | |
| Bank overdraft | $ 1,410,706 | $ 832,534 |
| Notes payable - revolving line of credit | 1,171,616 | - |
| Accounts payable and accrued expenses | 3,841,114 | 4,512,345 |
| Federal income tax payable | - | 3,912 |
| Current portion of long-term obligations | 27,033 | 724,880 |
| Total current liabilities | 6,450,469 | 6,073,671 |
| DUE TO AFFILIATED COMPANIES | 12,763,860 | 11,964,081 |
| LONG-TERM OBLIGATIONS | 61,849 | 167,902 |
| DEFERRED INCOME TAXES | 277,000 | 319,000 |
| COMMITMENTS AND CONTINGENCIES | | |
| **STOCKHOLDER'S DEFICIENCY:** | | |
| Common stock, $1 par value; 650,000 shares authorized, 506,318 shares issued and outstanding | 506,318 | 506,318 |
| Additional paid-in capital | 1,706,738 | 1,706,738 |
| Cumulative foreign currency translation adjustment | (14,907) | (14,907) |
| Accumulated deficit | (5,286,254) | (3,778,821) |
| Total stockholder's deficiency | (3,088,105) | (1,580,672) |
| TOTAL | $ 16,465,073 | $ 16,943,982 |

See notes to consolidated financial statements.

103316

# HYGEIA DAIRY COMPANY AND SUBSIDIARIES
(A wholly-owned subsidiary of COHYCO, Inc.)

## CONSOLIDATED STATEMENTS OF OPERATIONS
### YEARS ENDED SEPTEMBER 30, 1997 AND 1996

|  | 1997 | 1996 |
|---|---|---|
| REVENUES: | | |
| Net sales | $64,555,509 | $61,993,028 |
| Interest | 40,730 | 117,112 |
| Other | 192,248 | 699,073 |
|  | 64,788,487 | 62,809,213 |
| COST OF SALES | (49,586,868) | (48,118,432) |
| OPERATING AND ADMINISTRATIVE EXPENSES | (16,200,254) | (15,488,268) |
| INTEREST EXPENSE | (926,798) | (959,226) |
| LOSS BEFORE INCOME TAXES | (1,925,433) | (1,756,713) |
| INCOME TAX BENEFIT | 418,000 | 555,000 |
| NET LOSS | $ (1,507,433) | $ (1,201,713) |

See notes to consolidated financial statements.

- 3 -

103317

# HYGEIA DAIRY COMPANY AND SUBSIDIARIES

(A wholly-owned subsidiary of COHYCO, Inc.)

## CONSOLIDATED STATEMENTS OF STOCKHOLDER'S DEFICIENCY
## YEARS ENDED SEPTEMBER 30, 1997 AND 1996

| | Common Stock Shares | Common Stock Amount | Additional Paid-in Capital | Cumulative Foreign Currency Translation Adjustment | Accumulated Deficit | Total |
|---|---|---|---|---|---|---|
| Balance, October 1, 1995 | 506,318 | $ 506,318 | $ 1,706,738 | $ - | $ (2,556,855) | $ (343,799) |
| Dividends declared - $.04 per share | - | - | - | - | (20,253) | (20,253) |
| Foreign currency translation adjustment | - | - | - | (14,907) | - | (14,907) |
| Net loss | - | - | - | - | (1,201,713) | (1,201,713) |
| Balance, September 30, 1996 | 506,318 | 506,318 | 1,706,738 | (14,907) | (3,778,821) | (1,580,672) |
| Net loss | - | - | - | - | (1,507,433) | (1,507,433) |
| Balance, September 30, 1997 | 506,318 | $ 506,318 | $ 1,706,738 | $ (14,907) | $ (5,286,254) | $ (3,088,105) |

See notes to consolidated financial statements.

- 4 -

103318

# HYGEIA DAIRY COMPANY AND SUBSIDIARIES

(A wholly-owned subsidiary of COHYCO, Inc.)

## CONSOLIDATED STATEMENTS OF CASH FLOWS
## YEARS ENDED SEPTEMBER 30, 1997 AND 1996

|  | 1997 | 1996 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Net loss | $ (1,507,433) | $ (1,201,713) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization | 1,250,215 | 1,234,698 |
| Amortization of loan origination costs | 39,094 | - |
| Gain on sale of assets | (26,662) | (191,450) |
| Changes in assets and liabilities relating to operations: | | |
| Accounts receivable | (264,627) | (1,220,579) |
| Inventories | 31,186 | (481,142) |
| Prepayments and other assets | (69,052) | (97,582) |
| Deferred income taxes | (22,000) | 166,000 |
| Accounts payable and accrued expenses | (671,231) | (12,276) |
| Federal income tax receivable or payable | (5,518) | 3,912 |
| Net cash used in operating activities | (1,246,028) | (1,800,132) |
| | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | |
| Purchase of short-term investments | - | (1,357,500) |
| Redemptions of short-term investments | 50,000 | 3,300,000 |
| Property and equipment purchases | (682,747) | (1,114,537) |
| Cash received from officer's life insurance | 65,722 | - |
| Payments received on notes receivable | 16,290 | 32,962 |
| Proceeds from sales of property and equipment | 83,767 | 107,251 |
| Redemptions of security deposits | 133,226 | - |
| Net cash (used in) provided by investing activities | (333,742) | 968,176 |
| | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | |
| Borrowings under line of credit | 12,661,079 | 2,904,511 |
| Payments on line of credit | (11,489,463) | (3,154,511) |
| Principal payments on long-term obligations | (803,900) | (600,699) |
| Bank overdraft, net | 578,172 | 250,509 |
| Advances from parent, net | 799,779 | 1,463,181 |
| Loan origination costs | (262,751) | |
| Dividends paid | - | (20,253) |
| Net cash provided by financing activities | 1,482,916 | 842,738 |
| EFFECT OF EXCHANGE RATE CHANGES ON CASH | - | (37,280) |
| NET DECREASE IN CASH | (96,854) | (26,498) |
| CASH, beginning of year | 290,310 | 316,808 |
| CASH, end of year | $ 193,456 | $ 290,310 |

(Continued)

- 5 -

103319

# HYGEIA DAIRY COMPANY AND SUBSIDIARIES
(A wholly-owned subsidiary of COHYCO, Inc.)

## CONSOLIDATED STATEMENTS OF CASH FLOWS
## YEARS ENDED SEPTEMBER 30, 1997 AND 1996

### SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION:

|  | 1997 | 1996 |
|---|---|---|
| CASH PAID DURING THE YEAR FOR: |  |  |
| Income taxes | $           - | $     4,000 |
| Interest | 93,366 | 159,189 |
| CASH RECEIVED DURING THE YEAR FOR: |  |  |
| Income tax refund allocations from parent | $   531,000 | $2,045,000 |

### SUMMARY OF NON-CASH TRANSACTIONS:

During fiscal 1996, the Company exchanged accounts receivable for equipment and interests in Mexico distributors aggregating $774,000, sold a piece of land with a carrying value of $81,000 in exchange for a note receivable of $207,000, and entered into capital leases for equipment of $166,000.

See notes to consolidated financial statements.                                     (Concluded)

103320

# HYGEIA DAIRY COMPANY AND SUBSIDIARIES
(A wholly-owned subsidiary of COHYCO, Inc.)

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## YEARS ENDED SEPTEMBER 30, 1997 AND 1996

1.  **SIGNIFICANT ACCOUNTING POLICIES**

    *Nature of Operations* - Hygeia Dairy Company and subsidiaries (the Company) are engaged principally in the manufacture and distribution of milk and ice cream for sale to retail markets in the southwestern United States and, to a lesser extent, to retail markets in Mexico.

    *Principles of Consolidation* - The consolidated financial statements include the accounts of Hygeia Dairy Company and its wholly-owned subsidiaries, Hygeia de Mexico, C&H Industries, Inc. and Hygeia International, and its 98% owned subsidiaries Hygeia de Monterrey, Hygeia del Centro and Hygeia del Golfo. All material intercompany accounts and transactions have been eliminated in consolidation.

    *Cash and Short-Term Investments* - The Company considers amounts held on deposit at banks to be cash. Certificates of deposit with original maturities in excess of 90 days are classified as short-term investments on the Company's consolidated balance sheets.

    *Inventories* are stated at the lower of cost or market. The cost of inventories is determined using the first-in, first-out (FIFO) method.

    *Property and Equipment* are recorded at cost. Depreciation and amortization are computed using the straight-line method over the estimated useful lives of the related assets. The estimated useful lives by asset type are as follows:

    | | |
    |---|---|
    | Plant, buildings and improvements | 10-40 years |
    | Machinery and equipment | 4-10 years |
    | Vehicles | 5-10 years |

    *Income Taxes* - The Company's taxable income is included with that of other members of an affiliated group in a consolidated Federal income tax return. The Company pays to its parent or is paid by its parent, an allocated portion of the consolidated Federal income taxes or benefit approximating the amount that would have resulted from the Company filing a separate return. However, to the extent net operating losses generated by the Company are utilized by the consolidated group, the recognition of the benefit of net operating losses is not limited as it might be if net operating loss carryforwards existed on a separate return basis.

    Deferred tax assets and liabilities are recognized for future tax consequences attributable to differences between financial statement carrying amounts of existing assets and liabilities and their respective tax bases. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date.

103321

*Loan Origination Costs* - Loan origination costs consist of fees and costs incurred to find, negotiate and close the loan agreement with a lender. The costs are amortized to interest expense over the term of the agreement which expires in July 1999.

*Other Assets* - Other assets include an investment in Quality Chek'd Dairy Products Association (QC). Since the patronage earnings of QC vary from year to year and QC's interim operating results are not available to the Company, the Company recognizes these revenues upon receipt.

*Cumulative Foreign Currency Translation Adjustment* - During fiscal 1997, Mexico was considered a highly inflationary economy and therefore, the financial statements of the Company's Mexican subsidiaries have been remeasured into U.S. dollars using a combination of current and historical rates. Gains and losses from this remeasurement have been included in net income along with gains and losses resulting from foreign currency transactions and aggregated a loss of $96,000 during fiscal 1997.

Prior to fiscal 1997, monetary assets and liabilities denominated in a foreign currency were translated to U. S. dollars at the rate of exchange in effect at the balance sheet date, and items of income and expense were translated at average monthly rates. Gains and losses on the translation of the assets and liabilities of the Company's Mexican subsidiaries are accumulated in the *Cumulative Foreign Currency Translation Adjustment* as a separate component of stockholder's equity in the consolidated balance sheet. Gains and losses on foreign currency transactions were included in net income and aggregated a loss of $56,000 for fiscal 1996.

*Use of Estimates* - The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

*Reclassifications* - Certain reclassifications have been made to the fiscal 1996 consolidated financial statements to conform with the fiscal 1997 presentation.

2. **INVENTORIES**

Inventories consist of the following at September 30:

|  | 1997 | 1996 |
|---|---|---|
| Ingredients, packaging and supplies | $1,639,893 | $1,628,836 |
| Dairy and related products | 1,698,575 | 1,791,205 |
| Livestock | 116,837 | 66,450 |
|  | $3,455,305 | $3,486,491 |

103322

## 3. OTHER ASSETS

Other assets consist of the following at September 30:

|  | 1997 | 1996 |
|---|---|---|
| Notes receivable | $ 172,402 | $ 187,115 |
| Security deposits | 189,055 | 301,428 |
| Loan origination costs, net of amortization of $39,094 | 223,657 | - |
| Receivable from the Texas Water Commission | 90,562 | 96,987 |
| Other | 62,405 | 114,982 |
|  | $ 738,081 | $ 700,512 |

The Company incurred costs in connection with remediation work pursuant to the Texas Water Code related to underground gasoline storage tanks. Certain of the costs incurred by the Company are reimbursable from the Petroleum Storage Tank Remediation Fund (the "Fund") provided the Company files a claim with the Texas Water Commission and the costs are eligible for reimbursement pursuant to the Texas Water Code. The Fund has experienced cash flow deficiencies resulting in claims not being paid in a timely manner. Consequently, the Company classifies these amounts as noncurrent receivables. Management believes that all remaining receivable balances will be collected.

## 4. INCOME TAXES

The benefit from (provision for) income taxes is comprised of the following for the years ended September 30:

|  | 1997 | 1996 |
|---|---|---|
| Federal: |  |  |
| Current | $ 406,000 | $ 721,000 |
| Deferred | 22,000 | (166,000) |
| Foreign | (10,000) | - |
| Income tax benefit | $ 418,000 | $ 555,000 |

The Company's effective tax rates for the years ended September 30 vary from the statutory Federal income tax rate for the following reasons:

|  | 1997 | | 1996 | |
|---|---|---|---|---|
| Income tax benefit at statutory rate | $ 655,000 | 34.0 % | $ 597,000 | 34.0 % |
| Fuel tax credit | 16,000 | 0.8 % | 15,000 | 0.9 % |
| Meals and entertainment exclusion | (15,000) | (0.8)% | (13,000) | (0.7)% |
| Foreign sales corporation | 29,000 | 1.5 % | 19,000 | 1.1 % |
| Exclusion of foreign subsidiary loss | (224,000) | (11.6)% | (163,000) | (9.3)% |
| Other | (43,000) | (2.2)% | 100,000 | 5.6 % |
|  | $ 418,000 | 21.7 % | $ 555,000 | 31.6 % |

- 9 -

103323

Deferred income taxes are provided for differences between financial statement carrying amounts of existing assets and liabilities and their respective tax bases. Temporary differences and the resulting deferred tax assets and liabilities are summarized as follows at September 30:

|  | 1997 | 1996 |
|---|---|---|
| **Current** | | |
| Deferred tax assets: | | |
| Inventories | $ 64,000 | $ 19,000 |
| Accounts receivable | 116,000 | 124,000 |
| Accrued expenses | 190,000 | 247,000 |
| Valuation allowance | (85,000) | (85,000) |
| Net current deferred tax asset | 285,000 | 305,000 |
| **Noncurrent** | | |
| Deferred tax asset: | | |
| Operating loss carryforward of subsidiaries in Mexico | 392,000 | 173,000 |
| Asset taxes paid by subsidiaries in Mexico | 28,000 | 24,000 |
| Valuation allowance | (420,000) | (197,000) |
| Deferred tax liability - | | |
| Property, plant and equipment | (277,000) | (319,000) |
| Net noncurrent deferred tax liability | (277,000) | (319,000) |
| Net deferred tax asset/(liability) | $ 8,000 | $ (14,000) |

At September 30, 1997, the Company's net operating loss carryforwards in Mexico were approximately $1,153,000 and the Company's Mexican subsidiaries have made asset tax payments of approximately $81,000 which are available to offset against income taxes in Mexico during future years. These carryforwards, if not used, will begin to expire in 2005.

5. **LINE OF CREDIT AND LONG-TERM OBLIGATIONS**

On July 21, 1997, the Company entered into a loan and security agreement with a lender that provides the Company with a maximum borrowing capacity of $8 million. The loan agreement expires on July 21, 1999 with renewals for additional terms of one year by mutual agreement between the Company and the lender. The agreement consists of three credit facilities as follows: (1) a revolving loan with availability based on eligible accounts receivable and inventories, as defined in the agreement, less certain defined reserves. At September 30, 1997, availability under the revolving loan facility was approximately $1,745,000 with borrowings outstanding of $1,171,616; (2) a term loan with availability up to the lesser of 80% of the value of eligible equipment, as defined in the agreement, or $4 million. The maximum availability is decreased by $66,667 each month from the date of the agreement. At September 30, 1997, availability under the term loan facility was $3,866,666 with no borrowings outstanding; and (3) a capital expenditures loan of up to $500,000. At September 30, 1997, no borrowings were outstanding under the capital expenditures loan facility.

All outstanding borrowings accrue interest at prime plus 1.5% (10.0% at September 30, 1997) payable monthly. The Company must also pay commitment fees at an annual rate of 0.5% on unused borrowings, as defined in the agreement. All obligations are collateralized by substantially all of the Company's assets and guaranteed by the Company's parent.

103324

The loan agreement contains various covenants which restrict the Company's ability to pay dividends or otherwise make transfers to its parent, enter into new borrowing agreements, make investments or loans and limit the Company to certain amounts of capital expenditures. The agreement also requires the Company to submit certain information periodically to the lender and to maintain a minimum amount of working capital and adjusted net worth, as defined in the agreement. The Company believed that it was not in compliance with a covenant related to compliance with government regulations and consequently obtained a waiver from the lender.

Long-term obligations payable consist of the following at September 30:

|  | 1997 | 1996 |
|---|---|---|
| Payable to financing corporation, interest at prime plus 1.25%, guaranteed by the Company's parent | $        - | $   403,490 |
| Payable to insurance company, interest at 6% | - | 229,733 |
| Payable to financing corporation, interest at 9.9% | - | 93,314 |
| Payable to financing corporation, interest at prime plus 1.25% | - | 18,924 |
| Capital leases, monthly payments totaling $2,892, due 2000 through 2001 | 88,882 | 147,321 |
|  | 88,882 | 892,782 |
| Less current portion | 27,033 | 724,880 |
| Total long-term obligations | $   61,849 | $   167,902 |

Equipment recorded under capitalized leases totaled $81,100 and $147,000, net of accumulated depreciation at September 30, 1997 and 1996.

Maturities on long-term obligations are as follows:

| Year ending September 30, |  |
|---|---|
| 1998 | $   27,033 |
| 1999 | 29,863 |
| 2000 | 25,667 |
| 2001 | 6,319 |
|  | $   88,882 |

## 6.   LEASE COMMITMENTS

The Company leases vehicles, equipment and office space under operating leases. Future minimum lease commitments under non-cancelable leases with initial or remaining terms of at least one year are not significant. Total rent expense under operating leases was $791,600 and $827,200 in fiscal 1997 and 1996, respectively.

## 7.   TRANSACTIONS WITH AFFILIATES

A significant source of the Company's financing is a $10,000,000 advance from its parent that does not have specific terms for repayment. This advance bears interest at 8% and is classified, along with all other amounts to affiliates which are non-interest bearing, as long-term to reflect the understanding between the parties.

- 11 -

103325

Transactions with and balances between the Company and unconsolidated affiliates are as follows as of and for the years ended September 30:

|  | 1997 | 1996 |
|---|---|---|
| **Due To Affiliated Companies:** | | |
| Advances from parent and affiliate | $ 10,443,105 | $ 10,232,326 |
| Accrued interest on advance from parent | 1,937,755 | 1,137,755 |
| Income tax refund allocation from parent | 383,000 | 594,000 |
| Net due to affiliated companies | $ 12,763,860 | $ 11,964,081 |
| **Expenses:** | | |
| Interest expense on advances from parent | $ 800,000 | $ 800,000 |

## 8. PROFIT SHARING AND PENSION PLANS

The Company maintains a defined contribution profit sharing plan covering all eligible employees. An employee is eligible to participate when he or she has completed 90 days of service. Each fiscal year the Company may contribute to the profit sharing plan's trust fund such amounts as determined by the Company's Board of Directors not to exceed 25% of covered compensation. Voluntary employee contributions are allowable under the 401(k) feature of the plan. The Company made contributions of $115,000 during fiscal 1997 and no contributions during fiscal 1996.

Prior to March 1995, the Company maintained a defined benefit pension plan covering substantially all full-time employees. In March 1995, the Board of Directors of the Company approved an amendment that terminated the Company's defined benefit pension plan. During fiscal 1996, the Company received approval from the Pension Benefit Guaranty Corporation for its plan of termination and distributed plan assets by making lump-sum payments to participants, purchasing nonparticipating annuity contracts, or rolling participants' benefits into the defined contribution profit sharing plan, and withdrew the remaining excess assets. Defined benefits were not provided under any successor plan, and the plan ceased to exist as an entity. The reversion of excess assets to the Company resulted in a gain of approximately $207,000, net of excise taxes of $97,900, which is included in other income in the consolidated statement of operations for September 30, 1996.

## 9. FOREIGN OPERATIONS

Foreign operations of the Company consist of a wholly-owned import company and product distribution companies in Mexico (Mexico Operations). Summarized financial information for the Mexico Operations as of and for the years ended September 30 is as follows:

|  | 1997 | 1996 |
|---|---|---|
| Total assets | $2,159,000 | $1,773,000 |
| Total liabilities | 2,280,000 | 1,225,000 |
| Net loss | 669,000 | 480,000 |

- 12 -

103326

## 10. CONCENTRATIONS OF CREDIT RISK

The Company's financial instruments that are exposed to concentrations of credit risk consist primarily of non-collateralized accounts receivable. Included in accounts receivable are approximately $1,196,000 and $705,000 at September 30, 1997 and 1996, respectively, related to customers in Mexico and the remainder of the accounts receivable balance relates to customers primarily in the state of Texas.

The Company's Mexico Operations' receivables are denominated in Mexican pesos. Sales to customers in Mexico aggregated approximately $4,400,000 and $4,100,000 in fiscal 1997 and 1996, respectively.

## 11. CONTINGENCIES

Prior to October 1994, two wrongful termination suits have been filed under the Texas Worker's Compensation Act (the "Act") against the Company. Presently, discovery has not been completed and details of the plaintiffs' claims are not known. The law with respect to wrongful termination cases under the Act provides for unlimited punitive damages. Based on discussions with legal counsel, the Company's management does not anticipate a significant loss resulting from these claims. Management intends to vigorously defend against these claims.

In October 1994, the Company elected to become a non-subscriber to the Act anticipating that the ultimate expense to the Company of representing itself in the settlement of claims would be less than the cost of being a subscriber to the Act. The Company intends to vigorously defend and pursue all claims filed against it. The Company maintains insurance coverage for any claim in excess of $100,000 and management does not believe that any existing claims will have a material adverse impact on the financial position or the results of operations of the Company.

The Company, in the ordinary course of business, has been named as a defendant in litigation and other proceedings. The Company maintains insurance coverage against such claims to the extent deemed prudent by management. The ultimate liability with respect to such litigation and proceedings cannot be determined at this time. However, management of the Company is of the opinion that the aggregate amount of such liabilities will not have a material adverse impact on the Company's financial position or results of operations.

* * * * * * *

103327

# Deloitte & Touche LLP

▲

# *Hygeia Dairy Company and Subsidiaries*

*(A wholly-owned subsidiary of COHYCO, Inc.)*

Consolidated Financial Statements for the
Fiscal Years Ended September 30, 1998 and 1997
and Independent Auditors' Report

Deloitte Touche
Tohmatsu
International

103299



**Deloitte & Touche LLP**

Suite 1100
700 North St. Mary's
San Antonio, Texas 78205-3589

Telephone. (210) 224-1041
Facsimile:(210) 224-9456

### INDEPENDENT AUDITORS' REPORT

Board of Directors and Stockholder
Hygeia Dairy Company and Subsidiaries
Harlingen, Texas

We have audited the accompanying consolidated balance sheets of Hygeia Dairy Company and
Subsidiaries (the "Company"), a wholly-owned subsidiary of COHYCO, Inc., as of September 30,
1998 and 1997, and the related consolidated statements of operations, stockholder's deficiency in
assets and cash flows for the years then ended. These financial statements are the responsibility of the
Company's management. Our responsibility is to express an opinion on these financial statements
based on our audits.

We conducted our audits in accordance with generally accepted auditing standards. Those standards
require that we plan and perform the audit to obtain reasonable assurance about whether the financial
statements are free of material misstatement. An audit includes examining, on a test basis, evidence
supporting the amounts and disclosures in the financial statements. An audit also includes assessing
the accounting principles used and significant estimates made by management, as well as evaluating
the overall financial statement presentation. We believe that our audits provide a reasonable basis for
our opinion.

In our opinion, such consolidated financial statements present fairly, in all material respects, the
financial position of the Company as of September 30, 1998 and 1997, and the results of its operations
and its cash flows for the years then ended in conformity with generally accepted accounting
principles.

The accompanying consolidated financial statements for the year ended September 30, 1998 have been
prepared assuming that the Company will continue as a going concern. As discussed in Note 1 to the
financial statements, the Company's recurring losses and liquidity issues raise substantial doubt about
its ability to continue as a going concern. Management's plans concerning these matters are also
described in Note 1. The financial statements do not include any adjustments that might result from
the outcome of this uncertainty.

*Deloitte & Touche LLP*

December 8, 1998

**Deloitte Touche
Tohmatsu**

103300

# HYGEIA DAIRY COMPANY AND SUBSIDIARIES
(A wholly-owned subsidiary of COHYCO, Inc.)

## CONSOLIDATED BALANCE SHEETS
## SEPTEMBER 30, 1998 AND 1997

| ASSETS | 1998 | 1997 |
|---|---:|---:|
| **CURRENT ASSETS:** | | |
| Cash | $   166.560 | $   193,456 |
| Short-term investments | 1,100 | 7,500 |
| Accounts receivable, less allowance for doubtful accounts of $438,760 and $342,200, respectively | 5,254.318 | 4,945,308 |
| Notes receivable | 179,562 | 21,873 |
| Inventories | 3,651,404 | 3,455,305 |
| Prepayments | 286,856 | 229,044 |
| Federal income tax receivable | - | 1,606 |
| Deferred income taxes | - | 285,000 |
| Total current assets | 9,539,800 | 9,139,092 |
| **PROPERTY AND EQUIPMENT:** | | |
| Land | 760,567 | 760,567 |
| Buildings | 6,878,928 | 6,688,262 |
| Equipment | 18,077,565 | 17,088,231 |
| Construction in progress | 1,399,082 | - |
| | 27,116,142 | 24,537,060 |
| Less accumulated depreciation and amortization | (18,732,585) | (17,949,160) |
| Property and equipment, net | 8,383,557 | 6,587,900 |
| OTHER ASSETS | 374,376 | 738,081 |
| TOTAL | $ 18,297,733 | $ 16,465,073 |

## LIABILITIES AND STOCKHOLDER'S DEFICIENCY IN ASSETS

| | 1998 | 1997 |
|---|---:|---:|
| **CURRENT LIABILITIES:** | | |
| Bank overdraft | $   1,067.264 | $   1,410,706 |
| Notes payable - revolving line of credit | 1,607.942 | 1,171,616 |
| Term notes payable | 3,629.166 | - |
| Accounts payable and accrued expenses | 4,663.877 | 3,841,114 |
| Federal income tax payable | 3,478 | - |
| Current portion of long-term obligations | 128,993 | 27,033 |
| Total current liabilities | 11,100,720 | 6,450,469 |
| DUE TO AFFILIATED COMPANIES | 14,284.748 | 12,763,860 |
| LONG-TERM OBLIGATIONS | 129,654 | 61,849 |
| DEFERRED INCOME TAXES | - | 277,000 |
| COMMITMENTS AND CONTINGENCIES (Notes 7 and 11) | | |
| **STOCKHOLDER'S DEFICIENCY IN ASSETS:** | | |
| Common stock, $1 par value; 650,000 shares authorized, 506,318 shares issued and outstanding | 506,318 | 506,318 |
| Additional paid-in capital | 1,706,738 | 1,706,738 |
| Cumulative foreign currency translation adjustment | (14,907) | (14,907) |
| Accumulated deficit | (9,415,538) | (5,286,254) |
| Total stockholder's deficiency in assets | (7,217,389) | (3,088,105) |
| TOTAL | $ 18,297,733 | $ 16,465,073 |

See notes to consolidated financial statements.

103301

# HYGEIA DAIRY COMPANY AND SUBSIDIARIES
(A wholly-owned subsidiary of COHYCO, Inc.)

## CONSOLIDATED STATEMENTS OF OPERATIONS
## YEARS ENDED SEPTEMBER 30, 1998 AND 1997

|  | 1998 | 1997 |
|---|---|---|
| REVENUES: |  |  |
| Net sales | $62,684,687 | $64,555,509 |
| Interest | 21,097 | 40,730 |
| Other | 238,529 | 192,248 |
|  | 62,944,313 | 64,788,487 |
| COST OF SALES | (48,973,263) | (49,586,868) |
| OPERATING AND ADMINISTRATIVE EXPENSES | (16,777,674) | (16,200,254) |
| INTEREST EXPENSE | (1,331,660) | (926,798) |
| LOSS BEFORE INCOME TAXES | (4,138,284) | (1,925,433) |
| INCOME TAX BENEFIT | 9,000 | 418,000 |
| NET LOSS | $ (4,129,284) | $ (1,507,433) |

See notes to consolidated financial statements.

103302

# HYGEIA DAIRY COMPANY AND SUBSIDIARIES

(A wholly-owned subsidiary of COHYCO, Inc.)

## CONSOLIDATED STATEMENTS OF STOCKHOLDER'S DEFICIENCY IN ASSETS
## YEARS ENDED SEPTEMBER 30, 1998 AND 1997

| | Common Stock | | Additional Paid-in Capital | Cumulative Foreign Currency Translation Adjustment | Accumulated Deficit | Total |
| --- | --- | --- | --- | --- | --- | --- |
| | Shares | Amount | | | | |
| Balance, October 1, 1996 | 506,318 | $ 506,318 | $ 1,706,738 | $ (14,907) | $ (3,778,821) | $ (1,580,672) |
| Net loss | - | - | - | - | (1,507,433) | (1,507,433) |
| Balance, September 30, 1997 | 506,318 | $ 506,318 | $ 1,706,738 | $ (14,907) | $ (5,286,254) | $ (3,088,105) |
| Net loss | - | - | - | - | (4,129,284) | (4,129,284) |
| Balance, September 30, 1998 | 506,318 | $ 506,318 | $ 1,706,738 | $ (14,907) | $ (9,415,538) | $ (7,217,389) |

See notes to consolidated financial statements.

- 4 -

103303

# HYGEIA DAIRY COMPANY AND SUBSIDIARIES

(A wholly-owned subsidiary of COHYCO, Inc.)

## CONSOLIDATED STATEMENTS OF CASH FLOWS
## YEARS ENDED SEPTEMBER 30, 1998 AND 1997

|  | 1998 | 1997 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Net loss | $ (4,129,284) | $ (1,507,433) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization | 1,331,838 | 1,250,215 |
| Amortization of loan origination costs | 144,467 | 39,094 |
| Gain on sale of assets | (82,686) | (26,662) |
| Loss on short-term investments | 6,400 | - |
| Changes in assets and liabilities relating to operations: | | |
| Accounts receivable | (309,010) | (264,627) |
| Inventories | (196,099) | 31,186 |
| Prepayments and other assets | (30,976) | (69,052) |
| Deferred income taxes | 8,000 | (22,000) |
| Accounts payable and accrued expenses | 822,763 | (671,231) |
| Federal income tax receivable or payable | 5,084 | (5,518) |
| Net cash used in operating activities | (2,429,503) | (1,246,028) |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | |
| Property and equipment purchases | (2,877,935) | (682,747) |
| Proceeds from sales of property and equipment | 100,847 | 83,767 |
| Redemptions of security deposits | 20,000 | 133,226 |
| Payments received on notes receivable | 14,713 | 16,290 |
| Cash received from officer's life insurance | - | 65,722 |
| Redemptions of short-term investments | - | 50,000 |
| Net cash used in investing activities | (2,742,375) | (333,742) |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | |
| Borrowings under revolving line of credit | 69,656,746 | 12,661,079 |
| Payments on revolving line of credit | (69,220,420) | (11,489,463) |
| Borrowings on term notes payable | 4,000,000 | - |
| Principal payments on term notes payable and long-term obligations | (468,790) | (803,900) |
| Bank overdraft, net | (343,442) | 578,172 |
| Advances from parent, net | 1,520,888 | 799,779 |
| Loan origination costs | - | (262,751) |
| Net cash provided by financing activities | 5,144,982 | 1,482,916 |
| NET DECREASE IN CASH | (26,896) | (96,854) |
| CASH, beginning of year | 193,456 | 290,310 |
| CASH, end of year | $ 166,560 | $ 193,456 |

(Continued)

-5-

103304

# HYGEIA DAIRY COMPANY AND SUBSIDIARIES
(A wholly-owned subsidiary of COHYCO, Inc.)

## CONSOLIDATED STATEMENTS OF CASH FLOWS
## YEARS ENDED SEPTEMBER 30, 1998 AND 1997

### SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION:

|  | 1998 | 1997 |
|---|---|---|
| CASH PAID DURING THE YEAR FOR:<br>Interest, net of capitalized interest of $45,856 in 1998 | $ 387,193 | $ 93,366 |
| CASH RECEIVED DURING THE YEAR FOR:<br>Income tax refund allocations from parent | $ 383,000 | $ 531,000 |

### SUMMARY OF NON-CASH TRANSACTIONS:

During fiscal 1998, the Company financed purchases of equipment of $267,721 by issuing notes payable.

See notes to consolidated financial statements.                    (Concluded)

- 6 -

103305

# HYGEIA DAIRY COMPANY AND SUBSIDIARIES
(A wholly-owned subsidiary of COHYCO, Inc.)

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
## YEARS ENDED SEPTEMBER 30, 1998 AND 1997

1. **NATURE OF OPERATIONS AND MANAGEMENT PLANS**

   Hygeia Dairy Company and subsidiaries (the "Company") are engaged principally in the manufacture and distribution of milk and ice cream for sale to retail markets in the southwestern United States and, to a lesser extent, to retail markets in Mexico.

   The Company has incurred significant operating losses over the past several years, including a loss of approximately $4.1 million in fiscal 1998. As of September 30, 1998, the Company's liabilities exceeded its assets by approximately $7.2 million. As discussed in Note 6, the Company's ability to borrow additional amounts under its revolving loan facility for working capital purposes is currently limited and no additional amounts are available under term or capital expenditures loans. In addition, as discussed in Note 6, subsequent to September 30, 1998, the Company did not maintain the minimum working capital required by the loan agreement. Unless appropriately amended, failure to meet this covenant could result in all outstanding borrowings becoming immediately due and payable, as well as terminating the Company's ability to borrow additional amounts. Further, the Company's loan agreement expires in July 1999. If the agreement is not renewed, the outstanding borrowings under the agreement, which were approximately $5.2 million at September 30, 1998, will become due upon demand by the lender. Finally, as discussed in Note 5, certain Federal tax returns filed by the Company's parent are under examination by the Internal Revenue Service ("IRS"). The IRS has indicated to the Company's parent that it may propose adjustments that would result in tax liabilities that are material to the Company's financial statements. In the past, the Company has relied on its parent to provide additional financing when necessary; however, as of September 30, 1998, the Company's parent has a limited amount of liquid assets from which to provide further support.

   The Company is taking the following steps in relation to these matters: (1) management is currently negotiating an amendment to the working capital covenant, attempting to renew the loan agreement, and seeking additional borrowing capacity of $1 million; (2) the Company's parent is in the process of attempting to sell land and collect certain receivables; proceeds from these efforts could be used to support the Company's operations or repay outstanding debt; (3) management is exploring alternatives to find new customers and markets, expand existing business and reduce costs; (4) management is taking steps to improve the performance of its Mexico operations which include significant adjustments to its pricing strategy; and (5) management is exploring the possibilities of a merger or strategic alliance with another dairy company to increase sales volume and reduce costs. However, there can be no assurance that these efforts will be successful. In such case, the Company's parent is also considering the sale of a portion or all of the Company's operations.

   These recurring losses and liquidity issues raise substantial doubt about the Company's ability to continue as a going concern. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

103306

## 2.   SIGNIFICANT ACCOUNTING POLICIES

*Principles of Consolidation* - The consolidated financial statements include the accounts of Hygeia Dairy Company and its wholly-owned subsidiaries, Hygeia de Mexico, C&H Industries, Inc. and Hygeia International, and its 98% owned subsidiaries Hygeia de Monterrey, Hygeia del Centro and Hygeia del Golfo. All material intercompany accounts and transactions have been eliminated in consolidation.

*Cash and Short-Term Investments* - The Company considers amounts held on deposit at banks to be cash. Certificates of deposit with original maturities in excess of 90 days are classified as short-term investments on the Company's consolidated balance sheets.

*Inventories* are stated at the lower of cost or market. The cost of inventories is determined using the first-in, first-out (FIFO) method.

*Property and Equipment* are recorded at cost. Depreciation and amortization are computed using the straight-line method over the estimated useful lives of the related assets. The estimated useful lives by asset type are as follows:

| | |
|---|---|
| Plant, buildings and improvements | 10-40 years |
| Machinery and equipment | 4-10 years |
| Vehicles | 5-10 years |

*Loan Origination Costs* - Loan origination costs consist of fees and costs incurred to find, negotiate and close the loan agreement with a lender. The costs are amortized to interest expense over the term of the agreement which expires in July 1999.

*Other Assets* - Other assets include an investment in Quality Chek'd Dairy Products Association ("QC"). Since the patronage earnings of QC vary from year to year and QC's interim operating results are not available to the Company, the Company recognizes these revenues upon receipt.

*Income Taxes* - The Company's taxable income is included with that of other members of an affiliated group in a consolidated Federal income tax return. The Company pays to its parent or is paid by its parent, an allocated portion of the consolidated Federal income taxes or benefit approximating the amount that would have resulted from the Company filing a separate return. However, to the extent net operating losses generated by the Company are utilized by the consolidated group, the recognition of the benefit of net operating losses is not limited as it might be if net operating loss carryforwards existed on a separate return basis.

Deferred tax assets and liabilities are recognized for future tax consequences attributable to differences between financial statement carrying amounts of existing assets and liabilities and their respective tax bases. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date. A valuation allowance is recognized to reduce net deferred tax assets unless it is more likely than not that such tax benefits will be realized.

103307

*Foreign Currency Translation* - During fiscal 1998 and 1997, Mexico was considered a highly inflationary economy and therefore, the financial statements of the Company's Mexican subsidiaries have been remeasured into U.S. dollars using a combination of current and historical rates. Gains and losses from this remeasurement have been included in net income along with gains and losses resulting from foreign currency transactions and aggregated a loss of approximately $438,000 and $96,000 during fiscal 1998 and 1997, respectively.

Prior to fiscal 1997, monetary assets and liabilities denominated in a foreign currency were translated to U. S. dollars at the rate of exchange in effect at the balance sheet date, and items of income and expense were translated at average monthly rates. Gains and losses on the translation of the assets and liabilities of the Company's Mexican subsidiaries were accumulated in the *Cumulative Foreign Currency Translation Adjustment* as a separate component of stockholder's equity in the consolidated balance sheet.

*Use of Estimates* - The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

*Reclassifications* - Certain reclassifications have been made to the fiscal 1997 consolidated financial statements to conform with the fiscal 1998 presentation.

3. **INVENTORIES**

Inventories consist of the following at September 30:

|  | 1998 | 1997 |
|---|---|---|
| Ingredients, packaging and supplies | $1,908,747 | $1,639,893 |
| Dairy and related products | 1,591,547 | 1,698,575 |
| Livestock | 151,110 | 116,837 |
|  | $3,651,404 | $3,455,305 |

4. **OTHER ASSETS**

Other assets consist of the following at September 30:

|  | 1998 | 1997 |
|---|---|---|
| Security deposits | $ 165,546 | $ 189,055 |
| Loan origination costs, net of amortization of $183,561 and $39,094, respectively | 79,190 | 223,657 |
| Receivable from the Texas Water Commission | 90,562 | 90,562 |
| Notes receivable - long term | - | 172,402 |
| Cash value of officers' life insurance | 36,815 | 38,148 |
| Other | 2,263 | 24,257 |
|  | $ 374,376 | $ 738,081 |

103308

The Company incurred costs in connection with remediation work pursuant to the Texas Water Code related to underground gasoline storage tanks. Certain of the costs incurred by the Company are reimbursable from the Petroleum Storage Tank Remediation Fund (the "Fund") provided the Company files a claim with the Texas Water Commission and the costs are eligible for reimbursement pursuant to the Texas Water Code. The Fund has experienced cash flow deficiencies resulting in claims not being paid in a timely manner. Consequently, the Company classifies these amounts as noncurrent receivables. Management believes that such remaining receivable balances will be collected.

5.   INCOME TAXES

The benefit from (provision for) income taxes is comprised of the following for the years ended September 30:

|  | 1998 | 1997 |
|---|---|---|
| Federal: |  |  |
| Current | $   17,000 | $   406,000 |
| Deferred | (8,000) | 22,000 |
| Foreign | - | (10,000) |
| Income tax benefit | $   9,000 | $   418,000 |

The Company's effective tax rate for the year ended September 30, 1998 varies from the statutory Federal income tax rate of 34% due to the recognition of a valuation allowance to fully offset the Company's net deferred tax asset. For the year ended September 30, 1997, the Company's effective tax rate varied from the statutory Federal income tax rate primarily due to the exclusion of losses incurred by the Company's Mexican subsidiaries.

Deferred income taxes are provided for differences between financial statement carrying amounts of existing assets and liabilities and their respective tax bases. Temporary differences and the resulting deferred tax assets and liabilities are summarized as follows at September 30:

|  | 1998 | 1997 |
|---|---|---|
| **Current** |  |  |
| Deferred tax assets: |  |  |
| Inventories | $   79,000 | $   64,000 |
| Accounts receivable | 149,000 | 116,000 |
| Accrued expenses | 121,000 | 190,000 |
| Valuation allowance | (349,000) | (85,000) |
| Net current deferred tax asset | - | 285,000 |
| **Noncurrent** |  |  |
| Deferred tax asset: |  |  |
| Operating loss carryforward for Federal income taxes | 1,026,000 | - |
| Operating loss carryforward of subsidiaries in Mexico | 816,000 | 392,000 |
| Asset taxes paid by subsidiaries in Mexico | 28,000 | 28,000 |
| Deferred tax liability - |  |  |
| Property, plant and equipment | (293,000) | (277,000) |
| Valuation allowance | (1,577,000) | (420,000) |
| Net noncurrent deferred tax liability | - | (277,000) |
| Net deferred tax asset | $   - | $   8,000 |

- 10 -

103309

At September 30, 1998, the Company's net operating loss carryforward for Federal income taxes was approximately $3,018,000. This carryforward, if not used, will expire in 2018. At September 30, 1998, the Company's net operating loss carryforwards in Mexico were approximately $2,400,000 and the Company's Mexican subsidiaries have made asset tax payments of approximately $81,000 which are available to offset against income taxes in Mexico during future years. These carryforwards, if not used, will begin to expire in 2005.

The Federal income tax returns of the Company's parent for fiscal 1995 through fiscal 1997 are currently under examination by the IRS. While the IRS examination is not complete, the IRS has indicated to the Company's parent that it may disallow deductions of bad debt expense related to the customers in Mexico and other expenses related to the Company's Mexican operations totaling approximately $3 million. This would result in tax liabilities owed by the Company's parent of approximately $1 million plus any additional interest and penalties. Management believes that the Company's parent has properly reported its income and paid its taxes in accordance with applicable laws and intends to vigorously defend any such adjustments proposed by the IRS. However, there can be no assurance that the IRS examinations will not ultimately result in an adjustment that could be material to the financial statements of the Company.

## 6.   NOTES PAYABLE AND LONG-TERM OBLIGATIONS

On July 21, 1997, the Company entered into a loan and security agreement with a lender that provides the Company with a maximum borrowing capacity of $8 million. The loan agreement expires on July 21, 1999 with renewals for additional terms of one year by mutual agreement between the Company and the lender. The agreement consists of three credit facilities as follows: (1) a revolving loan with availability based on eligible accounts receivable and inventories, as defined in the agreement, less certain defined reserves. At September 30, 1998, availability under the revolving loan facility was approximately $2,110,000 with borrowings outstanding of $1,607,942; (2) a term loan with availability up to the lesser of 80% of the value of eligible equipment, as defined in the agreement, or $4 million. This facility was fully utilized during fiscal 1998 with borrowings outstanding at September 30, 1998 of $3,139,583; and (3) a capital expenditures loan of up to $500,000, which was fully utilized during fiscal 1998 with borrowings outstanding of $489,583 at September 30, 1998.

All outstanding borrowings noted above become due and payable on demand upon nonrenewal or termination of the agreement. As such, all borrowings have been classified as current liabilities in the consolidated balance sheets. Should the loan agreement continue in effect via renewal, the term loan and capital expenditures loan would require equal monthly principal payments through August 2002.

All outstanding borrowings accrue interest at prime plus 1.5% (10.0% at September 30, 1998) payable monthly. Upon termination or nonrenewal of the agreement, the lender may increase the interest rate on outstanding borrowings to prime plus 3.5%. The Company must also pay commitment fees at an annual rate of 0.5% on unused borrowings, as defined in the agreement. All obligations are collateralized by substantially all of the Company's assets and guaranteed by the Company's parent.

The loan agreement contains various covenants which restrict the Company's ability to pay dividends or otherwise make transfers to its parent, enter into new borrowing agreements, make investments or loans and limits the Company to certain amounts of capital expenditures. The agreement also requires the Company to submit certain information periodically to the lender and to maintain a minimum amount of working capital and adjusted net worth, as defined in the agreement. The Company believed that it was not in compliance with a covenant related to incurring additional indebtedness during fiscal 1998 and consequently obtained a waiver from the lender. Additionally, the required minimum

103310

working capital covenant increased subsequent to September 30, 1998 to a level that the Company did not meet. The Company is currently negotiating with the lender to amend the covenant; however, no assurance can be provided that the lender will amend the covenant to a level that the Company will meet. Failure to comply with covenants could result in all outstanding borrowings becoming immediately due and payable as well as terminating the Company's ability to borrow additional amounts.

Long-term obligations consist of the following at September 30:

|  | 1998 | 1997 |
|---|---|---|
| Payable to financing corporation, interest at 9.6%, monthly payments of $7,716, due January 2000, collateralized by equipment | $ 124,838 | $ - |
| Payable to financing corporation, interest at 8.9%, monthly payments of $1,728, due November 2002, collateralized by equipment | 71,960 | - |
| Capital leases, monthly payments totaling $2,892, due 2000 through 2001 | 61,849 | 88,882 |
|  | 258,647 | 88,882 |
| Less current portion | 128,993 | 27,033 |
| Total long-term obligations | $ 129,654 | $ 61,849 |

Equipment recorded under capital leases totaled $53,900 and $81,100, net of accumulated amortization at September 30, 1998 and 1997. The amortization of equipment recorded under capital leases is included with depreciation expense in the consolidated financial statements.

As of September 30, 1998, maturities on long-term obligations are as follows:

| Year ending September 30, |  |
|---|---|
| 1999 | $ 128,993 |
| 2000 | 82,608 |
| 2001 | 24,145 |
| 2002 | 19,483 |
| 2003 | 3,418 |
|  | $ 258,647 |

### 7. COMMITMENTS

The Company leases vehicles, equipment and office space under operating leases. Future minimum lease commitments under non-cancelable leases with initial or remaining terms of at least one year are not significant. Total rent expense under operating leases was $769,300 and $791,600 in fiscal 1998 and 1997, respectively.

The Company also has projects underway to construct a new warehouse and install a piece of manufacturing equipment. Remaining commitments under these projects total approximately $285,000. The Company expects to complete these projects during fiscal 1999.

103311

8.  TRANSACTIONS WITH AFFILIATES

A significant source of the Company's financing is a $10,000,000 advance from its parent that does not have specific terms for repayment. This advance bears interest at 8% and is classified, along with all other amounts to affiliates which are non-interest bearing, as long-term to reflect the understanding between the parties.

Transactions with and balances between the Company and unconsolidated affiliates are as follows as of and for the years ended September 30:

|  | 1998 | 1997 |
|---|---|---|
| **Due To Affiliated Companies:** | | |
| Advances from parent and affiliate | $ 11,564,993 | $ 11,209,105 |
| Accrued interest on advance from parent | 2,737,755 | 1,937,755 |
| Income tax refund allocation from parent | (18,000) | (383,000) |
| Net due to affiliated companies | $ 14,284,748 | $ 12,763,860 |
| **Expenses:** | | |
| Interest expense on advances from parent | $    800,000 | $    800,000 |

9.  PROFIT SHARING PLAN

The Company maintains a defined contribution profit sharing plan covering all eligible employees. An employee is eligible to participate when he or she has completed ninety days of service. Each fiscal year the Company may contribute to the profit sharing plan's trust fund such amounts as determined by the Company's Board of Directors not to exceed 25% of covered compensation. Voluntary employee contributions are allowable under the 401(k) feature of the plan. The Company made no contributions during fiscal 1998 and contributions of $115,000 during fiscal 1997.

10.  FOREIGN OPERATIONS

Foreign operations of the Company consist of a wholly-owned import company and product distribution companies in Mexico ("Mexico Operations"). Summarized financial information for the Mexico Operations as of and for the years ended September 30 is as follows:

|  | 1998 | 1997 |
|---|---|---|
| Total assets | $1,685,000 | $2,159,000 |
| Total liabilities | 3,052,000 | 2,280,000 |
| Net loss | 1,246,000 | 669,000 |

Included in accounts receivable are approximately $1,010,000 and $1,196,000 at September 30, 1998 and 1997, respectively, related to customers in Mexico that are denominated in Mexican pesos. Sales to customers in Mexico aggregated approximately $3,761,000 and $4,400,000 in fiscal 1998 and 1997, respectively.

- 13 -

103312

## 11. CONTINGENCIES

In October 1994, the Company elected to become a non-subscriber to the Texas Worker's Compensation Act (the "Act") anticipating that the ultimate expense to the Company of representing itself in the settlement of claims would be less than the cost of being a subscriber to the Act. The Company intends to vigorously defend and pursue all claims filed against it. The Company maintains insurance coverage for any claim in excess of $100,000 and management does not believe that any existing claims will have a material adverse impact on the financial position or the results of operations of the Company.

The Company, in the ordinary course of business, has been named as a defendant in litigation and other proceedings. The Company maintains insurance coverage against such claims to the extent deemed prudent by management. The ultimate liability with respect to such litigation and proceedings cannot be determined at this time. However, management of the Company is of the opinion that the aggregate amount of such liabilities will not have a material adverse impact on the Company's financial position or results of operations.

* * * * * * *

103313

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:                              :
                                    :
F STREET INVESTMENT, INC.           :
DEBTOR,                             :
                                    :
OFFICIAL UNSECURED CREDITORS        :
COMMITTEE,                          :
MOVANT,                             :
                                    :
VS.                                 :
                                    :
F STREET INVESTMENT, INC.           :
DEBTOR.                             :

---

ORAL DEPOSITION OF

H. LEE RICHARDS

DECEMBER 20, 2000

---

ORAL DEPOSITION OF H. LEE RICHARDS, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on DECEMBER 20, 2000, from 9:15 a.m. to 3:01 p.m., before Kelly Laird Stoabs, RPR, CSR in and for the State of Texas, reported by stenographic method, at the offices of Jordan, Hyden, Womble & Culbreath, P.C., 500 North Shoreline, Suite 900, Corpus Christi, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.



## Boscamp & Associates

Certified Court Reporters



500 North Shoreline, Suite 402
Corpus Christi, Texas 78471-1004
E-Mail: boscamp@bwwonline.com
Phone: 361- 883-4848
Fax: 361- 883-1151

1   under a contract with Southern Foods, a covenant not to

2   compete.

3        Q    Do you hold any position as an officer of F Street

4   Investments?

5        A    I'm a chairman of F Street Investments.

6        Q    Were you ever a president or a vice-president of

7   F Street or when it was Hygeia Dairy?

8        A    Yes.

9        Q    When was that?

10       A    I became president in 1969.  Prior to that it was

11   executive vice-president for a short period of time.  And

12   prior to that was vice-president.  I don't recall.  That was

13   a long time before.

14       Q    How long were you president?

15       A    I was president, I think, from about -- about 15

16   years, I would guess.

17       Q    1984?

18       A    '84, '85, '86, somewhere in there when Don Smith

19   became president.  '86, I think.

20       Q    So Don Smith was president after you?

21       A    Yes.

22       Q    Are you also an officer or director of Cohyco,

23   Inc.?

24       A    I'm chairman of Cohyco, yes.

25       Q    Were you ever president of Cohyco?

1    A    Yes, I think I was.

2    Q    When was that?

3    A    That would have been upon its creation, about 1976.

4    Q    And how long were you president of Cohyco?

5    A    I don't recall.

6    Q    Do you remember who was president after you?

7    A    Doug Purl.

8    Q    And you're a shareholder of Cohyco?

9    A    Am I?

10   Q    Yes, sir.

11   A    Yes.

12   Q    Were you ever an officer or director of Carancahua

13   Investments, Inc.?

14   A    No.

15   Q    Were you ever an officer or director when it was

16   Maverick Markets, Inc.?

17   A    No.

18   Q    After Mr. Smith succeeded you as president of

19   Hygeia Dairy, what were your duties and responsibilities as

20   chairman of the board with respect to Hygeia Dairy Company?

21   A    Really I was very involved in the operations of

22   Hygeia Dairy.  I would participate in a lot of financial,

23   personnel and marketing areas.  And I was less involved in

24   the manufacturing and engineering, because we had some good

25   people there, and I wasn't as good at that as I was at the

BOSCAMP & ASSOCIATES   (361) 883-4848

1    A    I think Southern Foods came back.  I don't recall

2    whether that was through them or me or it was a cooperative

3    type of thing, probably.

4    Q    Did Deloitte & Touche in late '97 have an asking

5    price for the assets that they were looking to get?

6    A    No, we didn't have an asking price.

7    Q    Did you have an idea of what a reasonable offer for

8    the assets of the company would have been at that point in

9    time?

10    A    He made a valuation, I believe, of 14 to 18

11    million.

12    Q    I think it's Exhibit 20.  Is that the valuation

13    analysis that Deloitte & Touche did?

14    A    Yes.

15    Q    This says on page 209476 under objective, range of

16    values as of April 20th, 1998.  Do you see that?

17    A    Yes.

18    Q    And then on the page right before the cover page

19    for the exhibits, it's page 209482, they have a valuation

20    range of 14 to 18 million you testified to?

21    A    209 what?

22    Q    482.

23    A    482?

24    Q    Yes, sir.

25                    (Exhibit Number 1 marked for identification.)

18

1    Q    I'm going to hand you what's been marked deposition

2    Exhibit Richards Number 1 and ask you if you've seen that

3    document before?

4    A    Yes.

5    Q    Okay.  Can you tell me what it is?

6    A    It's --

7         MR. HOLZER:  Be sure and look at the entire

8    document and make sure that you've seen the whole thing

9    before you.  Not that Randy would deliberately slip something

10   in, but accidents do happen.

11        THE WITNESS:  Do you want me to verify every

12   page?

13        MR. HOLZER:  Just in general.

14        (Off-the-record discussion.)

15   A    What was your question again?

16   Q    The first question was before I think you'd had an

17   opportunity to look through the whole document whether you

18   had seen this document before?

19   A    Yes.

20   Q    And was this document something that Deloitte &

21   Touche prepared in connection with their retention in trying

22   to get a buyer for the assets of Hygeia Dairy Company?

23   A    Yes, it was.

24   Q    And did Hygeia Dairy Company provide them with the

25   information to put that exhibit together?

1     A    Yes.

2     Q    Deloitte & Touche was also the auditors for Hygeia

3    Dairy Company; is that correct?

4     A    Yes.

5     Q    Did they also do audits for Cohyco?

6     A    Yes.

7     Q    And Carancahua?

8     A    Yes.

9     Q    Did Deloitte & Touche prepare the tax returns for

10   Hygeia Dairy Company?

11    A    Yes.

12    Q    And Cohyco?

13    A    Yes.

14    Q    And did Deloitte & Touche also prepare the tax

15   returns for Carancahua?

16    A    Yes.

17    Q    In preparing the audits and the tax returns, would

18   Deloitte & Touche rely upon Hygeia and Cohyco and Carancahua

19   to furnish them with the information to do that work?

20    A    Yes.

21    Q    And as far as you know, did Hygeia Dairy Company

22   always provide complete and accurate information to Deloitte

23   & Touche in doing the audits and tax works?

24    A    Yes.

25    Q    Is the same true for Cohyco?

20

1       A    Yes.

2       Q    And the same true for Carancahua?

3       A    Yes.

4       Q    This Richards Exhibit 1 is dated February 23, 1998.

5   Why was it completed before the valuation analysis was done

6   in April of '98, if you know?

7       A    I originally didn't want the evaluation done.

8       Q    Why was that?

9       A    It was expensive.

10      Q    Why did you change your mind about getting a

11  valuation?

12      A    They convinced me I should.  We didn't do the full

13  things that they recommended, but it was adequate.

14      Q    You didn't do a complete appraisal, but rather this

15  valuation analysis?

16      A    Right.  They wanted to go through a lot more

17  extensive --

18           MR. HOLZER:  It's hard, but y'all are both

19  guilty.

20      Q    Ultimately in 1999, Hygeia Dairy Company did sell

21  its assets to Southern Foods; is that correct?

22      A    Yes.

23      Q    Who approached whom with respect to that

24  transaction ultimately being able to be signed up and closed?

25  Did you approach them or did they approach you?

BOSCAMP & ASSOCIATES   (361) 883-4848

21

A    No, sir, I approached them.

Q    Okay.  Do you remember about what time that was?

A    About July.

Q    Of?

A    '99.

Q    Let me do this first.  I'm just going to ask you, as I asked Mr. Purl yesterday:  In taking the deposition of Pat Ford, who is with Southern, he produced to me a valuation report dated November 30th, 1999 by Bernstein, Phalon & Conklin.  It was Deposition Exhibit 13 to his deposition. And just ask you if you ever saw that valuation analysis before Mr. Purl's deposition yesterday?

A    No.

              (Off-the-record discussion.)

              (Exhibit Number 2 marked for identification.)

Q    I'm going to hand you what's been marked Deposition Exhibit Richards Number 2.  This was the Deposition Exhibit 1 from Mr. Ford's deposition.  And ask you to look through the attachments to this and see if you recognize these documents?

A    Yes, sir, I've seen it.  Excuse me.  No, I haven't seen it, but I am familiar with the information.  Well, I saw my note that I made.

Q    Okay.  I think --

A    And I saw the letter from Mr. Frie, yeah.  But I had not seen the memo from Pat Ford, or whoever made that

1    plans.

2        A    I don't recall.

3        Q    Do you know what kind of information or can you

4    recall what kind of information might have been provided to

5    Southern Foods in response to that item number eight?

6        A    No, I can't recall.

7        Q    Also produced by Southern at Mr. Ford's deposition

8    were what we marked yesterday as Deposition Exhibits Purl 21,

9    22 and 23.  I would ask you to look through those and tell me

10   if you remember seeing those appraisals before?

11             MR. HOLZER:  Randy, it's going to take some

12   time if he looks at each page.  If you'll stipulate that

13   these are true and accurate copies of the appraisals as they

14   were in the bound form, I think we can save some time.

15             MR. WILLIAMS:  I'll make that stipulation.

16             MR. HOLZER:  You can go ahead and treat these

17   as if they were true and accurate copies of the appraisals in

18   the bound form.  Do you understand?

19             THE WITNESS:  I understand.  But the

20   appraisals were not accurate.

21             MR. HOLZER:  You're not agreeing that the

22   appraisals were accurate, just that the document itself is a

23   true and accurate copy of the original appraisal.

24        Q    So you've seen those appraisals before?

25        A    Yes, sir.

30

1  without getting into all the other consolidated statements.

2          MR. HOLZER:  Your exhibits.

3          MR. WILLIAM:  Well, if you prefer, I'll attach

4  the whole thing.

5          MR. HOLZER:  No.

6          (Off-the-record discussion.)

7          (Exhibit Number 3 marked for identification.)

8      Q   Mr. Richards, we've had marked as 3 those balance

9  sheet statements from those different reports that I just

10 showed you and the cover pages that I referred you to with

11 those handwritten numbers; is that correct?

12     A   Yes.

13         MR. HOLZER:  Randy, this was in my chair.  Was

14 the full sets without the cover pages pulled off?

15         MR. WILLIAMS:  The rest of those statements go

16 with those balance sheets.

17     Q   Let me show you what was marked yesterday

18 Deposition Exhibit Purl Number 5.

19         MS. SANDERS:  You're on Purl 5?

20         MR. WILLIAMS:  Yes.

21         MS. SANDERS:  What was 4?

22         MR. HOLZER:  We're on Purl 5 from yesterday.

23         MR. WILLIAMS:  This was marked yesterday.

24     Q   This exhibit contains several different categories

25 of financial information I went over yesterday with

BOSCAMP & ASSOCIATES  (361) 883-4848

1   Mr. Purl in his deposition.  I'd just like to ask you if

2   these -- if this is the kind of financial information that

3   was distributed to management at Hygeia Dairy Company in --

4   well, this statement's in 1999.

5        A   I don't know.

6        Q   Did you receive financial information similar to

7   this?

8        A   No.  Well, let me look at it.  Okay?

9        Q   Okay.  Sure.

10       A   I received something similar to the first page.

11       Q   Okay.

12       A   And then the next few pages, I did not receive.

13   Page 202616, I did.  Page 202622, I would receive that.  And

14   202636 through 202811, I would receive those.

15       Q   And about how often was financial information like

16   this circulated to management?

17       A   That portion I got that I confirmed was selectively

18   provided monthly.

19       Q   Different portions of it might be provided on a

20   monthly basis?

21       A   No, I think all of it was probably provided

22   monthly, but not necessarily to all management.

23       Q   Okay.

24       A   In other words, only those items particularly

25   needed by management to do their job was maybe given to them.

4

1      Q    So at that point in time, Cohyco's principal and

2  asset would have been its interest in Carancahua?

3             MR. HOLZER:  Objection, form.  What point in

4  time are you talking about?

5      Q    In November '99 -- well, December 1st, '99, after

6  the Hygeia sale had closed.

7      A    Our principal assets would have been Cohyco.

8      Q    And so were those also factors that you felt

9  weighed against doing an audit for the prior fiscal year?

10     A    Actually, those would have been made an additional

11  cost to the dollars I indicated.  And, essentially, there's

12  no operations in Carancahua and Cohyco.  Cohyco is strictly

13  shareholder of two companies.  And Cohyco has assets of --

14  there's a small amount of net income.  So I didn't see any

15  sense in auditing -- Carancahua's never been audited since

16  its sale, because it's just included in with Cohyco and the

17  combined company.

18     Q    So you think the $85,000 estimate for the audits

19  would not have included or not have contemplated the sale

20  Hygeia's assets to Southern?

21             MR. HOLZER:  Objection, form.

22     A    I don't know.

23      Q    The next document, 104881, purports to be a le

24  from you to Mel Rapp dated October 12th, 1999.  Do you s

25  that?

1    new note payable to it for 10 million dollars?

2        A    Yes.

3        Q    And took a security for that note, a lien on

4    substantial item assets for Hygeia Dairy Company?

5        A    Yes.

6        Q    In May of 1995, was Mr. Wendel still a sharehol

7    of Carancahua Investments, Inc.?

8        A    Yes.

9        Q    Why was there an additional note signed for 2

10   million dollars that Carancahua -- that Cohyco borrowed f

11   Carancahua at about that same time?

12       A    Because there was a minority shareholder in

13   Carancahua, and the money was advanced to Cohyco and to

14   Hygeia.

15       Q    But why were there two -- why was there a sep;

16   10 million dollar note and a 2 million dollar note inst

17   one 12 million dollar note?

18       A    Well, the money wasn't needed at the time.

19   believe that note with the one was -- the 2 was what,

20   think?

21       Q    This is Purl Exhibit 18.  This note's datec

22   23rd, 1995.  So approximately a month later; is that

23       A    Yes, I would -- yes.

24       Q    And Mr. Wendel didn't have any objection

25   notes being made on an unsecured basis?

1    A    I don't know.  I didn't -- I don't recall.

2    Q    Were you able to find the note, the Maverick --

3         MR. HOLZER:  Sorry, I haven't had a chance to

4    look.

5    Q    Do you know why the loan was not simply made from

6    Carancahua to Hygeia as opposed to a loan from Carancahua to

7    Cohyco and a loan from Cohyco to Hygeia?

8         MR. HOLZER:  Are you talking about the 10

9    million?

10   Q    Yes.

11   A    I don't know.

12   Q    This was marked yesterday as Deposition Exhibit

13   Purl Number 17.  Did you get a copy of those?

14        MR. HOLZER:  Yeah.

15        MR. WILLIAMS:  All right.  I just wanted to

16   make sure, because some reason I ended up with an extra one

17        (Off-the-record discussion.)

18   Q    The one you have is Cohyco?

19   A    Yes.

20        MR. HOLZER:  It's 104943 is the Bates numbe

21   It's a letter regarding the audits of Cohyco consolidated

22   balance sheets.

23        (Exhibit Number 4 marked for identificatior

24   Q    Why don't you go ahead and take a look at Exhibi

25   Richards Number 4.  I believe -- let me know when you're

1    ready.

2       A    I'm ready.

3       Q    I believe that Purl Deposition Exhibit Number 17 i

4    a copy of Deloitte & Touche's audits of Cohyco for the year

5    ending September 30, '98; is that correct?

6       A    Yes, sir.

7       Q    And then Richards Exhibit Number 4 is a copy of th

8    Cohyco audits by Deloitte & Touche for the year ending

9    September 1995.

10      A    Uh-huh.

11           MR. HOLZER:  You need to say yes or no so she

12   can get it down.

13      A    Oh, yes.

14      Q    And you've seen those before?

15      A    Yes.

16      Q    If there would have been any problem with any of

17   the information contained in those, you would have notified

18   Deloitte & Touche?

19               MR. LOWRANCE:  Objection, form.

20               MR. SIMANK:  Same objection.

21               THE WITNESS:  Do I answer the question?

22               MR. HOLZER:  Same objection.

23               Yes, go ahead.

24      A    What's the question again?

25      Q    If after reviewing either of these audits you h

1   identified a problem with the information contained in them,

2   would you have notified Deloitte & Touche?

3               MR. LOWRANCE:  Objection to the form of the

4   question.  It calls for him to speculate

5               MR. HOLZER:  Same objection.

6               MR. SIMANK:  Same objection.

7               THE WITNESS:  Do I answer the question?

8               MR. HOLZER:  If you can.

9        A    Yes.

10       Q    As far as you know, is the information contained in

11  these audits correct?

12       A    Yes.

13       Q    I'm going to just get all these together marked as

14  Number 5.

15              (Exhibit number 5 marked for identification.)

16       Q    I'm going to hand you what's been marked as

17  Deposition Exhibit Richards Number 5 and ask you to review

18  those documents.  Have you had an opportunity to review

19  those?

20       A    I've looked to see what they were, yes.

21       Q    Are those the audits performed by Deloitte & Touch

22  for Hygeia Dairy Company for the years ending 1995, 1996,

23  1997 and 1998?

24       A    Yes.

25       Q    And did you review those after those were prepared

1      A    It seems to me that from time to time I would see a

2   Carancahua income statement, but not on a regular basis.  And

3   I don't recall seeing a Cohyco statement.  The transactions

4   were so irregular, or, you know, there just wasn't enough

5   transactions to really be involved.  Normally I would be

6   familiar with the transactions that were taking place,

7   monthly rent payments and sales of property that I didn't

8   really pay any attention to this statement.

9      Q    Do you know who would have been responsible for

10  keeping the information to generate these statements?

11     A    I think Jimmie K. did that.

12     Q    Do you know if this would have been information

13  that would have been made available to Deloitte & Touche whe

14  they were doing their audits?

15     A    Yes.

16     Q    Do you know the system that generated these

17  statements?

18     A    No.  I'm computer illiterate.

19     Q    Do you know if the information used to generate

20  these balance sheets and income statements and general

21  ledgers, which there are copies of in here, still exist on

22  computer system in Harlingen now?

23     A    I would venture to say that they're not available

24  now on the computer systems.

25     Q    Are you aware of any other individual Cohyco

BOSCAMP & ASSOCIATES  (361) 883-4848

1  which Harlingen National paid directly to Hygeia.

2      Q    And Carancahua secured that -- gave you a secured

3  interest in some property it had because of that loan you

4  took out?

5             MR. HOLZER:  Objection, form.

6      A    Yes.

7      Q    And do you know if Hygeia directly repaid Harlingen

8  National Bank in December of '99, or was that money paid to

9  Carancahua who then paid Harlingen National Bank?

10      A    It was paid directly by Hygeia to the bank.

11      Q    Let me hand you what's been marked as Deposition

12  Exhibit Purl Number 3 and ask you if you've seen those

13  documents before?

14      A    Yes, I've seen them before.

15      Q    And is that a demand of -- the first document, is

16  that a demand letter that you sent on behalf of Cohyco, Inc.,

17  to Hygeia Dairy dated December 1, '99?

18      A    Yes.

19      Q    Are you aware of any other collection action that

20  Cohyco, Inc., ever took with respect to the obligations that

21  they reference -- that they put a reference in this letter?

22             MR. HOLZER:  Objection, form.

23      A    I don't know.

24      Q    Did you ever see any other demands on behalf of

25  Cohyco to Hygeia?

84

1    A    I don't know.

2    Q    Whether you did?

3    A    Sir?

4    Q    Do you know whether you did?

5    A    I really don't know.  I mean --

6    Q    Then at any time from 1995 to 1999, based on your

7    knowledge of the company's financials, did Hygeia Dairy

8    Company ever budget to pay any interest or principal to

9    Cohyco?

10    A    I don't think we ever budgeted any funds to pay

11    Cohyco.

12    Q    Would you have been the person at Cohyco who was

13    responsible for collecting the amounts that Cohyco claimed

14    would be from Hygeia Dairy?

15    A    Yes.

16    Q    Did you draft the letter you sent to Hygeia dated

17    December 1, 1999, or did somebody supply you with that draft

18    to send?

19    A    Someone supplied me with that draft.

20    Q    Who would that have been?

21    A    I think it was Karl Gibon.

22    Q    Who?

23    A    Karl Gibon.

24                (Exhibit Number 6 marked for identification.)

25    Q    I hand you what's marked as Deposition Exhibit

85

1    Richards Number 6 and ask you to review those documents.

2              Did you have a chance to review those?

3        A    Yes.

4        Q    Do these documents relate to one of the advances

5    that you've testified about from Carancahua to Hygeia?

6        A    Yes.

7        Q    And it appears that Carancahua cashed in a

8    certificate of deposit and then those funds were wire

9    transferred to Hygeia Dairy?

10       A    Yes.

11             (Exhibit Number 7 marked for identification.)

12       Q    I hand you what's been marked as Deposition Exhibit

13   Richards Number 7 and ask you if you'd review that document?

14       A    I'm familiar with the document.

15       Q    Did you request Deloitte & Touche prepare this

16   memorandum dated April 24th, 1998?

17       A    Yes, I did.

18       Q    Can you recall any other occasions when you sought

19   such advice on tax structuring from Deloitte & Touche?

20       A    I would guess I probably relied on them frequently.

21       Q    Can you recall any specific transaction such as

22   this where you would have sought their advice?

23             MR. HOLZER:  Objection, form.

24       A    No.

25       Q    But at least on this occasion with regard to the

93

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


IN RE:                          :
                                :
F STREET INVESTMENT, INC.       :
DEBTOR,                         :
                                :
OFFICIAL UNSECURED CREDITORS    :
COMMITTEE,                      :
MOVANT,                         :
                                :
VS.                             :
                                :
F STREET INVESTMENT, INC.       :
DEBTOR.                         :


REPORTER'S CERTIFICATION
DEPOSITION OF H. LEE RICHARDS
DECEMBER 20, 2000


          I, Kelly Stoabs, Certified Shorthand Reporter in and for

the State of Texas, hereby certify to the following:

          That the witness, H. LEE RICHARDS, was duly sworn by the

officer and that the transcript of the oral deposition is a

true record of the testimony given by the witness;

          That the deposition transcript was submitted on

*January 12th*, 2001, to the witness or to the attorney for

the witness for examination, signature and return to me by

*February 11th*, 2001;

          That pursuant to information given to the deposition

officer at the time said testimony was taken, the following

includes counsel for all parties of record:

BOSCAMP & ASSOCIATES  (361) 883-4848

94

```
 1        Randy W. Williams
          Morris & Campbell, P.C.
 2        600 Jefferson, Suite 800
          Houston, Texas  77002
 3
          Nathaniel Peter Holzer
 4        Jordan, Hyden, Womble & Culbreath, P.C.
          500 North Shoreline, Suite 900
 5        Corpus Christi, Texas  78471
 6        Ronald A. Simank
          Schauer & Simank
 7        615 North Upper Broadway, Suite 2000
          Corpus Christi, Texas  78477
 8
          Christopher Lowrance
 9        Royston, Rayzor, Vickery & Williams
          1700 Wilson Plaza West
10        606 North Carancahua
          Corpus Christi, Texas  78476
11
          Diane Sanders
12        Attorney at Law
          800 N. Shoreline Boulevard
13        Suite 320 S.
          Corpus Christi, Texas  78401
14
15        I further certify that I am neither counsel for, related
16   to, nor employed by any of the parties or attorneys in the
17   action in which this proceeding was taken, and further that I
18   am not financially or otherwise interested in the outcome of
19   the action.
20        Certified to by me January 12th, 2001.
21
22        _____
          Kelly Laird Stoabs, Texas CSR 4960
23        Expiration Date:  12/31/01
24        BOSCAMP & ASSOCIATES
          500 North Shoreline, Suite 402
          Corpus Christi, Texas  78471
25        (361) 883-4848
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

```
IN RE:                           :
                                 :
F STREET INVESTMENT, INC.,       :
DEBTOR                           :
                                 :
OFFICIAL UNSECURED CREDITORS     :
COMMITTEE,                       :CIVIL ACTION NO.00-20953-B-11
MOVANT,                          :
                                 :
VS                               :
                                 :
F STREET INVESTMENT, INC.,       :
DEBTOR                           :
```

DEPOSITION OF JAMES DOUGLAS PURL, JR.
TAKEN ON DECEMBER 19, 2000

ORAL DEPOSITION OF JAMES DOUGLAS PURL, JR., produced

as a witness at the instance of the Counsel for the Official

Unsecured Creditors Committee, and duly sworn, was taken in the

above-styled and numbered cause on the 19th day of December,

2000, from 9:10 a.m. to 4:51 p.m., before JANE E. DEMARS,

Certified Shorthand Reporter in and for the State of Texas,

reported by machine shorthand, at the offices of Jordan, Hyden,

Womble & Culbreth, P.C., 500 North Shoreline, Suite 900, Corpus

Christi, Nueces County, Texas, pursuant to the Federal Rules of

Civil Procedure and the provisions stated on the record or

attached hereto.



## Boscamp & Associates

### Certified Court Reporters



500 North Shoreline, Suite 402
Corpus Christi, Texas 78471-1004
E-Mail: boscamp@bwwonline.com
Phone: 361- 883-4848
Fax: 361- 883-1151

Deposition of James Douglas Purl, Jr.

8

1     Q    Mr. Purl, have you ever had your deposition taken

2  before?

3     A    Yes, sir.

4     Q    Okay.  So you're familiar that you're under oath and

5  that this deposition can be used in court as your sworn

6  testimony?

7     A    Yes.

8     Q    Just as in your other depositions, if I ask you a

9  question and you don't understand it, please tell me and I'll

10  try and rephrase it.  All right?

11     A    Okay.

12     Q    If at any point during the deposition you feel you

13  need to amend or change an answer that you've previously given,

14  let me know and we'll stop and give you time to do that.  All

15  right?

16     A    Okay.

17     Q    In addition, if at any time you feel you need a

18  break, just let me know and we'll stop.  All right?

19     A    Okay.

20     Q    How are you currently employed?

21     A    Currently I'm employed by F Street Investments.

22     Q    And what's your position?

23     A    Actually, we're just collecting money, accounts

24  receivable, and selling the equipment.

25     Q    Are you still an officer of F Street Investments?

9

```
 1        A      Yes, sir.

 2        Q      What's your title as an officer?

 3        A      President.

 4        Q      And F Street Investments --

 5               MR. HOLZER:  Let him finish.

 6        Q      (By Mr. Williams) And F Street Investments was

 7  formerly known as what?

 8        A      Hygeia Dairy Company.

 9        Q      Okay.  And how long have you been president of F

10  Street Investments, formerly known as Hygeia Dairy Company?

11        A      I believe December of '96 or '7.  I don't remember

12  the exact year.  But that time period.

13        Q      Are you also a director of F Street?

14        A      I don't know.  I'm the president, so I guess that

15  would be.  I'm not really sure.

16        Q      Okay.

17        A      If that title -- I know I'm the president, so.

18        Q      All right.  And have been president since December

19  of 1996 or '97  Correct?

20        A      Yes, sir.

21        Q      Who is the shareholder of F Street Investments?

22        A      The shareholder is Cohyco.

23        Q      And has Cohyco always been the shareholder?

24        A      Since I've been involved, yes.

25        Q      And how long have you been involved?
```

## Deposition of James Douglas Purl, Jr.

1      A    Well, since, I've been since nineteen -- since I was

2  president in 1996 or '7.  I've been employed full-time since

3  1970 -- January 1st, 1979.

4      Q    Are you also an officer of Cohyco?

5      A    Yes, sir.

6      Q    What's your title at Cohyco?

7      A    Vice president.

8      Q    And how long have you been vice president?

9      A    I can't really give you an exact date.  I don't

10  remember, to be honest with you.  I don't know.  I could go

11  back into the notes and probably find it, but I don't remember.

12      Q    Have you been vice president of Cohyco as long as

13  you've been president of F Street?

14      A    I don't know, to tell you the truth.  I'd have to go

15  back and look at it.

16      Q    Were you a vice president of Cohyco in 1999?

17      A    Yes.

18      Q    What about 1998?

19      A    I believe I was.

20      Q    Before you were president of F Street back in 1996

21  or  '97, what was your title, if any, with the company?

22      A    Of F Street or -- --

23      Q    Yes.

24      A    -- Hygeia?

25      Q    Yes.

## Deposition of James Douglas Purl, Jr.

11

```
 1        A     Vice president.
 2        Q     And do you know how long you have been vice
 3   president of Hygeia?
 4        A     Exact time, no, I don't.  There again, I could go
 5   back in the notes and look.  Several years.
 6        Q     Okay.  Before you were vice president of Cohyco, had
 7   you held any other office with Cohyco?
 8        A     I'll be honest, I don't know.  I'd have to go back
 9   and look and see what I actually did, or held.
10        Q     Okay.  Did you ever hold an office with Carancahua
11   Investments, Inc.?
12        A     Yes, sir.
13        Q     And what was that?
14        A     Vice president.
15        Q     Are you vice president now?
16        A     I'm going to be honest, I'm either vice president or
17   president.  I don't recall which.  I think I'm president.
18        Q     And about how long?
19        A     I'm going to say probably since 1996, and it's an
20   estimate.
21        Q     Before you came to work for Hygeia in 1979, were you
22   working somewhere else or were you in school?
23        A     I was in -- I was doing both.
24        Q     Okay.  Where were you working before you came to
25   work for Hygeia?
```

Deposition of James Douglas Purl, Jr.

34

1    I met with them twice.

2         Q    Once when the loan was originally signed up, and

3    then maybe in June or July of 1999?

4         A    Somewhere around there.  I can't be exactly sure on

5    the time, but I did meet with them in 1999 at one point.

6         Q    In 1999, what were your duties and responsibilities

7    as an officer in Cohyco?

8         A    Oh, gosh, what did I do in 1999?  We had board

9    meetings.  We were trying to sell Hygeia Dairy.  Basically,

10   that's probably what we would have been -- probably dealt with

11   in 1999.

12        Q    In 1999, what other assets did Cohyco own, other

13   than its stock in Hygeia Dairy?

14        A    They owned Carancahua Investments.

15        Q    And what did Carancahua Investments do?

16        A    Carancahua Investments is basically, in 1999, all we

17   did was sell property and rent property out till we could get

18   it sold, and that type of thing.

19        Q    What sort of property?

20        A    The old store locations, convenience store

21   locations.

22        Q    Any other assets besides Hygeia Dairy and Carancahua

23   Investments that Cohyco would have been working with in 1999?

24        A    Not that I recall.

25        Q    And then as an officer of Carancahua Investments in

## Deposition of James Douglas Purl, Jr.

154

1    STATE OF TEXAS:

2    COUNTY OF NUECES:

3       I, JANE E. DEMARS, a Certified Shorthand Reporter in and

4    for the State of Texas, do hereby certify that the facts stated

5    by me in the caption hereto are true; that the foregoing

6    deposition of James Douglas Purl, Jr.,the witness hereinbefore

7    named, was at the time named, taken by me in stenograph, the

8    said witness having been by me first duly cautioned and sworn

9    upon his oath to tell the truth, the whole truth, and nothing

10   but the truth, and later transcribed from stenograph to

11   typewriting by computer-aided transcription.

12      I further certify that the above and foregoing deposition

13   as set forth in typewriting is a full, true and correct

14   transcript of the proceeding had at the time of taking said

15   deposition.

16      I further certify that I am neither attorney or counsel

17   for, nor related to or employed by any of the parties to the

18   action in which this deposition is taken, and further that I am

19   not a relative or employee of any attorney or counsel employed

20   by the parties hereto, or financially interested in the action.

21      WITNESS MY HAND, this the 3rd day of January, a.d. 2001.

22

23                Jane E. Demars, Certified Shorthand Reporter
The State of Texas, Certification No. 2789.

24                Expires 12-31-01
Boscamp & Associates

25                500 North Shoreline, Suite 402
Corpus Christi, Texas  78401 (361) 883-4848



Case 1:02-cv-00040   Document 57   Filed in TXSD on 04/19/2001   Page 199 of 212

# H. Lee Richards
P.O. Box 751
Harlingen, Texas 78551

Pete,

The proposal which we finally agreed upon was $90,000 per year for 6 years for me and if case of my death for Laurie.

We also agreed that my sister our largest share holder and office manager would have an agreement for 5 years at 33,800 per year.

Harvey Lee Richards Jr 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

Annie Laurie Richards 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

My Sister Merry Kay Richards -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

Sincerely,

Lee

S & P DRAFT 11/18/99

### AGREEMENT NOT TO COMPETE

THIS AGREEMENT NOT TO COMPETE ("Agreement") made in duplicate this _____ day of November, 1999, by and between:

SOUTHERN FOODS GROUP, L.P., a Delaware limited partnership ("Buyer"), and

H. LEE RICHARDS ("Promisor").

Southern Foods and Richards are referred to collectively as "Parties."

AGREEMENT:

Pursuant to the Asset Purchase Agreement dated November __, 1999 ("Asset Purchase Agreement") between Buyer and Hygeia Dairy Company, a Texas corporation, together with its related companies named in the Asset Purchase Agreement (collectively referred to in this Agreement as "Seller"), Buyer agreed to purchase, and Seller, inter alia, agreed to sell, transfer, convey and deliver to Buyer, certain Purchased Assets (as defined in the Asset Purchase Agreement) in return for cash.

Under Section 8.5 of the Asset Purchase Agreement, it was a condition to Buyer's obligation to consummate the transactions contemplated by the Asset Purchase Agreement that Promisor enter into a non-competition agreement. This Agreement is being entered into by the Parties in satisfaction of that condition.

NOW, THEREFORE, in consideration of the mutual promises made in this Agreement, and in consideration of the representations, warranties and covenants herein contained, the Parties agree as follows:

1.      **Covenant Not to Compete; Non-Solicitation.**

Promisor acknowledges and agrees that:

a.      Buyer engages in the dairy processing and distribution business (collectively the "Business"); and

b.      among other places, Buyer engages in the Business in Texas (the "Territory");

c.      immediately prior to the execution of the Asset Purchase Agreement and this Agreement, Seller engaged in the Business in the Territory and obtained a significant amount of its revenues and business from customers in the Territory;

d.   Promisor is a principal shareholder of Seller and will benefit from the consummation of the transaction provided for in the Asset Purchase Agreement; and

e.   the Business of Buyer would be materially adversely impacted if Promisor competed with Buyer in the Territory because of his knowledge, expertise and experience in the Business conducted by Buyer.

For and in consideration of the foregoing facts and the payments payable by Buyer pursuant to this Agreement, Promisor hereby covenants and agrees that he will not, within the Territory directly or indirectly, as an employee, employer, consultant, creditor, investor, advisor, agent, owner, member, principal, partner, shareholder, corporate officer, director or through any other kind of ownership, or in any other representative or individual capacity, engage in any of the following for a period of six (6) years from the closing date:

(a)   engage in the Business in the Territory that is in competition in any manner whatsoever with the Business conducted by Buyer, including, without limitation, any business activity relating to the developing, manufacturing, processing, selling, advertising, marketing, promoting or otherwise distributing any Dairy Products anywhere in the Territory. "Dairy Products" shall mean fluid milk (including whole, skim, low-fat and chocolate milk), cottage cheese, sour cream, whipping creams, half-and-half, ice cream and ice-cream mixes;

(b)   engage in any Business which calls upon, solicits, diverts or takes away any customer or customers of Buyer in the Territory for the purpose of processing or distributing any Dairy Products to such customers or selling or attempting to sell to any of such customers any procedures, products or services similar to any procedures, products or services heretofore sold or provided to any of such customers by Buyer; and

(c)   solicit any present or future employee of Buyer or initiates discussions with any such employee regarding his or her termination or resignation from employment with Buyer, so that such employee may accept employment with, or engagement as a partner, investor, shareholder, employee, agent or consultant with Promisor, directly or indirectly, as specified above.

2.   **Non-Disclosure.**

Promisor covenants and agrees that all information concerning Seller and Buyer, including without limitation (i) information regarding prices or premiums charged for products manufactured and sold by Seller and Buyer, (ii) the assets, liabilities and financial condition of Buyer and Seller, (iii) the names and identities of customers and any analyses of the amount and types of products purchased by customers of Buyer and Seller, and (iv) the amount of

compensation paid by Seller to its employees, constitute trade secrets and confidential, proprietary business information which is the property of Buyer and that, unless otherwise required by law, from and after the date of this Agreement:

> (a)    Promisor shall use his best efforts and exercise utmost diligence to protect and safeguard all of such trade secrets and confidential, proprietary information;

> (b)    Promisor shall not, directly or indirectly, use, sell, license, publish, disclose or otherwise transfer or make available to others any of such trade secrets or confidential, proprietary information;

> (c)    without the prior written consent of Buyer, Promisor shall not, directly or indirectly, disclose any of such trade secrets or confidential, proprietary information; and

> (d)    Promisor shall not, directly or indirectly, use for his own benefit or for the benefit of another, any of such trade secrets or confidential, proprietary information.

It is expressly understood, however, that the foregoing shall not apply to any information that was generally available to the public on a non-confidential basis prior to the date of this Agreement or was or becomes generally available to the public on a non-confidential basis from a third party who is not bound to keep such information confidential.

### 3.    Non-Disparagement.

Promisor agrees that he shall not at any time make negative statements or representations, or otherwise communicate negatively, directly or indirectly, in writing or orally, or otherwise, or take any action which may, directly or indirectly, disparage or be damaging to Buyer or its affiliates or any of their respective current or former customers, successors, officers, directors, employees, business or reputation, other than to the extent reasonably necessary in order to give truthful testimony in a legal or regulatory proceeding.

### 4.    Consideration.

Buyer agrees to pay Promisor the sum of $90,000 per year for a period of six (6) years commencing as of the date of this Agreement. Such payment shall be made in accordance with the normal payroll practices of Buyer (and shall be subject to any withholding required by applicable law). In the event of a breach by Promisor of any of the provisions of this Agreement, Buyer's obligation to make any payments referred to in this Section 4 shall immediately cease.

*Provision re: Promisor's death.*

### 5.    Reasonableness; Reformation.

Promisor acknowledges and agrees that (a) this Agreement is ancillary to the Asset Purchase Agreement, (b) the provisions of this Agreement contain reasonable limitations as to time,

geographical area and scope of activities to be restrained and do not impose a greater restraint than is necessary to protect Buyer's goodwill and other business interests, (c) if any portion of the covenants and agreements set forth in this Agreement are held to be invalid, unreasonable, arbitrary or against public policy, then such portion of such covenants shall be considered divisible as to time, scope of activities covered, and geographical area, and (d) if any court of competent jurisdiction determines the specified time period, scope of activities covered, or the specified geographical area applicable to any provision of this Agreement to be invalid, unreasonable, arbitrary or against public policy, a lesser time period, scope of activities covered, and/or geographical area which is determined to be reasonable, non-arbitrary and not against public policy may be enforced against Promisor.

6.      **Remedies for Breach**.

If Promisor has failed to satisfactorily cure any breach or threatened breach of any covenant or agreement contained herein with ten (10) days after written notice of such breach or threatened breach given by Buyer to Promisor, in addition to ceasing making the payments to Promisor as provided in Section 4, any one or more of the following remedies, as selected by Buyer in its sole discretion, shall be available to Buyer hereunder:

(a)      **Specific Performance.**

In the event of a breach or threatened breach of any covenant or agreement of Promisor in this Agreement, remedies at law will not adequately compensate Buyer for its injuries incurred as a result thereof.  Accordingly, injunctive and/or equitable relief shall be available to Buyer to specifically enforce this Agreement and prevent such breach and any continued breach of any covenant and agreement of Promisor in this Agreement.  Promisor agrees that a bond of no more than $5,000 in the aggregate will provide adequate protection to Promisor and therefore no more than $5,000 in bond or other security shall be required to be posted by Buyer by any court in any proceeding to obtain such injunctive or equitable relief.

(b)      **Suit for Damages.**

In addition to the remedies stated in Section 6(a) above, in the event of any breach of any covenant or agreement of Promisor herein, Buyer may sue for damages arising out of such breach and otherwise enforce this Agreement and obtain all remedies available to Buyer under applicable law.

7.      **Waivers Applicable to Covenants Not to Compete.**

In its sole discretion, Buyer shall have the right at any time and from time to time, upon approval of Buyer's governing body, to waive all or any portion of Buyer's rights under the covenants contained in Sections 1 and 2 of this Agreement as applicable to Promisor, including, without limitation, reducing the scope of the covenants not to compete applicable to Promisor or reducing the time period or the geographical area of such covenants not to compete applicable to Promisor; provided that any such covenant not to compete as effected by such waiver shall remain

fully in effect. In order to be effective, any such waiver must be in writing, approved by Buyer's governing body as provided above, and executed by Buyer.

8.   **Miscellaneous.**

(a)   **Entire Agreement.**

This Agreement, together with the Asset Purchase Agreement, sets forth the entire understanding of the Parties and supersedes all prior proposals, understandings, agreements, correspondence, arrangements and contemporaneous oral agreements relating to the subject matter of this Agreement. No representation, promise, inducement or statement of intention has been made by any Party that has not been embodied in the Asset Purchase Agreement or this Agreement.

(b)   **Counterparts.**

This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy of this Agreement and all of which, when taken together, will be deemed to constitute one and the same agreement.

(c)   **Non-Assignability; Binding Effect.**

Promisor will not assign any of its rights or obligations under this Agreement, whether by operation of law or otherwise, without obtaining the prior written consent of Buyer. All of the provisions of this Agreement will be binding upon and inure to the benefit of and be enforceable by the Parties and their respective heirs, executors, administrators, legal representatives, and permitted successors and assigns.

(d)   **Further Assurances.**

Each Party will execute and deliver such additional documents or take such additional actions as may be requested by the other Party to this Agreement if such requested document or action is reasonably necessary to effect the transactions contemplated by this Agreement.

(e)   **Headings/Captions.**

Section titles or captions in this Agreement are included for purposes of convenience only and will not be considered a part of the Agreement in construing or interpreting any of its provisions. All references in this Agreement to "Sections" will refer to sections of this Agreement unless the context clearly requires otherwise.

(f)     **Authorship of Agreement.**

The Parties have participated jointly in the negotiation and drafting of this Agreement. If any ambiguity or question of intent or interpretation arises, no presumption or burden of proof will arise favoring or disfavoring any Party by virtue of the authorship of any of the provisions of this Agreement.

(g)     **Language.**

Unless the context otherwise requires, when used in this Agreement, the singular will include the plural, the plural will include the singular, and all nouns, pronouns and any variations thereof will be deemed to refer to the masculine, feminine or neuter, as the identity of the person or persons may require. Initial capitalized terms not otherwise defined in this Agreement shall have the meanings assigned to them in the Asset Purchase Agreement.

(h)     **Consent to Jurisdiction.**

Each Party hereto hereby irrevocably consents and voluntarily submits to the jurisdiction of a state or federal court sitting in Dallas County, Texas for any matter arising out of or relating to this Agreement, and agrees that all claims raised in such proceeding may be heard and determined in such state or federal courts. Each of the Parties further consents and agrees that such Party may be served with process in the same manner as a notice may be given under this Agreement.

(i)     **Waiver; Remedies.**

Waiver by any Party hereto of any breach of or exercise of any rights under this Agreement shall not be deemed to be a waiver of similar or other breaches or rights or a future breach of the same duty. The failure of a Party to take any action by reason of any such breach or to exercise any such right shall not deprive any Party of the right to take any action at any time while such breach or condition giving rise to such right continues. The Parties shall have all remedies permitted to them by this Agreement or law, and all such remedies shall be cumulative.

(j)     **Governing Law.**

THIS AGREEMENT WILL BE GOVERNED BY, AND WILL BE CONSTRUED AND ENFORCED IN ACCORDANCE WITH, THE LAWS OF TEXAS, WITHOUT GIVING EFFECT TO ANY CONFLICT OF LAW RULE OR PRINCIPLE OF SUCH STATE OR COUNTRY.

(k)     **Time of Essence.**

Time is of the essence to the performance of the obligations set forth in this Agreement.

(l)    **Notices.**

All notices, requests, consents, approvals, waivers, demands and other communications required or permitted to be given or made under this Agreement will be in writing and will be deemed delivered to the Parties (i) on the date of personal delivery or transmission by facsimile transmission, (ii) on the first business day following the date of delivery to a nationally recognized overnight courier service or (iii) on the third business day following the date of deposit in the United States Mail, postage prepaid, by certified mail, in each case, addressed as follows, or to such other address, person or entity as any Party may designate by notice to the others in accordance herewith:

If to Promisor:

H. Lee Richards

_____

Harlingen, Texas _____

If to Buyer:

Southern Foods Group, L.P.
3114 South Haskell
Dallas, Texas 75223
Attn: Chief Financial Officer

Case 1:02-cv-00040   Document 57   Filed in TXSD on 04/19/2001   Page 207 of 212

IN RE  F Street Investments, Inc. f/k/a/ Hygeia

Debtor

Joint Debtor

CASE NO  00-20953-B-11

(If Known)

CHAPTER  11

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐  Check this box if debtor has no creditors holding secured claims to report on Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #.<br><br>Cohyco, Inc.<br>P. O. Box 751<br>Harlingen, TX  78551 | | DATE INCURRED<br>NATURE OF LIEN<br>1st lien<br>COLLATERAL<br>Inventory, accounts, equipment, and proceeds<br>REMARKS<br><br><br>COLLATERAL VALUE          $2,405,941.66 | | | | $14,885,098.40 | $12,479,156.74 |
| ACCT # | | DATE INCURRED<br>NATURE OF LIEN<br><br>COLLATERAL<br><br>REMARKS<br><br>COLLATERAL VALUE | | | | | |
| ACCT #· | | DATE INCURRED<br>NATURE OF LIEN<br><br>COLLATERAL<br><br>REMARKS<br><br>COLLATERAL VALUE | | | | | |
| ACCT # | | DATE INCURRED<br>NATURE OF LIEN<br><br>COLLATERAL<br><br>REMARKS<br><br>COLLATERAL VALUE | | | | | |
| ACCT # | | DATE INCURRED<br>NATURE OF LIEN<br><br>COLLATERAL<br><br>REMARKS<br><br>COLLATERAL VALUE | | | | | |

____  No          continuation sheets attached

| Total for this Page (Sub-Total) > | $14,885,098.40 | $12,479,156.74 |
|---|---|---|
| Running Total > | $14,885,098.40 | $12,479,156.74 |

IN RE  F Street Investments, Inc. f/k/a/ Hygr
_____
Debtor

CA   00-20953-B-11
(If Known)

CHAPTER  11

Joint Debtor

*AMENDED*
## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No 21*

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #<br>Coastal Engine Parts<br>4201 Agnes St.<br>Corpus Christi, TX  78405 | | DATE INCURRED<br>CONSIDERATION<br>Goods Purchased or Services Rendered<br>REMARKS | | | | $235.61 |
| ACCT #<br>Coastal Mart, Inc.<br>C/O Michael J. McGinnis<br>Nine Greenway, Suite 800<br>Houston, TX 77046 | | DATE INCURRED<br>CONSIDERATION<br>For goods purchased or services rendered<br>REMARKS | | | | $26,105.32 |
| ACCT #<br>Coastal Plating Company<br>534 McBride Lane<br>Corpus Christi, TX  78408 | | DATE INCURRED<br>CONSIDERATION<br>Goods Purchased or Services Rendered<br>REMARKS | | | | $1,524.40 |
| ACCT #<br>Cohyco, Inc.<br>P.O. Box 751<br>Harlingen, TX 78551 | | DATE INCURRED<br>CONSIDERATION<br>money advanced<br>REMARKS | | | | $12,543,905.58 |
| ACCT #<br>Coldstorage Maintenance, Inc.<br>P. O. Box 2113<br>Hurst, TX 76053 | | DATE INCURRED<br>CONSIDERATION<br>Goods Purchased or Services Rendered<br>REMARKS | | | | $2,970.03 |
| ACCT #<br>Coleman Diesel Service<br>P. O. Box 8262<br>Greenville, TX 75404 | | DATE INCURRED<br>CONSIDERATION<br>Goods Purchased or Services Rendered<br>REMARKS | | | | $327.45 |
| ACCT #<br>Collections Unlimited, Inc.<br>11225 n. 28th Drive<br>Phoenix, AZ  85029-5606 | | DATE INCURRED<br>CONSIDERATION<br>Goods Purchased or Services Rendered<br>REMARKS | | | | $297.91 |

Total for this Page (Sub-Total) >   $12,575,366.30

Running Total >   $13,209,842.13

IN RE  F Street Investments, Inc. D\b\a\ Hygf
_____
　　　　　　　　Debtor

CAS○　00-20953-B-11
　　　　　　　(If Known)

_____
　　　　　　Joint Debtor

CHAPTER  11

**AMENDED**
# SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No  106*

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #<br>Zeph Technologies<br>P. O. Box 71685<br>Chicago, IL  60694 | | DATE INCURRED<br>CONSIDERATION<br>Goods Purchased or Services Rendered<br>REMARKS | | | | $826.31 |
| ACCT # | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | |
| ACCT # | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | |
| ACCT # | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | |
| ACCT # | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | |
| ACCT # | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | |
| ACCT # | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | |

| | |
|---|---|
| Total for this Page (Sub-Total) > | $826.31 |
| Running Total > | $17,279,986.57 |