UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY 11 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | |
| COHYCO, INC., et al. | § | B-02- 040 |

## MOTION TO QUASH DEPOSITION NOTICE

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiff in this case, Quality Chekd Dairies, Inc. ("Quality Chekd") hereby moves to quash or, in the alternative, modify the cross deposition notice served on it by F Street Investments, Inc. ("F Street") and as cause, therefor, would show:

1. On May 9, 2001, F Street, a former party to this civil action, served a cross notice of the deposition (the "Notice") of Mel Rapp, who was former managing director for Quality Chekd, by facsimile transmittal, returnable on May 14, 2001 at 9:00 a.m.

2. F Street is no longer a party to this civil action and is not entitled to notice a deposition herein.

3. To the extent that the Notice purports to incorporate the duces tecum provisions of Cohyco's Notice, it does not comply with Rule 34, Federal Rules of Civil Procedure, which permits thirty days within which to respond to a request for document production. Under provisions of 30b(5), production of documents and tangible things in the course of an oral deposition are subject to provisions of Rule 34.

59

WHEREFORE, Quality Chekd prays that F Street's Cross Notice of Deposition of Mel Rapp be, in all things denied.

Respectfully submitted,

HAMEL BOWERS & CLARK L.L.P.

_____
Lee Hamel
SBN: 08818000
William L. Bowers, Jr.
SBN: 02740000
1200 Smith, Suite 2900
Houston, Texas 77002
Tel:   (713) 659-2000
Fax:   (713) 659-3809

*Attorneys for Quality Chekd Dairies, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed or faxed to the following party on the ___ day of May, 2001.

Harlin C. Womble, Jr.
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

*Attorney for F Street Investments*

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476

*Attorneys for Cohyco, Inc. and H. Lee Richards*

_____
William L. Bowers, Jr.

-2-