United States Courts
Southern District of Texas
FILED

MAY 11 2001

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | B-02- 040 |
| COHYCO, INC., et al. | § | |

## MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiff in this case, Quality Chekd Dairies, Inc. ("Quality Chekd") hereby moves for a protective order with respect to the duces tecum deposition notice served on it by Defendant Cohyco, Inc. ("Cohyco") and as cause, therefore, would show:

1. On May 9, 2001, Cohyco served a Notice of Deposition of Mel Rapp (the "Notice"), former managing director of Quality Chekd. The Notice was served by facsimile transmission and was returnable on May 14, 2001 at 9:00 a.m.

2. To the extent that the Notice attempts to compel production of documents, it does not comply with Rule 34, Federal Rules of Civil Procedure, which permits thirty days in which to respond to the request for document production. Under provisions of 30b(5), proceedings to compel production of documents pursuant to a notice of oral deposition are subject to the provisions of Rule 34, Federal Rules of Civil Procedure.



WHEREFORE, Quality Chekd prays that Cohyco's Notice of Deposition of Mel Rapp be modified to exclude the provisions seeking to compel production of documents.

Respectfully submitted,

HAMEL BOWERS & CLARK L.L.P.

*[signature]*

Lee Hamel
SBN: 08818000
William L. Bowers, Jr.
SBN: 02740000
1200 Smith, Suite 2900
Houston, Texas 77002
Tel:  (713) 659-2000
Fax:  (713) 659-3809

*Attorneys for Quality Chekd Dairies, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed or faxed to the following party on the 11th day of May, 2001.

Harlin C. Womble, Jr.
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
   *Attorney for F Street Investments*

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476
   *Attorneys for Cohyco, Inc. and H. Lee Richards*

*[signature]*

William L. Bowers, Jr.

-2-