United States Courts
Southern District of Texas
FILED

MAY 2 3 2001

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC. | § | B-02-040 |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | |
| COHYCO, INC., et al. | § | |

### MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Quality Chekd Dairies, Inc. ("Quality Chekd") respectfully asks this Court to enter a new scheduling order, resetting the trial of this case for either October or November of 2001 and as cause therefore would show:

1.  A mediator has been proposed for three different proceedings: 1) this case, involving Plaintiff and Defendants, Cohyco, Inc. and H. Lee Richards; 2) Case No. 00-20953-B-11, *In re: F Street Investments, Inc. a Texas Corporation f/k/a Hygeia Dairy Company vs. Quality Chekd Dairies,* in the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division ("the bankruptcy") involving F Street Investments, Inc.; and 3) an adversary proceeding in the bankruptcy involving F Street Investments, Inc. and Quality Chekd Dairies, Inc. The Plaintiff and Defendants in this case, the debtor in possession, and the Unsecured Creditor's Committee have agreed to mediate all of the issues in both this case and the bankruptcy and have agreed on a mediator in Houston, Texas, former State District Judge Ruby Sondock. The mediation date is set for June 19, 2001. Conflicting schedules of the mediator and the five counsel involved prevented

an earlier mediation date.

2.  In this case, the depositions of a representative of Plaintiff Quality Chekd and the deposition of H. Lee Richards were completed on May 14 and 16, 2001. This limited discovery permits the parties to conduct a meaningful mediation of this case and all of the issues between them in this case and in the bankruptcy.

3.  Further preparation for trial of this case will require substantial, expensive, further discovery and detailed pretrial preparations. Progress has been made on discovery needed to develop this case; however, several additional depositions and some third party document discovery will be necessary before trial, including depositions of expert witnesses; the pretrial order and its attachments must be prepared; and other pretrial steps must taken. All of this work will be both time consuming and expensive. This work has been postponed in order to conserve resources in the event mediation is successful. The Court's present scheduling order has set the trial for August, 2001, and a discovery cutoff of June 27, 2001.

4.  If the present trial date and scheduling order deadlines are kept, it is necessary to move forward immediately with expensive trial preparation which ultimately may be unnecessary. If the trial of this case is postponed until either late November or early December of this year, and the scheduling order adjusted accordingly, the parties will have adequate time for an efficient preparation for trial, should mediation not be successful. If the mediation is successful, the result will be a saving of both the Court's time and resources and the resources of all parties.

5.  A proposed scheduling order is attached for the Court's convenience.

6.  This motion is not filed for delay, but so that justice may be done.

WHEREFORE, the Plaintiff and Defendants ask that this case be continued until November or December, 2001 and that the pretrial deadlines be modified as proposed on the attached, or upon such other schedule as the Court deems appropriate.

Respectfully submitted,

HAMEL BOWERS & CLARK L.L.P.

*[signature]*

Lee Hamel
SBN: 08818000
William L. Bowers, Jr.
SBN: 02740000
1200 Smith, Suite 2900
Houston, Texas 77002
Tel:   (713) 659-2000
Fax:   (713) 659-3809
*Attorneys for Quality Chekd Dairies, Inc.*

## CERTIFICATE OF CONFERENCE

I spoke with Christopher Lowrance, attorney for defendants, on May 23, 2001 and discussed this motion. Mr. Lowrance advised that the defendants **oppose** this motion.

*[signature]*
Lee Hamel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by U.S. Mail and/or fax to counsel of record on this the 23 day of May, 2001.

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476
   *Attorneys for Cohyco, Inc. and H. Lee Richards*

*[signature]*
Lee Hamel