United States Courts
Southern District of Texas
FILED

MAY 25 2001 LF

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| QUALITY CHEK'D DAIRIES, INC., § | B-02- 040 |
| § | |
| VS. § | CIVIL ACTION NO. H-00-0943 |
| § | |
| COHYCO, INC. and § | |
| H. LEE RICHARDS. § | |

## NOTICE OF AGREEMENT OF A MEDIATOR AND MEDIATION SCHEDULE

Quality Chekd Dairies, Inc. notifies the Court that the parties in the following three cases have agreed to a mediation before Honorable Ruby Sondock on June 19, 2001.

1. Cause No. H-00-0943; *Quality Chekd Dairies, Inc. v. Cohyco, Inc. and H. Lee Richards*; In the United States District Court for the Southern District of Texas, Houston Division.

2. Case No. 00-20953-B-11; *F Street Investments A Texas Corporation f/k/a Hygeia Dairy Company*; In the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division.

3. Adversary No. 00-2114-B; *In re: F Street Investments, Inc. a Texas Corporation f/k/a Hygeia Dairy Company vs. Quality Chekd Dairies*; In the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division

Respectfully submitted,

Lee Hamel, SBN: 08818000
William L. Bowers, Jr., SBN: 02740000
Hamel Bowers & Clark, L.L.P.
1200 Smith, Suite 2900
Houston, Texas 77002
Tel: (713) 659-2000/Fax: (713) 659-3809
*ATTORNEYS FOR PLAINTIFF*

63

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served by facsimile or U.S. mail to counsel of record on this the 25th day of May, 2001.

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476
    *Attorneys for Cohyco, Inc. and H. Lee Richards*

William L. Bowers, Jr.