UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JUN 12 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC. | § | B-02- 040 |
| | § | |
| versus | § | CIVIL ACTION NO. H-00-0943 |
| | § | |
| COHYCO, INC., *ET AL.* | § | |

## ORDER

Pending before the Court is the Motion for Continuance **(Instrument No. 62)** filed by the Plaintiff, Quality Chek'd Dairies, Inc. The parties represent that they have not completed their discovery in this case, and that they have scheduled the case for mediation for June 19, 2001. The parties seek to delay the completion of their discovery until after the scheduled mediation and to reschedule the trial for November or December of 2001.

The Court understands the parties' desire to conserve their resources until after the parties determine whether this case can be resolved through mediation. Accordingly, the current scheduling order is suspended. A trial setting in November or December of 2001 is not available. The next available trial setting would be May of 2002. If the parties are desirous of an earlier trial setting, it is this Court's suggestion that they consent to proceed to trial before the magistrate judge. By June 21, 2001, the parties shall provide to the Court a written status letter indicating whether the case was resolved through mediation, and if not, what additional discovery still needs to be done so that the Court may enter a new scheduling order. The parties should also indicate whether their clients will consent to have the case tried before a magistrate judge.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 11th day of June, 2000, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE