IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUN 1 3 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC., | § | |
| | § | B-02- 040 |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-00-943 |
| | § | |
| COHYCO, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Pursuant to its authority under Fed. R. Civ. P. 1, 16, and 83, as well as Local Rule 20, and its inherent power to manage its own affairs to achieve the orderly and expeditious disposition of cases, the court has determined, and the parties have agreed, that this case is appropriate for referral to mediation. Mediation is set for **June 19, 2001,** before the following mediator:

The Honorable Ruby Sondock
909 Fannin Street
Houston, Texas 77010
(713) 655-1111

**That date has been confirmed by all parties and no changes will be permitted.** Mediation is a mandatory but non-binding settlement conference in which the parties attempt to resolve their differences with the assistance of a third-party mediator. All mediation proceedings are confidential and privileged from discovery. No subpoena, summons, or other process shall be served at or near the location of any mediation session, upon any person entering, leaving, or attending any mediation session.

Each party and all counsel will be bound by the attached Rules for Mediation. Counsel and parties shall proceed in a good faith effort to resolve this case through mediation. Each

66

party who is a **natural person must be present** during the entire mediation process. Each party that is not a natural person **must be represented by a principal, partner, officer or official with authority and discretion to negotiate a settlement**. If one or more insurance companies must be involved in the settlement of this case, a representative from each insurance company with authority and discretion to negotiate a settlement shall be present during the entire mediation process.

The parties shall make independent arrangements for payment of fees for the mediation. The costs of mediation are to be divided and borne equally by the parties unless otherwise agreed and ordered.

Following the mediation, the mediator will advise the court if the case settled. No other information concerning the mediation may be given to the court by the mediator or any other party.

The Clerk shall file this order and provide a true copy to all counsel of record.

SIGNED at Houston, Texas, this ___8th___ day of June, 2001.

_____
MARY MILLOY
UNITED STATES MAGISTRATE JUDGE