HAMEL BOWERS & CLARK L.L.P.
ATTORNEYS AND COUNSELORS
TWO ALLEN CENTER
1200 SMITH, SUITE 2900
HOUSTON, TEXAS 77002

TELEPHONE: (713) 659-2000
FAX: (713) 659-3809

JUL 1 8 2001    **BC**

Michael N. Milby. Clerk

FILED
2001 JUL 18 PM 7: 34

U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS

July 18, 2001

Mr. Michael Milby                                        *By Hand*
U.S. District Clerk's Office
515 Rusk Street
Houston, Texas 77002

**B-02-N040**

Re:    Cause No. H-00-0943; *Quality Chekd Dairies, Inc. v. Cohyco, Inc. and H. Lee Richards*; In
       the United States District Court for the Southern District of Texas, Houston Division

Dear Mr. Milby:

       This is a follow up to a June 21, 2001 letter regarding the status of this case following
mediation.

1.    Plaintiff's counsel in this case believe that post-mediation efforts will probably be
      unsuccessful without some additional discovery. Counsel for Defendants, Richards
      and Cohyco, holds the opposite view. Counsel in this case have agreed to meet again
      to see if they can reach an agreement. They will meet no later than July 27, 2001.

2.    A discovery plan is attached.

3.    The parties cannot agree on the referral of this matter to a Magistrate Judge.

       Please deliver this report to the Court for the parties.

                                                    Sincerely,

                                                    Lee Hamel

LH:sr

       *By Facsimile on 07/18/01*
cc:    Mr. Christopher Lowrance

United States Courts
Southern District of Texas
FILED

JUL 1 8 2001

Michael N. Milby, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | |
| COHYCO, INC. , et al. | § | |

**DISCOVERY PLAN**
(August, 2001 through February, 2002)

I.    **DEPOSITIONS**

**Plaintiff**
**Quality Chekd Dairies, Inc.**

1.    Doug Purl, Officer and Director of Hygeia and Cohyco.

2.    Merry K. Richards, Officer and Director of Hygeia and Cohyco.

3.    Jimmie K. Stephens, Bookkeeper for Hygeia.

4.    Peter Schenkel, Officer of Southern Foods who negotiated with Lee Richards in 1995, 1998 and 1999 for the purchase of Hygeia's assets.

5.    Pat Ford, employee of Southern Foods who participated in negotiations with Lee Richards in 1999 for the purchase of Hygeia's assets.

6.    Custodian of Records for Southern Foods.

7.    Kathy Kirk, expert witness designated by Cohyco re: usury.

8.    Deloitte & Touche, LLP, CPAs for Cohyco and Hygeia.

**Defendants**
**H. Lee Richards and Cohyco, Inc.**

1.    Tom Bruce, Director of New Development of Quality Chekd Dairies, Inc.

2.    Ronald Cohen, Plaintiff's expert on financial matters and other issues.

3.    Craig Funkhouser, Plaintiff's expert on calculation of damages and other issues.

4.    William Comiskey, Plaintiff's summary witness expert on financial records.

5.    Morton L. Susman, Plaintiff's expert on attorney fees.

6.    Lee Hamel, Plaintiff's expert on attorney fees.

7.    Quality Chekd Corporate Representative

8.    Lynn Oller, current President, Board of Directors, Quality Chekd.

| **Plaintiff** <br> **Quality Chekd Dairies, Inc.** | **Defendants** <br> **H. Lee Richards and Cohyco, Inc.** |
|---|---|
| 9.  Deloitte & Touche Audit Partner | 9.  Don Smith, former Director and President of Hygeia. |
| 10. Deloitte & Touche Audit Manager | |
| 11. Deloitte & Touche Field Auditor | 10. Doug Parr, current Secretary, Board of Directors, Quality Chekd. |
| 12. Custodian of Records for Hygeia | |
| 13. Custodian of Records for Cohyco | |

**II.    INTERROGATORIES BETWEEN THE PARTIES**

**III.   REQUESTS FOR ADMISSIONS BETWEEN THE PARTIES**

**IV.   REQUESTS FOR DOCUMENTS BETWEEN THE PARTIES**