


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC., | § | |
| | § | |
| Plaintiff, | § | B-02- 040 |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | |
| COHYCO, INC., "F" STREET | § | |
| INVESTMENTS, d/b/a SOUTHWEST | § | |
| ICE CREAM SPECIALTIES (f/k/a | § | |
| HYGEIA DAIRY COMPANY), and | § | |
| H. LEE RICHARDS, | § | |
| | § | |
| Defendants. | § | |

**SURREPLY OF DEFENDANTS COHYCO, INC. AND H. LEE RICHARDS
TO PLAINTIFF'S ANSWER TO DEFENDANTS' REPLY TO PLAINTIFF'S
RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendants Cohyco, Inc. and H. Lee Richards ("the Cohyco Defendants") and file this their BRIEF Surreply as noted above. The issue at stake is whether or not Richards, as an employee of Cohyco, can conspire with Cohyco as a matter of law. In their Answer, Plaintiff asserted that Richards had "personal reasons" for his alleged failure to disclose information to the Plaintiff, and therefore he is excepted from the normal rule that an agent of a corporation cannot conspire with the corporation. Plaintiff's analysis was flawed, even under the authorities it cited, because the "personal reasons" exception also requires the Plaintiff to prove that Richards was acting outside the scope of his employment at the time the alleged conspiracy occurred. See Nelson v.



47527:978258.1:080701

Fontenot, 784 F.Supp. 1258, 1261 (E.D. Tx. 1992) (cited by the Plaintiff in their Answer).[1] On the contrary, Plaintiff has judicially admitted in its pleadings[2] that Richards was acting within the course and scope of his employment with Cohyco when committing the alleged wrongful conduct made the basis of the lawsuit.[3] Taking the facts as pled by the Plaintiff, Cohyco cannot be liable as a matter of law for conspiring with Richards, its employee who was acting within the course and scope of his employment. Therefore, partial summary judgment dismissing all claims against Cohyco is proper.

WHEREFORE, PREMISES CONSIDERED, the Cohyco Defendants move for summary judgment dismissing all of Quality Chek'd's claims against Cohyco. The Cohyco Defendants also move for referral of the pre-trial handling of the remaining causes of action to the related case filed in the Bankruptcy Court in the Brownsville Division, and for such other and further relief to which they are entitled.[4]

---

[1] The Court stated that an intracorporate conspiracy may exist when an individual defendant is named as a party and that individual acts "outside the scope of their employment for personal reasons." Nelson, 784 F.Supp. at 1261.

[2] Unverified statements of fact in pleadings of an opposing party are admissions that require no futher proof for purposes of a motion for summary judgment. See, generally, Lockwood v. Wolf Corp., 629 F.2d 603, 611(9th Cir. 1980), and FRE 801(d) (2).

[3] See First Amended Complaint of Plaintiff at paras. 32 and 35.

[4] See Defendants' Motion for Summary Judgment, Motion for Referral to the Bankruptcy Court and Motion to Transfer. Defendants' Motion for Referral and Motion to Transfer will not be addressed in this surreply as both issues have been extensively briefed.

Respectfully submitted,

_____
Christopher Lowrance
Attorney-in-Charge
State Bar No. 00784502
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile

**ATTORNEY FOR DEFENDANTS COHYCO, INC. AND H. LEE RICHARDS**

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the means indicated to counsel of record on this the 7th day of August, 2001.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Lee Hamel
Law Office of Lee Hamel & Associates
1200 Smith, Suite 2900
Houston, Texas 77002

Mr. Harlin Womble
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline, Suite 900
Corpus Christi, Texas 78471

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.