United States Courts
Southern District of Texas
FILED

AUG 17 2001

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC. | § | B-02-040 |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | |
| COHYCO, INC. and | § | |
| H. LEE RICHARDS. | § | |

**PLAINTIFF'S REPLY TO DEFENDANTS H. LEE RICHARDS'
AND COHYCO, INC.'S SURREPLY CONCERNING
PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT**

1. Plaintiff has repeatedly stated good reasons and provided summary judgment evidence which demonstrates material fact issues and why summary judgment should not be entered as to any of its substantive causes of actions. Defendants repeatedly argue only the conspiracy claim, and then assert they are entitled to summary judgment on all claims.

2. The argument about a conspiracy between a company and its officer is a red herring. Even if Defendants were correct, summary judgment must be denied as to all other claims for the other reasons previously set out. There are issues of fact on the conspiracy charge which must be taken up at trial.

3. The Defendants are in error in their latest argument. The summary judgment evidence shows H. Lee Richards ("Richards") was acting at all times in a manner that made Cohyco, Inc. ("Cohyco") responsible for his acts. If acting for himself, the conspiracy cause is viable. On the other hand, if he was acting for Cohyco, there is liability under *respondeat superior*. He was also acting in parallel with Cohyco to further his and Cohyco's interests. Cohyco is liable for breach of

fiduciary duty and fraud because: 1) Richards was Cohyco's Chairman; 2) it had knowledge that Richards was violating his fiduciary duty to Plaintiff and committing fraud against the Plaintiff; and 3) it benefitted from Richards' breach of duty and fraud. An additional claim asserts that Richards and Cohyco are also liable for an agreement that Richards would breach his fiduciary duty and commit fraud to benefit both Cohyco and Richards. No arcane analysis of conspiracy law is necessary. Richards acted in the course of his employment as Chairman of Cohyco and also acted in his own interests. That is what makes them conspirators. More importantly, even without the allegation of conspiracy, it is Richards' conduct, joint knowledge, and the mutual benefits that tie Richards and Cohyco together, not just an agreement to act unlawfully towards Plaintiff. With or without the unlawful agreement, both Defendants are liable to Quality Chekd, and summary judgment is not proper on the causes of action asserted against the Defendants.

Respectfully submitted,

Lee Hamel
SBN: 08818000
Hamel Bowers & Clark, L.L.P.
1200 Smith, Suite 2900
Houston, Texas 77002
Tel:   (713) 659-2000
Fax:   (713) 659-3809
*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by facsimile or U.S. mail to counsel of record on this the **17th** day of **August, 2001.**

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476

*Attorneys for Cohyco, Inc. and H. Lee Richards*

_____
William L. Bowers, Jr.