ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 1 3 2001

Michael N. Milby, Clerk of Court

B-02- 040

| | |
|---|---|
| QUALITY CHEKD DAIRIES, INC., ) | CASE NO:  CA H-00-943 |
| ) | |
| Plaintiff, ) | CIVIL |
| vs. ) | |
| ) | Houston, Texas, |
| COHYCO, INC., ET AL., ) | |
| ) | Monday, January 22, 2001 |
| Defendants. ) | (11:00 to 11:45 a.m.) |

ORAL MOTION HEARING

BEFORE THE HONORABLE MARY MILLOY,
UNITED STATES MAGISTRATE JUDGE

EXCEPTIONAL REPORTING SERVICES
3409 BROYLES STREET
HOUSTON, TEXAS 77026
713 670-7774