THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JAN 1 1 2002 **LF**

Michael N. Milby, Clerk

| | |
|---|---|
| QUALITY CHEKD DAIRIES, INC.<br>Plaintiff, | §<br>§<br>§ |
| vs. | §     B-02- 040<br>§ |
| COHYCO, INC., and<br>H. LEE RICHARDS<br>Defendants | §     CIVIL ACTION NO. H-00-0943<br>§<br>§<br>§ |

## NOTICE OF CHANGE OF ADDRESS

The undersigned counsel hereby gives notice to the court and to all parties that effective December 31, 2001, the mailing address, telephone number and telecopier number of the lawyers named below is changed to the following:

> Lee Hamel
> William L. Bowers, Jr
> Michael E. Clark
> Hamel, Bowers and Clark, L.L.P.
> 5300 Memorial Dr., Suite 900
> Houston, Texas, 77007
> Telephone: (713) 869-0557
> Telecopier: (713) 869-0677

Respectfully submitted,

_____
Lee Hamel, SBN: 08818000
William L. Bowers, Jr., SBN: 02740000
Michael E. Clark, SBN: 04293200
Hamel Bowers & Clark, L.L.P.
5300 Memorial Dr., Suite 900
Houston, Texas 77007
Tel:   (713) 869-0557
Fax:   (713) 869-0677
*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by facsimile or U.S. mail to counsel of record on this the 9th day of January 2002.

_____
Lee Hamel