UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JAN 2 5 2002

Michael N. Milby, Clerk

| | | |
|---|---|---|
| QUALITY CHEK'D DAIRIES, INC., | § § | B-02-040 |
| VS. | § | CIVIL ACTION NO. H-00-0943 |
| | § | |
| COHYCO, INC. and | § | |
| H. LEE RICHARDS. | § | |

### MOTION TO ENTER ORDER DISMISSING PARTY AND CONFIRMING AMENDMENT OF PLEADINGS

On January 22, 2001, the Honorable Magistrate Judge Mary Milloy held a hearing on several pending motions, including, *inter alia*, a motion to dismiss the Defendant F Street Investments, Inc. ("F Street") from these proceedings without prejudice, to permit the Plaintiff Quality Chekd Dairies, Inc. ("Quality Chekd") to amend its pleadings to eliminate the causes of action which it had alleged against F Street, and for F Street to amend its pleadings to assert a counter-claim.

The court ruled that all of the motions were moot except the motion of Quality Chekd for leave to amend its complaint and permitted the filing of Quality Chekd's First Amended Complaint which did not ask for any relief against F Street. The Court suggested to counsel for Quality Chekd and F Street that they agree upon an appropriate order dismissing F Street, but counsel have been unable to do so. Counsel for Quality Chekd contends that such dismissal should be without prejudice, and counsel for F Street disagrees. Quality Chekd is pursuing its claims against F Street in the bankruptcy court and has filed a claim for the amount of its account in that proceeding. Accordingly, F Street should be dismissed from these proceedings without prejudice. In addition, no order was entered granting leave to file the Amended Complaint.



WHEREFORE, Quality Chekd respectfully prays that this Court enter the attached order dismissing F Street with prejudice from this civil action and confirming that Quality Chekd's First Amended Complaint is filed.

Respectfully submitted,

*[signature]*

Lee Hamel
SBN: 08818000
William L. Bowers, Jr.
SBN: 02740000
Hamel Bowers & Clark, L.L.P.
5300 Memorial, Suite 900
Houston, Texas 77007
Tel:   (713) 869-0557
Fax:  (713) 869-0677
*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF CONFERENCE**

The undersigned counsel has conferred with counsel for F Street and they are unable to agree upon the text of an Order and resolve their differences with regard to this matter.

*[signature]*

William L. Bowers, Jr.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by U.S. mail and/or facsimile to counsel of record on this the 25th day of January, 2002.

Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 North Carancahua, Suite 1700
Corpus Christi, Texas 78476

*Attorneys for Cohyco, Inc. and H. Lee Richards*

William L. Bowers, Jr.