\#76

Houston did not provide this pleading...