IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| QUALITY CHECKD DAIRIES, INC., | § | |
| | § | |
| Plaintiff | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-02-040 |
| COHYCO, INC., F STREET INVESTMENTS, | § | |
| d/b/a SOUTHWEST ICE CREAM | § | |
| SPECIALTIES (f/k/a HYGEIA DAIRY | § | |
| COMPANY), and H. LEE RICHARDS | § | |
| Defendants | § | |

### DEFENDANT, F STREET INVESTMENTS, INC.'S, LIST OF PERSONS AND ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION

1. F Street Investments, Inc. f/k/a Hygeia Dairy Company.

2. CoHyco, Inc.

3. Carancahua, Inc.

4. Quality Chekd Dairies, a Wisconsin Cooperative.

5. All Unsecured Creditors of the Bankruptcy Estate of F Street Investments, Inc., f/k/a Hygeia Dairy Company.

6. H. Lee Richards

Respectfully submitted,

_____
Nathaniel Peter Holzer
State Bar No. 00793971
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Telephone No. (361) 884-5678
Telecopier No. (361) 888-5555
**ATTORNEYS FOR DEFENDANT
F STREET INVESTMENTS, INC.,
A TEXAS CORPORATION F/K/A
HYGEIA DAIRY COMPANY**

OF COUNSEL:
*Jordan, Hyden, Womble & Culbreth, P.C.*
Harlin C. Womble, Jr.
State Bar No. 21880300/Admissions No. 8959
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Telephone No. (361) 884-5678
Telecopier No. (361) 888-5555

## CERTIFICATE OF SERVICE

I, Nathaniel Peter Holzer, do hereby certify that a true and correct copy of the foregoing document was served by U.S. First Class Mail on this _11_ day of _March_____, 2001 on the following:

Ms. Diane Sanders
One Shoreline Plaza
800 N. Shoreline, Suite 320
Corpus Christi, Texas 78401

C. Leland Hamel
William L. Bowers, Jr.
Hamel, Bowers and Clark, L.L.P.
5300 Memorial Drive, Suite 900
Houston, Texas 77007

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476

_____
Nathaniel Peter Holzer