United States District Court
Southern District of Texas
FILED

MAR 2 9 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC. | § § | |
| VS. | § § | CIVIL ACTION NO. 02-CV-40 |
| COHYCO, INC. and H. LEE RICHARDS | § § § | |

**MOTION TO CONFIRM DISMISSAL
OF F STREET INVESTMENTS, INC.**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Quality Chekd Dairies, Inc. ("Quality Chekd") moves this Court to enter an Order confirming that F Street Investments, Inc., formally known as Hygeia Dairy Company, Inc. ("F Street"), is no longer a party to this cause and has not been a party since January 22, 2001, and as cause therefor, shows:

1.  When this civil action was originally filed in the Houston Division of the Southern District of Texas the Plaintiff sued Richards and Cohyco for fraud and breach of fiduciary duty, in addition to suing F Street on its debt to Quality Chekd.

2.  Thereafter, F Street filed a proceeding under Chapter 11 of the Bankruptcy Code in Cause No. 00-20953-B-11, *In Re* F Street Investments, f/k/a Hygeia Dairy Co. ("the Bankruptcy"). Plaintiff then moved to dismiss F Street as a party to this civil action, requested leave of court to file an amended complaint, naming only Richards and Cohyco as defendants, and filed a claim against F Street in the Bankruptcy. On January 22, 2001, Magistrate Judge Mary Milloy held a hearing on a number of pending motions, including, *inter alia*, the Plaintiff's application to amend its pleading

to request relief only against the Defendants F. Lee Richards ("Richards") and Cohyco, Inc. ("Cohyco") and Plaintiff's motion to dismiss F Street as a party to these proceedings. Magistrate Judge Milloy granted leave to amend Quality Chekd's pleadings as requested, and thereafter treated the amended complaint as Quality Chekd's live pleading. F Street moved to amend its pleadings and had opposed the motions to dismiss it as a party. The magistrate judge ruled in open court that all the motions, except the motion of Quality Chekd to amend its pleadings, were moot and provided deadlines for the remaining parties to file certain pleadings not relevant to this motion.

3. In response to Cohyco's subject motion for summary judgment and motions to transfer these proceedings to Brownsville, the Magistrate Judge entered an Order (the "Order") transferring these proceedings to this division of the Court and made recommendations with respect to Cohyco's Motion for Summary Judgment. In the course of the Order, the Magistrate Judge referred to F Street as a "former party." This is consistent with the position that the Magistrate Judge took in the oral hearing described above. The Order also treated the amended complaint of Quality Chekd as the live pleading in the case, and for all purposes, treated F Street as no longer being a party to the cause.

4. Despite the facts alleged above, F Street has continually insisted that it is still a party to these proceedings and is attempting to insert itself into the current scheduling and related proceedings. It has continued to assist Richards and Cohyco in their defense of this civil action at the expense of the debtor and the creditors in the bankruptcy, even though it is no longer a party to this civil action and no relief is asked against it in this case.

5. Quality Chekd therefore respectfully moves this Court to enter the attached Order confirming the dismissal of F Street as a party to this civil action effective as of the date of the hearing before Magistrate Judge Mary Milloy on January 22, 2001.

WHEREFORE, Quality Chekd respectfully prays that the attached Order be entered confirming the dismissal of F Street as a party to these proceedings effective January 22, 2001.

Respectfully submitted,

Lee Hamel
SBN: 08818000
William L. Bowers, Jr.
SBN: 02740000
Hamel Bowers & Clark, L.L.P.
5300 Memorial Dr., Suite 900
Houston, Texas 77007
Tel:   (713) 869-0557
Fax:   (713) 869-0677
*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he contacted the attorney for Defendant F Street Investments, Inc. with respect to this motion and was advised that he would not agree to its being granted by the Court.

William L. Bowers, Jr.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served by U.S. mail and/or facsimile on **March 27, 2002** on the following:

Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 North Carancahua, Suite 1700
Corpus Christi, Texas 78476

*Attorneys for Cohyco, Inc. and H. Lee Richards*

William L. Bowers, Jr.