

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| QUALITY CHECKD DAIRIES, INC., § § Plaintiff § § vs. § § COHYCO, INC. and H. LEE RICHARDS § Defendants § | CIVIL ACTION NO. 02-CV-40 |

United States District Court
Southern District of Texas
FILED

APR 16 2002

Michael N. Milby
Clerk of Court

### RESPONSE AND OBJECTION OF F STREET INVESTMENTS, INC., TO MOTION TO CONFIRM DISMISSAL FILED BY QUALITY CHEKD DAIRIES, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW F Street Investments, Inc., ("F Street") and files this its Response and Objection To Motion to Confirm Dismissal Filed by Quality Chekd Dairies, Inc. ("Motion") and would show the Court as follows:

1. F Street admits the allegations in Paragraph 1 of the Motion.

2. F Street denies the allegations in Paragraph 2, 3, and 4 of the Motion.

3. Paragraph 5 of the Motion is a request for relief and requires no response.

4. In further reply F Street would show that at the January 22, 2001, hearing before Judge Malloy, Quality Chekd was ordered to work with F Street on an Agreed Judgment of Dismissal. Quality Chekd refused to do so and no order of dismissal was ever submitted or entered. All motions pending at the time of that hearing were dismissed, including Quality Checkd's motion to dismiss F Street. As such, F Street is still a party to this case, regardless of how much Quality Checkd would like it to be otherwise.

5. Further, F Street is a necessary party to this case based on causes of action pled by Quality Chekd in its existing live pleading. As stated in its First Amended Complaint, Quality Checkd seeks to recover for itself, by their plead causes of action (i) real property formerly owned by F Street that was deeded to Cohyco in lieu of foreclosure, (ii) any proceeds thereof,

(iii) goods that F Street purchased from Quality Checkd, and (iv) compensation being paid to Richards by the purchaser of F Street's dairy business.

6. All these causes of action belong solely to F Street in its capacity as trustee of the bankruptcy estate.[1] Quality Checkd has no standing to pursue them. The case law in the 5th Circuit is clear on this issue. *See Randall v. Blake (In Re: Canion)*, 196 F.3d 579, 593 n. 9 (1999); *Matter of Educators Group Health Trust*, 25 F.3d 1281 (5th Cir. 1994); *Whalen v. Carter*, 954 F.2d 1087 (5th Cir. 1992); *see also In re Van Dresser Corp.*, 128 F.3d 945, 947 (6th Cir. 1997); *Larson v. Groos Bank, N.A.*, 204 B.R. 500, 502 (W.D.Tex.1996).

7. As such, dismissal of F Street from this case would serve no useful purpose and would necessitate F Street filing a complaint in intervention.

8. F Street would show that most efficient use of judicial resources in this lawsuit, as well as the most efficient process for the parties for resolving the claims at issue in this case would be a referral of this case to the bankruptcy court for consolidation with litigation already pending there among all the same parties over the same common nucleus of operative facts.

WHEREFORE, PREMISES CONSIDERED, F Street requests that the Motion be denied and for all further relief to which it is entitled.

Respectfully submitted,

*Nathaniel P. Holzer/with permission my lf*
Nathaniel Peter Holzer, Attorney in Charge
State Bar No. 00793971/Admissions No. 21503
***Jordan, Hyden, Womble & Culbreth, P.C.***
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Telephone No. (361) 884-5678
Telecopier No. (361) 888-5555
ATTORNEYS FOR F STREET INVESTMENTS, INC.

## CERTIFICATE OF SERVICE

    I, Nathaniel Peter Holzer, do hereby certify that a true and correct copy of the foregoing document was served by U.S. First Class Mail on this 16th day of April, 2002 on the following:

C. Leland Hamel
William L. Bowers, Jr.
Hamel, Bowers & Clark, LLP
5300 Memorial Drive, Suite 900
Houston, TX 77007

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
606 N. Carancahua, Suite 1700
Corpus Christi, Texas 78476

                                                           _____
                                                           Nathaniel Peter Holzer