IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| QUALITY CHECKD DAIRIES, INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| COHYCO, INC. and H. LEE RICHARDS | § | CIVIL ACTION NO. 02-CV-40 |
| | § | |
| Defendants | § | |

### UNOPPOSED MOTION TO WITHDRAW DEFENDANTS' MOTION TO REFER THIS CASE TO THE BANKRUPTCY COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Cohyco, Inc., and H. Lee Richards, and file this their Unopposed Motion to Withdraw Defendants' Motion to Refer this Case to the Bankruptcy Court, and in support thereof would show as follows:

I.

Defendants COHYCO, Inc. and H. Lee Richards had previously filed their Motion to Refer this Case to the Bankruptcy Court. Defendants now move to withdraw this Motion from the Court's consideration at this time. All parties are unopposed to this Motion.

WHEREFORE PREMISES CONSIDERED, Defendants COHYCO, Inc. and H. Lee Richards move this Court to withdraw their Motion to Refer this Case to the Bankruptcy Court at this time and to defer any ruling or decision on Defendants' Motion to Refer this Case to the Bankruptcy Court pending further Motion of these Defendants, and for such other and further relief to which they are entitled.

47527:1016665.1:061002

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
Christopher Lowrance
Attorney-in-Charge
State Bar No. 00784502
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile

**ATTORNEYS FOR DEFENDANTS
COHYCO, INC. AND H. LEE RICHARDS**

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the means indicated to counsel of record listed below on this __10th__ day of June, 2002.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Lee Hamel
Hamel, Bowers & Clark, L.L.P.
5300 Memorial Dr., Suite 900
Houston, Texas 77007

Mr. Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.