

United States District Court
Southern District of Texas
FILED

JUN 1 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| QUALITY CHECKD DAIRIES, INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| COHYCO, INC. and H. LEE RICHARDS | § | CIVIL ACTION NO. 02-CV-40 |
| | § | |
| Defendants | § | |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(F)
FEDERAL RULES OF CIVIL PROCEDURE**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants "F" Street Investments, Cohyco, Inc., and H. Lee Richards, and file this their Joint Discovery/Case Management Plan.

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   The meeting was held telephonically on June 3, 2002. Counsel present at the meeting were Christopher Lowrance, attorney for COHYCO and H. Lee Richards, and Peter Holzer, attorney for "F" Street Investments. William Bowers, attorney for Plaintiff, refused to participate in the drafting of this Plan because it is his position that "F" Street Investments is no longer a party to this action. Defendants' counsel offered to simply list the Plaintiff's contentions separately from those of the Defendants' contentions, but Plaintiff's counsel refused this offer. However, certain information concerning the Plaintiff's contentions is contained in this Plan based upon a Joint Discovery/Case Management Plan that was prepared and filed with the participation and agreement of the Plaintiff earlier in this same case.

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

   Case No. 00-20953-B-11; In re: "F" Street Investments, Inc., a Texas Corporation f/k/a Hygeia Dairy Company, Debtor; United States Bankruptcy Court for the Southern District of Texas, Brownsville Division.

47527:1015364.1:060702

Adversary #00-2114-C; In re: "F" Street v. Quality Checkd; United States Bankruptcy Court, Southern District of Texas, Brownsville Division.

Adversary No. 01-2102-B; In re: Quality Checkd v. COHYCO; United States Bankruptcy Court, Southern District of Texas, Brownsville Division.

3. <u>Briefly</u> describe what this case is about.

Plaintiff was a trade creditor of Hygeia Dairy Company, n/k/a F Street Investments. Hygeia Dairy Company is in bankruptcy, and Plaintiff is attempting to collect the debt owed by Hygeia Dairy Company from Defendants COHYCO and H. Lee Richards. The Plaintiff claims that Richards is individually liable for the debt because of his alleged acts of fraud and breach of fiduciary duty in his capacity of director of the Plaintiff. The Plaintiff alleges that COHYCO, which was the parent corporation of Hygeia Dairy Company, is liable for Hygeia's debt because it conspired with and/or aided and abetted Richards in committing his alleged acts of fraud and breach of fiduciary duty. The Plaintiff is also seeking to recover on its debt in the related bankruptcy proceedings, and to eliminate COHYCO's entitlement to any assets in the estate of Hygeia Dairy Company in the related bankruptcy lawsuit, due to COHYCO's alleged conspiracy with Richards. "F" Street contends that it is the only party with standing to bring some of the Plaintiff's claims against these defendants. "F" Street has also brought a counter-claim for usury and to recover unpaid dividends against the Plaintiff which claims are also part of the bankruptcy lawsuit. Defendant Richards has brought counter-claims for indemnity against the Plaintiff arising from his agreement to act as a director for the Plaintiff.

4. Specify the allegation of federal jurisdiction.

Diversity of citizenship under 28 U.S.C. § 1332, bankruptcy pursuant to 28 U.S.C. § 1334.

5. Name the parties who disagree and the reasons.

The Plaintiff disagrees that there is jurisdiction over this civil action pursuant to 28 U.S.C. § 1334.

6. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

None anticipated at this time.

7. List anticipated interventions.

None.

8. Describe class-action issues.

None.

9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

Initial Disclosures have been exchanged.

10. Describe the proposed agreed discovery plan, including:

   (a) Responses to all the matters raised in Rule 26(f).

   The Defendants agree that no changes should be made in limitation of discovery proposed pursuant to the Federal Rules of Civil Procedure.

   (b) When and to whom the Plaintiff anticipates it may send Interrogatories.

   Please see the separate plan filed by the Plaintiff.

   (c) When and to whom the Defendant anticipates it may send Interrogatories.

   Defendants may serve Interrogatories, Requests for Production, and Requests for Admission after a ruling on COHYCO, Inc.'s Motion for Partial Summary Judgment has been entered.

   (d) Of whom and by when the Plaintiff anticipates taking oral depositions.

   Please see the separate plan filed by the Plaintiff.

   (e) Of whom and by when the Defendant anticipates taking oral depositions.

   Defendants anticipate deposing Tom Bruce, Plaintiff's experts (Ronald Cohen, Craig Funkhouser, William Comiskey, Morton L. Susman, and Lee Hamel), a corporate representative for the Plaintiff, Lynn Oller, Don Smith, and Doug Parr.

    (f)    When the Plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

Experts have already been designated and reports exchanged by the parties.

    (g)    List expert depositions the Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Please see the separate plan filed by the Plaintiff.

    (h)    List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Defendants anticipate deposing all experts designated by the Plaintiff within the deadline established by this Court.

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

Please see the separate plan filed by the Plaintiff.

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

Extensive written discovery has been exchanged. Depositions have been taken of the following persons:

H. Lee Richards, Doug Purl, Merry K. Richards, Peter Schenkel, Pat Ford, the audit manager from Deloitte & Touche, Mel Rapp, and Tom Bruce.

13. State the date the planned discovery can reasonably be completed.

Planned discovery can reasonably be completed within 120 days after receiving the Court's ruling on COHYCO, Inc.'s Motion for Partial Summary Judgment.

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

    Counsel for the Plaintiff refused to participate in the meeting. The Defendants agree to revisit the possibility of resolution of the case after receiving the Court's ruling on COHYCO, Inc.'s Motion for Partial Summary Judgment.

15.  Describe what each party has done or agreed to do to bring about a prompt resolution.

    The parties have attempted to negotiate a settlement and have participated in mediation.

16.  From the attorneys' discussion with the clients, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

    The parties have previously mediated this case without success. The Defendants believe that further mediation will not be successful at this time.

17.  Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    The parties do not consent to trial before a U.S. Magistrate Judge.

18.  State whether a jury demand has been made and if it was made on time.

    Yes.

19.  Specify the number of hours it will take to present the evidence in this case.

    The Defendants contend that it will take 65 hours.

20.  List pending motions that could be ruled on at the initial pre-trial and scheduling conferences.

    COHYCO, Inc.'s Motion for Partial Summary Judgment; Plaintiffs' Motion to Confirm Dismissal of F Street Investments, Inc.

21.  List other motions pending.

    None.

22.  Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

None, other than those mentioned herein.

23. Certify that all parties have filed Disclosure of Interested Parties, as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

   Plaintiffs filed Disclosure of Interested Parties on March 30, 2000. Defendants COHYCO and Richards filed their Disclosure of Interested Parties on May 23, 2000. Defendant "F" Street filed its Disclosure of Interested Parties on March 13, 2002.

24. List the names, bar numbers, addresses, and telephone numbers of all counsel.

   Lee Hamel
   State Bar No. 08818000
   William Bowers
   State Bar No. 02740000
   Hamel, Bowers & Clark, L.L.P.
   5300 Memorial Dr., Suite 900
   Houston, Texas 77007
   (713) 659-2000
   (713) 869-0677
   **ATTORNEYS FOR PLAINTIFF**

   Christopher Lowrance
   State Bar No. 00784502
   Royston, Rayzor, Vickery & Williams, L.L.P.
   1700 Wilson Plaza West
   606 North Carancahua
   Corpus Christi, Texas 78476
   (361) 884-8808
   (361) 884-7261 Facsimile
   **ATTORNEYS FOR DEFENDANTS
   COHYCO, INC. AND H. LEE RICHARDS**

   Mr. Nathaniel Peter Holzer
   State Bar No.00793971
   Jordan, Hyden, Womble & Culbreth, P.C.
   500 North Shoreline, Suite 900
   Corpus Christi, Texas 78471
   (361) 884-5678
   (361) 888-5555
   **ATTORNEY FOR DEFENDANT
   "F" STREET INVESTMENTS**

_____
Christopher Lowrance
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476
**ATTORNEYS FOR DEFENDANTS
COHYCO, INC. AND H. LEE RICHARDS**

_____
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
**ATTORNEY FOR DEFENDANT
"F" STREET INVESTMENTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the means indicated to counsel of record listed below on this _10th_ day of June, 2002.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Lee Hamel
Hamel, Bowers & Clark, L.L.P.
5300 Memorial Dr., Suite 900
Houston, Texas 77007

Mr. Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.