United States District Court
Southern District of Texas
FILED

JUN 1 9 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-02-040 | DATE & TIME: 06-19-02 AT 1:30 P.M. |
| QUALITY CHEKD DAIRIES, INC. | PLAINTIFF(S) WILLIAM BOWERS COUNSEL |
| VS. | |
| COHYCO, INC., ET AL | DEFENDANT(S) CHRISTOPHER LOWRANCE COUNSEL NATHANIEL P. HOLZER |

CSO - Tony Yanez
ERO - Linda Garcia

    Attorney William Bowers was present on behalf of Quality Chekd Dairies, Inc. Attorney Christopher Lowrance was present on behalf of Cohyco, Inc., and H. Lee Richards. Attorney Nathaniel Holzer was present on behalf of F Street Investments, Inc.

    Judge granted defendants' Cohyco and Richards unopposed motion to withdraw their motion to refer case to bankruptcy court (Docket No. 84), mooting motion for referral to bankruptcy court (Docket No. 50), mooting F Street's motion for reference of case to bankruptcy court (Docket No. 51), mooting Quality Chekd's motion to strike the response of F Street to plaintiff's opposition to referral of case and to strike the motion for reference of bankruptcy court (Docket No. 54). Quality Chekd's Motion Confirming Amendment of Pleadings (Docket No. 74) was granted.

    Judge Black informed parties that recommendations made by Judge Milloy in her memorandum (Docket No. 75) on Cohyco's and Richards's Motion for Summary Judgment (Docket No. 50) would be brought to Judge Hanen's attention.