

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

JUN 2 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC., | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 02-CV-040 |
| COHYCO, INC., and H. LEE RICHARDS, | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendants' Cohyco, Inc. ("Cohyco") and H. Lee Richards ("Richards") Unopposed Motion to Withdraw Defendants' Motion to Refer this Case to the Bankruptcy Court (Docket No. 84). Defendants Cohyco and Richards had previously filed a Motion to Refer this Case to the Bankruptcy Court (Docket No. 50).

IT IS **ORDERED** that Defendants' Cohyco and Richards Unopposed Motion to Withdraw Defendants' Motion to Refer this Case to the Bankruptcy Court is **GRANTED**.

IT IS **FURTHER ORDERED** that Defendant's F Street Investments, Inc., Motion for Reference of Case to Bankruptcy Court (Docket No. 51), Defendants' Cohyco and Richards Motion for Referral of Bankruptcy Court (Docket No. 50), Plaintiff's Quality Chekd Motion to Strike the Response of F Street Investments, Inc., to Plaintiff's Opposition to Referral of Case and Motion for Reference of Case to Bankruptcy Court (Docket No. 54), and Plaintiff's Quality Chekd Motion for Extension of Discovery Deadlines (Docket No. 76) are **MOOT** as a result of the Court's ruling.

DONE at Brownsville, Texas, this 19th day of June, 2002.

John Wm. Black
United States Magistrate Judge