IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

JUN 2 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC., <br> Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 02-CV-040 |
| COHYCO, INC., and H. LEE RICHARDS, <br> Defendants. | § § § | |

## ORDER

Pending before the Court is Plaintiff's Quality Chekd Motion Confirming Amendment of Pleadings (Docket No. 74).

On January 22, 2002, in the Houston Division of the United States District Court for the Southern District of Texas, Magistrate Judge Mary Milloy held a hearing in which she granted in open court Quality Chekd's motion for leave to amend its original complaint and permitted the filing of Quality Chekd's First Amended Complaint (Docket No. 41). No written order of the court's ruling was ever entered.

Accordingly, IT IS **ORDERED** that Plaintiff's Quality Chekd Motion for Leave to File its First Amended Complaint (Docket No. 40) and Plaintiff's Quality Chekd First Amended Complaint (Docket No. 40) are **GRANTED**.

IT IS **FURTHER ORDERED** that Plaintiff's Quality Chekd First Amended Complaint (Docket No. 41) is deemed filed and treated as the live pleading as of January 22, 2002, the date in

which plaintiff's request to file a first amended complaint was orally granted.

DONE at Brownsville, Texas, this 19th day of June, 2002.

John Wm. Black
United States Magistrate Judge