```
CASE:       1:02-cv-00040
DOCUMENT:   92
DATE:       10/09/02

CLERK:      og
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF HEARING

United States District Court
Southern District of Texas
ENTERED

OCT 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC. | § § | |
| VS. | § § | C. A. NO. B-02-040 |
| COHYCO INC., ET AL | | |

TYPE OF CASE:    __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING: **HEARING ON OBJECTIONS TO THE MAGISTRATE REPORT & RECOMMENDATION and SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**THIRD FLOOR COURTROOM, #6**

DATE AND TIME: November 7, 2002 @ 1:30 p.m.

**TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen.**

MICHAEL N. MILBY, CLERK

By: _Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: October 9, 2002

TO: ALL COUNSEL OF RECORD