95

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF HEARING

United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC. | § § | |
| VS. | § | C.A. NO. B-02-040 |
| COHYCO INC., ET AL. | § § | |

TYPE OF CASE:    __X__ CIVIL                             _____ CRIMINAL

TAKE NOTICE that the proceeding originally scheduled for November 7, 2002 has been rescheduled for the place, date, and time set forth below so as to allow the parties to get approval of a settlement in the Bankruptcy Court as per Plaintiff's letter to the District Court dated October 28, 2002:

TYPE OF PROCEEDING: **HEARING ON OBJECTIONS TO THE MAGISTRATE'S REPORT & RECOMMENDATION and SCHEDULING CONFERENCE.**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
THIRD FLOOR, COURTROOM #6
600 E. HARRISON STREET
BROWNSVILLE, TX 78520**

DATE & TIME:

January 6, ~~2002~~ 2003 at 1:30 p.m.

TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen.

MICHAEL N. MILBY, CLERK

By: _____
Irma A. Soto, Deputy Clerk

DATE: October 31, 2002

TO: ALL COUNSEL OF RECORD