94

United States District Court
Southern District of Texas
FILED

NOV 19 2002

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **QUALITY CHECKD DAIRIES, INC.** | § | |
| **Plaintiff** | § | |
| | § | |
| **COHYCO, INC. and H. LEE RICHARDS** | § | **CIVIL ACTION NO. 02-CV-40** |
| **Defendants** | § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Defendants Cohyco, Inc., and H. Lee Richards, Defendants and announce to the Court that an agreement has been reached to compromise and settle all causes of action asserted herein. The Parties anticipate presenting a Motion and Order for Dismissal with Prejudice in the near future.

Respectfully submitted,

Christopher Lowrance
State Bar No. 00784502
Fed. Bar No. 15481
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile
ATTORNEY FOR DEFENDANTS COHYCO, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served via the means indicated to counsel of record listed below on this 18th day of November, 2002.

**FACSIMILE TO: 713-659-3809**
Mr. Lee Hamel
Hamel, Bowers & Clark, L.L.P.
5300 Memorial Dr., Suite 900
Houston, Texas 77007

**FACSIMILE TO: 888-5555**
Mr. Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

**Of Royston, Rayzor, Vickery & Williams, L.L.P.**