

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| QUALITY CHEKD DAIRIES, INC., Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. B-02-040 |
| COHYCO, INC. ET AL., Defendants. | § § § § | |

### ORDER TO SHOW CAUSE

A hearing was scheduled for 1:30 p.m. on January 6, 2003 to (a) hear objections regarding the Magistrate's Report and Recommendation, and (b) establish a scheduling order in this matter. Docket No. 93. Said hearing was originally scheduled for November 7, 2002, Docket No. 92, and was rescheduled by the Court for January 6, 2003 after Plaintiff notified the Court by facsimile dated October 28, 2002 that it no longer wished to pursue its objections on November 7, 2002. Plaintiff further stated that the parties had reached a settlement, subject to approval by the Bankruptcy Court. On November 19, 2002, the Defendants filed a formal notice of settlement as well. Docket No. 94. Both parties have stated in writing that, pursuant to this settlement, a motion to dismiss would be forthcoming.

A motion to dismiss has yet to be filed. Therefore, the case at hand remains active on the docket. The Court called this matter for hearing on January 6, 2003 at 1:30 p.m. as scheduled and neither side appeared. The Court would have discussed the status of the case at said hearing, but neither parties nor counsel were present to do so. It is unclear on what grounds the parties and counsel chose to absent themselves. Therefore, Plaintiff is hereby **ORDERED** to show cause why

its case should not be dismissed with prejudice. It is further **ORDERED** that counsel for both Plaintiff and Defendants show cause why they should not be held in contempt for failure to appear at a hearing duly scheduled by this Court. Said briefing shall be received by the Court within seven (7) days of the entry of this Order.

    **DONE** at Brownsville, Texas, this 7th day of January, 2003.

                                              Andrew S. Hanen
                                           United States District Judge