96

United States District Court
Southern District of Texas
FILED

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE    **JAN 0 6** 2003

**HEARING**

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. _B-02-040_    DATE & TIME____1/06/03 @ 2:03 - 2:05 pm_

_QUALITY CHECKD DAIRIES, INC._    PLAINTIFF'S_____
                                 COUNSEL
VS

_COHYCO INC., ET AL_____    DEFENDANTS'_____
_____    COUNSEL

Courtroom Deputy: Irma Soto
Law Clerk:        Patrick Raulerson
Court Reporter:   Barbara Barnard
CSO:              D. Figueroa

Case is called on the docket.  Attorneys not present.

Court will enter any order asking attorneys to show cause why case should not
be dismissed and why counsel should not face sanctions for failure to appear.

Court is adjourned.