IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| QUALITY CHECKD DAIRIES, INC. | § | |
| Plaintiff | § | |
| | § | |
| COHYCO, INC. and H. LEE RICHARDS | § | CIVIL ACTION NO. 02-CV-40 |
| Defendants | § | |

## ORDER

The Court, having been advised that the parties have settled their disputes and differences, hereby ORDERS, ADJUDGES AND DECREES that all claims by Plaintiff Quality Checkd Dairies, Inc. against the Defendants, as well as all counter-claims brought by the Defendants against the Plaintiff, are hereby DISMISSED WITH PREJUDICE to the refiling of same. Each party shall bear their own costs.

SIGNED this the 9th day of January, 2003.

Honorable Andrew S. Hanen
United States District Judge